| | | |
|---|---|---|
| 01/13/2026 | 16 | **ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 15). The Notice is self-executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case. Signed by Judge Sheri Polster Chappell on 1/13/2026. (JMM)** (Entered: 01/13/2026) |