# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10492-E
Case Style: Neil Gillespie v. Wesley Wilcox, et al
District Court Docket No: 5:25-cv-00486-SPC-PRL

NOTICE TO PARTIES: Due to the large number of parties associated with this appeal, not all parties from the district court docket have been entered on this Court's docket at this time. The parties may consult the relevant notice(s) of appeal, other case documents, and the district court docket to identify all parties. If any party objects to not having all parties listed on the docket, the party may file an objection stating its reasoning within 14 days after the date of this notice.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MP-1