# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 17, 2026

Neil J. Gillespie
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

Appeal Number: 26-10492-E
Case Style: Neil Gillespie v. Marion County Supervisor of Elections, et al
District Court Docket No: 5:25-cv-00486-SPC-PRL

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Certificate of Interested Persons filed by Appellant Neil J. Gillespie.
Reason(s) no action being taken on filing(s): The filing was forwarded from another court. See FRAP 25(a)(1).

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Mistaken Filing in Another Court
We have been notified that you filed a document with another court that may have been intended for this Court. No action will be taken on your document because a document required or permitted to be filed with the court of appeals must be filed with the court of appeals clerk, pursuant to FRAP 25(a)(1).

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.


Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |


Notice No Action Taken