**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2026

Neil J. Gillespie
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

Appeal Number: 26-10492-E
Case Style: Neil Gillespie v. Marion County Supervisor of Elections, et al
District Court Docket No: 5:25-cv-00486-SPC-PRL

**NOTICE OF DISTRICT COURT'S DENIAL**
**OF LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERS**

We have received a copy of the district court's order denying you leave to proceed on appeal in forma pauperis.

Within thirty (30) days from this date, you must either pay to the DISTRICT COURT clerk the docketing and filing fee or move in this court for leave to proceed on appeal in forma pauperis (form enclosed). See FRAP 24(a)(5); 11th Cir. R. 24-2. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, you must include the affidavit prescribed by FRAP 24(a)(1).

Failure to timely pay the docketing and filing fee to the district court clerk or move in this court for leave to proceed on appeal in forma pauperis may result in the dismissal of this appeal. See 11th Cir. R. 42-1(b).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DKT-6A IFP denied by DC after docketing