UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL JOSEPH GILLESPIE,

Plaintiff,

v. Case No.: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, MARION COUNTY SUPERVISOR OF ELECTIONS, *et al.*,

Defendants.
_________________________________/

**ORDER**

On December 11, 2025, pro se Plaintiff Neil Joseph Gillespie filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 15). Because the notice was self-executing, on January 13, 2026, the Court entered an Order closing the case. (Doc. 16). On February 12, Plaintiff filed a Notice of Appeal (Doc. 18), seeking to appeal the Court's order closing the case and the Court's subsequent notice of Local Rule 1.11(e) (Doc. 17). Now before the Court is Plaintiff's motion for leave to appeal *in forma pauperis*. (Doc. 19).

A request to appeal *in forma pauperis* is governed by Federal Rule of Appellate Procedure 24(a)(1)(C) and 28 U.S.C. § 1915, which require a showing that "good faith" exists to procced IFP on the appeal. *See* Fed. R. App. P. 24(a)(2); 28 U.S.C. § 1915(a)(3). "Good faith" is demonstrated when a movant

seeks appellate review of any non-frivolous issues. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). An IFP action is frivolous if it is "without arguable merit either in law or fact." *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). Plaintiff has not identified any non-frivolous ground for appeal.

Because the Court certifies the appeal is not taken in good faith, any request to proceed *in forma pauperis* must be sent directly to the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 24(a)(5).

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 19) is **DENIED**.

2. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk for the Eleventh Circuit Court of Appeals.

**DONE** and **ORDERED** in Fort Myers, Florida on March 5, 2026.

Sheri Polster Chappell

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record