**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)**
**11th Cir. R. 26.1-1**
***(Please type or print legibly)***

Neil Joseph Gillespie *vs.* Wesley Wilcox, Marion County Supervisor of Elections et al Appeal No. 26-10492

**For appeals**, all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier.

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, whichever is earlier, regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding**, the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

1. BETHEA, IRA, Sr, in his official capacity as President Pro-Tem, City Council, City of Ocala, FL
2. BYRD, CORD, in his official capacity as Florida Secretary of State, FL Dept of State
3. CHAPPELL, SHERRI POLSTER, U.S. Judge, U.S. District Court, Middle District of Florida
4. DESANTIS, RON, in his official capacity as Governor of Florida
5. DREYER, KRISTEN, in her official capacity as President, City Council, City of Ocala, Florida
6. GILLESPIE, NEIL JOSEPH, the Plaintiff, a nonlawyer appearing pro se
7. HILTY, JAMES, Sr, in his official capacity as City Council Member, City of Ocala, Florida
8. JACOBS, ANGEL B., in her official capacity as City Clerk, City of Ocala, Florida
9. LAMMENS, PHILIP R, U.S. Magistrate Judge, U.S. District Court, Middle District of Florida
10. MANSFIELD, BARRY, in his official capacity as City Council Member, City of Ocala, Florida
11. MARCIANO, BEN, in his official capacity as Mayor of the City of Ocala, Florida
12. MUSLEH, JAY, in his official capacity as City Council Member, City of Ocala, Florida

Name: Neil Joseph Gillespie Signature: [signature]
Address: 2801 SW College Rd, STE 3, Ocala, FL 34474
Contact Information: Tel 352-239-9037; Fax 352-581-2600; Email: NeilGillespie@mail.com; Neil4Justice@yahoo.com

Rev.: 12/25

Separate sheet, Certificate of Interested Persons and Corporate Disclosure Statement

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)
11th Cir. R. 26.1-1

Appeal Number: 26-10492
Neil Joseph Gillespie vs. Wesley Wilcox, Marion County Supervisor of Elections, et al
District Court Case No. 5:25-cv-486-SPC-PRL

Additional Interested Persons:

13. SEXTON, WILLIAM E., in his official capacity as City Attorney, City of Ocala, Florida,
14. WILCOX, WESLEY, in his official capacity as Marion County Supervisor of Elections, Florida