EXHIBIT
1

Neil Gillespie Complaint to David Santana, Deputy U.S. Marshal, Ocala Division

From: Neil4Justice (neil4justice@yahoo.com)

To: david.santana@usdoj.gov; neil4justice@yahoo.com; neilgillespie@mail.com

Cc: gregory.kehoe@usdoj.gov; usaflm.civil.rights@usdoj.gov; chambers_flmd_howard@flmd.uscourts.gov; megan_mann@flmd.uscourts.gov; lisa_fannin@flmd.uscourts.gov; neil4ocalamayor@yahoo.com

Date: Sunday, March 8, 2026 at 07:53 PM EDT

David Santana, Deputy U.S. Marshal
Criminal Investigator
U.S. Department of Justice
United States Marshals Service
Golden-Collum Memorial Federal Building and United States Courthouse
207 NW 2nd Street
Ocala, FL 34475
Tel. 352-547-3683
Fax: 352-547-3681
Cell: 904-654-9538
Email: david.santana@usdoj.gov

Dear Deputy U.S. Marshal Santana:

Please see attached my complaint of theft of $605 paid to the U.S. District Court, Middle District of Florida, Ocala Division, case no. 5:25-cv-486, for the appeal fee paid by Appellant Neil Joseph Gillespie in appeal no. 26-10492, U.S. Eleventh Circuit Court of Appeal. Thank you.

Sincerely,
/s/
Neil J. Gillespie, Plaintiff/Appellant, pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Fax: 352-581-2600
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Cc: Gregory W. Kehoe, United States Attorney
Middle District of Florida, U.S. Attorney's Office
Email: gregory.kehoe@usdoj.gov
Email: USAFLM.Civil.Rights@usdoj.gov

The Hon. Marcia Morales Howard, Chief Judge
U.S. District Court, Middle District of Florida
Chambers Email: chambers_flmd_howard@flmd.uscourts.gov
Megan A. Mann, Chief Deputy of Operations, USDC, MDFL
Email: Megan_Mann@flmd.uscourts.gov
Lisa Fannin, Ocala Division Manager
Email: Lisa_Fannin@flmd.uscourts.gov

Neil Gillespie Complaint to David Santana, Deputy U.S. Marshal, Ocala Division.pdf
1.2 MB

ChatGPT vs USDC MDFL Ocala 5.25-cv-486 (Doc 21).pdf
3.1 MB

David Santana, Deputy U.S. Marshal
Criminal Investigator
U.S. Department of Justice
United States Marshals Service
Golden-Collum Memorial Federal Building and United States Courthouse
207 NW 2nd Street
Ocala, FL 34475
Tel. 352-547-3683
Fax: 352-547-3681
Cell: 904-654-9538
Email: david.santana@usdoj.gov

March 8, 2026

- Theft of $605 appeal fee paid by Appellant Neil J. Gillespie in appeal no. 26-10492, U.S. Eleventh Circuit Court of Appeal;
- U.S. District Court, Middle District of Florida, Ocala Division, case no. 5:25-cv-486, Neil Joseph Gillespie vs. Wesley Wilcox, Marion County Supervisor of Elections, et al.;
- U.S. Judge Sheri Polster Chappell; U.S. Magistrate Judge Philip Lammmens, presiding

Dear Deputy U.S. Marshal Santana:

On February 27, 2026 I paid $605 cash for an appeal fee to a deputy clerk in the Ocala Division of the U.S. District Court, Middle District of Florida, for appeal no. 26-10492. The attached receipt no. 14374 shows the money, $605 cash, was received at 3:37 PM on February 27, 2026.

However, as of today, my $605 appeal fee has either not been submitted to Eleventh Circuit, or was stolen by the Eleventh Circuit. The enclosed docket for appeal no. 26-10492, printed today March 8, 2026 at 4:05 PM, shows "Fee Status: IFP Pending". This is a false statement. I paid the appeal fee of $605 in cash to the district court on February 27, 2026 at 3:37 PM.

On February 13, 2026, the U.S. Eleventh Circuit Court of Appeals mailed me the enclosed Civil Docketing Notice that states at paragraph #1, within 14 days of this notice the appellant must, "Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court…" The notice is dated February 13, 2026; 14 days later is February 27, 2026.

Therefore I timely paid the appeal fee of $605 to the district court. The enclosed docket for case no. 5:25-cv-486 shows "APPEAL FEES Paid by Neil Joseph Gillespie (Filing fee $605.00, Receipt Number OCA-14375). (KLS) (Entered: 02/27/2026)".

The docket also shows at Doc. 21 "NOTICE of Filing by Neil Joseph Gillespie. (Attachments: # 1 Exhibit 1-11)(MGB) (Entered: 03/02/2026)" My Notice of Filing (Doc 21) is in compliance with paragraph #2 on the enclosed Civil Docketing Notice:

> 2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

Although I am not an attorney, my Notice of Filing (Doc 21) was filed in compliance with paragraph #5 of the Civil Docketing Notice: [ChatGPT vs USDC MDFL Ocala 5.25-cv-486]

> 5. File in this Court (Eleventh Circuit) Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-l(a)(3).

Regarding the Certificate of interested Persons and Corporate Disclosure Statement (CIP), paragraph #3 on the enclosed Civil Docketing Notice, it has been filed.

My Notice of Filing (Doc 21), submitted with the $605 appeal fee, states in part:

> 1. Today I paid the Clerk $605 cash for the filing fee in appeal no. 26-10492-E, per a Civil Docketing Notice dated February 13, 2026 from the U.S. Eleventh Circuit Court of Appeals.
>
> 3. On August 6, 2025 I filed an Application To Proceed In District Court Without Prepaying Fees or Costs (amended), form AO 239. (Doc 3) The Court has not ruled upon my application.
>
> 13. On February 12, 2026 I filed a Motion for Permission to Appeal In Forma Pauperis and Affidavit (Doc 19). The Court has not ruled upon my motion.

On February 25, 2026, I emailed Lisa Fannin <Lisa_Fannin@flmd.uscourts.gov>, the Ocala Division Manager, in part:

> Separately, on February 13, 2026, the US Eleventh Circuit COA served me a Civil Docketing Notice by mail, stating in part I must, within 14 days of this notice, "Pay to the District Court the Filing Fee OR File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24." Doc-19 shows I filed a Motion for Permission to Appeal In Forma Pauperis using a form from the U.S. Eleventh Circuit. Does the District Court plan to rule on my motion? Or does the District Court want my IFP motion filed on a different form, such as Form AO 240 (the short form) or Form AO 239 (the long form)?
>
> On February 19, 2026 @9:20 AM I telephoned the U.S. Eleventh Circuit (Tel. 404-335-6100) about the Civil Docketing Notice and the IFP motion. The person with whom I spoke was unable to differentiate between the district court IFP forms (AO 239 and AO 240) and Eleventh Circuit IFP form I filed on February 12, 2026 (Doc-19). Please advise which IFP form should be filed in the District Court for this appeal. Thank you.

Ms. Fannin responded by email on February 26, 2026 (enclosed) but did not respond to my question about which IFP form to file. Fortunately the next day, February 27, 2026, my Social Security retirement direct deposit arrived, so I paid the $605 appeal fee in cash.

.

As I understand, once the filing fee is paid, a motion to appear in forma paupers becomes moot. In other words, once the filing fee is paid, the motion to proceed in forma pauperis is no longer necessary, as the party is no longer seeking to waive fees and costs. This means the court will not need to consider the financial status of the party for that appeal.

Oddly, Judge Chappell on March 5, 2026, entered an Order (Doc 22) that states in part, "Now before the Court is Plaintiff's motion for leave to appeal *in forma pauperis*. (Doc. 19)." That is nonsense, because once the filing fee is paid, the motion to proceed in forma pauperis is no longer necessary, as the party is no longer seeking to waive fees and costs. The Order concludes:

> 1. Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 19) is **DENIED**.
> 2. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk for the Eleventh Circuit Court of Appeals.

Unfortunately it appears Judge Chappell may no longer be competent to serve as a judge and should be subject to a judicial disability proceeding. (28 U.S.C. 351-364).

On September 16, 2025, I filed a compliant with the U.S. Department of Justice alleging Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights, submission number **665324-SWD**. The complaint is enclosed, with my letter to Gregory W. Kehoe, United States Attorney, Middle District of Florida. My complaint alleges in part:

> District Judge Sheri Polster Chappell has violated my civil rights by failing to rule on my amended complaint (DOC 10) filed August 12, 2025 for my right to vote in the City of Ocala, Florida, and to appear on the ballot as a candidate for Mayor. The election is today.
>
> My amended complaint further alleges the Special Election in the City of Ocala being held today September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. My amended complaint (DOC 10) is attached. The complaint alleges violation of USC Title 52, Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge. The court has supplemental jurisdiction for Florida Election Law under 28 U.S.C. § 1367.
>
> Judge Chappell has not ruled on my amended application to proceed in district court without prepaying fees or costs. (DOC 3). The court has refused to issue summons. (DOC 7). The court has ignored my notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. (DOC 5). U.S. Magistrate Judge Philip R. Lammens denied (DOC 9) my motion (DOC 6) to e-file on the Court's CM/ECF system. Judge Chappell wrongly denied my objection to rulings by a U.S. Magistrate Judge, and wrongly prohibited me from filing on the Court's CM/ECF system. (DOC 13).
>
> Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights:

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;…" https://www.law.cornell.edu/uscode/text/18/241

Judge Chappell has also engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

Judge Chappell was appointed by President Obama. I have made legal filings showing Donald J. Trump, a nonlawyer, was the only major constitutionally qualified candidate in the 2016, 2020, and 2024 presidential elections, because lawyers admitted to practice law are officers of the court and members of the judicial branch of government (Ex parte Garland, 71 U.S. 333 (1866), and cannot under the separation of powers doctrine serve in an elected executive branch office such as president, or vice president, an elected legislative branch office, President of the Senate. See, https://neil2024.blogspot.com/2025/02/donald-j-trump-president-of-united.html

> "Lawyers have turned our political system into a never-ending legal contest of lawsuits and court battles, investigations, subpoenas, depositions, and impeachment threats and trials. This is the Democratic Party. Bill Clinton, lawyer. Hillary Clinton, lawyer. Barack Obama, lawyer. Michelle Obama, lawyer. Joe Biden, Lawyer. Kamala Harris, lawyer. A Republican lawyer corrupting our political system is Ron DeSantis, a member of The Florida Bar."

Apparently President Obama facilitated the Russiagate hoax against President Trump.

> "Director of National Intelligence Tulsi Gabbard contends that new declassified documents show that former President Barack Obama engaged in the plot to create the lie that President Donald Trump had conspired with Russia to steal the 2016 presidential election." - Real Clear Politics, by David Harsanyi, July 25, 2025 (copy attached)

Finally, The Federal Election Commission has not provided records in response to my Freedom of Information Act (FOIA) request of May 9, 2025. U.S. Congresswoman Kat Cammack has not been able to assist me either, see the attached documents. Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida, was named in my emails to the Commission. I will provide evidence showing the death of Sarah Thompson was a politically motivated homicide.

You may recall I visited you in April 2024 at your office in the Golden-Collum Memorial Federal Building and United States Courthouse regarding disruption of my U.S. Mail from the District Court in Jacksonville, Florida, addressed to Neil J. Gillespie. The missing mail was an Order (Doc 19) by U.S. District Judge Marcia Howard in case no. 5:24-cv-00101 remanding

Marion County case no. 2024-CA-0209 back to Marion County, Florida. I am the Plaintiff in the case against Alphabet Inc., Google LLC, and other Defendants. Do you recall that matter?

Sincerely,

Neil J. Gillespie

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Fax: 352-581-2600
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Attachments
ChatGPT vs USDC MDFL Ocala 5.25-cv-486

U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

**David Santana**
Deputy U.S. Marshal
Criminal Investigator

Telephone: 352-547-3683
Fax: 352-547-3681
Cell: 904-654-9538
Email: david.santana@usdoj.gov

207 NW 2nd Street
Ocala, Florida 34475

# U.S. District Court

## Florida Middle - Ocala

Receipt Date: Feb 27, 2026 3:37PM

Neil Joseph Gillespie

Rcpt. No: 14374 Trans. Date: Feb 27, 2026 3:37PM Cashier ID: #KS (6740)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | 5:25-CV-486<br>Neil Joseph Gillespie | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $605.00 |

**Comments**: 5:25-cv-486-SPC-PRL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

General Docket
United States Court of Appeals for the Eleventh Circuit

Court of Appeals Docket #: 26-10492 Docketed:
Nature of Suit: 3441 Civil Rights Voting
Neil Gillespie v. Marion County Supervisor of Elections, et al
Appeal From: Middle District of Florida
Fee Status: IFP Pending

Case Type Information:
1) Private Civil
2) Federal Question
3) -

Originating Court Information:
District: 113A-5 : 5:25-cv-00486-SPC-PRL
Civil Proceeding: Sheri Polster Chappell, U.S. District Judge
Secondary Judge: Philip R. Lammens, U.S. Magistrate Judge
Date Filed: 08/05/2025
Date NOA Filed:
02/12/2026

Prior Cases:
None

Current Cases:
None

| | | |
|---|---|---|
| NEIL J. GILLESPIE<br><br>Appellant | Plaintiff - | Neil J. Gillespie<br>Direct: 352-239-9037<br>[NTC Pro Se]<br>2801 SW COLLEGE RD STE 3<br>OCALA, FL 34474 |
| versus | | |
| WESLEY WILCOX<br>Terminated: 02/17/2026<br><br>Appellee | Defendant - | |
| MARION COUNTY SUPERVISOR OF ELECTIONS<br><br>Appellee | Defendant - | |
| BEN MARCIANO<br>Terminated: 02/17/2026<br><br>Appellee | Defendant - | |
| MAYOR OF MARION COUNTY, FLORIDA<br><br>Appellee | Defendant - | |
| WILLIAM E. SEXTON<br>Terminated: 02/17/2026<br><br>Appellee | Defendant - | |

CITY ATTORNEY FOR THE CITY OF OCALA, FLORIDA
Defendant - Appellee

ANGEL B. JACOBS
Terminated: 02/17/2026
Defendant - Appellee

CITY CLERK FOR THE CITY OF OCALA, FLORIDA
Defendant - Appellee

KRISTEN DREYER
Defendant - Appellee

IRA BETHEA, SR.
Defendant - Appellee

JAMES HILTY
Defendant - Appellee

JAY MUSLEH
Defendant - Appellee

FLORIDA SECRETARY OF STATE
Defendant - Appellee

THE FLORIDA DEPARTMENT OF STATE
Defendant - Appellee

NEIL J. GILLESPIE,

Plaintiff - Appellant,

versus

MARION COUNTY SUPERVISOR OF ELECTIONS
MAYOR OF MARION COUNTY, FLORIDA,
CITY ATTORNEY FOR THE CITY OF OCALA, FLORIDA,
CITY CLERK FOR THE CITY OF OCALA, FLORIDA,
CITY COUNCIL KRISTEN DREYER, et al.,

Defendants - Appellees.

| | | |
|---|---|---|
| 02/13/2026 | 1<br>7 pg, 995.92 KB | CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Neil J. Gillespie on 02/12/2026. IFP Pending. USDC motion pending: MOTION to Appeal In Forma Pauperis DE 19 filed on 02/12 attached docketing notice for important information, including deadlines. [Entered: 02/13/2026 12 |
| 02/13/2026 | 2<br>1 pg, 84.61 KB | NOTICE TO PARTIES: Due to the large number of parties associated with this appeal, not all pa the district court docket have been entered on this Court's docket at this time. The parties may c relevant notice(s) of appeal, other case documents, and the district court docket to identify all pa party objects to not having all parties listed on the docket, the party may file an objection stating i reasoning within 14 days after the date of this notice. [Entered: 02/13/2026 12:18 PM] |
| 02/17/2026 | 3<br>3 pg, 657.55 KB | Appellant's Certificate of Interested Persons and Corporate Disclosure Statement filed by Appella Gillespie. [Entered: 02/17/2026 04:02 PM] |
| 02/17/2026 | 4<br>2 pg, 114.57 KB | Notice that no action will be taken on Certificate of Interested Persons filed by Appellant Neil J. G Reason(s) no action being taken on filing(s): The filing was forwarded from another court. See FI (1). [Entered: 02/17/2026 04:02 PM] |
| 03/04/2026 | 5<br>1 pg, 93.48 KB | NOTICE OF CERTIFICATE OF INTERESTED PERSONS (CIP) DEFICIENCY issued to Neil J. G You have failed to file the CIP. If you are an appellant or petitioner, pursuant to 11th Cir. Rules 26 42-1(b), this appeal will be dismissed without further notice upon the expiration of 14 days from t this notice unless you remedy the default(s). If you are an appellee or respondent, pursuant to 11 26.1-5(c), no action may be taken on your filings until you comply with the CIP rules. [Entered: 03 09:29 AM] |
| 03/05/2026 | 6<br>4 pg, 189.7 KB | USDC order denying IFP as to Appellant Neil J. Gillespie was filed on 03/05/2026. Docket Entry [Entered: 03/05/2026 11:19 AM] |
| 03/06/2026 | 7<br>2 pg, 110.47 KB | Certificate of Interested Persons and Corporate Disclosure Statement filed by Neil J. Gillespie, A se Party Neil J. Gillespie. On the same day the CIP is served, any filer represented by counsel m complete the court's web-based stock ticker symbol certificate at the link here http://www.ca11.us web-based-cip or on the court's website. See 11th Cir. R. 26.1-1(b). [26-10492] (ECF: Neil Gilles [Entered: 03/06/2026 02:27 PM] |

Select All Clear All

Documents and Docket Summary
Documents Only

Include Page Numbers

Selected Pages: 0 Selected Size: 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/08/2026 16:05:59 | | | |
| PACER Login: | NeilGillespie | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 26-10492 |
| Billable Pages: | 2 | Cost: | 0.20 |

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 13, 2026

Neil J. Gillespie
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

Appeal Number: 26-10492-E
Case Style: Neil Gillespie v. Wesley Wilcox, et al
District Court Docket No: 5:25-cv-00486-SPC-PRL

**CIVIL DOCKETING NOTICE**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **02/13/2026**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a Certificate of Interested Persons and Corporate Disclosure Statement (CIP), **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a CIP or a notice. See 11th Cir. R. 26.1-1(a)(2).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

26-10492

Neil J. Gillespie
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

APPEAL,CLOSED,STAYED

# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: 5:25-cv-00486-SPC-PRL

Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al
Assigned to: Judge Sheri Polster Chappell
Referred to: Magistrate Judge Philip R. Lammens
Demand: $1,000,000
Case in other court: 11th Circuit, 26-10492
Cause: 42:1973 Voting Rights Act

Date Filed: 08/05/2025
Date Terminated: 01/13/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Neil Joseph Gillespie**

represented by **Neil Joseph Gillespie**
2801 SW College Road
Suite 3
Ocala, FL 34474
PRO SE

V.

**Defendant**

**Wesley Wilcox, Marion County Supervisor of Elections**
*Official Capacity*

**Defendant**

**Mayor Ben Marciano**
*Official Capacity*

**Defendant**

**City Attorney William E. Sexton**
*Official Capacity*

**Defendant**

**City Clerk Angel B. Jacobs**
*Official Capacity*

**Defendant**

**City Council Kristen Dreyer**
*Official Capacity*

**Defendant**

**City Council Ira Bethea , Sr.**
*Official Capacity*

**Defendant**

**City Council James Hilty**
*Official Capacity*

**Defendant**

**City Council Jay Musleh**
*Official Capacity*

**Defendant**

**Fl Sec. of State Cord Byrd**
*Official Capacity*

**Defendant**

**The Florida Department of State**

**Defendant**

**Governor Ron DeSantis**
*Official Capacity*

**Defendant**

**City Council Barry Mansfield**
*Official Capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2025 | 1 | COMPLAINT against Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. (No service copies provided) (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(MGB) (Entered: 08/07/2025) |
| 08/05/2025 | 2 | MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/07/2025) |
| 08/06/2025 | 3 | Amended MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (Attachments: # 1 Supplement)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/06/2025 | 4 | SUPPLEMENT re 1 Complaint by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |
| 08/07/2025 | 5 | NOTICE of Non-Consent (Objection) to U.S. Magistrate Judge by Neil Joseph Gillespie. (MGB) Modified docket text on 8/8/2025 (JG). (Entered: 08/08/2025) |
| 08/07/2025 | 6 | MOTION for Miscellaneous Relief, specifically to E-file by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/07/2025 | 7 | PROPOSED summons to be issued by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |

| | | |
|---|---|---|
| 08/11/2025 | 8 | **NOTICE to pro se litigant. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (MGB)** (Entered: 08/11/2025) |
| 08/11/2025 | 9 | **ORDER denying 6 Plaintiff's Motion to E-File. See Order for details. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (JMA)** (Entered: 08/11/2025) |
| 08/12/2025 | 10 | AMENDED COMPLAINT against Ira Bethea, Sr, Cord Byrd, Ron DeSantis, Kristen Dreyer, James Hilty, Angel B. Jacobs, Barry Mansfield, Ben Marciano, Jay Musleh, William E. Sexton, The Florida Department of State, Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. Related document: 1 Complaint filed by Neil Joseph Gillespie.(MGB) (Additional attachment(s) added on 8/12/2025: # 1 Exhibit, # 2 Civil Cover Sheet) (MGB). (Entered: 08/12/2025) |
| 08/12/2025 | 11 | MOTION for Miscellaneous Relief, specifically For an Article III Judge by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/12/2025) |
| 08/12/2025 | 12 | DECLARATION of by Neil Joseph Gillespie. (Attachments: # 1 Exhibit)(MGB) (Entered: 08/12/2025) |
| 08/13/2025 | 13 | **OPINION and ORDER Overruling 11 Plaintiff's Objection. Signed by Judge Sheri Polster Chappell on 8/13/2025. (LF)** (Entered: 08/13/2025) |
| 11/12/2025 | 14 | **ORDER taking under advisement 3 Plaintiff's Amended Motion to Proceed in Forma Pauperis; and denying as moot 2 Plaintiff's Motion to Proceed in Forma Pauperis, in light of the filing of the amended motion. Plaintiff shall file a second amended complaint on or before December 12, 2025. Signed by Magistrate Judge Philip R. Lammens on 11/12/2025. (JMA)** (Entered: 11/12/2025) |
| 12/11/2025 | 15 | NOTICE of voluntary dismissal without prejudice by Neil Joseph Gillespie (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(MGB) (Entered: 12/11/2025) |
| 01/13/2026 | 16 | **ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 15). The Notice is self-executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case. Signed by Judge Sheri Polster Chappell on 1/13/2026. (JMM)** (Entered: 01/13/2026) |
| 01/13/2026 | 17 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (JTM) (Entered: 01/13/2026) |
| 02/12/2026 | 18 | NOTICE OF APPEAL as to 17 Notice to Counsel of Local Rule, 16 Order Dismissing Case, by Neil Joseph Gillespie. Filing fee not paid. ***Case Stayed. (MGB) (Entered: 02/12/2026) |
| 02/12/2026 | 19 | MOTION to Appeal In Forma Pauperis by Neil Joseph Gillespie. (MGB) (Entered: 02/12/2026) |
| 02/13/2026 | 20 | TRANSMITTAL of initial appeal package to the U.S. Court of Appeals - 11th Circuit re 18 Notice of Appeal. In Forma Pauperis Motion filed. (MSN) (Entered: 02/13/2026) |
| 02/19/2026 | | ***11th Circuit Case Number: 26-10492 for 18 Notice of Appeal filed by Neil Joseph Gillespie. (LMF) (Entered: 02/19/2026) |

| | | |
|---|---|---|
| 02/27/2026 | | APPEAL FEES Paid by Neil Joseph Gillespie (Filing fee $605.00, Receipt Number OCA-14375). (KLS) (Entered: 02/27/2026) |
| 02/27/2026 | 21 | NOTICE of Filing by Neil Joseph Gillespie. (Attachments: # 1 Exhibit 1-11)(MGB) (Entered: 03/02/2026) |
| 03/05/2026 | 22 | **ORDER denying 19 Motion for Leave to Appeal In Forma Pauperis. The Clerk is directed to send a copy of this Order to the Clerk for the 11th Circuit Court of Appeals. Signed by Judge Sheri Polster Chappell on 3/5/2026. (KLS)** (Entered: 03/05/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2026 20:16:51 | | | |
| **PACER Login:** | NeilGillespie | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00486-SPC-PRL |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

RE: REQUEST FOR DISABILITY ACCOMMODATION, OCALA DIVISION

From: Lisa Fannin (lisa_fannin@flmd.uscourts.gov)
To: neil4justice@gmail.com
Date: Thursday, February 26, 2026 at 01:51 PM EST

Good afternoon, Mr. Gillespie,

I just wanted to let you know that the elevator in the Ocala Courthouse is operational. Additionally, there is a night box available on the 1st floor for use whenever the courthouse is open, even when intake to the Clerk's office is closed. If you are interested in filing electronically, you may file a motion for the court's ruling.

The Motion to proceed in forma pauperis is on the docket and ready for the Court's review, although I'm unable to determine when the court will rule on your motion.

Thank you.

Lisa Fannin
Ocala Division Manager
US District Court - Middle District of Florida
352/369-4863 (direct)
352/208-3605 (cell)

---

From: Justice Network <neil4justice@gmail.com>
Sent: Wednesday, February 25, 2026 1:05 PM
To: Lisa Fannin <Lisa_Fannin@flmd.uscourts.gov>; Justice Network <neil4justice@yahoo.com>
Cc: Megan Mann <Megan_Mann@flmd.uscourts.gov>; Neil Gillespie <neilgillespie@mail.com>
Subject: Re: REQUEST FOR DISABILITY ACCOMMODATION, OCALA DIVISION

CAUTION - EXTERNAL:

To: Lisa Fannin <lisa_fannin@flmd.uscourts.gov>
From: neil4justice@yahoo.com
Cc: Megan Mann <megan_mann@flmd.uscourts.gov>

Dear Ms. Fannin,

Good afternoon. Thank you for your response. You wrote:

> To accommodate your request below, the next time you are in the Ocala Courthouse, and the elevator is down, please let the CSOs know that you would like one of the Clerk's office staff members to come down and assist you. The CSOs will call us, and we will come down to assist you.

Pursuant to 28 U.S.C § 452 - Courts always open: "All courts of the United States shall be deemed always open for the purpose of filing proper papers, issuing and returning process, and making motions and orders."

The accommodation you offered only works when the clerk's office is open. The clerk's office is open 8:30 a.m. to 4:00 p.m., Monday through Friday, except on holidays. Under 28 U.S.C § 452, the court is supposed to always be open, and for me as a self-represented litigant, that means for the purpose of filing proper papers and making motions. As I read 28 U.S.C. § 452, that means electronic filing privileges to access and use the Court's web portal, or alternatively, the Case Management/ Electronic Filing System (CM/ECF). As I understand, the Court currently prohibits nonlawyer self-represented litigants (pro se) electronic filing privileges. This practice appears to be in conflict with 28 U.S. Code § 1654.

Pursuant to 28 U.S. Code § 1654 - Appearance personally or by counsel: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."

Separately, on February 13, 2026, the US Eleventh Circuit COA served me a Civil Docketing Notice by mail, stating in part I must, within 14 days of this notice, "Pay to the District Court the Filing Fee OR File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24." Doc-19 shows I filed a Motion for Permission to Appeal In Forma Pauperis using a form from the U.S. Eleventh Circuit. Does the District Court plan to rule on my motion? Or does the District Court want my IFP motion filed on a different form, such as Form AO 240 (the short form) or Form AO 239 (the long form)?

On February 19, 2026 @9:20 AM I telephoned the U.S. Eleventh Circuit (Tel. 404-335-6100) about the Civil Docketing Notice and the IFP motion. The person with whom I spoke was unable to differentiate between the district court IFP forms (AO 239 and AO 240) and Eleventh Circuit IFP form I filed on February 12, 2026 (Doc-19). Please advise which IFP form should be filed in the District Court for this appeal. Thank you.

Respectfully Submitted, February 25, 2026.
/s/
Neil Joseph Gillespie
2801 SW College Rd. STE 3
Ocala, FL 34474-4430
Phone: 352-239-9037
Email: NeilGillespie@mail.com
Email: Neil4Justice@yahoo.com

On Friday, February 20, 2026 at 10:59:28 AM EST, Lisa Fannin <lisa_fannin@flmd.uscourts.gov> wrote:

Good morning, Mr. Gillispie,

To accommodate your request below, the next time you are in the Ocala Courthouse, and the elevator is down, please let the CSOs know that you would like one of the Clerk's office staff members to come down and assist you. The CSOs will call us, and we will come down to assist you.

Thank you, enjoy your weekend.

Lisa F.

From: Neil Gillespie <neil4justice@gmail.com>
Sent: Thursday, February 19, 2026 11:41 AM

To: CHAMBERS FLMD HOWARD <CHAMBERS_FLMD_HOWARD@flmd.uscourts.gov>
Subject: REQUEST FOR DISABILITY ACCOMMODATION, OCALA DIVISION

CAUTION - EXTERNAL:

The Hon. Marcia Morales Howard, Chief Judge
U.S. District Court, Middle District of Florida

On February 12, 2026 I filed a Notice of Appeal (Doc 18) and a Motion for Permission to Appeal In Forma Pauperis and Affidavit (Doc 19) in Case No. 5:25-cv-486-SPC-PRL. As a self-represented litigant, my motion for permission to file electronically was denied, so I hand-delivered my pleadings to the clerk. The Ocala Division of the U.S. District Court, Middle District of Florida, is located at 207 Northwest Second Street, Ocala, Florida 34475 in the Golden-Collum Memorial Federal Building.

On February 12, 2026, the elevator was broken at the Golden-Collum Memorial Federal Building and United States Courthouse. The clerk's office is located on the third floor. Because the building's elevator was broken and did not function, I had to walk up three flights of stairs. I am age 69; age 70 next month.

On February 13, 2026, the US Eleventh Circuit COA served me a Civil Docketing Notice by mail, stating in part I must, within 14 days of this notice, "Pay to the District Court the Filing Fee OR File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24." Therefore, in order to comply with the Appellate Court's notice, I must return to the District Court [Clerk's Office] on the third floor of the Golden-Collum Memorial Federal Building to pay the filing fee or file a Motion to Proceed In Forma Pauperis (IFP).

Today I confirmed the elevator is still broken at the Golden-Collum Memorial Federal Building. I request accommodation under the ADA Amendments Act of 2008 regarding access to the third floor to the District Court Clerk's Office for the Middle District of Florida, in a way other than climbing three flights of stairs. The ADA Amendments Act of 2008 (Public Law 110–325, ADAAA) is an Act of Congress, effective January 1, 2009, that amended the Americans with Disabilities Act of 1990 (ADA) and other disability nondiscrimination laws at the Federal level of the United States.

My disabilities include the infirmaries of aging, type 2 diabetes, and partial blindness.

Respectfully Submitted, February 19, 2026.
/s/
Neil Joseph Gillespie
2801 SW College Rd. STE 3
Ocala, FL 34474-4430
Phone: 352-239-9037
Email: NeilGillespie@mail.com
Email: Neil4Justice@yahoo.com

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

*Please save your record number for tracking.*

Your record number is: **665324-SWD**

Save report

---

# What to expect

## 1 We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## 2 Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## 3 When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## 1 Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-ai

## 2 Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

# Your submission

## Contact

### Contact information

#### Your name

Neil Gillespie

#### Email address

NeilGillespie@mail.com

#### Phone number

+13522399037

#### Address

2801 SW College Rd
STE 3
Ocala, Florida 34474

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

Voting rights or ability to vote affected

---

## Location

### Where did this happen?

**Organization name**
U.S. District Court, M.D. Florida, Ocala Division

**Address**
207 Northwest Second Street
-
Ocala, Florida

---

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Other reason

---

## Date

### When did this happen?

9/16/2025

---

## Personal description

### In your own words, describe what happened

District Judge Sheri Polster Chappell has violated my civil rights by failing to rule on my amended complaint (DOC 10) filed August 12, 2025 for my right to vote in the City of Ocala, Florida, and to appear on the ballot as a candidate for Mayor. The election is today.
My amended complaint further alleges the Special Election in the City of Ocala being held today September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. My amended complaint (DOC 10) is attached. The complaint alleges violation of USC Title 52, Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge. The court has supplemental jurisdiction for Florida Election Law under 28 U.S.C. § 1367.
Judge Chappell has not ruled on my amended application to proceed in district court without prepaying fees or costs. (DOC 3). The court has refused to issue summons. (DOC 7). The court has ignored my notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. (DOC 5). U.S. Magistrate Judge Philip R. Lammens denied (DOC 9) my motion (DOC 6) to e-file on the Court's CM/ECF system. Judge Chappell wrongly denied my objection to rulings by a U.S. Magistrate Judge, and wrongly prohibited me from filing on the Court's CM/ECF system. (DOC 13).
Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights:
"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;..." https://www.law.cornell.edu/uscode/text/18/241

Judge Chappell has also engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

Judge Chappell was appointed by President Obama. I have made legal filings showing Donald J. Trump, a nonlawyer, was the only major constitutionally qualified candidate in the 2016, 2020, and 2024 presidential elections, because lawyers admitted to practice law are officers of the court and members of the judicial branch of government (Ex parte Garland, 71 U.S. 333 (1866), and cannot under the separation of powers doctrine serve in an elected executive branch office such as president, or vice president, an elected legislative branch office, President of the Senate. See, https://neil2024.blogspot.com/2025/02/donald-j-trump-president-of-united.html

The Federal Election Commission has not provided records in response to my Freedom of Information Act (FOIA) request of May 9, 2025. U.S. Congresswoman Kat Cammack has not been able to assist me either, see the attached documents. Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida, was named in my emails to the Commission. I will provide evidence showing the death of Sarah Thompson was a politically motivated homicide.

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

September 16, 2025

RE: Civil Rights Complaint against Sheri Polster Chappell, United States District Judge
*Neil J. Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections, et al*,
U.S. District Court, Middle District Florida, Ocala Division, Case 5:25-cv-486-SPC-PRL

Dear U.S. Attorney Kehoe:

District Judge Sheri Polster Chappell has violated my civil rights by failing to rule on my amended complaint (DOC 10) filed August 12, 2025 for my right to vote in the City of Ocala, Florida, and to appear on the ballot as a candidate for Mayor. The election is today.

My amended complaint further alleges the Special Election in the City of Ocala being held today September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. My amended complaint (DOC 10) is attached. The complaint alleges violation of USC Title 52, Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge. The court has supplemental jurisdiction for Florida Election Law under 28 U.S.C. § 1367.

Judge Chappell has not ruled on my amended application to proceed in district court without prepaying fees or costs. (DOC 3). The court has refused to issue summons. (DOC 7). The court has ignored my notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. (DOC 5). U.S. Magistrate Judge Philip R. Lammens denied (DOC 9) my motion (DOC 6) to e-file on the Court's CM/ECF system. Judge Chappell wrongly denied my objection to rulings by a U.S. Magistrate Judge, and wrongly prohibited me from filing on the Court's CM/ECF system. (DOC 13).

Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights:

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;..."
>
> https://www.law.cornell.edu/uscode/text/18/241

Judge Chappell has also engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

Judge Chappell was appointed by President Obama. I have made legal filings showing Donald J. Trump, a nonlawyer, was the only major constitutionally qualified candidate in the 2016, 2020, and 2024 presidential elections, because lawyers admitted to practice law are officers of the court and members of the judicial branch of government (Ex parte Garland, 71 U.S. 333 (1866), and cannot under the separation of powers doctrine serve in an elected executive branch office such as president, or vice president, an elected legislative branch office, President of the Senate. See, https://neil2024.blogspot.com/2025/02/donald-j-trump-president-of-united.html

> "Lawyers have turned our political system into a never-ending legal contest of lawsuits and court battles, investigations, subpoenas, depositions, and impeachment threats and trials. This is the Democratic Party. Bill Clinton, lawyer. Hillary Clinton, lawyer. Barack Obama, lawyer. Michelle Obama, lawyer. Joe Biden, Lawyer. Kamala Harris, lawyer. A Republican lawyer corrupting our political system is Ron DeSantis, a member of The Florida Bar."

Apparently President Obama facilitated the Russiagate hoax against President Trump.

> "Director of National Intelligence Tulsi Gabbard contends that new declassified documents show that former President Barack Obama engaged in the plot to create the lie that President Donald Trump had conspired with Russia to steal the 2016 presidential election." - Real Clear Politics, by David Harsanyi, July 25, 2025 (copy attached)

Finally, The Federal Election Commission has not provided records in response to my Freedom of Information Act (FOIA) request of May 9, 2025. U.S. Congresswoman Kat Cammack has not been able to assist me either, see the attached documents. Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida, was named in my emails to the Commission. I will provide evidence showing the death of Sarah Thompson was a politically motivated homicide.

Sincerely,

Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Enclosures

Service list

Service List September 16, 2025

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

U.S. Department of Justice
Civil Rights Division, MDFL
Email: USAFLM.Civil.Rights@usdoj.gov

Frank Talbot
Assistant U.S. Attornry
U.S. Attorney's Office
300 N. Hogan Street
Jacksonville, FL 32202
Office: 904-301-6284
Email: frank.m.talbot@usdoj.gov

Cord Byrd, Secretary of State
Florida Department of State
Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-025
DOS.GeneralCounsel@DOS.MyFlorida.com
ElecRecords@DOS.MyFlorida.com

Wesley Wilcox, CERA
Supervisor of Elections
Marion County, Florida
981 NE 16th Street
Ocala, Florida 34470
Phone: 352.620.3290
Fax: 352.620.3286
Email: wwilcox@votemarion.gov

Marissa Duquette, General Counsel
Marion County Sheriff's Office
mduquette@marionso.com
Colbert, Brittany
bcolbert@marionso.com
Legal@marionso.com

Chief Mike Balken
mbalken@ocalapd.org
Ocala Police Department

Angel B. Jacobs, CMC
Ocala City Clerk
110 SE Watula Avenue
Tel: 352-629-8403
Fax: 352-629-5208
Email: ajacobs@ocalafl.org

William Sexton, City Attorney
City if Ocala, Florida
110 SE Watula Ave
Ocala, FL 34471-2180
Office: 352-401-3972
Email: wsexton@ocalafl.gov

Orlando Sentinel Editorial Board
insight@orlandosentinel.com

Ocala Star-Banner, Austin Miller
austin.miller@starbanner.com

Ocala Gazette, Jennifer Hunt Murty
jennifer@ocalagazette.com
tips@ocalagazette.com

Ocala-News, Meta Minton
metaminton@aol.com,
mm@villages-news.com
jd@villages-news.com

# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: 5:25-cv-00486-SPC-PRL

| | |
|---|---|
| Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al<br>Assigned to: Judge Sheri Polster Chappell<br>Referred to: Magistrate Judge Philip R. Lammens<br>Demand: $1,000,000<br>Cause: 42:1973 Voting Rights Act | Date Filed: 08/05/2025<br>Jury Demand: None<br>Nature of Suit: 441 Civil Rights: Voting<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Neil Joseph Gillespie** | represented by | **Neil Joseph Gillespie**<br>2801 SW College Road<br>Suite 3<br>Ocala, FL 34474<br>PRO SE |

V.

**Defendant**

**Wesley Wilcox, Marion County Supervisor of Elections**
*Official Capacity*

**Defendant**

**Mayor Ben Marciano**
*Official Capacity*

**Defendant**

**City Attorney William E. Sexton**
*Official Capacity*

**Defendant**

**City Clerk Angel B. Jacobs**
*Official Capacity*

**Defendant**

**City Council Kristen Dreyer**
*Official Capacity*

**Defendant**

**City Council Ira Bethea , Sr.**
*Official Capacity*

**Defendant**

**City Council James Hilty**
*Official Capacity*

**Defendant**

**City Council Jay Musleh**
*Official Capacity*

**Defendant**

**Fl Sec. of State Cord Byrd**
*Official Capacity*

**Defendant**

**The Florida Department of State**

**Defendant**

**Governor Ron DeSantis**
*Official Capacity*

**Defendant**

**City Council Barry Mansfield**
*Official Capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2025 | 1 | COMPLAINT against Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. (No service copies provided) (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(MGB) (Entered: 08/07/2025) |
| 08/05/2025 | 2 | MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/07/2025) |
| 08/06/2025 | 3 | Amended MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (Attachments: # 1 Supplement) (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/06/2025 | 4 | SUPPLEMENT re 1 Complaint by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |
| 08/07/2025 | 5 | NOTICE of Non-Consent (Objection) to U.S. Magistrate Judge by Neil Joseph Gillespie. (MGB) Modified docket text on 8/8/2025 (JG). (Entered: 08/08/2025) |
| 08/07/2025 | 6 | MOTION for Miscellaneous Relief, specifically to E-file by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/07/2025 | 7 | PROPOSED summons to be issued by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |
| 08/11/2025 | 8 | **NOTICE to pro se litigant. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (MGB)** (Entered: 08/11/2025) |
| 08/11/2025 | 9 | **ORDER denying 6 Plaintiff's Motion to E-File. See Order for details. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (JMA)** (Entered: 08/11/2025) |
| 08/12/2025 | 10 | AMENDED COMPLAINT against Ira Bethea, Sr, Cord Byrd, Ron DeSantis, Kristen Dreyer, James Hilty, Angel B. Jacobs, Barry Mansfield, Ben Marciano, Jay Musleh, William E. Sexton, The Florida Department of State, Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. Related document: 1 Complaint filed by Neil Joseph Gillespie.(MGB) (Additional attachment(s) added on 8/12/2025: # 1 Exhibit, # 2 Civil Cover Sheet) (MGB). (Entered: 08/12/2025) |
| 08/12/2025 | 11 | MOTION for Miscellaneous Relief, specifically For an Article III Judge by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/12/2025) |
| 08/12/2025 | 12 | DECLARATION of by Neil Joseph Gillespie. (Attachments: # 1 Exhibit)(MGB) (Entered: 08/12/2025) |
| 08/13/2025 | 13 | **OPINION and ORDER Overruling 11 Plaintiff's Objection. Signed by Judge Sheri Polster Chappell on 8/13/2025. (LF)** (Entered: 08/13/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/16/2025 09:43:50 | | | |
| **PACER Login:** | NeilGillespie | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-00486-SPC-PRL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |