UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NEIL JOSEPH GILLESPIE,

Appellant,

vs.

Appeal No. 26-10492
LT: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Appellees.
_______________________________________/

AMENDED NOTICE OF OBJECTION TO NOT HAVING
ALL PARTIES LISTED ON THE DOCKET

The Appellant pro se, Neil Joseph Gillespie ("Gillespie"), a nonlawyer, states:

1. On March 11, 2026, Gillespie gave Notice of Objection To Not Having All Parties Listed on the Docket (Doc 11). On March 13, 2026, U.S. Circuit Judge Andrew L. Brasher entered an

Order of the Court (Doc 12-01 and Doc 12-02) striking Gillespie's Notice (Doc 11) with leave to refile within 14 days of the date of the Order as shown.

2. In his Notice (Doc 11), Gillespie objected to the docketing of this appeal. Gillespie objected to the termination of the following names:

> WESLEY WILCOX Terminated: 02/17/2026
> MARION COUNTY SUPERVISOR OF ELECTIONS
>
> BEN MARCIANO Terminated: 02/17/2026
> MAYOR OF MARION COUNTY, FLORIDA
>
> WILLIAM E. SEXTON Terminated: 02/17/2026
> CITY ATTORNEY FOR THE CITY OF OCALA, FLORIDA
>
> ANGEL B. JACOBS, Terminated: 02/17/2026
> CITY CLERK FOR THE CITY OF OCALA, FLORIDA

Gillespie also objected to names missing from the docket, including:

> RON DESANTIS, in his official capacity as Governor of Florida,
>
> CORD BYRD, in his official capacity as Florida Secretary of State, the
> FLORIDA DEPARTMENT OF STATE

3. In response, the Court relied on Fed. R. App. P. 43(c)(1):

> "[a] public officer who is a party to an appeal or other proceeding in an official capacity may be described as a party by the public officer's official title rather than by name." Based on this rule, the Clerk's Office includes only the public officer's official title on the docket rather than the public officer's name when there would be no confusion about the public officer's identity. The Clerk's Office initially mistakenly entered Wesley Wilcox, Ben Marciano, William E. Sexton, and Angel B. Jacobs—all public officers sued in their official capacities—by their names rather than by their official titles. The termination designations are a result of the correction of the docket to use the official titles under Fed. R. App. P. 43(c)(1). These termination designations had no impact as to the status of the parties to the appeal or the Court's jurisdiction.[fn1]

4. Tellingly the Court failed to cite to the full rule, which states:

Rule 43. Substitution of Parties
https://www.law.cornell.edu/rules/frap/rule_43

Rule 43(c)(1):
(c) Public Officer: Identification; Substitution.

(1) Identification of Party. A public officer who is a party to an appeal or other proceeding in an official capacity may be described as a party by the public officer's official title rather than by name. **But the court may require the public officer's name to be added.** (Emphasis added to the missing sentence)

5. Apparently the "…court may require the public officer's name to be added." So this rule is not as the Court represented. Even the language in the part of the rule the Court relied upon is only permissive - "may" - not "shall" - be described as a party by the public officer's official title rather than by name. Gillespie asserts this is an example of how corruption is written into the law. The Court may require the public officer's name to be added. But the Court did not. Gillespie contends this matters, especially in an election appeal, because parties are only searchable on ECF in the Case Query if the name appears. A search for "Ron DeSantis" on March 23, 2026 shows 19 cases (Exhibit 1). The Case Query for this case only shows "Governor of Florida", not Ron DeSantis. The public has a right to know in election cases the name of the public officer, because public officers like Ron DeSantis owe a duty of trust to the public.

6. The Court Ordered other names to appear on the docket, with their official title:

KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,

IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,

BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,

JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,

JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida

7. Without explanation, the Court may favor certain parties, by removing the names of Ron DeSantis, Cord Byrd, Wesley Wilcox, Ben Marciano, William E. Sexton, and Angel B. Jacobs.

8. The Court Ordered Gillespie's Notice stricken because it cited a certain "court employee" alleged to have made the decision to strike names. The Court wrongly accused Gillespie of "harassment", and threatened to "revoke his permission to use the ECF system".

> The appellant's objection also included information regarding a court employee. Although the information about the court employee was publicly available, it has no relevance to this matter. The inclusion of this information appears intended to harass and "is a clearly unwarranted invasion of personal privacy." 11th Cir. R. 25-6(a)(2). The Clerk's Office is directed to STRIKE the objection. Within 14 days after the date of this order, the appellant may refile the objection without reference to the court employee. *See* 11th Cir. R. 25-6(b).
>
> The appellant is notified that using the ECF system to harass court employees is abuse of the privilege of using the ECF system. The appellant is cautioned that if he abuses the privilege of using the ECF system again, the Court may revoke his permission to use the ECF system. *See* 11th Cir. R. 25-3(c).

9. Gillespie did not intend to harass anyone. Gillespie described how difficult it was to get information from the Court over several days, including a call to the Circuit Executive.

10. On March 9, 2026, Gillespie telephoned the U.S. Eleventh Circuit at 1-404-335-6100 @4:52 PM and asked why certain Defendants/Appellees were Terminated 02/17/2026. The person with whom he spoke gave conflicting reasons, then blamed it on a certain employee, but only by the first name. On March 10, 2026 Gillespie called to speak with the employee about this matter, but the person was not available.

11. On March 10, 2026, Gillespie telephoned the U.S. Eleventh Circuit at 1-404-335-6535 @1:07 PM to speak with Ashlyn D. Beck, the Court's Circuit Executive. The person with whom he spoke said Ms. Beck was not available, and she would call back; Ms. Beck did return the call.

12. Regarding the Court's claim of an "unwarranted invasion of personal privacy", this employee maintains a Linked-In profile publicly disclosing the information, with specific reference to the person's work at the U.S. Eleventh Circuit Court of Appeals. The was no invasion of privacy. Gillespie contends the employee had no legal authority to terminate parties. It appears the Court is tying to intimidate Gillespie, and set the stage to "revoke his permission to use the ECF system. *See* 11th Cir. R. 25-3(c)." That would force Gillespie to mail pleading to the Court, and the Court knows that will be a problem from information in the Notice (Doc 11).

13. On February 13, 2026 this Court entered (Doc 3) MEMORANDUM TO COUNSEL OR PARTIES (Exhibit 2) that states in relevant part:

> Appeal Number: 26-10492-E
> Case Style: Neil Gillespie v. Wesley Wilcox, et al
> District Court Docket No: 5:25-cv-00486-SPC-PRL
>
> NOTICE TO PARTIES: Due to the large number of parties associated with this appeal, not all parties from the district court docket have been entered on this Court's docket at this time. The parties may consult the relevant notice(s) of appeal, other case documents, and the district court docket to identify all parties. If any party objects to not having all parties listed on the docket, the party may file an objection stating its reasoning within 14 days after the date of this notice.

14. On February 13, 2026 Gillespie was not electronically served (Doc 3) MEMORANDUM TO COUNSEL OR PARTIES (Exhibit 2). Instead the document was served to him by U.S. Mail.

15. While the U.S. Eleventh Circuit may have mailed Doc 3, MEMORANDUM TO COUNSEL OR PARTIES, Gillespie has no record of when the letter may have arrived. Gillespie has a history of not getting U.S. Mail in Ocala from the courts. See Doc 8-1, paragraph 3, page 6,

NOTICE: $605 APPEAL FEE PAID IN CASH ON FEBRUARY 27, 2026
Theft Complaint filed with United States Marshals Service

and my comments to David Santana, Deputy U.S. Marshal, Criminal Investigator, U.S. Department of Justice, United States Marshals Service, Golden-Collum Memorial Federal Building and United States Courthouse, 207 NW 2nd Street, Ocala, FL 34475:

> You may recall I visited you in April 2024 at your office in the Golden-Collum Memorial Federal Building and United States Courthouse regarding disruption of my U.S. Mail from the District Court in Jacksonville, Florida, addressed to Neil J. Gillespie. The missing mail was an Order (Doc 19) by U.S. District Judge Marcia Howard in case no. 5:24-cv-00101 remanding Marion County case no. 2024-CA-0209 back to Marion County, Florida. I am the Plaintiff in the case against Alphabet Inc., Google LLC, and other Defendants. Do you recall that matter? (see Exhibit 6)

16. On November 12, 2025 I made a complaint to the U.S. Department of Justice against the City of Ocala for violation of 18 U.S. Code § 1701 - Obstruction of mails generally. (Exhibit 3) My complaint was served by email and U.S. Mail as shown below, with the text of the email:

> Gregory W. Kehoe
> United States Attorney
> Middle District of Florida
> U.S. Attorney's Office
> 400 North Tampa Street
> Tampa, FL 33602
> Office: 813-274-6000
> Email: gregory.kehoe@usdoj.gov
>
> RE: City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally
>
> Dear US Attorney Kehoe:
>
> Please see attached my complaint against the City of Ocala for obstruction of my mail, provided today to the DOJ in paper due the government shutdown and lack of efiling:
>
> U.S. Department of Justice
> Civil Rights Division
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-0001

As alleged in my complaint, the City of Ocala sent me certified mail on Friday, November 7, 2025, then instructed the U.S. Postal Service on Monday, November 10, 2025, not to deliver my mail, but to hold my mail at the post office for 34474, which is the Paddock Branch post office.

As of today, November 12, 2025, I have not received certified mail from the City of Ocala. I am only aware of this crime because I am subscribed to USPS Informed Delivery. Tellingly, the U.S. Postal Service did not leave a notice today in my mailbox for certified mail (PS Form 3849) with my other mail that was delivered. Currently I am not driving, and have no way to go to the Paddock Branch post office which is a ten mile round trip. Therefore I contend this certified mail has not been delivered.

My complaint also appears on Scribd at this link.
https://www.scribd.com/document/947806619/Department-of-Justice-Complaint-City-of-Ocala

Later I plan to post a video of myself mailing my complaint to the U.S. Department of Justice in Washington DC.

I request prosecution of the City of Ocala and the officials shown in the complaint, Mayor Ben Marciano, Council President Kristen Dreyer, Councilmember Jay Musleh, Councilmember James Hilty Sr., President Pro-Tem Ire Bethea, Sr., Councilmember Barry Mansfield, William Sexton, Bar #37197, City Attorney, and Angel B. Jacobs, Ocala City Clerk, for obstruction of my mail in violation of 18 U.S. Code § 1701, and violation of my civil rights:

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
Title 18, U.S.C., Section 245 - Federally Protected Activities
Title 42, U.S.C., Section 14141 - Pattern and Practice
https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes

Also see, The End of Lynching in Marion County Florida, Chapter 5 of Lethal Punishment, Lynchings and Legal Executions in the South, by Margaret Vandiver. The book explains the history of extrajudicial murder in Marion County, Florida, murder condoned by law enforcement until about 1940, and condoned by as many as 3,000 local people who attended the lynchings. In some cases the sheriff released prisoners to the lynch mob. Their children and grandchildren likely include current judges, lawyers, law enforcement, and other folks currently living in Marion County, Florida, and serving in the government.

https://www.scribd.com/document/284372795/The-End-of-Lynching-in-Marion-County-Florida

Here is a list of the men murdered by the lynch mob:

1. Caesar Carooth, black male - lynched July 3, 1885
2. George Green, black male - lynched Dec. 12, 1887

3. Robert Larkin, black male - lynched July 12, 1893
4. Nero Young, black male - lynched May 15, 1894
5. William Jackson, black male - lynched Dec. 1, 1894
6. William Jones, black male - lynched Dec. 15, 1894
7. James Gilmore, black male - lynched March 15, 1897
8. James Miley, black male - lynched March 15, 1897
9. Ed Holmes, black male - lynched March 15, 1897
10. Otis Miller, black male - lynched March 16, 1897
11. Robert Alexander, black male - lynched June 9, 1899
12. Norman McKinney, black male - lynched Jan. 16, 1901
13. Preece Niles, black male - lynched Nov. 14, 1912
14. John Archie, black male - lynched Nov. 19, 1912
15. John Richards, black male - lynched February 17, 1915
16. Joseph Nimrod, black male - lynched Dec. 29, 1915
17. Richard Anderson, black male - lynched Jan. 28, 1916
18. Elijah Jones, black male - lynched Feb. 12, 1921
19. Chandler Colding, black male - lynched Jan. 11, 1926

"Marion County mobs sometimes left a placard or a sign attached to the body of the victim; when Robert Larkin was lynched in 1893, the mob left a placard reading, "Done by 300 of the best citizens of this county."

https://www.nosue.org/civil-rights/marion-county-florida/

The name of Sarah Thompson should be included in a subsequent list questionable deaths that may in fact be extrajudicial murders by the local authorities.

Thank you.

Sincerely,
/s/
Neil J. Gillespie
(signature block ommitted)

U.S. Department of Justice
Civil Rights Division, MDFL
Email: USAFLM.Civil.Rights@usdoj.gov

Links for Lethal Punishment: Lynchings and Legal Executions in the South
https://www.rutgersuniversitypress.org/lethal-punishment/9780813537290/
https://archive.org/details/lethalpunishment0000vand
https://deathpenaltyinfo.org/books-lethal-punishment-lynchings-and-legal-executions-in-the-south

17. On February 18, 2026, the U.S. Department of Justice, Civil Rights Division, sent email to neil4justice@yahoo.com (Exhibit 4) that states in relevant part:

Dear Neil Gillespie,

You contacted the Department of Justice on November 17, 2025. Your report number is 724481-XRH. The Civil Rights Division relies on information from community members to identify potential civil rights violations. The Federal Bureau of Investigation and other law enforcement agencies conduct investigations for the Division. Therefore, you may want to contact your local FBI office or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services and
- Human trafficking in the form of coerced labor or commercial sex.

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns: www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation or your local police department or sheriff's office.

Sincerely,
/s/
The Criminal Section

18. On February 26, 2026, Gillespie received in the mail a letter from the U.S. Department of Justice, Civil Rights Division (Exhibit 5) that reiterated the text of the email in paragraph 10.

19. On March 6, 2026 Gillespie electronically filed a CIP - Certificate of Interested Persons and Corporate Disclosure Statement (Doc 7). This is essentially the same CIP at Doc 3.

20. The district court wrongly filed in this Court (Doc 3) the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) [Entered: 02/17/2026 04:02 PM]. That CIP was filed February 13, 2026 in the district court as part of a IFP Motion the day prior. On February 12, 2026 Gillespie filed a Notice of Appeal (Doc 18) and a Motion for Permission to Appeal In Forma Pauperis and Affidavit (Doc 19) in Case No. 5:25-cv-486-SPC-PRL. Later that night Gillespie realized he failed to file a Certificate of Interested Persons and Corporate Disclosure Statement, a requirement found in small print on page one of the Motion for Permission to Appeal In Forma Pauperis and Affidavit. Therefore the CIP appearing at Doc 3 *was never intended to be filed at that time in this Court*. Subsequently the district court's error created confusion in this Court, and set in motion the unnecessary filing that appears at Doc 4. The Appeal in this case was docketed February 13, 2026. The CIP was due within 14 days after the date the appeal is docketed in this court (Due date February 27, 2026), or at the same time the party submits its first filing, whichever is earlier. However Gillespie does not have a record of when he may have received mail from this Court. The first filing in this case was the CIP on March 6, 2026 (Doc 7) which was filed electronically on the Court's CM/ECF system. Tellingly the district court denied permission to file electronically on the Court's CM/ECF system, in violation of U.S. law, and Due Process under the Fifth and Fourteenth Amendments.

21. Every self-represented litigant must be granted permission to file electronically. Pursuant to 28 U.S.C. § 1654, litigants may appear personally or by counsel. Chief Judge Howard has failed to provide access to the courts, required under 28 U.S.C. § 452, to nonlawyer, self-represented (pro se) litigants, by denying access to the CM/ECF system.

28 U.S.C § 452 - Courts always open:
All courts of the United States shall be deemed always open for the purpose of filing proper papers, issuing and returning process, and making motions and orders.

28 U.S. Code § 1654 - Appearance personally or by counsel
In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.

RESPECTFULLY SUBMITTED March 25, 2026.

______________________________
Neil J. Gillespie, Appellant pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

EXHIBIT 1

Case Selection Page

| Case Number<br>Title | Opening Date | Party | Last Docket Entry | Originating Case Number<br>Origin |
|---|---|---|---|---|
| 19-11177<br>Robert Sarhan v. H & H Investors, et al | 03/27/2019 | Ron DeSantis | 01/21/2020 11:31:43 | 113C-1 : 1:19-cv-20368-RNS<br>Southern District of Florida |
| 20-11380<br>Walter Morris, Jr. v. Ron DeSantis, et al | 04/10/2020 | Ron DeSantis | 02/11/2021 16:53:37 | 113A-3 : 3:20-cv-00234-TJC-JRK<br>Middle District of Florida |
| 20-11444<br>Shannon Copeland v. FBI Director, et al | 04/14/2020 | Ron DeSantis | 05/14/2020 15:14:30 | 113C-1 : 1:20-cv-20466-FAM<br>Southern District of Florida |
| 20-13291<br>Dwight McDowell v. Donald Trump, et al | 09/01/2020 | Ron DeSantis | 03/11/2021 09:22:29 | 113A-6 : 6:20-cv-00336-WWB-LRH<br>Middle District of Florida |
| 21-10826<br>Germaine Harris v. Ron DeSantis, et al | 03/11/2021 | Ron DeSantis | 04/19/2022 14:08:55 | 113A-8 : 8:20-cv-01210-CEH-AEP<br>Middle District of Florida |
| 21-11017<br>Traymonte Snipes v. Ron DeSantis, et al | 03/30/2021 | Ron DeSantis | 04/28/2021 14:35:21 | 113A-2 : 2:20-cv-01007-JLB-NPM<br>Middle District of Florida |
| 21-12693<br>Robert Pierre v. Kathleen Smith, et al | 08/09/2021 | Ron DeSantis | 10/14/2021 12:48:09 | 113A-2 : 2:21-cv-00453-JES-MRM<br>Middle District of Florida |
| 21-13069<br>Legacy Entertainment & Arts Foundation, Inc., et al v. John Mina, et al | 09/07/2021 | Ronald Dion DeSantis | 11/04/2021 09:53:48 | 113A-6 : 6:21-cv-00698-PGB-DCI<br>Middle District of Florida |
| 22-11165<br>Samone Banks v. Ron DeSantis, et al | 04/12/2022 | Ron DeSantis | 11/10/2022 09:36:05 | 113A-8 : 8:21-cv-02890-SDM-JSS<br>Middle District of Florida |
| 22-12987<br>Diyonne McGraw v. Khanh-Lien Banko, et al | 09/06/2022 | Ron DeSantis | 06/11/2024 09:26:39 | 1129-1 : 1:21-cv-00163-AW-MAF<br>Northern District of Florida |
| 22-13219<br>Scott Huminski v. Ron Desantis | 09/27/2022 | Ron DeSantis | 02/15/2023 10:52:45 | 1129-4 : 4:22-cv-00302-RH-MAF<br>Northern District of Florida |
| 23-10065<br>Chester Robinson v. Elijah Ross, et al | 01/03/2023 | Ron DeSantis | 05/26/2023 12:20:57 | 113C-9 : 9:22-cv-81617-RNS<br>Southern District of Florida |
| 23-10053<br>Joseph Gilberti, Jr. v. President of the United States, et al | 01/06/2023 | Ron DeSantis | 03/15/2023 10:54:57 | 113C-1 : 1:22-cv-23850-DPG<br>Southern District of Florida |
| 23-10459<br>Andrew Warren v. Ron DeSantis | 02/14/2023 | Ron DeSantis | 02/10/2025 14:21:14 | 1129-4 : 4:22-cv-00302-RH-MAF<br>Northern District of Florida |
| 23-11567<br>Sean Perkins v. State of Florida, et al | 05/05/2023 | Ron DeSantis | 07/14/2023 13:15:37 | 1129-3 : 3:20-cv-06012-MCR-HTC<br>Northern District of Florida |
| 24-13027<br>Wilbert Chism v. Janet Long, et al | 09/18/2024 | Ron DeSantis | 11/12/2024 15:13:54 | 113A-8 : 8:24-cv-01231-SDM-CPT<br>Middle District of Florida |
| 25-13256<br>Kenneth Sherman, Jr. v. Senator for the State of Florida, et al | 09/18/2025 | Ron DeSantis | 03/05/2026 10:19:12 | 113A-3 : 3:25-cv-01066-WWB-LLL<br>Middle District of Florida |
| 25-13626<br>Germaine Harris v. Ron DeSantis, et al | 10/17/2025 | Ron DeSantis | 02/10/2026 16:35:02 | 113A-8 : 8:20-cv-01210-CEH-AEP<br>Middle District of Florida |
| 25-14403<br>Jacob Allston v. Ron DeSantis, et al | 12/18/2025 | Ron DeSantis | 03/16/2026 10:55:54 | 113A-6 : 6:24-cv-01085-CEM-DCI<br>Middle District of Florida |

Note:

* Click on Case No. to get Case Summary

* Click on Short Title to get Case Query
* Click on Originating Case No. to get Case Summary for Originating Case

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2026 16:35:48 | | | |
| PACER Login: | NeilGillespie | Client Code: | |
| Description: | Case Selection Table | Search Criteria: | Name: desantis, ron (pty) |
| Billable Pages: | 2 | Cost: | 0.20 |

EXHIBIT 2

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10492-E
Case Style: Neil Gillespie v. Wesley Wilcox, et al
District Court Docket No: 5:25-cv-00486-SPC-PRL

NOTICE TO PARTIES: Due to the large number of parties associated with this appeal, not all parties from the district court docket have been entered on this Court's docket at this time. The parties may consult the relevant notice(s) of appeal, other case documents, and the district court docket to identify all parties. If any party objects to not having all parties listed on the docket, the party may file an objection stating its reasoning within 14 days after the date of this notice.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MP-1

EXHIBIT
3

# City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

From: Neil4Justice (neil4justice@yahoo.com)

To: gregory.kehoe@usdoj.gov; neil4justice@yahoo.com; usaflm.civil.rights@usdoj.gov; frank.m.talbot@usdoj.gov

Cc: bmarciano@ocalafl.org; ajacobs@ocalafl.org; clerk@ocalafl.gov; wsexton@ocalafl.gov; kdreyer@ocalafl.org; ibethea@ocalafl.org; bmansfield@ocalafl.org; jmusleh@ocalafl.org; jhilty@ocalafl.org; tips@ocalagazette.com; metaminton@aol.com; mm@villages-news.com; jd@villages-news.com; austin.miller@starbanner.com; jennifer@ocalagazette.com; mduquette@marionso.com; bcolbert@marionso.com; mbalken@ocalapd.org; matthew.minter@marioncountyfl.org; dos.generalcounsel@dos.myflorida.com; elecrecords@dos.myflorida.com; sard@votemarion.gov; elections@votemarion.gov; outreach@votemarion.gov; wwilcox@votemarion.gov; legal@marionso.com; insight@orlandosentinel.com; rsimmons@orlandosentinel.com; gharrell@marioncountyclerk.org; robertd@marioncountyclerk.org

Date: Wednesday, November 12, 2025 at 03:57 PM EST

---

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

RE: City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

Dear US Attorney Kehoe:

Please see attached my complaint against the City of Ocala for obstruction of my mail, provided today to the DOJ in paper due the government shutdown and lack of efiling:

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

As alleged in my complaint, the City of Ocala sent me certified mail on Friday, November 7, 2025, then instructed the U.S. Postal Service on Monday, November 10, 2025, not to deliver my mail, but to hold my mail at the post office for 34474, which is the Paddock Branch post office.

As of today, November 12, 2025, I have not received certified mail from the City of Ocala. I am only aware of this crime because I am subscribed to USPS Informed Delivery. Tellingly, the U.S. Postal Service did not leave a notice today in my mailbox for certified mail (PS Form 3849) with my other mail that was delivered. Currently I am not driving, and have no way to go to the Paddock Branch post office which is a ten mile round trip. Therefore I contend this certified mail has not been delivered.

My complaint also appears on Scribd at this link. https://www.scribd.com/document/947806619/Department-of-Justice-Complaint-City-of-Ocala

Later I plan to post a video of myself mailing my complaint to the U.S. Department of Justice in Washington DC.

I request prosecution of the City of Ocala and the officials shown in the complaint, Mayor Ben Marciano, Council President Kristen Dreyer, Councilmember Jay Musleh, Councilmember James Hilty Sr., President Pro-Tem Ire Bethea, Sr., Councilmember Barry Mansfield, William Sexton, Bar #37197, City Attorney, and Angel B. Jacobs, Ocala City Clerk, for obstruction of my mail in violation of 18 U.S. Code § 1701, and violation of my civil rights:

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
Title 18, U.S.C., Section 245 - Federally Protected Activities
Title 42, U.S.C., Section 14141 - Pattern and Practice
https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes

Also see, The End of Lynching in Marion County Florida, Chapter 5 of Lethal Punishment, Lynchings and Legal Executions in the South, by Margaret Vandiver. The book explains the history of extrajudicial murder in Marion County, Florida, murder condoned by law enforcement until about 1940, and condoned by as many as 3,000 local people who attended the lynchings. In some cases the sheriff released prisoners to the lynch mob. Their children and grandchildren likely include current judges, lawyers, law enforcement, and other folks currently living in Marion County, Florida, and serving in the government.

https://www.scribd.com/document/284372795/The-End-of-Lynching-in-Marion-County-Florida

Here is a list of the men murdered by the lynch mob:

1. Caesar Carooth, black male - lynched July 3, 1885
2. George Green, black male - lynched Dec. 12, 1887
3. Robert Larkin, black male - lynched July 12, 1893
4. Nero Young, black male - lynched May 15, 1894
5. William Jackson, black male - lynched Dec. 1, 1894
6. William Jones, black male - lynched Dec. 15, 1894
7. James Gilmore, black male - lynched March 15, 1897
8. James Miley, black male - lynched March 15, 1897
9. Ed Holmes, black male - lynched March 15, 1897
10. Otis Miller, black male - lynched March 16, 1897
11. Robert Alexander, black male - lynched June 9, 1899
12. Norman McKinney, black male - lynched Jan. 16, 1901
13. Preece Niles, black male - lynched Nov. 14, 1912
14. John Archie, black male - lynched Nov. 19, 1912
15. John Richards, black male - lynched February 17, 1915
16. Joseph Nimrod, black male - lynched Dec. 29, 1915
17. Richard Anderson, black male - lynched Jan. 28, 1916
18. Elijah Jones, black male - lynched Feb. 12, 1921
19. Chandler Colding, black male - lynched Jan. 11, 1926

"Marion County mobs sometimes left a placard or a sign attached to the body of the victim; when Robert Larkin was lynched in 1893, the mob left a placard reading, "Done by 300 of the best citizens of this county."

https://www.nosue.org/civil-rights/marion-county-florida/

The name of Sarah Thompson should be included in a subsequent list questionable deaths that may in fact be extrajudicial murders by the local authorities.

Thank you.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com

Enclosures

U.S. Department of Justice
Civil Rights Division, MDFL
Email: USAFLM.Civil.Rights@usdoj.gov

Frank Talbot
Assistant U.S. Attornry
U.S. Attorney's Office
300 N. Hogan Street
Jacksonville, FL 32202
Office: 904-301-6284
Email: frank.m.talbot@usdoj.gov

Links for Lethal Punishment: Lynchings and Legal Executions in the South
https://www.rutgersuniversitypress.org/lethal-punishment/9780813537290/
https://archive.org/details/lethalpunishment0000vand
https://deathpenaltyinfo.org/books-lethal-punishment-lynchings-and-legal-executions-in-the-south

DOJ COMPLAINT CITY OF OCALA.pdf
623.4 kB

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

November 12, 2025

RE: City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

I am Neil J. Gillespie, d/b/a Justice Network, 2801 SW College Rd., STE 3, Ocala, FL 34474.

This is a complaint against the City of Ocala for violation of 18 U.S. Code § 1701 - Obstruction of mails generally. The facts are as follows:

1. The U.S. Postal Service notified me on Friday, November 7, 2025 of an Expected Delivery by Monday, November 10, 2025 arriving by 9:00pm. (Exhibit 1) The notice provided 3 details:

    1. Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.
    2. Tracking Number: 71999991703861022227
    3. Package Shipped from: PITNEY BOWES SPARK

2. The U.S. Postal Service notified me on Monday, November 10, 2025 at 8:02 AM of certified mail from the City of Ocala, Office Of The City Clerk, and provided the image shown below.




3. The U.S. Postal Service notified me on Monday, November 10, 2025 at 1:30 PM of a Delivery Exception at the request of the customer, stating the following: (Exhibit 2)

- Your package has a delivery exception. Your item is being held at the OCALA, FL 34474 post office at 1:27 pm on November 10, 2025. This is at the request of the customer.
- Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

- Tracking Number: 71999991703861022227
- Package Shipped from: PITNEY BOWES SPARK

4. As of today, November 12, 2025, I have not received certified mail from the City of Ocala. I am only aware of this crime because I am subscribed to USPS Informed Delivery.

5. According the U.S. Postal Service, the City of Ocala sent me certified mail, and has directed the local post office not to deliver my mail. Therefore the City of Ocala has therefore willfully obstructed or retarded delivery of my mail in violation of 18 U.S. Code § 1701:

> 18 U.S. Code § 1701 - Obstruction of mails generally.
> https://www.law.cornell.edu/uscode/text/18/1701
>
> Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both.

6. City of Ocala officials: Angel B. Jacobs, Ocala City Clerk

| | | |
|---|---|---|
| Mayor Ben Marciano | Council President Kristen Dreyer | Councilmember Jay Musleh |
| City of Ocala | Council President Kristen Dreyer | Councilmember James Hilty Sr. |
| 110 SE Watula Ave. | President Pro-Tem Ire Bethea, Sr. | |
| Ocala, FL 34471-2180 | Councilmember Barry Mansfield | |

William Sexton, Bar #37197, City Attorney

7. I request prosecution of the City of Ocala and the officials shown above for obstruction of my mail in violation of 18 U.S. Code § 1701, and violation of my civil rights: (Exhibit 3)

> Title 18, U.S.C., Section 241 - Conspiracy Against Rights
> Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
> Title 18, U.S.C., Section 245 - Federally Protected Activities
> Title 42, U.S.C., Section 14141 - Pattern and Practice

Sincerely,

Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com

Enclosures

EXHIBIT
1

USPS® Expected Delivery by Monday, November 10, 2025 arriving by 9:00pm 71999991703861022227

From: auto-reply@usps.com

To: neil4justice@yahoo.com

Date: Friday, November 7, 2025 at 09:34 AM EST

UNITED STATES POSTAL SERVICE®

Hello ,

USPS expects to deliver your package by Monday, November 10, 2025 arriving by 9:00pm.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: 71999991703861022227

Package Shipped from: PITNEY BOWES SPARK

Expected Delivery By

Mon
10
Nov

By 9:00pm

# Tracking & Delivery Options




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking ® to check the most up-to-date status of your package. Sign up for Informed Delivery ® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts .

Download USPS Mobile ®

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

EXHIBIT
2

USPS® Delivery Exception 71999991703861022227

From: auto-reply@usps.com (auto-reply@usps.com)

To: neil4justice@yahoo.com

Date: Monday, November 10, 2025 at 01:30 PM EST

UNITED STATES POSTAL SERVICE®

Hello ,

Your package has a delivery exception. Your item is being held at the OCALA, FL 34474 post office at 1:27 pm on November 10, 2025. This is at the request of the customer.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: 71999991703861022227

Package Shipped from: PITNEY BOWES SPARK

Delivery Exception



Tracking & Delivery Options

My Account




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking ® to check the most up-to-date status of your package. Sign up for Informed Delivery ® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts .

Download USPS Mobile ®

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

EXHIBIT
3

# Federal Civil Rights Statutes

The FBI is the primary federal agency responsible for investigating possible violations of federal civil rights statutes.

These laws are designed to protect the civil rights of every person within the United States, citizens and non-citizens alike.

## Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act

This statute makes it unlawful to willfully cause bodily injury—or attempting to do so with fire, firearm, or other dangerous weapon—when 1) the crime was committed because of the actual or perceived race, color, religion, national origin of any person, or 2) the crime was committed because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person and the crime affected interstate or foreign commerce or occurred within federal special maritime and territorial jurisdiction.

The law also provides funding and technical assistance to state, local, and tribal jurisdictions to help them to more effectively investigate, prosecute, and prevent hate crimes.

The law provides for a maximum 10–year prison term, unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven–year statute of limitations. For offenses resulting in death, there is no statute of limitations.

## Title 18, U.S.C., Section 241 - Conspiracy Against Rights

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

## Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## Title 18, U.S.C., Section 245 - Federally Protected Activities

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

A voter, or person qualifying to vote...;
a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
an applicant for federal employment or an employee by the federal government;
a juror or prospective juror in federal court; and
a participant in any program or activity receiving Federal financial assistance.
2) Prohibits willful injury, intimidation, or interference or attempt to do so, by force or threat of force of any person because of race, color, religion, or national origin and because of his/her activity as:

A student or applicant for admission to any public school or public college;
a participant in any benefit, service, privilege, program, facility, or activity provided or administered by a state or local government;
an applicant for private or state employment, private or state employee; a member or applicant for membership in any labor organization or hiring hall; or an applicant for employment through any employment agency, labor organization or hiring hall;
a juror or prospective juror in state court;
a traveler or user of any facility of interstate commerce or common carrier; or
a patron of any public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas stations, theaters...or any other establishment which serves the public and which is principally engaged in selling food or beverages for consumption on the premises.
3) Prohibits interference by force or threat of force against any person because he/she is or has been, or in order to intimidate such person or any other person or class of persons from participating or affording others the opportunity or protection to so participate, or lawfully aiding or encouraging other persons to participate in any of the benefits or activities listed in items (1) and (2), above without discrimination as to race, color, religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted

If you believe you or someone else has experienced a civil rights violation, please tell us what happened. Before starting, you can also read the instructions for this form (page 8) and what to expect after submission.

*You are not required to provide your name or contact information. If you want to remain anonymous, leave this section blank. If you choose to provide your contact information, we will only use it to respond to your submission.*

## 1 Contact

Neil
First name

Gillespie
Last name

Neil4Justice@yahoo.com
Email

352-239-9037
Phone

2801 SW College Rd
Mailing address 1

STE 3
Mailing address 2

Ocala
City

FL
State

34474
Zip code

Are you now or have ever been an active duty service member?

*If you're reporting on behalf of someone else, please select their status.*

○ Yes   ◉ No



OMB No. 1190-0020
Expires: 8/31/2026

## 2 Primary concern

What is your primary reason for contacting the Civil Rights Division?

*Select the **primary reason** that best describes your concern. Each reason lists examples of civil rights violations that may relate to your incident. In another section of this report, you will be able to describe your concern in your own words.*

*Note: Some primary concerns have follow-up questions. If you select one of these, we ask that you also answer the follow-up question presented below the specific primary reason.*

### ○ Workplace discrimination or other employment-related problem

Examples:

- Discriminated against because you are a US Citizen
- Fired, not hired, or demoted for reasons unrelated to job performance or qualifications
- Retaliated against for reporting discrimination
- Inappropriately asked to provide immigration documentation
- Denied reemployment or fired based on military service
- Denied an accommodation for a disability, including not being allowed to have a service animal **in the workplace**

**Was this a public or private employer? ***

○ Public employer ○ Private employer ○ I'm not sure

**How large is this employer?**

○ Fewer than 15 employees ○ 15 or more employees ○ I'm not sure

### ○ Housing discrimination or harassment

Examples:

- Denied housing, a permit, or a loan based on personal characteristics like race, sex, and/or having children under 18 years old
- Harassment by a landlord or another tenant, including sexual harassment
- Challenges with terminating a lease due to military status change
- Denied an accommodation for a disability, including not being allowed to have a service or assistance animal **in public housing**

*( * ) **Public employers** include organizations funded by the government like the military, post office, fire department, courthouse, DMV, or public school. This could be at the local or state level. **Private employers** are business or non-profits not funded by the government such as retail stores, banks, or restaurants.*



OMB No. 1190-0020
Expires: 8/31/2026

## 2 Primary concern, continued

○ **Mistreated by police, correctional staff, or inmates** *(Including while in prison)*

Examples:

- Police brutality or use of excessive force, including patterns of police misconduct
- Searched and arrested under false pretenses, including racial or other discriminatory profiling
- Denied rights while arrested or incarcerated
- Denied access to safe living conditions or accommodations for a disability, language barrier, or religious practice while incarcerated

**Did this happen while in custody or incarcerated?**

○ Yes ○ No

○ **Discrimination at a school, educational program or service, or related to receiving education ***

Examples:

- Harassment based on race, sex, national origin, disability, or religion
- Denied admission or segregated in an education program or activity
- Denied educational accommodations for a disability or language barrier

**Did this happen at a public or a private school, educational program or activity?**

○ Public school or educational program

○ I'm not sure

○ Private school or educational program

○ **Voting rights or ability to vote affected**

Examples:

- Obstacles to registering to vote, obtaining or submitting a ballot, having your ballot counted, or entering a polling place to vote
- Denied adequate voting assistance or accommodations for a disability at a polling place
- Restricted or prevented from participating in an election, including voting, becoming a candidate, or being elected for office

*( * ) Includes schools, educational programs, or educational activities, like training programs, sports teams, clubs, or other school-sponsored activities*



OMB No. 1190-0020
Expires: 8/31/2026

## 2 Primary concern, continued

(●) **Discriminated against in a commercial location or public place**

*This could include a store, restaurant, bar, hotel, place of worship, library, medical facility, bank, courthouse, government building, public park or street, as well as online.*

Examples:

- A physical or online location that does not provide disability accommodations
- Denied service or entry because of a perceived personal characteristic like race, sex, or religion
- Denied an accommodation for a disability, including not being allowed to have a service animal in a commercial or public location

( ) Place of worship or about a place of worship
*Church, synagogue, temple, religious community center*

( ) Commercial or retail building
*Store, restaurant, bar, hotel, theater*

( ) Healthcare facility
*Hospital or clinic (including inpatient and outpatient programs), reproductive care clinic, state developmental institution, nursing home*

( ) Financial institution
*Bank, credit union, loan services*

( ) Public space
*Park, sidewalk, street, other public buildings (courthouse, DMV, city library)*

(●) Other

Please describe "Other reason" (in 10 words or fewer)

City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

( ) **Something else happened**

*The examples above reflect some but not all of the civil rights violations that we address. Select this option if you don't see an example that applies to your situation. You will be able to tell us more later.*



OMB No. 1190-0020
Expires: 8/31/2026

## 3 Location details

*Please tell us the city, state, and name of the location where this incident took place. This ensures your report is reviewed by the right people within the Civil Rights Division.*

City of Ocala

Organization name

*Examples: Name of facility, business or location, school, town or city, prison, polling place, website, etc.*

110 SE Watula Ave

Street address 1

Street address 2

Ocala

City

FL

State

## 4 Date

When did this happen?

*It is important for us to know how recently this incident happened so we can take the appropriate action. If this happened over a period of time or is still happening, please provide the most recent date.*

November 10, 2025

Date



OMB No. 1190-0020
Expires: 8/31/2026

## 5 Personal characteristics

Do you believe any of these personal characteristics influenced why you were treated this way?

*There are federal and state laws that protect people from discrimination based on their personal characteristics. Here is a list of the most common characteristics that are legally protected. Select any that apply to your incident.*

- [ ] Age
- [ ] Disability (including temporary or recovered and including HIV and drug addiction)
- [ ] Family, marital, or parental status
- [ ] Genetic information (including family medical history)
- [ ] Immigration/citizenship status (choosing this will not share your status) Language
- [ ] National origin (including ancestry and ethnicity)
- [ ] Pregnancy
- [ ] Race/color
- [ ] Religion
- [ ] Sex
- [ ] Sexual orientation
- [ ] None of these apply to me
- [x] Other reason
- [x] Please describe "Other reason" (in 10 words or fewer)

Conspiracy Against Rights 18USC241, Deprivation of Rights 18USC242 etc



OMB No. 1190-0020
Expires: 8/31/2026

## ❻ Personal Description

In your own words, describe what happened.

*Please share details like:*

- *Time*
- *Names of people involved including witnesses if there are any*
- *Any supporting materials (please list and describe them)*

Please see attached my complaint letter and exhibits.

City of Ocala officials:

Mayor Ben Marciano
Email: bmarciano@ocalafl.org
City of Ocala
110 SE Watula Ave
Ocala, FL 34471-2180

Angel B. Jacobs, Ocala City Clerk
Email: ajacobs@ocalafl.org
Email: clerk@ocalafl.gov

William Sexton, Bar #37197, City Attorney
Email: wsexton@ocalafl.gov

Council President Kristen Dreyer
Email: kdreyer@ocalafl.org

President Pro-Tem Ire Bethea, Sr.
Email: ibethea@ocalafl.org

Councilmember Barry Mansfield
Email: bmansfield@ocalafl.org

Councilmember Jay Musleh
Email: jmusleh@ocalafl.org

Councilmember James Hilty Sr.
Email: jhilty@ocalafl.org

*You may attach further details as extra pages, if necessary*



OMB No. 1190-0020
Expires: 8/31/2026

## Instructions

The purpose of this form is to assist you in filing a report with the Civil Rights Division. You are not required to use this form; a letter with the same information is sufficient, however, please ensure you are including the same information.

**Step 1: You can complete and submit this form.** By completing this form, you can provide the details we need to understand what happened. You can mail a printed copy of this form via postal service to the division or you can email an electronic copy. Once we receive your report, it is immediately sent to our staff for review.

**Step 2: We will review your report.** Teams that specialize in handling your type of issue will review it. If it needs to be forwarded to another team or agency, we will try to connect your complaint to the right group.

**Step 3: We will determine next steps and get back to you.** Possible outcomes include: following up for more information, starting a mediation or investigation, directing you to another organization for further help, or informing you that we cannot help.

**To mail a printed copy of the form:**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**To reach us by phone:**
(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

## Privacy Policy

The purpose of this form is to allow the public to submit civil rights complaints to the Department of Justice, thereby allowing us to enforce over thirty civil rights statutes (https://civilrights.justice.gov/privacy-policy#our-statutes) within our authority. These statutes authorize us to collect this information. You should know that any information you provide through this form is voluntary, yet failure to provide some of the information might limit the Department's ability to pursue your claim. We may use this information for certain routine uses, including sharing this information under certain circumstances with:

- contractors who work with us, if they need it to perform a contract;
- a court, magistrate, or administrative tribunal, as well as opposing counsel during settlement negotiations and/or litigation;
- Members of Congress;
- Federal, state, or local law enforcement agencies.

You can find our complete Privacy Policy at https://civilrights.justice.gov/privacy-policy.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 10 minutes per response per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is voluntary. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Justice, Civil Rights Division 950 Pennsylvania Avenue, NW., Washington, D.C. 20530-0001.



OMB No.1190-0020
Expires: 8/31/2026

## Meet the City Council

The City of Ocala is governed by the council-manager form of government. Voters elect a five-member city council and a mayor. The mayor serves a two-year term and council members serve four-year terms.

- Who is my elected official?

## City Council Meeting Information

Council meetings are on the first and third Tuesdays of every month at 4 p.m. Please check the Public Notices for special called meetings.

**Mayor Be nc Mari Gac o**



## Mayor Ben Marciano

Contact Mayor Ben Marciano

With a passion for serving the community, Ben Marciano assumed the office of Mayor in December 2023. Beginning his career as a health trainer, he has developed successful health and fitness facilities within Marion County.

View Bio >

**uol c i CPs rndG nc KBDr GdKnc - rnynr**



## Council President Kristen Dreyer

Contact Councilmember Kristen Dreyer

Kristen Dreyer joined the City Council in December 2021 representing District 4.

View Bio >

**s rndG nc Ks roBTnm BIrn e nKna, Sr.**



## President Pro-Tem Ire Bethea, Sr.

Contact Councilmember Ire Bethea, Sr.

Ire Bethea, Sr. represents District 2 and assumed office in June 2020. District 2 encompasses the city's far western section of the City.

View Bio >

**uol c i CPmnmbnr Be arry MacdfChR**



## Councilmember Barry Mansfield

Contact Councilmember Barry Mansfield

Barry Mansfield joined the City Council in December 2021 representing District 1 (at-large), which encompasses the entire City of Ocala.

View Bio >

**uol c i CPmnmbnr BJay Ml dPhh**



## Councilmember Jay Musleh

Contact Councilmember Jay Musleh

Jay Musleh assumed office in May 2012 to fill an unexpired term, represents District 3.

View Bio >

**uol c i CPmnmbnr BJamnd HCPKy Sr.**



## Councilmember James Hilty Sr.

Contact Councilmember James Hilty Sr.

James Hilty Sr. joined the City Council in December 2021 representing District 5, which encompasses the City's far eastern region.

View Bio >



CONTACT

110 SE Watula Ave.
Ocala, FL 34471

Email: William Sexton

# City Attorney - William Sexton

William E. Sexton was appointed by the Ocala City Council as City Attorney in September of 2022.

Pursuant to the Ocala City Charter, the City Attorney serves as the chief legal advisor to the City Council, the City Manager and all city departments, offices and agencies and represents the City of Ocala in all legal proceedings.

Mr. Sexton has extensive experience representing Florida local governments. Prior to his appointment as City Attorney, Mr. Sexton served for over nine years as the in-house County Attorney for the Board of County Commissioners of Bradford County, Florida. Mr. Sexton has also worked in private practice representing numerous Florida cities and counties.

Mr. Sexton earned his Bachelor of Arts degree in political science and history and his Juris Doctor – with an Environmental and Land Use Law Certificate – from the University of Florida. While at the University of Florida, he was inducted into Florida Blue Key and the University of Florida Hall of Fame.

A member of the Florida Bar, Mr. Sexton is admitted to practice before the United States District Courts for the Middle and Northern Districts of Florida as well as the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court.

EXHIBIT 4

Response: Your Civil Rights Division Report - 724481-XRH from the Criminal Section

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)
To: neil4justice@yahoo.com
Date: Wednesday, February 18, 2026 at 12:22 PM EST

U.S. Department of Justice
**Civil Rights Division**
civilrights.justice.gov

Dear Neil Gillespie,

You contacted the Department of Justice on November 17, 2025. Your report number is 724481-XRH. The Civil Rights Division relies on information from community members to identify potential civil rights violations. The Federal Bureau of Investigation and other law enforcement agencies conduct investigations for the Division. Therefore, you may want to contact your local FBI office or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services and
- Human trafficking in the form of coerced labor or commercial sex.

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns:

www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation or your local police department or sheriff's office.

Sincerely,
/s/
The Criminal Section


## Contact

civilrights.justice.gov

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

# U.S. Department of Justice
## Civil Rights Division

EXHIBIT 5

Neil Gillespie
2801 SW College Rd.
Ste. 3
Ocala, FL 34474
Neil4Justice@yahoo.com

*Washington, DC 20530*

February 18, 2026

Dear Neil Gillespie,

You contacted the Department of Justice on November 17, 2025. Your report number is 724481-XRH. The Civil Rights Division relies on information from community members to identify potential civil rights violations. The Federal Bureau of Investigation and other law enforcement agencies conduct investigations for the Division. Therefore, you may want to contact your local FBI office or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services and
- Human trafficking in the form of coerced labor or commercial sex.

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns: www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation or your local police department or sheriff's office.

Sincerely,
/s/
The Criminal Section

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

quadient
02/19/2026
US POSTAGE $000.74⁰
FIRST-CLASS MAIL
IMI
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20530
041M12121016

Neil Gillespie
2801 SW College Rd.
Ste. 3
Ocala, FL 34474

*Washington,*

February 18, 2

3447434430 R018

EXHIBIT
6

Eryc L. Hutto, Postmaster
U.S. Postal Service (USPS)
400 SW First Ave.
Ocala, FL 34478-9998

May 9, 2024

Dear Postmaster Hutto:

This complaint concerns the Paddock Branch Post Office, 4545 SW 60th Ave., Ocala FL 34474. On May 3, 2024 I visited the Paddock Branch Post Office and spoke with a postal worker who identified himself as "Enrique" about a problem with U.S. Mail from The Florida Bar described below. Enrique told me he would investigate the matter, but I have not heard back from him.

PROBLEM #1: Failure of the U.S. Postal Service (USPS) to deliver U.S. Mail from The Florida Bar to me.

On April 22, 2024, The Florida Bar sent me U.S. Mail properly addressed that was not delivered, but instead was returned to The Florida Bar and marked "Return To Sender". See the enclosed copy of the returned U.S. Mail provided to me by The Florida Bar by email.

U.S. Mail properly addressed to Neil J. Gillespie but marked "Return to Sender":

Neil J. Gillespie
2801 SW College Road, Suite #3
Ocala, FL 34474

Return To Sender
Not Deliverable as Addressed
Unable to Forward

On April 26, 2023 I filed a change of address for myself and for my business, Justice Network, and have been receiving U.S. Mail at 2801 SW College Road, Suite #3, Ocala, FL 34474 since then. See enclosed copies of the following:

- Neil J. Gillespie, Official Mail Forwarding Change of Address Order dated April 26, 2024
- Justice Network, Official Mail Forwarding Change of Address Order dated April 26, 2024
- Justice Network, USPS confirmation letter Apr-26-2023

Why did the USPS fail to deliver U.S. Mail sent to me on April 22, 2024 from The Florida Bar?

I receive U.S. Mail at 2801 SW College Road, Suite #3, Ocala, FL 34474 addressed to Neil J. Gillespie, see enclosed a copy of a mailing envelope for U.S. Mail sent First Class on March 26, 2024 from the U.S. District Court in Jacksonville, Florida addressed to Neil J. Gillespie:

United States District Court, Middle District Of Florida
Office Of The Clerk
300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202-4271

Eryc L. Hutto, Postmaster
Ocala, Florida

May 9, 2024

PROBLEM #2: On April 8, 2024 legal counsel for Marion County Clerk & Comptroller Gregory C. Harrell claimed he did not get mail regarding me that was mailed on March 26, 2024 from the U.S. District Court in Jacksonville, Florida. I discussed this problem with David Santana, Deputy U.S. Marshal, Criminal Investigator, at his office on the second floor of the federal courthouse in the Golden-Collum Memorial Federal Building and United States Courthouse, 207 Northwest Second Street, Ocala, Florida 34475, as shown on the embedded business card image.


U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

David Santana
Deputy U.S. Marshal
Criminal Investigator

207 NW 2nd Street
Ocala, Florida 34475

Telephone: 352-547-3683
Fax: 352-547-3681
Cell: 904-654-9538
Email: david.santana@usdoj.gov

The U.S. Mail from the U.S. District Court in Jacksonville, Florida was an Order (DOC 19) by U.S. District Judge Marcia Howard in case no. 5:24-cv-00101 remanding Marion County case no. 2024-CA-0209 back to Marion County, Florida. I am the Plaintiff in the case against Alphabet Inc., Google LLC, and other Defendants.

- On April 10, 2024 I gave Notice of Voluntary Dismissal Without Prejudice in Marion County case no. 2024-CA-0209.
- On April 11, 2024 the Marion County Clerk claims to have received the U.S. Mail from the U.S. District Court in Jacksonville, Florida remanding the case back to Marion County, FL.

Tellingly, the Marion County Clerk refused to provide me a copy of the mailing envelope from the U.S. District Court in Jacksonville, Florida in response to my record request.

Apparently it took the USPS sixteen (16) days to deliver First Class U.S. Mail (mailed March 26, 2024) from the U.S. District Court in Jacksonville, Florida to the Marion County Clerk, 110 NW 1st Ave., Ocala, Florida (allegedly received April 11, 2024). Or in the alternative, the Marion County Clerk actually got the mail on or about March 29, 2024, about the same time I got the First Class U.S. Mail (mailed March 26, 2024) from the U.S. District Court in Jacksonville, to my address at 2801 SW College Rd. in Ocala, see the enclosed copy of mailing envelope.

I am asking for an investigation of Marion County Clerk & Comptroller Gregory C. Harrell and whether he obstructed U.S. Mail containing of the Order of Judge Howard mailed March 26, 2024 by the Clerk of U.S. District Court In Jacksonville in case no. 5:24-cv-00101 remanding Marion County case no. 2024-CA-0209 back to Marion County, Florida.

Did Marion Clerk Gregory Harrell violate 18 U.S.C. § 1701 - Obstruction of mails generally?

> 18 U.S.C. § 1701 - Obstruction of mails generally. Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both.

If so, that would be evidence that Clerk Gregory Harrell obstructed a federal court order and violated my civil rights under color of law.

I understand the U.S. Postal Inspector Mail Covers Program (39 CFR § 233.3 - Mail covers) may have images of the envelope from the U.S. District Court in Jacksonville to Clerk Harrell that his legal counsel Rob Davis claims arrived on April 11, 2024, sixteen (16) days after it was mailed.

The is a FOIA request for a copy of the mailing envelope postmarked from the U.S. District Court in Jacksonville to Clerk Harrell in Ocala on or about March 26, 2024.

The citizens of Marion County, Florida have a right to know if Clerk Gregory Harrell is a crook, and if the USPS in Ocala is assisting Clerk Harrell in any crimes.

Enclosed is a copy of my State of Florida, Department of State certification and documents for my Justice Network fictitious name, 2801 SW College Rd, STE 3, Ocala, FL 34474.

Sincerely,

Neil J. Gillespie
Justice Network
2801 SW College Rd, STE 3
Ocala, FL 34474
Tel: 352-581-2600 (land line)
Tel: 352-239-9037 (wireless)
Email: Neil4Justice@yahoo.com
Email: celticein@yahoo.com
(Florida Portal E-Service)

Enclosures

<u>VIA UPS No. 1Z64589F0398348860</u>

**THE FLORIDA BAR**
651 EAST JEFFERSON STREET
TALLAHASSEE, FL 32399-2300

*Visit our web site:* **www.FLORIDABAR.org**

RECEIVED
MAY 02 2024
THE FLORIDA BAR - ACAP
TALLAHASSEE, FLORIDA

quadient
FIRST-CLASS MAIL
IMI
$000.64
04/22/2024 ZIP 32399
043M31230388
US POSTAGE

Mr. Neil J. Gillespie
2801 S.W. College Road
Suite #3
Ocala, Fl

NIXIE 322 FE 1 0004/30/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF BC: 32399230099 *0238-01039-30-19
32399>2300
34474344430

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

April 22, 2024

Mr. Neil J. Gillespie
2801 S.W. College Road
Suite #3
Ocala, FL 34474

Re: Damon Justin Whitaker; RFA No. 24-10794

Dear Mr. Gillespie:

Your Complaint regarding Mr. Damon Justin Whitaker, Esq., has been referred to me for review. Your Complaint regards a dispute with Google, LLC., concerning your Blogger account.

The matters upon which your allegations are premised involve a civil dispute and present questions of law. The Florida Bar is not the correct forum in which to have such legal issues adjudicated and resolution of those issues must be left to the appropriate tribunal.

This determination does not preclude you however, from consulting a private attorney and/or exercising any legal remedies which may be available to you. In the event the proper tribunal enters a finding or order which supports your allegations concerning the attorney in this regard, you may resubmit your complaint along with a copy of such findings or order for consideration.

In light of the foregoing, this file has been closed effective April 19, 2024. Pursuant to the Bar's records retention schedule, the computer record and file of this matter will be disposed of one year from the date of closure.

Sincerely,

Christopher Stephen Wackes, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

cc: Mr. Damon Justin Whitaker (with enclosure)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

OFFICIAL BUSINESS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 32202
02 7H
0006144900
$ 000.88⁰
MAR 26 2024

Neil J. Gillespie
2801 SW College Rd., Ste 3
Ocala, FL 34474

34474$4430 R01A

# OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

**OFFICIAL USE ONLY**

Zone/Route ID No.

Date Entered on Form 3982 M M D D Y Y

Expiration Date M M D D Y Y

Clerk/Carrier Endorsement

1. Change of Address for: (Read Attached Instructions) [X] Individual (#5) [ ] Entire Family (#5) [ ] Business (#6)

2. Is This Move Temporary? [ ] Yes [X] No

3. Start Date: (ex. 02/27/17) 04 26 23

4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)

5a. LAST Name & Jr./Sr./etc.: GILLESPIE

5b. FIRST Name and MI: NEIL J

6. If BUSINESS Move, Print Business Name:

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address: 8092 SW 115 LOOP

7a. OLD APT or Suite:

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY: OCALA 7d. State: FL 7e. ZIP: 34481

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address: 2801 SW College RD

8a. NEW APT/Ste or PMB: STE 3

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY: OCALA 8d. State: FL 8e. ZIP: 34474

9. Print and Sign Name (see conditions on reverse)

Print: Neil J. Gillespie

Sign: [signature]

10. Date Signed: (ex. 01/27/17) 04 26 23

OFFICIAL USE ONLY

UNITED STATES POSTAL SERVICE

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

NOTE: The person signing this form states that he or she is the person, executor, guardian, authorized officer, or agent of the person for whom mail would be forwarded under this order. Anyone submitting false or inaccurate information on this form is subject to punishment by fine or imprisonment or both under Sections 2, 1001, 1702 and 1708 of Title 18, United States Code.

PRIVACY ACT STATEMENT: Your information will be used to provide mail forwarding and Change-of-Address (COA) services and move related advertisements, to verify your identity, to facilitate communication, to identify and mitigate potential fraud and to provide address correction services. Collection is authorized by 39 U.S.C. 401, 403, 404. Providing the information is voluntary, but if not supplied, we may not be able to process and fulfill your request for services. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following standard and specific routine uses: Incident to legal proceedings; for law enforcement purposes; to a congressional office; to agents or contractors; to auditors; to labor organizations; to federal, state, local, or foreign government agencies; to agencies and entities for financial matters; for customer service purposes; for voter registration to a duly formed election board or registration commission; to a federal, state, or local government agency upon certification when required for the performance of its duties; to a law enforcement agency after the Postal Inspection Service has confirmed that the COA information is needed for a criminal investigation; for service of process; for purpose of jury service; to agencies or entities at customer's request; to a disaster relief organization; pursuant to the order of a court of competent jurisdiction; for address correction services only if the mailer is in possession of the name and old address; and to USPS licensed service providers to perform mailing list address correction services for lists containing your name and old address. For a list of licensed service providers please visit https://postalpro.usps.com/NCOALink_Service_Providers. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

VOTE *Remember to update your voter registration if you are filing a permanent Change-of-Address.*

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 73026 WASHINGTON, DC

**POSTAGE WILL BE PAID BY ADDRESSEE**

**TO: POSTMASTER**

**UNITED STATES POSTAL SERVICE**

# OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

1. Change of Address for: (Read Attached Instructions)
☐ Individual (#5) ☐ Entire Family (#5) ☒ Business (#6)

2. Is This Move Temporary? ☐ Yes ☒ No

3. Start Date: (ex. 02/27/17) 04 26 23

4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)

5a. LAST Name & Jr./Sr./etc.

5b. FIRST Name and MI

6. If BUSINESS Move, Print Business Name: JUSTICE NETWORK

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address: 8092 SW 115Th Loop

7a. OLD APT or Suite: [illegible]

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY: OCAlA
7d. State: FL
7e. ZIP: 34481

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address: 2801 SW College Rd

8a. NEW APT/Ste or PMB: STE 3

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY: OCAlA
8d. State: FL
8e. ZIP: 34474

9. Print and Sign Name (see conditions on reverse)
Print: Justice Network
Sign: [signature]

10. Date Signed: (ex. 01/27/17) 04 26 23

**OFFICIAL USE ONLY**

Zone/Route ID No.

Date Entered on Form 3982
M M D D Y Y

Expiration Date
M M D D Y Y

Clerk/Carrier Endorsement

OFFICIAL USE ONLY

UNITED STATES
POSTAL SERVICE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

NOTE: The person signing this form states that he or she is the person, executor, guardian, authorized officer, or agent of the person for whom mail would be forwarded under this order. Anyone submitting false or inaccurate information on this form is subject to punishment by fine or imprisonment or both under Sections 2, 1001, 1702 and 1708 of Title 18, United States Code.

PRIVACY ACT STATEMENT: Your information will be used to provide mail forwarding and Change-of-Address (COA) services and move related advertisements, to verify your identity, to facilitate communication, to identify and mitigate potential fraud and to provide address correction services. Collection is authorized by 39 U.S.C. 401, 403, 404. Providing the information is voluntary, but if not supplied, we may not be able to process and fulfill your request for services. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following standard and specific routine uses: Incident to legal proceedings; for law enforcement purposes; to a congressional office; to agents or contractors; to auditors; to labor organizations; to federal, state, local, or foreign government agencies; to agencies and entities for financial matters; for customer service purposes; for voter registration to a duly formed election board or registration commission; to a federal, state, or local government agency upon certification when required for the performance of its duties; to a law enforcement agency after the Postal Inspection Service has confirmed that the COA information is needed for a criminal investigation; for service of process; for purpose of jury service; to agencies or entities at customer's request; to a disaster relief organization; pursuant to the order of a court of competent jurisdiction; for address correction services only if the mailer is in possession of the name and old address; and to USPS licensed service providers to perform mailing list address correction services for lists containing your name and old address. For a list of licensed service providers please visit https://postalpro.usps.com/NCOALink_Service_Providers. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

VOTE *Remember to update your voter registration if you are filing a permanent Change-of-Address.*

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 73026 WASHINGTON, DC

**POSTAGE WILL BE PAID BY ADDRESSEE**

**TO: POSTMASTER**

**UNITED STATES POSTAL SERVICE**

**UNITED STATES POSTAL SERVICE®**

**★ Official ★**
**Change-of-Address Confirmation Letter**
**★**

## VERIFICATION REQUIRED

Mail will be forwarded for all persons at the old address of the following business:
JUSTICE NETWORK

Your mail will be forwarded to your NEW address, as you requested, on:
APR 26, 2023

## YOUR OLD ADDRESS

JUSTICE NETWORK
8092 SW 115TH LOOP
OCALA FL 34481-3567

If you want to view or cancel this change-of-address order or change the date to start forwarding your mail, visit **managemymove.usps.com** and enter your Confirmation Code or scan the QR code to get started.

**CONFIRMATION CODE:**
**2311 7108 7000 4650**

## YOUR NEW ADDRESS

036 B268 00001001 00027852 1 1

JUSTICE NETWORK
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

Please retain this Official Change-of-Address Confirmation page for your records as local agencies and/or resources may requre it for proof of your move.

**Additional Business Alias Names**

## MAIL FORWARDING EXPIRATION DATES

| | |
|---|---|
| First Class Mail®, Priority Mail® & Priority Express Mail® | Apr 26, 2024 |
| Newspapers, Magazines | Jun 25, 2023 |
| Packages[1] | Not Forwarded |
| Catalogs | Not Forwarded[2] |
| Standard Mail | Not Forwarded[2] |

1. Some restrictions apply 2. Unless requested by mailer

Don't miss any mail! Extend your Mail Forwarding End Date now for $19.95 for a 6-month extension, $29.95 for a 12-month extension, or $39.95 for a 18-month extension. To purchase Extended Mail Forwarding please go to **managemymove.usps.com.***

**Extended Mail Forwarding**

Visit **managemymove.usps.com** to add your email address and receive email reminders of mail forwarding expiration dates. If your change-of-address is correct and you have not received mail at your new address for 10 Postal business days or more, please call **1-800-ASK-USPS** (1-800-275-8777).

*To begin your extension process, please take this letter to your local USPS location.

## IMPORTANT MESSAGES FROM THE U.S. POSTAL SERVICE REGARDING YOUR MAIL FORWARDING REQUEST

Yellow or White stickers with your new address are placed on mail forwarded by the U.S. Postal Service. These labels indicate the correspondent doesn't know your new address.

To receive your mail faster, notify the sender of your new address



# State of Florida

## *Department of State*

I certify from the records of this office that JUSTICE NETWORK is a Fictitious Name registered with the Department of State on January 25, 2018.

The Registration Number of this Fictitious Name is G18000014506.

I further certify that said Fictitious Name Registration is active.

I further certify that said Fictitious Name Registration filed a renewal on September 7, 2023, and expires on December 31, 2028.

***Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Ninth day of September, 2023***

***Secretary of State***

FLORIDA DEPARTMENT of STATE DIVISION OF CORPORATIONS

Sunbiz.org DIVISION of CORPORATIONS
*an official State of Florida website*



# Fictitious Name Detail

## Fictitious Name

**JUSTICE NETWORK**

## Filing Information

| | |
|---|---|
| Registration Number | G18000014506 |
| Status | ACTIVE |
| Filed Date | 01/25/2018 |
| Expiration Date | 12/31/2028 |
| Current Owners | 1 |
| County | MULTIPLE |
| Total Pages | 7 |
| Events Filed | 6 |
| FEI/EIN Number | 22-3884681 |

## Mailing Address

2801 SW COLLEGE RD
STE 3
OCALA, FL 34474

## Owner Information

GILLESPIE, NEIL JOSEPH
2801 SW COLLEGE RD, STE 3
OCALA, FL 34474
FEI/EIN Number: NONE
Document Number: NONE

## Document Images

01/25/2018 -- Fictitious Name Filing View image in PDF format

09/07/2023 -- Fictitious Name Renewal Filing View image in PDF format

05/03/2023 -- CHANGE NAME/ADDRESS View image in PDF format

02/01/2023 -- CHANGE NAME/ADDRESS View image in PDF format

02/01/2023 -- CHANGE NAME/ADDRESS View image in PDF format

01/31/2023 -- CHANGE NAME/ADDRESS View image in PDF format

04/23/2020 -- CHANGE NAME/ADDRESS View image in PDF format



Florida Department of State, Division of Corporations

# APPLICATION FOR RENEWAL OF FICTITIOUS NAME

FILED
Sep 07, 2023
Secretary of State
G23000107989

REGISTRATION# G18000014506

**Fictitious Name:** JUSTICE NETWORK

**Current Mailing Address:**

2801 SW COLLEGE ROAD
SUITE 3
OCALA, FL 34474

**New Mailing Address:**

2801 SW COLLEGE RD
STE 3
OCALA, FL 34474 UN

**Current County of Principal Place of Business:**

MULTIPLE

**New County of Principal Place of Business:**

**Current FEI Number:**

22-3884681

**New FEI Number:**

**Current Owner(s):**

Document #: ( ) Delete
FEI #:
Name: GILLESPIE, NEIL JOSEPH
Address: 11100 SW 93RD COURT RD., SUITE 10-220
City-St-Zip: OCALA, FL 34481

**Additions/Changes to Owner(s):**

Document #: (X) Change ( ) Addition
FEI #:
Name: GILLESPIE, NEIL JOSEPH
Address: 2801 SW COLLEGE RD, STE 3
City-St-Zip: OCALA, FL 34474

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I understand that the electronic signature below shall have the same legal effect as if made under oath. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

NEIL JOSEPH GILLESPIE 09/07/2023
Electronic Signature(s) Date

**Certificate of Status Requested (X)** **Certified Copy Requested ( )**