UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NEIL JOSEPH GILLESPIE,

Appellant,

vs.

Appeal No. 26-10492
LT: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Appellees.
_________________________________________/

MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

The Appellant pro se, Neil Joseph Gillespie ("Gillespie"), a nonlawyer, moves to extend time to file the Appellant's brief, and states:

1. This Court's Briefing Notice (Doc 10), pursuant to 11th Cir. R. 31-1(a), set Appellant's brief due March 25, 2026. The appendix is due 7 days after the Appellant's brief is filed.

2. Gillespie respectfully moves for an extension of time to file his brief and appendix.

3. Gillespie is aware this is a belated request to extend time, and apologies to the Court for his untimely motion. Circumstances beyond his control have delayed filing his brief, see

> MOTION TO STRIKE NOTICE OF DISTRICT COURT'S DENIAL OF LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERS (Doc 6-1 and Doc 6-2) (Doc 14)
>
> AMENDED NOTICE OF OBJECTION TO NOT HAVING ALL PARTIES LISTED ON THE DOCKET (Doc 13)

4. Gillespie has encountered another issue with the U.S. Mail in the City of Ocala failing to deliver his campaign checks from Fifth Third Bank for his campaign for U.S. Senate. Exhibit 1.

5. Dr. Mohamed S. Khan, License Number: PY8523, with whom Gillespie shares Suite 3 in the Starting Gate Executive Offices, 2801 SW College Road, Ocala, FL 34474, has experienced an almost complete loss of his business this year, after many years without an issue. Gillespie's email to Dr. Khan March 26, 2026, appears at Exhibit 2 and is relevant to this appeal. Separately, the Floridian reported on March 24, 2024 that Paul Renner, Florida Bar ID 40304, a Republican candidate for governor, is proposing a Federal Ban on Muslim Immigration to the United States. Dr. Khan is a naturalized Citizen of the United States and a Muslim who immigrated to the United States approximately 30 years ago. In my view Dr. Khan is an outstanding citizen who makes a significant contribution to life in the City of Ocala, and the State of Florida.

> Good morning Dr. Khan,
>
> Have you any news or explanation regarding the sudden decline in your business? A few weeks ago I asked you whether it could be linked to us sharing the same office address.
>
> On March 19, 2026 I ordered checks from for my campaign account for U.S. Senate. The checks were due to be delivered March 23, 2026, but the post office did not deliver the checks, and the checks were either stolen or returned to the check company, Harland Clarke.

> Recently you asked about my former client, Harold Minnis, an elderly man with end stage kidney disease who was released from prison in September 2024. I found out what
>
> happened to Harold after his re-arrest for an address violation in January 2025. Harold was released again from prison on February 19, 2026.
> https://pubapps.fdc.myflorida.com/offenderSearch/detail.aspx?Page=Detail&DCNumber=331307&TypeSearch=IR
>
> Harold is on Florida's Sexual Offenders and Predators list, which shows his current address in Umatilla. https://offender.fdle.state.fl.us/offender/sops/flyer.jsf?personId=39641
>
> This is the address for Harold's bother, the same address his probation officer refused to approve last year, leading to his re-arrest. The law firm Morgan & Morgan refused to assist Harold with legal matters in 2024-2025 after I made an online inquiry at his request. The lawyer with whom I have a 20 year-old lawsuit, Ryan Christopher Rodems, has worked for Morgan & Morgan since 2014. It would not surprise me to learn Morgan & Morgan was behind this issue.
>
> On Monday I got a call from Social Security (1-646-539-9618) looking for Harold regarding an appointment. Social Security still has my number as a contact for Harold from 2024-2025, but I have not had contact with Harold for over a year.
>
> Morgan & Morgan employs over 1,000 lawyers. Morgan & Morgan is one of the largest personal injury law firms in the United States. Morgan & Morgan routinely sues doctors, hospitals and insurance companies. In my view Morgan & Morgan may be involved in your loss of business due to the immense power the firm has over doctors, hospitals and insurance companies. You may have been blackballed (sic) [blacklisted] by government and/or the medical industry at the request of Morgan & Morgan.
>
> Today or tomorrow I plan a filing in the U.S. Eleventh Circuit in my appeal in the Ocala mayoral lawsuit. I am willing to cite your situation as interference by Morgan & Morgan in your loss of business. Let me know what you think.
>
> Neil J. Gillespie

6. Gillespie's campaign checks were delivered by Federal Express to the Fifth Third Bank in the City of Ocala, Florida on March 26, 2026. The checks were held for Gillespie in the vault for safekeeping until he could pickup the checks in person. Gillespie appreciates the efforts of the Bank's lawyers at Dinsmore & Shohl LLP, including Marisa K. Escalante, Partner, and Joshua A. Lorentz, Managing Partner & Chairman, and thanks them for their assistance with this matter.

WHEREFORE, Gillespie respectfully moves the Court for an extension of time to file Appellant's brief and appendix.

RESPECTFULLY SUBMITTED March 27, 2026.

Neil J. Gillespie, Appellant pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)