# Detail by Entity Name

EXHIBIT 1

Designation of Agent
FIFTH THIRD BANK, NATIONAL ASSOCIATION

Filing Information

| | |
|---|---|
| **Document Number** | Q20000000050 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 06/23/2020 |
| **State** | OH |
| **Status** | ACTIVE |

Principal Address

38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

Mailing Address

38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Officer/Director Detail

NONE

Annual Reports

**No Annual Reports Filed**

Document Images

06/23/2020 -- Designation of Agent | View image in PDF format

F03000006380

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _______ Certificates of Status _______

Special Instructions to Filing Officer:

6-23-20

Office Use Only

600346782966

06/23/20--01022--006 **35.00

20 JUN 23 PM 3:19

JUN 30 2020

C McNAIR

20 JUN 23 PM 3: 19

# COVER LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Fifth Third Bank
(Name of Corporation)

**DOCUMENT NUMBER:** F03000006380

The enclosed **withdrawal application** and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Marisa K. Escalante
(Name of Person)

Dinsmore & Shohl LLP
(Firm/Company)

222 West Adams Street, Suite 3400
(Address)

Chicago, Illinois 60606
(City/State and Zip code)

For further information concerning this matter, please call:

Marisa K. Escalante at (312) 837-4301
(Name of Person) (Area Code & Daytime Telephone Number)

Enclosed is a check for the amount:

- ■ $35 Filing Fee
- ☐ $43.75 Filing Fee & Certificate of Status
- ☐ $43.75 Filing Fee & Certified Copy (Additional copy is Enclosed)
- ☐ $52.50 Filing Fee, Certificate of Status & Certified Copy (Additional copy is enclosed)

**Mailing Address:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Amendment Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# APPLICATION BY FOREIGN CORPORATION FOR WITHDRAWAL OF AUTHORITY TO TRANSACT BUSINESS OR CONDUCT AFFAIRS IN FLORIDA

Fifth Third Bank

(Name of Corporation)

F03000006380

(Document Number of Corporation (if known))

20 JUN 23 PM 3: 19

Ohio and 12/24/2003

(Incorporated Under Laws of and date authorized to transact business/conduct its affairs)

This corporation is no longer transacting business or conducting affairs within the State of Florida and hereby voluntarily surrenders its authority to transact business or conduct affairs in Florida.

This corporation revokes the authority of its registered agent in Florida to accept service on its behalf and appoints the Department of State as its agent for service of process based on a cause of action arising during the time it was authorized to transact business or conduct affairs in Florida.

The following is a current mailing address for the corporation:

38 Fountain Square Plaza

(Mailing Address)

Cincinnati, Ohio 45263

(City/ State /Zip)

The corporation agrees to notify the Department of State in the future of any change in its mailing address.

(Signature of a director, president or other officer - if in the hands of a receiver or other court appointed fiduciary, by that fiduciary)

5/28/2020

(Date)

Saema Somalya

(Typed or printed name of person signing)

Vice President & Assistant Secretary

(Title of person signing)

**FILING FEE $35**

Fw: Neil J. Gillespie for U.S. Senate 2026

From: Neil J. Gillespie for US Senate (neil4us.senate@yahoo.com)
To: marisa.escalante@dinsmore.com; neil4us.senate@yahoo.com
Cc: joshua.lorentz@dinsmore.com
Date: Wednesday, March 25, 2026 at 01:58 PM EDT

Fifth Third Bank National Association
c/o Marisa K. Escalante, Partner
Email: marisa.escalante@dinsmore.com
https://www.dinsmore.com/people/marisa-k-escalante/
Dinsmore & Shohl LLP
Chicago, IL
Tel: (312) 837-4301
Fax: (312) 372-6085
Cc: Joshua A. Lorentz, Managing Partner & Chairman
Email: joshua.lorentz@dinsmore.com

RE: Neil J. Gillespie for U.S. Senate 2026 (Florida, NPA)

Dear Ms. Escalante,

Good afternoon. You and your firm appear on documents for Fifth Third Bank National Association filed in Florida with the Division of Corporations. I am contacting you and your firm in that capacity.

I am Neil J. Gillespie, a client of Fifth Third Bank in Ocala, Florida, and a candidate for U.S. Senate. Yesterday I contacted Kelly Corona, Manager of the Fifth Third Bank Ocala branch where I opened my account, regarding election interference with my Fifth Third Bank campaign account for U.S. Senate.

I am a No Party Affiliation (NPA) candidate for U.S. Senate for the State of Florida in the general election November 3, 2026. Last week I opened a campaign checking account with Fifth Third Bank. I placed 2 orders for checks from Harland Clarke on March 19, 2026. Harland Clarke is a Vericast Business. The qualifying period in Florida for the general election for U.S. Senate begins at Noon, Monday, April 20, 2026 and ends at Noon, Friday, April 24, 2026.

Under Florida law I am required to pay the qualifying fee by check from my campaign account. The qualifying fee for a No Party Affiliation (NPA) candidate for U.S. Senate is $6,960.00.

However, the Ocala post office has failed to deliver my campaign checks. See attached my letter and supporting documents to Ms. Corona.

As shown in my letter to Ms. Corona, I called Harland Clarke at 7:10 PM (1-800-503-2345), and during my 13 minute phone conversation, I informed the folks at Harland Clarke that my checks were not delivered, that they were perhaps stolen, and this situation was likely due to corruption at the Ocala post office at the request of certain authorities who are acting against my political and legal efforts. I placed a third order for checks during my call, with the check order to be delivered to Fifth Third Bank, 2650 SW College Rd., Ocala, FL 34471, to be held for me.

I requested Ms. Corona inform Fifth Third Bank's management, including Timothy N. Spence (chairman, CEO and president) and Bryan D. Preston (CFO), and the bank's legal department, of this incident of election interference with my Fifth Third Bank campaign account for U.S. Senate for the State of Florida in the general election November 3, 2026. This problem with the Ocala post office is long-standing and ongoing in nature.

On November 12, 2025 I made a complaint to the U.S. Department of Justice against the City of Ocala for violation of 18 U.S. Code § 1701 - Obstruction of mails generally, and my 2025 campaign for mayor of the City of Ocala. The DOJ complaint and response is enclosed.

I contested the 2025 City of Ocala mayoral Special Election, see my blog, 2025 federal election lawsuit: Mayor, City of Ocala, FL, URL <https://neil4mayorocala.blogspot.com/>

The case is Neil J. Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections, et al., U.S. District Court, Middle District of Florida, Ocala Division, 5:25-cv-486-SPC-PRL.

On August 12, 2025, I filed an amended complaint alleging the Special Election to be held September 16, 2025 violates Florida Election Law affecting every voter in the City of Ocala.
https://neil4mayorocala.blogspot.com/2026/03/thank-you-supporters-here-is-my-federal.html

Paragraph 5 of my amended complaint shows who I am and what I do in the City of Ocala:

> 5. Plaintiff Gillespie is a resident of the City of Ocala, age 69, living and working since January 2, 2023, at 2801 SW College Rd, STE 3, Ocala, Florida, 34474. Gillespie has resided in Marion County, Florida for 20 years. On May 19, 2022 Gillespie was evicted at gunpoint after foreclosure of his home on a federal HECM reverse mortgage. Gillespie was homeless from May 19, 2022 until January 2, 2023, when he rented and occupied space in an office condominium in the Starting Gate Executive Office. Gillespie relies on Social Security retirement income to survive and is unable obtain other adequate housing. The office is home to Justice Network, a fictitious name owned by Gillespie. Justice Network is engaged in advocacy, education, news gathering and dissemination, and helping people fight injustice. Gillespie's clients are poor, disabled, forgotten and dammed; and his causes unpopular with the local authorities, including:
>
> - A 15 year-old African-American schoolgirl in a 2016 racial incident at West Port High School, harassed by white supremacists waving Confederate flags in the school. Gillespie is a critic of Neo-Confederates, and the historic lynching of 19 people in Marion County.
>
> - Sarah Thompson, age 35, who died in 2021 of a drug overdose in the hotel room of a convicted drug trafficker at the Stay & Save Extended Stay Hotel in the City of Ocala. Gillespie has evidence that Sarah's death may have been a politically motivated homicide.
> - NOTE: The Mayor of the City of Ocala has sole oversight of the Ocala Police Department. If I become mayor, I plan to conduct a proper investigation into the death of Ms. Thompson.
>
> - Harold Minnis, age 63, a man on probation with End-Stage Kidney Disease (ESKD)

who's benefits were blocked, was denied legal counsel, and denied voluntary surrender at the MCJ. See Florida v. Harold Minnis, Case No. 2025-CF-0383, Marion County Circuit Court.

- Ronnie Cooper, age 63, an amputee in a wheelchair since age 19, pled NGI, convicted at trial without legal counsel, sentenced to life in prison for robbery of a vehicle at a gas station. See State v. Cooper, Case No. 2019-CF-1050, Marion County; Fifth DCA Appeal 5D2024-3513.

I am now and have been a No Party Affiliation (NPA) candidate for public office. Read the full complaint online here. First Amended Complaint Ocala Mayoral Election Federal Lawsuit Doc-10



**First Amended Complaint Ocala Mayoral Election Federal Lawsuit Doc-10**

The case, no. 5:25-cv-486-SPC-PRL is currently on appeal in the U.S. Eleventh Circuit Court of Appeals, Appeal No. 26-10492. The current Mayor of the City of Ocala, Ben Marciano, is a Defendant/ Respondent in the litigation.

Ms. Corona seemed familiar with Mayor Marciano and spoke highly of him. This gave me cause for concern. Does Mayor Marciano bank with Fifth Third Bank? Do any of the other Defendants/ Respondents bank with Fifth Third Bank? It is well-known that Ben Marciano is from New York and is an admitted former drug addict. However Ms. Corona pushed back on this information about Marciano.

My Form 1 and Form 2 with the Federal Election Commission (FEC) for Neil J. Gillespie for US Senate, No Party Affiliation (NPA), are now active online at the links below

Neil J. Gillespie for US Senate
FEC Committee ID: C00943399
COMMITTEE DETAILS FOR COMMITTEE ID C00943399

Neil Joseph Gillespie
FEC Candidate ID: S6FL00863
COMMITTEE DETAILS FOR CANDIDATE ID S6FL00863

Anyone may support my work at Justice Network with a donation through PayPal, see

Donate to Justice Network

I plan to self-fund my political campaign through my Social Security retirement benefits.

Thank you.

Sincerely,
/s/
Neil J. Gillespie
Neil J. Gillespie for US Senate
No Party Affiliation (NPA).
FEC Committee ID: C00943399
FEC Candidate ID: S6FL00863
2801 SW College Rd. STE 3
Ocala, FL 34474
Email: Neil4US.Senate@yahoo.com
Tel: 352-850-5009
Fax: 352-581-2600

Enclosures



**Donate to Justice Network**

Help support Justice Network by donating or sharing with your friends.



**COMMITTEE DETAILS FOR CANDIDATE ID S6FL00863**

ELECTION Co

**COMMITTEE DETAILS FOR COMMITTEE ID C00943399**

----- Forwarded Message -----
**From:** Neil J. Gillespie for US Senate <neil4us.senate@yahoo.com>
**To:** neil4us.senate@yahoo.com <neil4us.senate@yahoo.com>; Harland Clarke E-Service <eservice@harlandclarke.com>; kelly.corona@53.com <kelly.corona@53.com>
**Sent:** Tuesday, March 24, 2026 at 01:21:19 PM EDT
**Subject:** Neil J. Gillespie for U.S. Senate 2026

Kelly Corona, Manager
Fifth Third Bank
2650 SW College Rd.
Ocala, FL 34471
Tel: 352-390-3762
Email: kelly.corona@53.com

RE: Neil J. Gillespie for U.S. Senate 2026

Hello Kelly,

Please see attached my letter and documents regarding election interference with my Fifth Third Bank campaign account for U.S. Senate for the State of Florida in the general election November 3, 2026 and my check orders from Harland Clarke not delivered. This problem with the Ocala post office is long-standing and ongoing in nature.

Thank you.

Sincerely,

Neil J. Gillespie
Neil J. Gillespie for US Senate
No Party Affiliation (NPA).
FEC Committee ID: C00943399
FEC Candidate ID: S6FL00863
2801 SW College Rd. STE 3
Ocala, FL 34474
Email: Neil4US.Senate@yahoo.com
Tel: 352-850-5009
Fax: 352-581-2600

Enclosures

On Monday, March 23, 2026 at 09:32:06 AM EDT, Harland Clarke E-Service <eservice@harlandclarke.com> wrote:

HARLAND CLARKE®
A VERICAST BUSINESS

# Your order is out for delivery!

---

## Order details

**FINANCIAL INSTITUTION**
Fifth Third

**ACCOUNT**
Ending 6440

**SHIPPING TO**
NEIL J GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474-4430

**ORDER DATE**
March 19, 2026

# Your item

***Out for Delivery March 23, 2026 08:20 AM***



Business Wallet Navy Marble Single Part Checks, 60

Shipping Method: Trackable

This email was sent by Harland Clarke, a Vericast Business, headquartered at 15955 La Cantera Parkway, San Antonio, TX 78256.

Your privacy is important to us. Any information provided by you to Harland Clarke will remain confidential. We appreciate your patronage and look forward to maintaining your trust. See our Privacy Policy.

©2026 Harland Clarke, A Vericast Business. All Rights Reserved.

Gillespie letter to Kelly Corona Fifth Third Bank.pdf
531.9 kB

DOJ Complaint, City of Ocala, 18 U.S. Code § 1701 - Obstruction of mails generally.pdf
961.3 kB

2025 federal election lawsuit_ Mayor, City of Ocala, FL.pdf
721.9 kB

Kelly Corona, Manager
Fifth Third Bank
2650 SW College Rd.
Ocala, FL 34471
Tel: 352-390-3762
Email: kelly.corona@53.com

March 24, 2026

RE: Neil J. Gillespie for U.S. Senate 2026

Dear Ms. Corona,

I am a No Party Affiliation (NPA) candidate for U.S. Senate for the State of Florida in the general election November 3, 2026. Last week I opened a campaign checking account with Fifth Third Bank. I placed 2 orders for checks from Harland Clarke on March 19, 2026. Harland Clarke is a Vericast Business. The qualifying period in Florida for the general election for U.S. Senate begins at Noon, Monday, April 20, 2026 and ends at Noon, Friday, April 24, 2026.

Under Florida law I am required to pay the qualifying fee by check from my campaign account. The qualifying fee for a No Party Affiliation (NPA) candidate for U.S. Senate is $6,960.00.

Yesterday, March 23, 2026, Harland Clarke emailed me at 9:32 AM that my check order was "Out for Delivery March 23, 2026 08:20 AM", see the enclosed email.

The U.S. Postal Service emailed me 2 times on March 23, 2026 my item was out for delivery:

> USPS Expected Delivery on Monday, March 23, 2026 arriving by 7:10pm
> 9300120816700085093451 (email enclosed)
> Your item is out for delivery on March 23, 2026 at 6:10 am in OCALA, FL 34474.
> USPS expects to deliver your package today by 7:10pm.
> Tracking Number: 9300120816700085093451
> Package Shipped from: VERICAST HIGH POINT
>
> USPS® Expected Delivery on Monday, March 23, 2026 arriving by 7:10pm
> 9300120816700085215143 (email enclosed)
> Your item is out for delivery on March 23, 2026 at 6:10 am in OCALA, FL 34474.
> USPS expects to deliver your package today by 7:10pm.
> Tracking Number: 9300120816700085215143
> Package Shipped from: VERICAST HIGH POINT

The U.S. Postal Service emailed me twice at 6:30 PM on March 23, 2026 of an exception:

> USPS Delivery Exception 9300120816700085093451 (email enclosed)
> Your package has a delivery exception. Your item was returned to the sender on March 23, 2026 at 6:26 pm in OCALA, FL 34474 because of an incorrect address.
> Tracking Number: 9300120816700085093451
> Package Shipped from: VERICAST HIGH POINT

USPS Delivery Exception 9300120816700085215143 (email enclosed)
Your package has a delivery exception. Your item was returned to the sender on March 23, 2026 at 6:26 pm in OCALA, FL 34474 because of an incorrect address.
Tracking Number: 9300120816700085215143
Package Shipped from: VERICAST HIGH POINT

The U.S. Postal Service emailed me twice at 6:48 PM on March 23, 2026 that my item was delivered, when in fact it was not delivered:

USPS Item Delivered, In/At Mailbox 9300120816700085093451 (email enclosed)
Your item was delivered in or at the mailbox at 6:43 pm on March 23, 2026 in OCALA, FL 34474.
Tracking Number: 9300120816700085093451
Package Shipped from: VERICAST HIGH POINT

USPS Item Delivered, In/At Mailbox 9300120816700085093451 (email enclosed)
Your item was delivered in or at the mailbox at 6:43 pm on March 23, 2026 in OCALA, FL 34474.
Tracking Number: 9300120816700085093451
Package Shipped from: VERICAST HIGH POINT

Therefore, I called Harland Clarke at 7:10 PM (1-800-503-2345), and during my 13 minute phone conversation, I informed the folks at Harland Clarke that my checks were not delivered, that they were perhaps stolen, and this situation was likely due to corruption at the Ocala post office at the request of certain authorities who are acting against my political and legal efforts. In conclusion, I placed a third order for checks during my call, with the check order to be delivered to Fifth Third Bank, 2650 SW College Rd., Ocala, FL 34471, to be held for me.

Please inform Fifth Third Bank's management, including Timothy N. Spence (chairman, CEO and president) and Bryan D. Preston (CFO), and the bank's legal department, of this incident of election interference with my Fifth Third Bank campaign account for U.S. Senate for the State of Florida in the general election November 3, 2026. This problem with the Ocala post office is long-standing and ongoing in nature.

On November 12, 2025 I made a complaint to the U.S. Department of Justice against the City of Ocala for violation of 18 U.S. Code § 1701 - Obstruction of mails generally, and my 2025 campaign for mayor of the City of Ocala. The DOJ complaint and response is enclosed.

I contested the 2025 City of Ocala mayoral Special Election, see my blog, 2025 federal election lawsuit: Mayor, City of Ocala, FL, URL <https://neil4mayorocala.blogspot.com/>

Neil J. Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections, et al., U.S. District Court, Middle District of Florida, Ocala Division, 5:25-cv-486-SPC-PRL.

On August 12, 2025, I filed an amended complaint alleging the Special Election to be held September 16, 2025 violates Florida Election Law affecting every voter in the City of Ocala. https://neil4mayorocala.blogspot.com/2026/03/thank-you-supporters-here-is-my-federal.html

Paragraph 5 of my amended complaint shows who I am and what I do in the City of Ocala:

> 5. Plaintiff Gillespie is a resident of the City of Ocala, age 69, living and working since January 2, 2023, at 2801 SW College Rd, STE 3, Ocala, Florida, 34474. Gillespie has resided in Marion County, Florida for 20 years. On May 19, 2022 Gillespie was evicted at gunpoint after foreclosure of his home on a federal HECM reverse mortgage. Gillespie was homeless from May 19, 2022 until January 2, 2023, when he rented and occupied space in an office condominium in the Starting Gate Executive Office. Gillespie relies on Social Security retirement income to survive and is unable obtain other adequate housing. The office is home to Justice Network, a fictitious name owned by Gillespie. Justice Network is engaged in advocacy, education, news gathering and dissemination, and helping people fight injustice. Gillespie's clients are poor, disabled, forgotten and dammed; and his causes unpopular with the local authorities, including:
>
> - A 15 year-old African-American schoolgirl in a 2016 racial incident at West Port High School, harassed by white supremacists waving Confederate flags in the school. Gillespie is a critic of Neo-Confederates, and the historic lynching of 19 people in Marion County.
>
> - Sarah Thompson, age 35, who died in 2021 of a drug overdose in the hotel room of a convicted drug trafficker at the Stay & Save Extended Stay Hotel in the City of Ocala. Gillespie has evidence that Sarah's death may have been a politically motivated homicide.
>
> - Harold Minnis, age 63, a man on probation with End-Stage Kidney Disease (ESKD) who's benefits were blocked, was denied legal counsel, and denied voluntary surrender at the MCJ. See Florida v. Harold Minnis, Case No. 2025-CF-0383, Marion County Circuit Court.
>
> - Ronnie Cooper, age 63, an amputee in a wheelchair since age 19, pled NGI, convicted at trial without legal counsel, sentenced to life in prison for robbery of a vehicle at a gas station. See State v. Cooper, Case No. 2019-CF-1050, Marion County; Fifth DCA Appeal 5D2024-3513.
>
> Gillespie is now and has been a No Party Affiliation (NPA) candidate for public office. Read the full complaint online here.

The case, no. 5:25-cv-486-SPC-PRL is currently on appeal in the U.S. Eleventh Circuit Court of Appeals, Appeal No. 26-10492.

My Form 1 and Form 2 with the Federal Election Commission (FEC) for Neil J. Gillespie for US Senate, No Party Affiliation (NPA), are now active online at the links below

Neil J. Gillespie for US Senate
FEC Committee ID: C00943399
https://docquery.fec.gov/cgi-bin/fecimg/?C00943399

Neil Joseph Gillespie
FEC Candidate ID: S6FL00863
https://docquery.fec.gov/cgi-bin/fecimg/?S6FL00863

Anyone may support my work at Justice Network with a donation through PayPal, see https://www.paypal.com/donate/?hosted_button_id=WAZJSB3WVRZS8

I plan to self-fund my political campaign through my Social Security retirement benefits.

Thank you.

Sincerely,

Neil J. Gillespie
Neil J. Gillespie for US Senate
No Party Affiliation (NPA).
FEC Committee ID: C00943399
FEC Candidate ID: S6FL00863
2801 SW College Rd. STE 3
Ocala, FL 34474
Email: Neil4US.Senate@yahoo.com
Tel: 352-850-5009
Fax: 352-581-2600

Enclosures

# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

March 17, 2026

Neil Joseph Gillespie
Candidate for United States Senate (89955)
2801 Southwest College Road, Suite 3
Ocala, Florida 34474

Dear Mr. Gillespie:

This will acknowledge receipt of your request to have your name placed on the Division of Elections' website as a candidate for the office of United States Senate. Your name has been placed on the 2026 active candidate list.

All of the Division of Elections' publications and forms are available on the Division's website at dos.fl.gov/elections. It is your responsibility to read, understand, and follow the requirements of Florida's election laws. Therefore, please print a copy of Chapter 99, Florida Statutes, and the Federal Qualifying Handbook.

Federal candidates should also contact the **Federal Election Commission** for further information on campaign finance. The website for the Federal Election Commission is www.fec.gov or call 1-800-424-9530.

If you have any questions, please contact this office at (850) 245-6280.

Sincerely,

Ikay L. Reeve, Chief
Bureau of Election Records

ILR/bnh

FLORIDA DIVISION OF ELECTIONS

# 2026 Qualifying Fees

| Partisan | | |
|---|---|---|
| **Office** | **Party Affiliation** | **No Party Affiliation** |
| ***Federal***<br>• **U.S. Senator**<br>• **U.S. Representative** | $10,440.00 | $6,960.00 |
| **Governor** | $8,484.00 | $5,656.00 |
| ***Cabinet***<br>• **Attorney General**<br>• **Chief Financial Officer**<br>• **Commissioner of Agriculture** | $8,399.28 | $5,599.52 |
| ***Legislative***<br>• **State Senator**<br>• **State Representative** | $1,781.82 | $1,187.88 |
| **State Attorney** | $13,399.08 | $8,932.72 |
| **Public Defender** | $13,399.08 | $8,932.72 |

| Non-Partisan | |
|---|---|
| **Justice of the Supreme Court** | No Fee |
| **District Court of Appeals Judge** | No Fee |
| **Circuit Court Judge** | $8,033.44 |
| **Multi-County Special District** | $25.00 |

Your order is out for delivery

From: Harland Clarke E-Service (eservice@harlandclarke.com)

To: neil4us.senate@yahoo.com

Date: Monday, March 23, 2026 at 09:32 AM EDT

HARLAND CLARKE®
A VERICAST BUSINESS

# Your order is out for delivery!

## Order details

**FINANCIAL INSTITUTION**
Fifth Third

**ACCOUNT**
Ending 6440

**SHIPPING TO**
NEIL J GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474-4430

**ORDER DATE**
March 19, 2026

## Your item

***Out for Delivery March 23, 2026 08:20 AM***



Business Wallet Navy Marble Single Part Checks, 60

Shipping Method: Trackable

This email was sent by Harland Clarke, a Vericast Business, headquartered at 15955 La Cantera Parkway, San Antonio, TX 78256.

Your privacy is important to us. Any information provided by you to Harland Clarke will remain confidential. We appreciate your patronage and look forward to maintaining your trust. See our Privacy Policy.

©2026 Harland Clarke, A Vericast Business. All Rights Reserved.

USPS® Expected Delivery on Monday, March 23, 2026 arriving by 7:10pm 9300120816700085093451

From: auto-reply@usps.com (auto-reply@usps.com)
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 07:28 AM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your item is out for delivery on March 23, 2026 at 6:10 am in OCALA, FL 34474.

USPS expects to deliver your package today by 7:10pm.

Tracking Number: 9300120816700085093451

Package Shipped from: **VERICAST HIGH POINT**

Out for Delivery

By 7:10pm

**Tracking & Delivery Options**




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

USPS® Expected Delivery on Monday, March 23, 2026 arriving by 7:10pm 9300120816700085215143

From: auto-reply@usps.com
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 08:07 AM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your item is out for delivery on March 23, 2026 at 6:10 am in OCALA, FL 34474.

USPS expects to deliver your package today by 7:10pm.

Tracking Number: 9300120816700085215143

Package Shipped from: **VERICAST HIGH POINT**

Out for Delivery

By 7:10pm

**Tracking & Delivery Options**






Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

USPS® Delivery Exception 9300120816700085093451

From: auto-reply@usps.com (auto-reply@usps.com)
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 06:30 PM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your package has a delivery exception. Your item was returned to the sender on March 23, 2026 at 6:26 pm in OCALA, FL 34474 because of an incorrect address.

Tracking Number: 9300120816700085093451

Package Shipped from: **VERICAST HIGH POINT**

Delivery Exception

**Tracking & Delivery Options**

My Account




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

USPS® Delivery Exception 9300120816700085215143

From: auto-reply@usps.com (auto-reply@usps.com)
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 06:31 PM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your package has a delivery exception. Your item was returned to the sender on March 23, 2026 at 6:26 pm in OCALA, FL 34474 because of an incorrect address.

Tracking Number: 9300120816700085215143

Package Shipped from: VERICAST HIGH POINT

Delivery Exception

Tracking & Delivery Options

My Account






Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download USPS Mobile®

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

USPS® Item Delivered, In/At Mailbox 9300120816700085093451

From: auto-reply@usps.com (auto-reply@usps.com)
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 06:48 PM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your item was delivered in or at the mailbox at 6:43 pm on March 23, 2026 in OCALA, FL 34474.

Tracking Number: 9300120816700085093451

Package Shipped from: **VERICAST HIGH POINT**

Delivered, In/At Mailbox

**Tracking & Delivery Options**

My Account




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

USPS® Item Delivered, In/At Mailbox 9300120816700085215143

From: auto-reply@usps.com (auto-reply@usps.com)
To: neil4justice@yahoo.com
Date: Monday, March 23, 2026 at 06:48 PM EDT

UNITED STATES POSTAL SERVICE®

Hello ,

Your item was delivered in or at the mailbox at 6:43 pm on March 23, 2026 in OCALA, FL 34474.

Tracking Number: 9300120816700085215143

Package Shipped from: **VERICAST HIGH POINT**

Delivered, In/At Mailbox

**Tracking & Delivery Options**

My Account




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Download **USPS Mobile®**

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260




Home | Neil2024 | Neil4Justice | Neil2020 (Google lawsuit) | Justice Network Blog (Google lawsuit) | Dissolve TFB (Google lawsuit)
Neil J. Gillespie for U.S. Senate | Neil J. Gillespie for Florida Governor | Marion County FL | Face Matters | Facebook | X (Twitter)

Friday, March 20, 2026

## Notice of Appeal; ChatGPT vs. US Magistrate Judge




Notice of Appeal and ChatGPT vs. US Magistrate Judge

This case shows how ChatGPT is superior to a ruling by a U.S. Magistrate Judge. ChatGPT evaluated my amended complaint (Doc 10) in a matter of minutes, instead of 92 days it took to get an Order on November 12, 2025 from U.S. Magistrate Judge Philip R. Lammens. The Special Election was over by the time Magistrate Lammens got around to doing his job. This is the timeline relative to the Special Election that affected every voter in the City of Ocala:

> August 12, 2025, First Amended Complaint (Doc 10) filed
> September 16, 2025, Special Election, City of Ocala
> November 12, 2025, Magistrate Order (Doc 14) filed

Magistrate Lammens' Order (DOC 14) was entered on November 12, 2025, which is 96 days after the Complaint (DOC 1) was filed on August 8, 2025, and 92 days after the Amended Complaint (DOC 10) was filed on August 12, 2025.

Magistrate Lammens' Order (DOC 14) was entered 57 days after the Special Election held September 16, 2025 in the City of Ocala, Florida.

The docket in case no. 5:25-cv-486-SPC-PRL shows I filed a Notice of Appeal (Doc 18) on February 12, 2026 to the U.S. Eleventh Circuit Court of Appeals. My Notice of Filing (Doc 21) states on page 5, paragraph 12, and Exhibit 2:

> 12. On January 11, 2026, ChatGPT evaluated my amended complaint in a matter of minutes and produced the evaluation appearing at Exhibit 2. This evaluation was made without cost. A U.S. Judge is currently paid $249,900 annually. A public notice for the appointment of a U.S. Magistrate Judge in the Middle District of Florida shows an annual salary is $229,908.

### Ocala Mayoral Election Update




### About Me

Neil J. Gillespie

Hello, I am Neil J. Gillespie, d/b/a Justice Network, engaged in advocacy, education, news gathering and dissemination, and helping people fight injustice. I am also a No Party Affiliation (NPA) political candidate.

View my complete profile

### My Court Documents

- First Amended Complaint, Gillespie v. Wilcox et al
- PACER docket 5.25-cv-486-SPC-PRL
- Plaintiff's Notice Voluntary Dismissal Without Prejudice (Doc 15)
- Magistrate Order (Doc 14)

In my view Magistrate Lammens engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

The office of United States magistrate judge was established by the Federal Magistrates Act of 1968 (Wikipedia). Magistrate judges assist federal judges. "Although they serve on federal courts, U.S. magistrate judges are not considered "federal judges" under Article Three of the United States Constitution. They do not have life tenure, and they are not nominated by the President and confirmed by the Senate. Magistrate judges are appointed by a majority vote of the federal district judges of a particular district and serve terms of eight years if full-time, or four years if part-time, and may be reappointed.[1] As of March 2009 there were 517 full-time and 42 part-time authorized magistrate judgeships, as well as one position combining magistrate judge and clerk of court." (Wikipedia). Also see 28 U.S. Code Chapter 43 Part III - United States Magistrate Judges.

"…decisions of a magistrate judge are subject to review and either approval, modification or reversal by a district judge of that court – except in civil cases where the parties consent in advance to allow the magistrate judge to exercise the jurisdiction of the district judge, and in which case appeals from the decision of the magistrate judge are heard by the United States courts of appeals." (Wikipedia)

The docket in case no. 5:25-cv-486-SPC-PRL shows my Notice of Appeal, and the following:

Feb-12-2026: NOTICE OF APPEAL (Doc 18) as to 17 Notice to Counsel of Local Rule, 16 Order Dismissing Case, by Neil Joseph Gillespie. Filing fee not paid. ***Case Stayed. (MGB) (Entered: 02/12/2026)

Feb-12-2026: MOTION to Appeal In Forma Pauperis (Doc 19) by Neil Joseph Gillespie. (MGB) (Entered: 02/12/2026)

Feb-13-2026: TRANSMITTAL (Doc 20) of initial appeal package to the U.S. Court of Appeals - 11th Circuit re 18 Notice of Appeal. In Forma Pauperis Motion filed. (MSN) (Entered: 02/13/2026)

Feb-19-2026: ***11th Circuit Case Number: 26-10492 for 18 Notice of Appeal filed by Neil Joseph Gillespie. (LMF) (Entered: 02/19/2026)

Feb-27-2026: APPEAL FEES Paid by Neil Joseph Gillespie (Filing fee $605.00, Receipt Number OCA-14375). (KLS) (Entered: 02/27/2026)

Feb-27-2026: NOTICE of Filing (Doc 21) by Neil Joseph Gillespie. (Attachments: # 1 Exhibit 1-11)(MGB) (Entered: 03/02/2026)

at March 20, 2026 No comments:

Labels: ChatGPT, ChatGPT vs US Magistrate Judge, conduct prejudicial to the effective and expeditious administration of the business of the courts

Thursday, March 19, 2026

## Endorsed Order and Notice of a Local Rule 1.11(e) to seal the case on the docket

The docket in case no. 5:25-ca-486-SPC-PRL shows an Endorsed Order on January 13, 2026 signed by U.S. Judge Chappell, and a Notice of Local Rule 1.11(e) to seal the case on the docket signed by Deputy Clerk JTM:

Civil Rights Complaint U.S. Judge Chappell

DS-DE 34 Complaint of Election Fraud Weesley Wilcox, Marion County Supervisor of Elections

Notice of Filing (ChatGPT vs US Magistrate Judge)

Ocala Star-Banner Stories

Ocala city election is Sept. 16. Who's running? Where do I vote?

Man denied a ballot spot in Ocala mayoral election files federal lawsuit

City of Ocala election back on after all candidates fail to initially qualify

None of the candidates for the city of Ocala election qualified. Here's what happens next

It's qualifying week for the city of Ocala. Who will run for mayor, city council?

Incumbents Ben Marciano and Jay Musleh easily win re-election in Ocala city races

Qualifying period for Ocala City Council seats ends with 3 mayoral, 2 District 3 hopefuls

Neil J. Gillespie for Mayor



Ocala-News Stories

Ocala City Council election to decide mayor, city council seat on Tuesday

All seven candidates vying for Ocala City Council fail to qualify

Candidates set for Ocala City Council special election after all previously disqualified

Early voting for Ocala City Council special election opens in two weeks



Doc 16: ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 15). The Notice is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case. Signed by Judge Sheri Polster Chappell on 1/13/2026. (JMM) (Entered: 01/13/2026)

Doc 17: NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (JTM) (Entered: 01/13/2026)

Why does the Court want to seal case no. 5:25-ca-486-SPC-PRL on the docket?

at March 19, 2026 No comments:

Labels: Fed. R. Civ. P. 41(a)(1)(A)(i), Local Rule 1.11(e) seal

## Magistrate Order (Doc 14), Plaintiff's Rule 41 Notice of Voluntary Dismissal Without Prejudice (Doc 15)



On December 11, 2025, I filed Plaintiff's Rule 41 Notice of Voluntary Dismissal Without Prejudice (Doc 15) in case no. 5:25-cv-486-SPC-PRL, in response to the Magistrate Order (Doc 14). My Notice of Voluntary Dismissal states in part, by paragraph:

6. On November 12, 2025, Magistrate Lammens entered a 15 page Order (DOC 14) concluding as follows:

> (1) Plaintiff's Amended Motion to Proceed in Forma Pauperis (Doc. 3) is TAKEN UNDER ADVISEMENT. Plaintiff shall file a second amended complaint on or before December 12, 2025. The second amended complaint must comply with all pleading requirements contained in Rules 8, 9, 10, and 11 of the Federal Rules of Civil Procedure and those contained in the Local Rules of the Middle District of Florida. Failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute.
>
> (2) Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is DENIED as moot, in light of the filing of the Amended Motion to Proceed in Forma Pauperis (Doc. 3).

7. Magistrate Lammens' Order (DOC 14) was entered on November 12, 2025, which is 96 days after the Complaint (DOC 1) was filed on August 8, 2025, and 92 days after the Amended Complaint (DOC 10) was filed on August 12, 2025.

8. Magistrate Lammens' Order (DOC 14) was entered 57 days after the Special Election held September 16, 2025 in the City of Ocala, Florida.

9. Therefore, the facts pled in paragraph 7 and paragraph 8 show a prima facia case that Judge Chappell and Magistrate Lammens engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts, in violation of

**Ocala City Council incumbent has raised $30,750 in unopposed bid for reelection**

**Incumbent mayor, councilman reelected to Ocala City Council**

Angel B. Jacobs, Ocala City Clerk



**Angel B. Jacobs, City Clerk, Ocala, Florida**

**City of Ocala, Florida, Election Information**

**Ocala Candidate's Guide**

Ocala Gazette

**The city election "reset". The new qualifying deadline is noon, July 18.**

**Marciano wins second term, Musleh wins a fourth**

**It's time for a new mayor of Ocala**

Voting Rights Incident #1 August 1, 2025
Neil Gillespie with Wesley Wilcox



Wesley Wilcox, Supervisor of Elections

28 U.S.C. § 351. This violation alone should result in their removal from office.

10. Previously Magistrate Lammens was rejected January 3, 2017 by the U.S. Senate on his nomination April 28, 2016 to be U.S. District Judge for the Northern District of Florida, to fill a vacancy of U.S. Judge John Richard Smoak. On May 29, 2015, all of Judge Smoak's cases were reassigned to other judges by an administrative order issued by Chief Judge M. Casey Rodgers. The record in this case shows the U.S. Senate was justified in rejecting Lammens' nomination.

My Notice of Voluntary Dismissal Without Prejudice (Doc 15) was accompanied by three exhibits:

EXHIBIT 1: U.S. Department of Justice complaint by Neil J. Gillespie alleging U.S. Judge Sheri Polster Chappell and U.S. Magistrate Judge Philip R. Lammens violated 18 U.S.C. § 241, Conspiracy against rights, submission number 665324-SWD.

EXHIBIT 2: NEIL JOSEPH GILLESPIE v. STATE OF FLORIDA
Florida Fifth Judicial Circuit, Marion County

DEFENDANT'S NOTICE OF PROSECUTORIAL MISCONDUCT
CASE 2020-CF-2417
Filing # 233696032 E-Filed 10/15/2025 01:27:16 PM

EXHIBIT 3: Tim Reagan, Federal Judicial Center, February 20, 2025: (Exhibit 3a)

This report compiles local rules and procedures in the ninety-four district courts on electronic filing by self-represented litigants. More than two thirds of the courts permit self-represented litigants to use the court's electronic filing system at least on a case-by-case basis. Twenty-nine courts (31%) generally prohibit electronic filing by self-represented litigants. The Northern District of Texas generally requires it. Ten other courts (11%) generally permit it. The remaining fifty-four courts (57%) permit self-represented litigants to request permission to use the electronic filing system. (Exhibit 3b)

A 2022 report included a survey of rules and procedures and interviews with court staff in a selection of appellate, district, and bankruptcy courts: Federal Courts' Electronic Filing by Pro Se Litigants. (Exhibit 3c)

at March 19, 2026 No comments:

Labels: Rule 41 Notice of Voluntary Dismissal Without Prejudice

## DS-DE COMPLAINT OF ELECTION FRAUD Wesley Wilcox, Marion County Supervisor of Elections

DS-DE COMPLAINT OF ELECTION FRAUD Wesley Wilcox, Marion County Supervisor of Elections, OECS@DOS.FL.GOV

Emailed November 24, 2025 at 07:22 PM EST

To Whom It May Concern:

Attached you will find my DS-DE COMPLAINT of Election Fraud against Wesley Wilcox, Marion County Supervisor of Elections.

My complaint was submitted by email July 28, 2025 to Cord Byrd, Secretary of



Marion County Election Links

**Marion County FL Elections**

**Wesley Wilcox, CERA**

Voting Rights Incident #2 August 1, 2025
Neil Gillespie with Wesley Wilcox




Ocala Police Department




Ocala Mayor Ben Marciano



Chief Mike Balken, Chief of Police

State, Florida Department of State, Office of the General Counsel. My email of July 28, 2025 is forwarded below. As of today I do not show a response from the Department of State.

Earlier today I learned I did not send this complaint to the correct email address: OECS@DOS.FL.GOV. So here is the complaint again to OECS@DOS.FL.GOV

My DS-DE 34 Complaint is attached in a single file. My initial complaint was submitted in separate files. Thank you.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
OCALA, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
Neil4OcalaMayor@yahoo.com
NeilJGillespie@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)

Enclosures






Complaint to Ocala Police Department Complaint August 22, 2025 to Chief Mike Balken, Ocala Police Department re Ocala Mayoral Election. This is a complaint for violation of my civil rights against Wesley Wilcox, Marion County Supervisor of Elections for an incident August 1, 2025 when an employee "Candy" refused to accept my voter registration, and kept pushing the papers back at me, rather than accept them. Attached are two videos I made of myself in the election office at the time of the discrimination by Candy. Also an issue getting maps of the City of Ocala. First Amended Complaint provided to the Ocala Police Department.



Ocala City Council



Ocala City Attorney William Sexton



at March 19, 2026 No comments:

Labels: DS-DE 34 COMPLAINT OF ELECTION FRAUD, Supervisor of Elections, Wesley Wilcox

Wednesday, March 18, 2026

## Civil Rights Complaint against Sheri Polster Chappell, United States District Judge



Civil Rights Complaint against Sheri Polster Chappell, United States District Judge

On September 16, 2025, the day of the Special Election in the City of Ocala, U.S. Judge Sheri Polster Chappell (left) still had not ruled on my First Amended Complaint. Judge Chappell and U.S. Magistrate Judge Philip R. Lammens were each assigned to my case on August 5, 2025. Judge Chappell is a federal Article III judge, with a lifetime appointment, nominated by President Obama and confirmed by the U.S. Senate on May 20, 2013. Magistrate Lammens is a Florida lawyer hired by the U.S. District Court, Middle District of Florida, pursuant to 28 U.S. Code Chapter 43 Part III - United States Magistrate Judges.

Therefore, on September 16, 2025 I made a Civil Rights Complaint against Judge Chappell and Magistrate Lammens to the U.S. Department of Justice online Civil Rights Division and by email to U.S. Attorney Gregory Kehoe:

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

RE: Civil Rights Complaint against Sheri Polster Chappell, U.S. District Judge
Neil J. Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections, et al,
U.S. District Court, Middle District Florida, Ocala Div, Case 5:25-cv-486-SPC-PRL

Dear U.S. Attorney Kehoe:

Today I submitted a civil rights complaint to the U.S. Department of Justice. Please see attached the following documents:

1. DOJ civil rights complaint submission record number 665324-SWD
2. Review - Contact the Civil Rights Division _ Department of Justice
3. Civil Rights Complaint against Sheri Polster Chappell, U.S. District Judge
4. DOC 10 FIRST AMENDED COMPLAINT 5.25-cv-486-SPC-PRL
5. Gillespie Request For Assitance to Congresswoman Cammack RE FOIA FEC
6. Obama Knew the Russiagate Intelligence Was Manufactured _ RealClearPolitics

District Judge Sheri Polster Chappell has violated my civil rights by failing to rule on my amended complaint (DOC 10) filed August 12, 2025 for my right to vote in the City of Ocala, Florida, and to appear on the ballot as a candidate for Mayor. The

election is today.

My amended complaint further alleges the Special Election in the City of Ocala being held today September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. My amended complaint (DOC 10) is attached. The complaint alleges violation of USC Title 52, Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge. The court has supplemental jurisdiction for Florida Election Law under 28 U.S.C. § 1367.



Judge Chappell has not ruled on my amended application to proceed in district court without prepaying fees or costs. (DOC 3). The court has refused to issue summons. (DOC 7). The court has ignored my notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. (DOC 5). U.S. Magistrate Judge Philip R. Lammens (left) denied (DOC 9) my motion (DOC 6) to e-file on the Court's CM/ECF system. Judge Chappell wrongly denied my objection to rulings by a U.S. Magistrate Judge, and wrongly prohibited me from filing on the Court's CM/ECF system.

Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights:

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;…"

Judge Chappell has also engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

Judge Chappell was appointed by President Obama. I have made legal filings showing Donald J. Trump, a nonlawyer, was the only major constitutionally qualified candidate in the 2016, 2020, and 2024 presidential elections, because lawyers admitted to practice law are officers of the court and members of the judicial branch of government (Ex parte Garland, 71 U.S. 333 (1866), and cannot under the separation of powers doctrine serve in an elected executive branch office such as president, or vice president, an elected legislative branch office, President of the Senate. See, https://neil2024.blogspot.com/2025/02/donald-j-trump-president-of-united.html

> "Lawyers have turned our political system into a never-ending legal contest of lawsuits and court battles, investigations, subpoenas, depositions, and impeachment threats and trials. This is the Democratic Party. Bill Clinton, lawyer. Hillary Clinton, lawyer. Barack Obama, lawyer. Michelle Obama, lawyer. Joe Biden, Lawyer. Kamala Harris, lawyer. A Republican lawyer corrupting our political system is Ron DeSantis, a member of The Florida Bar."

Apparently President Obama facilitated the Russiagate hoax against President Trump.

> "Director of National Intelligence Tulsi Gabbard contends that new declassified documents show that former President Barack Obama engaged in the plot to create the lie that President Donald Trump had conspired with Russia to steal the 2016 presidential election." - Real Clear Politics, by David Harsanyi, July 25, 2025 (copy attached)

Finally, The Federal Election Commission has not provided records in response to my Freedom of Information Act (FOIA) request of May 9, 2025. U.S. Congresswoman Kat Cammack has not been able to assist me either, see the attached documents. Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida, was named in my emails to the Commission. I will provide evidence showing the death of Sarah Thompson was a politically motivated homicide.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Enclosures
Service list

at March 18, 2026 No comments:

Labels: Civil Rights Complaint, Magistrate Judge Philip R. Lammens, Neil Joseph Gillespie, Ocala mayoral election, special election, U.S. Judge Sheri Polster Chappell

## Incumbent mayor, councilman reelected to Ocala City Council



Incumbent mayor, councilman reelected to Ocala City Council
**Ocala-News**
**by Jeremiah Delgado**
**September 17, 2025**

Two incumbents running for the Ocala City Council were overwhelmingly reelected on Tuesday night, with only around 11.6% (3,849) of all the city's 33,301 registered voters showing up to cast their votes.

Mayor Ben Marciano and Councilman Jay Musleh were both reelected to their seats after the city's special election wrapped up on Tuesday night.

According to the Marion County Supervisor of Elections' website, Marciano garnered 3,204 votes, or approximately 84.03% of all the votes cast. His challenger, Arbor Feliciano, earned 609 votes (15.97%).

In the three-way race to determine the District 3 seat, Musleh earned 1,992 (52.73%) of the 3,778 votes cast for the seat. His challengers both drew over 20% of the vote, respectively: Mark Clark (1,006 votes) and TamBoura Jenkins (780 votes).

In total, approximately 3,849 individuals participated in Tuesday's election. In total, the city of Ocala has 33,301 individuals who are registered to vote.

In both races, just over 1,600 people cast votes on election day, compared with over 2,100 votes cast by mail and through early voting.

The city held early voting at the Marion County Election Center from September 11 to September 13. During the 3-day early voting period, around 137 votes were cast.

On Tuesday evening, Marciano took to social media to share a brief statement about the victory.

"I'm excited to serve this great city another two years. Thank you so much for all the support!" reads the statement from Marciano, who first assumed the office in December 2023.

Musleh is the longest-tenured Ocala City Council member, having held his seat since 2012. Although he originally did not file to run for reelection, he threw his name back in the race after the all of the candidates for the regular election were disqualified for not paying their qualifying fees in accordance with state law.

at March 18, 2026 No comments:

Labels: Incumbent mayor and councilman reelected to Ocala City Council

## Thank you supporters, here is my federal voting rights lawsuit



Thank you supporters, here is my federal voting rights lawsuit

On August 12, 2025, I filed an amended complaint alleging the Special Election in the City of Ocala to be held September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. Tellingly, the Ocala Star-Banner did not report this filing. My amended complaint (DOC 10) is posted on Scribed here: Thank you supporters, here is my federal voting rights lawsuit. Below is the initial text and parties.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
CASE No. 5:25-cv-486-SPC-PRL

NEIL JOSEPH GILLESPIE,
Plaintiff,

vs.

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,

BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,
Defendants.
______________________________________/

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

The Plaintiff, Neil Joseph Gillespie ("Gillespie"), a nonlawyer appearing pro se, states:

1. Gillespie filed this action 8 days ago as a voting rights case under USC Title 52, Voting and Elections. Process has not been issued by the Court. The complaint has not been served.

2. Pursuant to FRCP 15, Gillespie hereby files his First Amended Complaint, adds Defendants, seeks declaratory and injunctive relief, and makes a constitutional challenge. This First Amended Complaint makes no demand for money damages. Gillespie filed this action for the right to vote where he works and lives, and to run for the office of mayor.

**Jurisdiction and Venue**

3. Federal question jurisdiction arises under Article III, Section 2, U.S. Constitution, U.S.C. Title 52 Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge.

4. Venue is proper in the Ocala Division under 28 USC 1391(b)(1). The Plaintiff resides in the City of Ocala, the cause of action rises in the City of Ocala, 9 of 11 Defendants are located in Ocala, and relief is sought in a Special Election in the City of Ocala.

**The Parties**

5. Plaintiff Gillespie is a resident of the City of Ocala, age 69, living and working since January 2, 2023, at 2801 SW College Rd, STE 3, Ocala, Florida, 34474. Gillespie has resided in Marion County, Florida for 20 years. On May 19, 2022 Gillespie was evicted at gunpoint after foreclosure of his home on a federal HECM reverse mortgage. Gillespie was homeless from May 19, 2022 until January 2, 2023, when he rented and occupied space in an office condominium in the Starting Gate Executive Office. Gillespie relies on Social Security retirement income to survive and is unable obtain other adequate housing. The office is home to Justice Network, a fictitious name owned by Gillespie. Justice Network is engaged in advocacy, education, news gathering and dissemination, and helping people fight injustice. Gillespie's clients are poor, disabled, forgotten and dammed; and his causes unpopular with the local authorities, including:

- A 15 year-old African-American schoolgirl in a 2016 racial incident at West Port High School, harassed by white supremacists waving Confederate flags in the school. Gillespie is a critic of Neo-Confederates, and the historic lynching of 19 people in Marion County.
- Sarah Thompson, age 35, who died in 2021 of a drug overdose in the hotel room of a convicted drug trafficker at the Stay & Save Extended Stay Hotel in the City of Ocala. Gillespie has evidence that Sarah's death may have been a politically motivated homicide.
- Harold Minnis, age 63, a man on probation with End-Stage Kidney Disease (ESKD) who's benefits were blocked, was denied legal counsel, and denied voluntary surrender at the MCJ. See Florida v. Harold Minnis, Case No. 2025-CF-0383, Marion County Circuit Court.
- Ronnie Cooper, age 63, an amputee in a wheelchair since age 19, pled NGI, convicted at trial without legal counsel, sentenced to life in prison for robbery of a vehicle at a gas station. See State v. Cooper, Case No. 2019-CF-1050, Marion County; Fifth DCA Appeal 5D2024-3513.

Gillespie is now and has been a No Party Affiliation (NPA) candidate for public office. Read the full complaint online here.

at March 18, 2026 No comments:

Labels: Gillespie v. Wilcox et al US District Court Middle District of Florida Ocala Division case number 5:25-cv-486-SPC-PRL, Ocala mayoral election voting rights lawsuit

Newer Posts Home Older Posts

Subscribe to: Comments (Atom)

Simple theme. Powered by Blogger.

**U.S. Department of Justice**
**Civil Rights Division**

Neil Gillespie
2801 SW College Rd.
Ste. 3
Ocala, FL 34474
Neil4Justice@yahoo.com

*Washington, DC 20530*

February 18, 2026

Dear Neil Gillespie,

You contacted the Department of Justice on November 17, 2025. Your report number is 724481-XRH. The Civil Rights Division relies on information from community members to identify potential civil rights violations. The Federal Bureau of Investigation and other law enforcement agencies conduct investigations for the Division. Therefore, you may want to contact your local FBI office or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services and
- Human trafficking in the form of coerced labor or commercial sex.

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns: www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation or your local police department or sheriff's office.

Sincerely,
/s/
The Criminal Section

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

quadient
FIRST-CLASS MAIL
02/19/2026
US POSTAGE $000.74
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20530
041M12121

Neil Gillespie
2801 SW College Rd.
Ste. 3
Ocala, FL 34474

*Washington,*

February 18, 2

34474$4430 R018

Response: Your Civil Rights Division Report - 724481-XRH from the Criminal Section

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)

To: neil4justice@yahoo.com

Date: Wednesday, February 18, 2026 at 12:22 PM EST

U.S. Department of Justice
**Civil Rights Division** | civilrights.justice.gov

Dear Neil Gillespie,

You contacted the Department of Justice on November 17, 2025. Your report number is 724481-XRH. The Civil Rights Division relies on information from community members to identify potential civil rights violations. The Federal Bureau of Investigation and other law enforcement agencies conduct investigations for the Division. Therefore, you may want to contact your local FBI office or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services and
- Human trafficking in the form of coerced labor or commercial sex.

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns:

www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation or your local police department or sheriff's office.

Sincerely,
/s/
The Criminal Section

**Contact**

civilrights.justice.gov

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

From: Neil4Justice (neil4justice@yahoo.com)

To: gregory.kehoe@usdoj.gov; neil4justice@yahoo.com; usaflm.civil.rights@usdoj.gov; frank.m.talbot@usdoj.gov

Cc: bmarciano@ocalafl.org; ajacobs@ocalafl.org; clerk@ocalafl.gov; wsexton@ocalafl.gov; kdreyer@ocalafl.org; ibethea@ocalafl.org; bmansfield@ocalafl.org; jmusleh@ocalafl.org; jhilty@ocalafl.org; tips@ocalagazette.com; metaminton@aol.com; mm@villages-news.com; jd@villages-news.com; austin.miller@starbanner.com; jennifer@ocalagazette.com; mduquette@marionso.com; bcolbert@marionso.com; mbalken@ocalapd.org; matthew.minter@marioncountyfl.org; dos.generalcounsel@dos.myflorida.com; elecrecords@dos.myflorida.com; sard@votemarion.gov; elections@votemarion.gov; outreach@votemarion.gov; wwilcox@votemarion.gov; legal@marionso.com; insight@orlandosentinel.com; rsimmons@orlandosentinel.com; gharrell@marioncountyclerk.org; robertd@marioncountyclerk.org

Date: Wednesday, November 12, 2025 at 03:57 PM EST

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

RE: City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

Dear US Attorney Kehoe:

Please see attached my complaint against the City of Ocala for obstruction of my mail, provided today to the DOJ in paper due the government shutdown and lack of efiling:

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

As alleged in my complaint, the City of Ocala sent me certified mail on Friday, November 7, 2025, then instructed the U.S. Postal Service on Monday, November 10, 2025, not to deliver my mail, but to hold my mail at the post office for 34474, which is the Paddock Branch post office.

As of today, November 12, 2025, I have not received certified mail from the City of Ocala. I am only aware of this crime because I am subscribed to USPS Informed Delivery. Tellingly, the U.S. Postal Service did not leave a notice today in my mailbox for certified mail (PS Form 3849) with my other mail that was delivered. Currently I am not driving, and have no way to go to the Paddock Branch post office which is a ten mile round trip. Therefore I contend this certified mail has not been delivered.

My complaint also appears on Scribd at this link. https://www.scribd.com/document/947806619/Department-of-Justice-Complaint-City-of-Ocala

Later I plan to post a video of myself mailing my complaint to the U.S. Department of Justice in Washington DC.

I request prosecution of the City of Ocala and the officials shown in the complaint, Mayor Ben Marciano, Council President Kristen Dreyer, Councilmember Jay Musleh, Councilmember James Hilty Sr., President Pro-Tem Ire Bethea, Sr., Councilmember Barry Mansfield, William Sexton, Bar #37197, City Attorney, and Angel B. Jacobs, Ocala City Clerk, for obstruction of my mail in violation of 18 U.S. Code § 1701, and violation of my civil rights:

Title 18, U.S.C., Section 241 - Conspiracy Against Rights
Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
Title 18, U.S.C., Section 245 - Federally Protected Activities
Title 42, U.S.C., Section 14141 - Pattern and Practice
https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes

Also see, The End of Lynching in Marion County Florida, Chapter 5 of Lethal Punishment, Lynchings and Legal Executions in the South, by Margaret Vandiver. The book explains the history of extrajudicial murder in Marion County, Florida, murder condoned by law enforcement until about 1940, and condoned by as many as 3,000 local people who attended the lynchings. In some cases the sheriff released prisoners to the lynch mob. Their children and grandchildren likely include current judges, lawyers, law enforcement, and other folks currently living in Marion County, Florida, and serving in the government.

https://www.scribd.com/document/284372795/The-End-of-Lynching-in-Marion-County-Florida

Here is a list of the men murdered by the lynch mob:

1. Caesar Carooth, black male - lynched July 3, 1885
2. George Green, black male - lynched Dec. 12, 1887
3. Robert Larkin, black male - lynched July 12, 1893
4. Nero Young, black male - lynched May 15, 1894
5. William Jackson, black male - lynched Dec. 1, 1894
6. William Jones, black male - lynched Dec. 15, 1894
7. James Gilmore, black male - lynched March 15, 1897
8. James Miley, black male - lynched March 15, 1897
9. Ed Holmes, black male - lynched March 15, 1897
10. Otis Miller, black male - lynched March 16, 1897
11. Robert Alexander, black male - lynched June 9, 1899
12. Norman McKinney, black male - lynched Jan. 16, 1901
13. Preece Niles, black male - lynched Nov. 14, 1912
14. John Archie, black male - lynched Nov. 19, 1912
15. John Richards, black male - lynched February 17, 1915
16. Joseph Nimrod, black male - lynched Dec. 29, 1915
17. Richard Anderson, black male - lynched Jan. 28, 1916
18. Elijah Jones, black male - lynched Feb. 12, 1921
19. Chandler Colding, black male - lynched Jan. 11, 1926

"Marion County mobs sometimes left a placard or a sign attached to the body of the victim; when Robert Larkin was lynched in 1893, the mob left a placard reading, "Done by 300 of the best citizens of this county."

https://www.nosue.org/civil-rights/marion-county-florida/

The name of Sarah Thompson should be included in a subsequent list questionable deaths that may in fact be extrajudicial murders by the local authorities.

Thank you.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com

Enclosures

U.S. Department of Justice
Civil Rights Division, MDFL
Email: USAFLM.Civil.Rights@usdoj.gov

Frank Talbot
Assistant U.S. Attornry
U.S. Attorney's Office
300 N. Hogan Street
Jacksonville, FL 32202
Office: 904-301-6284
Email: frank.m.talbot@usdoj.gov

Links for Lethal Punishment: Lynchings and Legal Executions in the South
https://www.rutgersuniversitypress.org/lethal-punishment/9780813537290/
https://archive.org/details/lethalpunishment0000vand
https://deathpenaltyinfo.org/books-lethal-punishment-lynchings-and-legal-executions-in-the-south

DOJ COMPLAINT CITY OF OCALA.pdf
623.4 kB

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

November 12, 2025

RE: City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

I am Neil J. Gillespie, d/b/a Justice Network, 2801 SW College Rd., STE 3, Ocala, FL 34474.

This is a complaint against the City of Ocala for violation of 18 U.S. Code § 1701 - Obstruction of mails generally. The facts are as follows:

1. The U.S. Postal Service notified me on Friday, November 7, 2025 of an Expected Delivery by Monday, November 10, 2025 arriving by 9:00pm. (Exhibit 1) The notice provided 3 details:

    1. Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.
    2. Tracking Number: 71999991703861022227
    3. Package Shipped from: PITNEY BOWES SPARK

2. The U.S. Postal Service notified me on Monday, November 10, 2025 at 8:02 AM of certified mail from the City of Ocala, Office Of The City Clerk, and provided the image shown below.




3. The U.S. Postal Service notified me on Monday, November 10, 2025 at 1:30 PM of a Delivery Exception at the request of the customer, stating the following: (Exhibit 2)

- Your package has a delivery exception. Your item is being held at the OCALA, FL 34474 post office at 1:27 pm on November 10, 2025. This is at the request of the customer.
- Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

- Tracking Number: 71999991703861022227
- Package Shipped from: PITNEY BOWES SPARK

4. As of today, November 12, 2025, I have not received certified mail from the City of Ocala. I am only aware of this crime because I am subscribed to USPS Informed Delivery.

5. According the U.S. Postal Service, the City of Ocala sent me certified mail, and has directed the local post office not to deliver my mail. Therefore the City of Ocala has therefore willfully obstructed or retarded delivery of my mail in violation of 18 U.S. Code § 1701:

> 18 U.S. Code § 1701 - Obstruction of mails generally.
> https://www.law.cornell.edu/uscode/text/18/1701
>
> Whoever knowingly and willfully obstructs or retards the passage of the mail, or any carrier or conveyance carrying the mail, shall be fined under this title or imprisoned not more than six months, or both.

6. City of Ocala officials: Angel B. Jacobs, Ocala City Clerk

| | | |
|---|---|---|
| Mayor Ben Marciano | Council President Kristen Dreyer | Councilmember Jay Musleh |
| City of Ocala | Council President Kristen Dreyer | Councilmember James Hilty Sr. |
| 110 SE Watula Ave. | President Pro-Tem Ire Bethea, Sr. | |
| Ocala, FL 34471-2180 | Councilmember Barry Mansfield | |

William Sexton, Bar #37197, City Attorney

7. I request prosecution of the City of Ocala and the officials shown above for obstruction of my mail in violation of 18 U.S. Code § 1701, and violation of my civil rights: (Exhibit 3)

> Title 18, U.S.C., Section 241 - Conspiracy Against Rights
> Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
> Title 18, U.S.C., Section 245 - Federally Protected Activities
> Title 42, U.S.C., Section 14141 - Pattern and Practice

Sincerely,

Neil J. Gillespie

Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com

Enclosures

EXHIBIT 1

USPS® Expected Delivery by Monday, November 10, 2025 arriving by 9:00pm 719999917038610222 27

From: auto-reply@usps.com

To: neil4justice@yahoo.com

Date: Friday, November 7, 2025 at 09:34 AM EST

UNITED STATES POSTAL SERVICE®

Hello ,

USPS expects to deliver your package by Monday, November 10, 2025 arriving by 9:00pm.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: 71999991703861022227

Package Shipped from: PITNEY BOWES SPARK

Expected Delivery By

Mon
10
Nov

By 9:00pm

## Tracking & Delivery Options

**Get Tracking Updates in a Daily Email**

Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

**Sign Up for Free**




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking ® to check the most up-to-date status of your package. Sign up for Informed Delivery ® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts .

Download USPS Mobile ®

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

EXHIBIT
2

USPS® Delivery Exception 7199999170386102227

From: auto-reply@usps.com (auto-reply@usps.com)

To: neil4justice@yahoo.com

Date: Monday, November 10, 2025 at 01:30 PM EST

UNITED STATES POSTAL SERVICE®

Hello ,

Your package has a delivery exception. Your item is being held at the OCALA, FL 34474 post office at 1:27 pm on November 10, 2025. This is at the request of the customer.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: 7199999170386102227

Package Shipped from: PITNEY BOWES SPARK

Delivery Exception



Tracking & Delivery Options

My Account




Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

---

Visit USPS Tracking ® to check the most up-to-date status of your package. Sign up for Informed Delivery ® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts .

Download USPS Mobile ®

GET IT ON Google Play | Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright ©2024 USPS. All Rights Reserved.

475 L'Enfant Plaza SW, Washington, DC 20260

An official website of the United States government. Here's how you know
EXHIBIT 3

# Federal Civil Rights Statutes

The FBI is the primary federal agency responsible for investigating possible violations of federal civil rights statutes.

These laws are designed to protect the civil rights of every person within the United States, citizens and non-citizens alike.

## Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act

This statute makes it unlawful to willfully cause bodily injury—or attempting to do so with fire, firearm, or other dangerous weapon—when 1) the crime was committed because of the actual or perceived race, color, religion, national origin of any person, or 2) the crime was committed because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person and the crime affected interstate or foreign commerce or occurred within federal special maritime and territorial jurisdiction.

The law also provides funding and technical assistance to state, local, and tribal jurisdictions to help them to more effectively investigate, prosecute, and prevent hate crimes.

The law provides for a maximum 10–year prison term, unless death (or attempts to kill) results from the offense, or unless the offense includes kidnapping or attempted kidnapping, or aggravated sexual abuse or attempted aggravated sexual abuse. For offenses not resulting in death, there is a seven–year statute of limitations. For offenses resulting in death, there is no statute of limitations.

## Title 18, U.S.C., Section 241 - Conspiracy Against Rights

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

## Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## Title 18, U.S.C., Section 245 - Federally Protected Activities

1) This statute prohibits willful injury, intimidation, or interference, or attempt to do so, by force or threat of force of any person or class of persons because of their activity as:

A voter, or person qualifying to vote...;
a participant in any benefit, service, privilege, program, facility, or activity provided or administered by the United States;
an applicant for federal employment or an employee by the federal government;
a juror or prospective juror in federal court; and
a participant in any program or activity receiving Federal financial assistance.
2) Prohibits willful injury, intimidation, or interference or attempt to do so, by force or threat of force of any person because of race, color, religion, or national origin and because of his/her activity as:

A student or applicant for admission to any public school or public college;
a participant in any benefit, service, privilege, program, facility, or activity provided or administered by a state or local government;
an applicant for private or state employment, private or state employee; a member or applicant for membership in any labor organization or hiring hall; or an applicant for employment through any employment agency, labor organization or hiring hall;
a juror or prospective juror in state court;
a traveler or user of any facility of interstate commerce or common carrier; or
a patron of any public accommodation, including hotels, motels, restaurants, lunchrooms, bars, gas stations, theaters...or any other establishment which serves the public and which is principally engaged in selling food or beverages for consumption on the premises.
3) Prohibits interference by force or threat of force against any person because he/she is or has been, or in order to intimidate such person or any other person or class of persons from participating or affording others the opportunity or protection to so participate, or lawfully aiding or encouraging other persons to participate in any of the benefits or activities listed in items (1) and (2), above without discrimination as to race, color, religion, or national origin.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted

U.S. Department of Justice
# Civil Rights Division
Report a civil rights violation

If you believe you or someone else has experienced a civil rights violation, please tell us what happened. Before starting, you can also read the instructions for this form (page 8) and what to expect after submission.

*You are not required to provide your name or contact information. If you want to remain anonymous, leave this section blank. If you choose to provide your contact information, we will only use it to respond to your submission.*

## 1 Contact

Neil
First name

Gillespie
Last name

Neil4Justice@yahoo.com
Email

352-239-9037
Phone

2801 SW College Rd
Mailing address 1

STE 3
Mailing address 2

Ocala
City

FL
State

34474
Zip code

Are you now or have ever been an active duty service member?
*If you're reporting on behalf of someone else, please select their status.*

○ Yes ◉ No



OMB No. 1190-0020
Expires: 8/31/2026

## 2 Primary concern

What is your primary reason for contacting the Civil Rights Division?

*Select the **primary reason** that best describes your concern. Each reason lists examples of civil rights violations that may relate to your incident. In another section of this report, you will be able to describe your concern in your own words.*

*Note: Some primary concerns have follow-up questions. If you select one of these, we ask that you also answer the follow-up question presented below the specific primary reason.*

### ◯ Workplace discrimination or other employment-related problem

Examples:

- Discriminated against because you are a US Citizen
- Fired, not hired, or demoted for reasons unrelated to job performance or qualifications
- Retaliated against for reporting discrimination
- Inappropriately asked to provide immigration documentation
- Denied reemployment or fired based on military service
- Denied an accommodation for a disability, including not being allowed to have a service animal **in the workplace**

**Was this a public or private employer? ***

◯ Public employer ◯ Private employer ◯ I'm not sure

**How large is this employer?**

◯ Fewer than 15 employees ◯ 15 or more employees ◯ I'm not sure

### ◯ Housing discrimination or harassment

Examples:

- Denied housing, a permit, or a loan based on personal characteristics like race, sex, and/or having children under 18 years old
- Harassment by a landlord or another tenant, including sexual harassment
- Challenges with terminating a lease due to military status change
- Denied an accommodation for a disability, including not being allowed to have a service or assistance animal **in public housing**

*( * ) **Public employers** include organizations funded by the government like the military, post office, fire department, courthouse, DMV, or public school. This could be at the local or state level. **Private employers** are business or non-profits not funded by the government such as retail stores, banks, or restaurants.*



OMB No. 1190-0020
Expires: 8/31/2026

## ❷ Primary concern, continued

◯ **Mistreated by police, correctional staff, or inmates** *(Including while in prison)*

Examples:

- Police brutality or use of excessive force, including patterns of police misconduct
- Searched and arrested under false pretenses, including racial or other discriminatory profiling
- Denied rights while arrested or incarcerated
- Denied access to safe living conditions or accommodations for a disability, language barrier, or religious practice while incarcerated

**Did this happen while in custody or incarcerated?**

◯ Yes ◯ No

◯ **Discrimination at a school, educational program or service, or related to receiving education ***

Examples:

- Harassment based on race, sex, national origin, disability, or religion
- Denied admission or segregated in an education program or activity
- Denied educational accommodations for a disability or language barrier

**Did this happen at a public or a private school, educational program or activity?**

◯ Public school or educational program ◯ I'm not sure

◯ Private school or educational program

◯ **Voting rights or ability to vote affected**

Examples:

- Obstacles to registering to vote, obtaining or submitting a ballot, having your ballot counted, or entering a polling place to vote
- Denied adequate voting assistance or accommodations for a disability at a polling place
- Restricted or prevented from participating in an election, including voting, becoming a candidate, or being elected for office

*( * ) Includes schools, educational programs, or educational activities, like training programs, sports teams, clubs, or other school-sponsored activities*



OMB No. 1190-0020
Expires: 8/31/2026

## ❷ Primary concern, continued

(●) **Discriminated against in a commercial location or public place**

*This could include a store, restaurant, bar, hotel, place of worship, library, medical facility, bank, courthouse, government building, public park or street, as well as online.*

Examples:

- A physical or online location that does not provide disability accommodations
- Denied service or entry because of a perceived personal characteristic like race, sex, or religion
- Denied an accommodation for a disability, including not being allowed to have a service animal in a commercial or public location

( ) Place of worship or about a place of worship
*Church, synagogue, temple, religious community center*

( ) Commercial or retail building
*Store, restaurant, bar, hotel, theater*

( ) Healthcare facility
*Hospital or clinic (including inpatient and outpatient programs), reproductive care clinic, state developmental institution, nursing home*

( ) Financial institution
*Bank, credit union, loan services*

( ) Public space
*Park, sidewalk, street, other public buildings (courthouse, DMV, city library)*

(●) Other

Please describe "Other reason" (in 10 words or fewer)

City of Ocala, violation of 18 U.S. Code § 1701 - Obstruction of mails generally

( ) **Something else happened**

*The examples above reflect some but not all of the civil rights violations that we address. Select this option if you don't see an example that applies to your situation. You will be able to tell us more later.*



OMB No. 1190-0020
Expires: 8/31/2026

## 3 Location details

*Please tell us the city, state, and name of the location where this incident took place. This ensures your report is reviewed by the right people within the Civil Rights Division.*

City of Ocala

Organization name
*Examples: Name of facility, business or location, school, town or city, prison, polling place, website, etc.*

110 SE Watula Ave

Street address 1

Street address 2

Ocala

City

FL

State

## 4 Date

When did this happen?

*It is important for us to know how recently this incident happened so we can take the appropriate action. If this happened over a period of time or is still happening, please provide the most recent date.*

November 10, 2025

Date



OMB No. 1190-0020
Expires: 8/31/2026

## ❺ Personal characteristics

Do you believe any of these personal characteristics influenced why you were treated this way?

*There are federal and state laws that protect people from discrimination based on their personal characteristics. Here is a list of the most common characteristics that are legally protected. Select any that apply to your incident.*

- ☐ Age
- ☐ Disability (including temporary or recovered and including HIV and drug addiction)
- ☐ Family, marital, or parental status
- ☐ Genetic information (including family medical history)
- ☐ Immigration/citizenship status (choosing this will not share your status) Language
- ☐ National origin (including ancestry and ethnicity)
- ☐ Pregnancy
- ☐ Race/color
- ☐ Religion
- ☐ Sex
- ☐ Sexual orientation
- ☐ None of these apply to me
- ☑ Other reason
- ☑ Please describe "Other reason" (in 10 words or fewer)

Conspiracy Against Rights 18USC241, Deprivation of Rights 18USC242 etc



OMB No. 1190-0020
Expires: 8/31/2026

## ❻ Personal Description

In your own words, describe what happened.

*Please share details like:*

- *Time*
- *Names of people involved including witnesses if there are any*
- *Any supporting materials (please list and describe them)*

Please see attached my complaint letter and exhibits.

City of Ocala officials:

Mayor Ben Marciano
Email: bmarciano@ocalafl.org
City of Ocala
110 SE Watula Ave
Ocala, FL 34471-2180

Angel B. Jacobs, Ocala City Clerk
Email: ajacobs@ocalafl.org
Email: clerk@ocalafl.gov

William Sexton, Bar #37197, City Attorney
Email: wsexton@ocalafl.gov

Council President Kristen Dreyer
Email: kdreyer@ocalafl.org

President Pro-Tem Ire Bethea, Sr.
Email: ibethea@ocalafl.org

Councilmember Barry Mansfield
Email: bmansfield@ocalafl.org

Councilmember Jay Musleh
Email: jmusleh@ocalafl.org

Councilmember James Hilty Sr.
Email: jhilty@ocalafl.org

*You may attach further details as extra pages, if necessary*



OMB No. 1190-0020
Expires: 8/31/2026

## Instructions

The purpose of this form is to assist you in filing a report with the Civil Rights Division. You are not required to use this form; a letter with the same information is sufficient, however, please ensure you are including the same information.

**Step 1: You can complete and submit this form.** By completing this form, you can provide the details we need to understand what happened. You can mail a printed copy of this form via postal service to the division or you can email an electronic copy. Once we receive your report, it is immediately sent to our staff for review.

**Step 2: We will review your report.** Teams that specialize in handling your type of issue will review it. If it needs to be forwarded to another team or agency, we will try to connect your complaint to the right group.

**Step 3: We will determine next steps and get back to you.** Possible outcomes include: following up for more information, starting a mediation or investigation, directing you to another organization for further help, or informing you that we cannot help.

**To mail a printed copy of the form:**
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**To reach us by phone:**
(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

## Privacy Policy

The purpose of this form is to allow the public to submit civil rights complaints to the Department of Justice, thereby allowing us to enforce over thirty civil rights statutes (https://civilrights.justice.gov/privacy-policy#our-statutes) within our authority. These statutes authorize us to collect this information. You should know that any information you provide through this form is voluntary, yet failure to provide some of the information might limit the Department's ability to pursue your claim. We may use this information for certain routine uses, including sharing this information under certain circumstances with:

- contractors who work with us, if they need it to perform a contract;
- a court, magistrate, or administrative tribunal, as well as opposing counsel during settlement negotiations and/or litigation;
- Members of Congress;
- Federal, state, or local law enforcement agencies.

You can find our complete Privacy Policy at https://civilrights.justice.gov/privacy-policy.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. Public reporting burden for this collection of information is estimated to average 10 minutes per response per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is voluntary. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Justice, Civil Rights Division 950 Pennsylvania Avenue, NW., Washington, D.C. 20530-0001.



OMB No.1190-0020
Expires: 8/31/2026

## Meet the City Council

The City of Ocala is governed by the council-manager form of government. Voters elect a five-member city council and a mayor. The mayor serves a two-year term and council members serve four-year terms.

- Who is my elected official?

## City Council Meeting Information

Council meetings are on the first and third Tuesdays of every month at 4 p.m. Please check the Public Notices for special called meetings.

**Mayor Be nc Mari Gac o**



## Mayor Ben Marciano

Contact Mayor Ben Marciano

With a passion for serving the community, Ben Marciano assumed the office of Mayor in December 2023. Beginning his career as a health trainer, he has developed successful health and fitness facilities within Marion County.

View Bio >

**uol c i GPs rndGt nc KBD rGdKnc - rnynr**



## Council President Kristen Dreyer

Contact Councilmember Kristen Dreyer

Kristen Dreyer joined the City Council in December 2021 representing District 4.

View Bio >

**s rndGt nc Ks roBTnm BIrn e nKhna, Sr.**



## President Pro-Tem Ire Bethea, Sr.

Contact Councilmember Ire Bethea, Sr.

Ire Bethea, Sr. represents District 2 and assumed office in June 2020. District 2 encompasses the city's far western section of the City.

View Bio >

**uol c i GPmnmbnr Be arry Mac dfGnR**



## Councilmember Barry Mansfield

Contact Councilmember Barry Mansfield

Barry Mansfield joined the City Council in December 2021 representing District 1 (at-large), which encompasses the entire City of Ocala.

View Bio >

**uol c i CPmnmbnr BJay Ml dPnh**



## Councilmember Jay Musleh

Contact Councilmember Jay Musleh

Jay Musleh assumed office in May 2012 to fill an unexpired term, represents District 3.

View Bio >

**uol c i CPmnmbnr BJamnd HCPKy Sr.**



## Councilmember James Hilty Sr.

Contact Councilmember James Hilty Sr.

James Hilty Sr. joined the City Council in December 2021 representing District 5, which encompasses the City's far eastern region.

View Bio >



CONTACT

110 SE Watula Ave.
Ocala, FL 34471

Email: William Sexton

# City Attorney - William Sexton

William E. Sexton was appointed by the Ocala City Council as City Attorney in September of 2022.

Pursuant to the Ocala City Charter, the City Attorney serves as the chief legal advisor to the City Council, the City Manager and all city departments, offices and agencies and represents the City of Ocala in all legal proceedings.

Mr. Sexton has extensive experience representing Florida local governments. Prior to his appointment as City Attorney, Mr. Sexton served for over nine years as the in-house County Attorney for the Board of County Commissioners of Bradford County, Florida. Mr. Sexton has also worked in private practice representing numerous Florida cities and counties.

Mr. Sexton earned his Bachelor of Arts degree in political science and history and his Juris Doctor – with an Environmental and Land Use Law Certificate – from the University of Florida. While at the University of Florida, he was inducted into Florida Blue Key and the University of Florida Hall of Fame.

A member of the Florida Bar, Mr. Sexton is admitted to practice before the United States District Courts for the Middle and Northern Districts of Florida as well as the United States Court of Appeals for the Eleventh Circuit and the United States Supreme Court.