EXHIBIT
2

# Your business

From: Neil J. Gillespie for US Senate (neil4us.senate@yahoo.com)

To: info@khanpsychology.com; neil4us.senate@yahoo.com

Date: Thursday, March 26, 2026 at 05:24 AM EDT

Good morning Dr. Khan,

Have you any news or explanation regarding the sudden decline in your business? A few weeks ago I asked you whether it could be linked to us sharing the same office address.

On March 19, 2026 I ordered checks for my campaign account for U.S. Senate. The checks were due to be delivered March 23, 2026, but the post office did not deliver the checks, and the checks were either stolen or returned to the check company, Harland Clarke.

Recently you asked about my former client, Harold Minnis, an elderly man with end stage kidney disease who was released from prison in September 2024. I found out what happened to Harold after his re-arrest for an address violation in January 2025. Harold was released again from prison on February 19, 2026. https://pubapps.fdc.myflorida.com/offenderSearch/detail.aspx?Page=Detail&DCNumber=331307&TypeSearch=IR

Harold is on Florida's Sexual Offenders and Predators list, which shows his current address in Umatilla. https://offender.fdle.state.fl.us/offender/sops/flyer.jsf?personId=39641

This is the address for Harold's bother, the same address his probation officer refused to approve last year, leading to his re-arrest. The law firm Morgan & Morgan refused to assist Harold with legal matters in 2024-2025 after I made an online inquiry at Harold's request. The lawyer with whom I have a 20 year-old lawsuit, Ryan Christopher Rodems, has worked for Morgan & Morgan since 2014. It would not surprise me to learn Morgan & Morgan was behind this issue.

On Monday I got a call from Social Security (1-646-539-9618) looking for Harold regarding an appointment. Social Security still has my number as a contact for Harold from 2024-2025, but I have not had contact with Harold for over a year.

Morgan & Morgan employs over 1,000 lawyers. Morgan & Morgan is one of the largest personal injury law firms in the United States. Morgan & Morgan routinely sues doctors, hospitals and insurance companies. In my view Morgan & Morgan may be involved in your loss of business due to the immense power the firm has over doctors, hospitals and insurance companies. You may have been blackballed by government and/or the medical industry at the request of Morgan & Morgan.

Today or tomorrow I plan a filing in the U.S. Eleventh Circuit in my appeal in the Ocala mayoral lawsuit. I am willing to cite your situation as interference by Morgan & Morgan in your loss of business. Let me know what you think.

Neil J. Gillespie

# MOHAMED SHAHABUDEEN KHAN

## License Number: PY8523

*Data As Of 1/7/2026*

| | |
|---|---|
| Profession | Psychologist |
| License | PY8523 |
| License Status | Clear/Active |
| License Expiration Date | 5/31/2026 |
| License Original Issue Date | 05/04/2012 |
| Address of Record | 1200 NE 55TH BLVD<br>GAINESVILLE, FL 32641 |
| Discipline on File | No |
| Public Complaint | No |

## Secondary Locations

Address

2622 NW 43rd St
GAINESVILLE, FL 32606

Address

2801 SW College Road # 3
OCALA, FL 34474

## Discipline/Admin Action

### Emergency Actions

No Emergency Actions Found

### Discipline Cases

No Discipline Found

### Public Complaints

No Public Complaint Found

If a link does not appear for the case number, we do not have a scanned copy of the final order available in our database. To obtain a paper copy, please contact Public Records by clicking the link below:

Discipline Public Records Request

You may also contact Public Records by telephone at (850) 245-4252, option 4 or by written correspondence at:
Division of Medical Quality Assurance
Public Records
4052 Bald Cypress Way, Bin C01
Tallahassee, FL 32399-3251

Please include the following:
1. Full name and license number of the practitioner;
2. Name and address where documents are to be sent; and
3. If you require certification of the documents, a $25 fee will be charged, in addition to the duplicating charges. Certification of the requested records will not be done unless specifically requested. An invoice will be sent to you and payment will be expected within thirty days. Upon receipt of payment, material will be sent to you.

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.

THE FLORIDIAN



# Paul Renner Proposes Federal Ban on Muslim Immigration to United States

"We have to be realistic and honest; the long-term compatibility of Islam in this country does not exist."



MICHAEL COSTEINES MARCH 24, 2026

During a press conference this week, Florida gubernatorial candidate Paul Renner (R) announced he would promote a federal ban on Muslim


### Sign up for email updates

THE FLORIDIAN

Subscribe to the newsletter everyone in Florida is reading.

Email Address

I hearby sign up to receive email from the Floridian

SUBSCRIBE


### Categories


- 2020 Election
- 2022 Midterms
- 2024 Presidential Election
- 2026 gubernatorial election
- 2026 Midterm Election
- 2028 presidential election
- Agriculture
- Congress
- Cuba
- Culture
- Education
- Email Feature


Privacy - Terms

immigration to the United States that is "permanent and comprehensive" if elected governor.

"We have to be realistic and honest; the long-term compatibility of Islam in this country does not exist," Renner said. "We cannot have long term compatibility with the American Constitution and with the American way of life."

Renner, speaking on a "No Sharia Law" platform, added that individuals with terrorist ties, defrauded taxpayers, or committed other serious crimes upon conviction would be denaturalized and deported from the country immediately.

Sharia law is Islam's legal system taken from the Quran. Specifically, its principles act as a code for Muslims in everyday life, including around criminal justice issues, personal conduct matters, and prayer requirements.

Renner's announcement comes after several radical Islamic incidents have taken place just this month, including a former Virginia Army National Guard member and convicted ISIS supporter opening fire at Old Dominion University, killing one. A man with photographs of Iranian leaders also killed several people at a bar in Austin, Texas.


- Email Featured
- Everglades
- Featured
- Florida
- Florida Lawmakers
- Florida Legislature
- Florida Politics
- Foreign Affairs
- healthcare
- ice
- Immigration/Border
- israel
- Jacksonville
- Joe Biden
- Marco Rubio
- Miami-Dade
- National Politics
- Nicolas Maduro
- Opinions / Newsletters
- Orlando
- Panhandle
- President Donald Trump
- Press Release
- Rick Scott
- Ron DeSantis
- South Florida
- Sports
- State & Local
- Tampa Bay
- Tech
- Terrorism
- Travel
- Universities
- venezuela
- Veteran Affairs
- Videos
- World


## Recent Posts





Last Squeeze🍊— 3.26.2026 — Diaz-Balart Urges Regime Change in Cuba — Concerned Veterans for America Action Endorses Byron Donalds — and More…



International Olympic Committee Bans Biological Men from Competing in

**X trackers and content blocked**

Your Firefox settings blocked this content from tracking you across sites or being used for ads.

**Allow on floridianpress.com**

Content from blocked embed:

https://t.co/102Eyh5fET — Paul Renner (@Paul_Renner) March 24, 2026

Renner noted he would enforce the Florida Legislature's passage of a bill prohibiting the use of Sharia law in state courts. Rep. Hillary Cassel (R-Hollywood) sponsored the legislation in the House.

"Only American law can be used in American courts, and that should go without saying," he said.

In addition, Renner emphasized he would end funding for schools that promote Sharia law in accordance with Florida's HB 1 law, which established universal school choice for K-12 students to receive public funding for private school tuition or homeschooling.

Renner also vowed to pass legislation as governor to designate the Muslim Brotherhood and the Council on American-Islamic Relations (CAIR) as Foreign Terrorist Organizations.

Gov. Ron DeSantis issued an executive order designating the Muslim Brotherhood and CAIR as Foreign Terrorist Organizations (FTOS) in December 2025. However, the order was


Women's Events


Salazar's DIGNITY Immigration Reform Act Pushed the Amnesty Boundary


U.S. CENTCOM Commander Tells IRGC Navy Forces to Exit Posts


Shevrin Jones Endorses David Jolly for Florida Governor


Mario Diaz-Balart Urges Venezuela to 'Transition Towards Democracy'


Rep. Mario Diaz-Balart Speaks on Trump Pressuring Communist Cuba, Recent CODEPINK Stunt


EXCLUSIVE: Mario Diaz-Balart Says Cuba 'Requires a Change of the Regime'


Concerned Veterans for America Action Endorses Byron Donalds for Governor


Muslim Brotherhood Terror Group Fans out Across Florida College Campuses

issued a temporary injunction by a federal judge in March, citing First Amendment rights.

Renner promised to prohibit "No-Go zones," or the development of isolated or unregulated communities managed outside legal frameworks, and Halal Slaughterhouses that do not maintain adequate sanitary conditions.

The former Florida speaker of the house is in a race with U.S. Rep. Byron Donalds (R-FL), Lt. Gov. Jay Collins, and businessman James Fishback for the GOP nomination.

The GOP primary is Aug. 18.





**Michael Costeines**

Michael Costeines: Florida Political Correspondent/Capitol Reporter for The Floridian (2024-Present) Over 1000 stories written covering Gov. Gon DeSantis, Florida Attorney General James Uthmeier, the Florida GOP, State Legislature, and others Shared by Gov. Ron DeSantis, the White House, Florida GOP Chairman Evan Power, James Uthmeier and others

## Related Posts




Last Squeeze🍊— 3.26.2026 — Diaz-Balart Urges Regime Change in Cuba — Concerned Veterans for America Action Endorses Byron Donalds — and More…










Concerned Veterans for America Action Endorses Byron Donalds for Governor

Muslim Brotherhood Terror Group Fans out Across Florida College Campuses



JUICE🍊— 3.26.2026 — Miguel Gabel Under Scrutiny Over Questionable Spending — Iran Rejects U.S. Ceasefire Offer — and More...

---

## 2 thoughts on "Paul Renner Proposes Federal Ban on Muslim Immigration to United States"

**GablesMan** says:
March 24, 2026 at 9:47 PM

Can This Tool Let Us Know, Where, In This Country, Is Sharia Law Being Implemented?
Reply

**USA1stAlways** says:
March 25, 2026 at 12:55 PM

Paul 'Revere' Renner is correct warning who's coming to Florida and it's not the British. It's an anti-Christian totalitarian regime fronting as a "religion" whose belief system
and culture are not compatible with a Constitutional Republic or Western civilization. Period. No call to Allah prayer publicly also.
Reply

### Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment** *

FLORIDA INTERNATIONAL UNIVERSITY
FIU
#1
UNIVERSITY IN FLORIDA
THE WALL STREET JOURNAL.
AMERICA'S BEST COLLEGES 2026
IN COOPERATION WITH COLLEGE PULSE AND statista



(//fdc.myflorida.com/index.html) FLORIDA DEPARTMENT OF CORRECTIONS (https://fdc.myflorida.com/index.html)

Ron DeSantis, Governor
Ricky D. Dixon, Secretary

OFFENDER SEARCH (https://pubapps.fdc.myflorida.com/OffenderSearch/InmateInfoMenu.aspx) VISITING INFORMATION (https://fdc.myflorida.com/ci/visit.html)
INSTITUTIONS (https://fdc.myflorida.com/ci/index.html) PROBATION SERVICES (https://fdc.myflorida.com/cc/index.html)
PROGRAMS (https://fdc.myflorida.com/development/index.html) NEWSROOM (https://fdc.myflorida.com/comm/index.html)

# CORRECTIONS OFFENDER NETWORK

## INMATE RELEASE INFORMATION DETAIL

(This information was current as of 2/19/2026)



| | |
|---|---|
| **DC Number:** | 331307 |
| **Name:** | MINNIS, HAROLD |
| **Race:** | BLACK |
| **Sex:** | MALE |
| **Birth Date:** | 12/29/1961 |
| **Custody:** | MEDIUM |
| **Release Date:** | 02/19/2026 |

**Note: This offender meets the criteria for designation as a sexual offender under s. 944.606 F.S., or s. 944.607 F.S., or both, and may be on the Florida Department of Law Enforcement's Sexual Offender/Predator web site (http://offender.fdle.state.fl.us/offender/)**

### Aliases:

LEE HAROLD, MIKE JOHNSON, MIKE JONES, HAROLD MINNIS, HAROLD LEE MINNIS, LEE MINNIS

### Current Prison Sentence History:

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 06/11/2020 | WILLFUL FLEE/ELUDE LEO | 12/20/2021 | MARION | 2002456 | 5Y 0M 0D |
| 06/11/2020 | POSSESS METHAMPHETAMINE | 12/20/2021 | MARION | 2002456 | 5Y 0M 0D |
| 06/11/2020 | POSS.CONTROL.SUBS/OTHER | 12/20/2021 | MARION | 2002456 | 5Y 0M 0D |
| 01/27/2025 | SEX PRED, FALSE INFO/OMIT | 08/11/2025 | MARION | 2500383 | 1Y 0M 1D |

Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.

### Detainers:(Further information may be obtained by contacting the detaining agency)

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 07/22/1991 | NTFY:090 ORLANDO P&P | NTFY/P&P | 04/12/1995 |

### Incarceration History:

| Date In-Custody | Date Out-Custody |
|---|---|
| 03/04/1986 | 04/10/1986 |
| 02/25/1987 | 04/12/1995 |
| 07/21/1995 | 11/26/1996 |
| 12/22/1998 | 01/19/2003 |
| 08/03/2005 | 12/01/2012 |
| 12/19/2012 | 12/01/2013 |
| 01/22/2015 | 03/07/2017 |
| 08/02/2017 | 12/01/2017 |
| 02/14/2022 | 09/08/2024 |
| 08/18/2025 | 02/19/2026 |

### Prior Prison History: (Note: Data reflected covers periods of incarceration with the Florida Dept.of Corrections since January of 1983)

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 09/20/1984 | CONSTRUCTIVE POSSESSION | 01/28/1986 | ORANGE | 8405157 | 1Y 1M 0D |
| 09/05/1984 | AGG BATTERY INTENDED HARM | 01/28/1986 | ORANGE | 8406094 | 1Y 1M 0D |
| 05/25/1986 | SEX BAT/INJURY NOT LIKELY | 02/17/1987 | ORANGE | 8603742 | 15Y 0M 0D |
| 05/25/1986 | SEX BAT/INJURY NOT LIKELY | 02/17/1987 | ORANGE | 8603742 | 15Y 0M 0D |
| 05/25/1986 | KIDNAP;COMM.OR FAC.FELONY | 02/17/1987 | ORANGE | 8603742 | 17Y 0M 0D |
| 05/25/1986 | KIDNAP;COMM.OR FAC.FELONY | 02/17/1987 | ORANGE | 8603742 | 17Y 0M 0D |
| 05/25/1986 | ROBB. NO GUN/DDLY.WPN | 02/17/1987 | ORANGE | 8603742 | 15Y 0M 0D |
| 05/25/1986 | ROBB. NO GUN/DDLY.WPN | 02/17/1987 | ORANGE | 8603742 | 15Y 0M 0D |
| 05/25/1986 | BURGLARY ASSAULT ANY PERSON | 02/17/1987 | ORANGE | 8603742 | 17Y 0M 0D |
| 05/25/1986 | BURGLARY ASSAULT ANY PERSON | 02/17/1987 | ORANGE | 8603742 | 17Y 0M 0D |
| 05/25/1986 | KIDNAP;COMM.OR FAC.FELONY | 07/14/1995 | ORANGE | 8603742 | 20Y 0M 0D |
| 05/25/1986 | BURGLARY ASSAULT ANY PERSON | 07/14/1995 | ORANGE | 8603742 | 20Y 0M 0D |
| 01/01/1998 | AGG.STALK-CREDIBLE THREAT | 11/16/1998 | ORANGE | 9802327 | 5Y 0M 0D |
| 04/29/2004 | SEX BAT/INJURY NOT LIKELY(ATTEMPTED) | 06/08/2005 | LAKE | 0401187 | 6Y 3M 0D |
| 03/13/2005 | BURG/DWELL/OCCUP.CONVEY | 07/11/2005 | LAKE | 0500774 | 9Y 0M 0D |
| 07/21/2014 | SEX PRED FAIL TO REGISTER | 01/08/2015 | LAKE | 1401952 | 3Y 0M 0D |

First | Previous | Next | Last | Return to List | New Search

The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.

This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.

For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859. This information is made available to the public and law enforcement in the interest of public safety.

Search Criteria: (/OffenderSearch/search.aspx?TypeSearch=IR)

Return to Corrections Offender Information Network (../OffenderSearch/InmateInfoMenu.aspx)

QUICK LINKS

COURT ORDERED PAYMENTS (HTTPS://FDC.MYFLORIDA.COM/CC/COPSPAY.HTML)
CONTACT AN INMATE (HTTPS://FDC.MYFLORIDA.COM/CI/CONTACTINMATE.HTML)
PUBLIC RECORDS (HTTPS://FDC.MYFLORIDA.COM/COMM/PRR.HTML)
FILE A COMPLAINT (HTTPS://FDC.MYFLORIDA.COM/APPS/IGCOMPLAINT.ASP)
REGULATORY PLAN (HTTPS://FDC.MYFLORIDA.COM/PUB/REGULATORY/FDC 2023-2024 REGULATORY PLAN.PDF)
FFCE (HTTPS://FLCORRECTIONALEXCELLENCE.COM/)
STATISTICS (HTTPS://FDC.MYFLORIDA.COM/PUB/INDEX.HTML)
PRISON TIPS LINE (HTTPS://FDC.MYFLORIDA.COM/COMM/NI1-101-ENGLISH-SPANISH.PDF)
ORG CHART (HTTPS://FDC.MYFLORIDA.COM/ORG/ORGCHART.HTML)
CORRECTIONS FOUNDATION (HTTPS://WWW.CORRECTIONSFOUNDATION.ORG/)
PAROLE INFORMATION (HTTPS://WWW.FCOR.STATE.FL.US/INDEX.SHTML)
PRISON RAPE ELIMINATION ACT (HTTPS://FDC.MYFLORIDA.COM/PREA/INDEX.HTML)

CONTACT US (https://fdc.myflorida.com/citizen/index.html)

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
850-488-7052

# Florida Department of Law Enforcement - Sexual Offender / Predator



**HAROLD MINNIS**
**Date of Image : 03/04/2026**

| Primary Information | |
|---|---|
| **Designation :** | Sexual Predator |
| **Name :** | HAROLD MINNIS |
| **Status :** | Supervised - FL Dept of Corrections |
| **Dept of Correction# :** | 331307 |
| **Date Of Birth :** | 12/29/1961 |
| **Race :** | Black |
| **Sex :** | Male |
| **Hair :** | Grey |
| **Eyes :** | Brown |
| **Height :** | 5'07" |
| **Weight :** | 175 lbs |

HAROLD MINNIS is a sexual predator under Florida law. Positive identification cannot be established unless a fingerprint comparison is made.

## Aliases

Harold Lee Minnis, LEE MINNIS, LEE HAROLD, Mike Jones, Mike Johnson

## Scars, Marks & Tattoos

| Type | Body Location | Count |
|---|---|---|
| Scar | Right Chest | 1 |
| Scar | Middle Chest | 1 |
| Tattoo | Left Chest | 1 |
| Scar | Head | 2 |
| Scar | Right Arm | 2 |
| Tattoo | Right Chest | 1 |
| Tattoo | Right Arm | 2 |
| Tattoo | Middle Chest | 2 |

## Address Information

| Address | Address Source information | Map Link |
|---|---|---|
| 172220 SE 248th Terrace<br>Umatilla, FL 32784-9145<br>Marion County | Source: REG<br>Received Date: 03/12/2026<br>Address Type: Permanent | N/A |

## Crime Information - Qualifying Offenses

| Adjudication Date | Crime Description | Court Case Number | Jurisdiction & State | Adjudication |
|---|---|---|---|---|
| 10/04/2004 | SEX BAT/ WPN. OR FORCE; F.S. 794.011(3) (PRINCIPAL IN ATTEMPT) | 0401187 | Lake, FL | Guilty/convict |

| | | | | |
|---|---|---|---|---|
| 06/08/2005 | SEX BAT/INJ NOT LIKELY; F.S. 794.011(5) | 0401187 | Lake, FL | Guilty/convict |
| 01/08/2015 | SEX PRED FAIL TO REGISTER; F.S. 775.21(10)(a) | 1401952 | Lake, FL | Guilty/convict |
| 08/11/2025 | Sexual Predator, Fail To Register F.S. 775.21(10)(a) | 2500383 | Marion, FL | Guilty/convict |
| 02/17/1987 | KIDNAP;COMM.OR FAC.FELONY; F.S.787.01(1)(a)2 | 8603742 | Orange, FL | Guilty/convict |
| 02/17/1987 | SEX BAT/INJ NOT LIKELY; F.S. 794.011(5) | 8603742 | Orange, FL | Guilty/convict |

## Victim Information

| Gender | Minor |
|---|---|
| Unknown | Yes |

## Vehicle Information

| Vehicle Make | Vehicle Model | Vehicle Color | Vehicle Year | Vehicle Body | Tag Number |
|---|---|---|---|---|---|
| No registered/owned vehicle information on file for this subject | | | | | |

## Vessel Information

| Vessel Make | Vessel Type | Vessel Color | Motor Type | Hull Material | Vessel Year | Registration Number |
|---|---|---|---|---|---|---|
| No registered/owned vessel information on file for this subject | | | | | | |

Link to FDLE

FDLE Mobile App

Subject's Flyer

**CAUTION!** If you reached this flyer from any site other than FDLE's Florida Sexual Offender and Predator homepage, FDLE cannot guarantee the timeliness of the information you are viewing. To receive the most current information regarding registered sexual offenders or sexual predators registered with the State of Florida please conduct an "Offender Search" from FDLE's website located at http://offender.fdle.state.fl.us/offender

If further information is needed, please contact FDLE's Offender Registry Services Bureau at 1-888-357-7332 between the hours of 8:00 am and 5:00 pm (Eastern), Monday through Friday.

Positive identification cannot be established unless a fingerprint comparison is made.

Any person who misuses public records information relating to a sexual predator or a sexual offender commits a misdemeanor of the first degree. Please see 775.21(10)(d) for more information.

Morgan and Morgan refused to help Harold Minnis

*Harold asked Morgan and Morgan, but they didn't even try*







*jail pens, by Harold Minnis, MCJ Inmate ID A0258175* - https://neil4justice.blogspot.com/

Harold Minnis is a man I met in the Marion County Jail. Harold was a client of Justice Network. I got to know Harold while I was held for 428 days on no bond, and other men like him. I also got to know our broken criminal justice system. Harold is industrious and made jailhouse pens for me, so I could write legal pleadings to federal judges in the cases shown below. But like Morgan and Morgan, those federal judges didn't even try. Please read about Harold's case. That is why I run for office, because We The People Can Do Better! We, You and Me, Can Do Better!

U.S. District Judge Paul G. Byron, USDC, MDFL, Case No. 5:21-cv-416
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:21-cv-463
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:22-cv-13
U.S. District Judge Roy B. Dalton, Jr., USDC, MDFL, 5:22-cv-37
U.S. Circuit Judge Robin S. Rosenbaum, CA11, Appeal No. 21-13333
U.S. Circuit Judge Britt C. Grant, CA11, Appeal No. 21-13333
U.S. Eleventh Circuit Clerk of Court David J. Smith, Appeal No. 21-13686




# Next: Governor 2026 - U.S. President 2028

https://neil2024.blogspot.com/

Founder and Director, Justice Network - City of Ocala, Florida - Disbar The Florida Bar
President, Kar Kingdom, Inc., Langhorne, PA - Graduate of The Evergreen State College
Graduate of the Wharton School, Evening Division, University of Pennsylvania
U.S. Steel Fairless Works 1974-1975 - Member of United Steelworkers Local 4889

***The hottest fires make the hardest steel***

# State of Florida v Harold Minnis

Case No. 2025-CF-0383
Marion County, Florida
Hon. Robert W. Hodges, Presiding Judge

# Wrongful Arrest and Prosecution



William Gladson, Fla Bar ID #115908
State Attorney for the Fifth Judicial Circuit



Harold Minnis, Inmate ID # A0258175
Marion County Jail, Ocala, Florida

Letter July 21, 2025 to the Hon. Robert W. Hodges, by Neil J. Gillespie d/b/a/ Justice Network. This is a failure to report address case under sections 775.21.10A/ 775.21.6G Florida Statutes.

- Transcript of 911 call January 2, 2025 by Neil J. Gillespie, re Harold Minnis at Marion County Jail to surrender, MCSO refused to take Mr. Minnis into custody.

- Mr. Harold Minnis, age 63, End-Stage Renal Disease (ESRD), denied Disability/Civil Rights

- Prosecutor Eric Andrew Brandies, Assistant State Attorney, Florida Bar ID #1025327
- Defense Attorney Tracya N Smith, Assistant Public Defender, Florida Bar ID #1027725

- Arrest Affidavit by Cpl. A. Perry, ID 6336, Marion County Sheriff's Office (MCSO) Florida
- Approved by Sergeant Erik Dice, ID 2682, Marion County Sheriff's Office (MCSO) Florida

# Mr. Harold Minnis, age 63, End-Stage Renal Disease (ESRD)

- Catholic Charities Eligibility Determination Services
  https://neil4justice.blogspot.com/2024/12/catholic-charities-eligibility.html

- Christmas Day 2024 update for Harold Minnis
  https://neil4justice.blogspot.com/2024/12/christmas-day-update-for-harold.html

- DaVita Ocala-west Florida Regional Kidney Center Failure To Provide Transportation
  https://neil4justice.blogspot.com/2024/12/davita-ocala-west-florida-regional.html



Harold Minnis, HCA Florida Ocala
a/k/a Ocala Regional Medical Center
1431 SW 1st Ave. Ocala, FL 34471



Harold Minnis, Christmas Day 2024
Advent Health Hospital Ocala
1500 SW 1st Ave., Ocala, FL 34471



Harold at Advent Health Ocala
1500 SW 1st Ave., Ocala, FL 34471



Harold, West Marion Hospital (HCA)
4600 SW 46th Ct., Ocala, FL 34474

Hon. Robert W. Hodges July 21, 2025
Circuit Judge
Marion County Judicial Center
110 N.W. 1st Avenue
Ocala, FL 34475
Judicial Assistant: Carolyn Matthews
Office: 352-401-7890
Fax: 352-401-6760
Email: rhodges@circuit5.org

RE: State of Florida v. Harold Minnis, Case No. 2025-CF-0383, MCJ Inmate # A0258175
775.21.10A / FAILURE TO COMPLY WITH SEXUAL PRED REPORTING REQ
775.21.6G / SEXUAL PREDATOR FAIL TO REPORT NAME OR RESIDENCE CHANGE

Your Honor:

Please find enclosed a transcript of my 911 call January 2, 2025 in this case to be included in the record. I am Neil J. Gillespie, a nonlawyer advocate d/b/a Justice Network. Harold Minnis was a client of mine. I am a material witness in this matter. On January 2, 2025 I drove Harold Minnis to the Marion County Jail to surrender because he was homeless and unable to report a change of address, because he had no address; Harold was homeless and living on the street.

Unfortunately the Marion County Jail refused to accept Harold, so I reported this as an emergency call to 911. Previously I provided this information to Harold's pubic defender, Tracya N Smith, Florida Bar No. 1027725, but got no response. The docket for State v. Minnis, case no. 2025-CF-0383, maintained by Gregory Harrell, Clerk and Comptroller, does not show an attorney for Mr. Minnis. The docket shows "Bar ID 88888888" by Harold's name.

In my view, if a suspect surrenders to law enforcement, as Harold Minnis did on January 2, 2025, law enforcement has a duty to take him into custody. But law enforcement refused to incarcerate Mr. Minnis. I am willing to testify at trial for the defense. The State was reckless and put the public in danger by failing to incarcerate Mr. Minis as he requested. Separately, for 27 days Harold Minnis incurred medical costs ultimately paid by the taxpayer, perhaps hundreds of thousands of dollars in hospital stays and ambulance rides, just to later throw him in jail anyway.

Harold Minnis is age 63 and has End-Stage Renal Disease (ESRD). Harold needs kidney dialysis three times a week in order to stay alive. Harold is not a candidate for a kidney transplant. The Marion County Jail provides kidney dialysis to inmates, along with food, clothing and shelter.

Harold initially applied for SSI in Ocala on Sep-10-2024 @ 12:41 PM #W509. His application was pending. Otherwise Harold did not have money and could not pay his rent at [redacted] Dunnellon, FL 34432. As shown in my 911 call, Harold was being beaten by other people in the home. I provided Ms. Smith a video showing Harold's disability climbing steps to the home. The landlady, [redacted], said the home was not compliant for people with disabilities. This home is in a remote location on a dirt road with no public transportation.

Subsequently Harold was diagnosed with End Stage Renal Disease (ESRD). Harold applied for ESRD benefits in person on Jan-17-2025 @ 9:00 AM and spoke with Mrs. Nelson, who provided a End Stage Renal Disease Medical Evidence Report form, to be completed by AdventHealth Ocala the provider who provided kidney dialysis for Harold.

Harold had a telephone appointment scheduled with Social Security on January 30, 2025. I received a telephone call from Amette Hernandez of Social Security on January 30, 2025 looking for Harold Minnis to conduct his appointment for a End Stage Renal Disease application. But Harold Minnis was arrested and incarcerated on January 29, 2025, one day beforehand.

On Tuesday February 11, 2025 I emailed Ms. Smith as follows. (Enclosed)

Tracya N Smith
Assistant Public Defender
Florida Bar No. 1027725
204 N.W. 3rd Avenue
Ocala, FL 34475
(352) 671-5454
tsmith@pdo5.org
attorneytsmith@yahoo.com
tracya@tracyansmithlawoffice.com

RE: Harold Minnis, Marion County Jail Inmate # A0258175
Marion County Criminal Case No. 25-CF-0383-A-Y

Dear Ms. Smith,

Last week you filed notice of appearance for Harold Minnis as captioned above. I am Neil J. Gillespie, d/b/a Justice Network, a nonlawyer advocate for Harold, from the time of his release from prison on September 8, 2024 through January 17, 2025. My assistance to Harold has created a conflict that may prejudice his situation because local authorities oppose my efforts. I have explained this to Harold. I pay the bill for Harold's cell phone #352-355-0036 with Consumer Cellular. The phone is currently being held by the jail. I do not charge for my services. I am age 68 and rely of Social Security retirement income. I have posted my efforts with Harold on my Justice Network blog and Facebook, see

https://neil4justice.blogspot.com/2024/12/catholic-charities-eligibility.html

https://neil4justice.blogspot.com/2024/12/christmas-day-update-for-harold.html

https://neil4justice.blogspot.com/2024/12/davita-ocala-west-florida-regional.html

I met Harold in 2021 during my incarceration in the Marion County Jail, which was reported to the Federal Election Commission in my 2024 Year-End report here,

https://docquery.fec.gov/cgi-bin/fecimg/?C00627810 and here,
https://docquery.fec.gov/cgi-bin/fecimg/?_202501319753183897+0

Harold has End Stage Renal Disease (ESRD) and needs kidney dialysis three times a week. Harold is (redacted). Please find attached Harold's authorization for me to discuss his situation. On January 30, 2025 I received a telephone call from Amette Hernandez of Social Security looking for Harold Minnis to conduct his appointment for a End Stage Renal Disease application. Previously I accompanied Harold Minnis to Social Security Ocala. Harold applied for ESRD benefits in person on Jan-17-2025 @ 9:00 AM (ESRD) and spoke with Mrs. Nelson, who provided a End Stage Renal Disease Medical Evidence Report form. I provided the ESRD form by email and hand delivery to AdventHealth Ocala and Jeffrey S. Bromme, Esq., AdventHealth Executive Vice President and Chief Legal Officer. I will forward my emails with AdventHealth, Mr. Bromme to you.

In my view the authorities violated Harold's civil rights and disability rights. U.S. Congresswoman Kat Cammack inquired on Harold's behalf and learned his application for SSI was pending, but due to insufficient work credits, Harold is not eligible for Social Security disability or retirement benefits. Without money, Harold could not pay his $800 a month rent at [redacted], Dunnellon, FL 34432 to his landlord, [redacted] who also noted the home is not accessible for Harold. I have video of Harold struggling with a flight of steps to the home. Harold also had interpersonal issues with some of his roommates.

Harold's brother [redacted] had a place for Harold to stay at [redacted] Umatilla, FL 32784, but probation office Antonio Rameriz said the property was too close to a bus stop. In the past Harold lived at this address.

Lawyers I contacted refuse to help Harold, including a Florida Bar LRS referral, J.W. Chalkley, Esq., and the Morgan & Morgan Ocala law firm. West Marion Hospital caseworker Ms. St. Kitts said there was a "blockage in the county" preventing Harold from getting benefits. I will forward my emails with MCSO general counsel Marissa Duquette.

On January 2, 2025 Harold was homeless. I took him to the Marion County Jail where he voluntarily surrendered, but the jail ultimately refused him. I called 911 on Harold's behalf when he was left stranded outside the jail in freezing weather. So far the authorities have refused my public records request for the voice recording of the 911 call. (I used my iPhone to record part of the 911 call)

Harold's Pre-Release Plan from the Florida Department of Corrections has a referral to Catholic Charities, 1701 NE 9th Street, Gainesville, FL 32609 at 352-378-2868 for eligibility. For several months I have called and emailed Catholic Charities to no avail. Susan Frizzell, the Program Coordinator for HOPWA Eligibility Determination, has not

> made a determination that I know about. HOPWA is a Federal program that could provide a grant for housing Harold Minnis.
>
> Prior to Harold's release from prison, I was in contact with Warden Randall Polk, and Jerry Waters, Classification Supervisor, Columbia Correctional Institution. In September 2024 the Marion County Tax Collector initially refused to issue a state ID to Harold. I will forward those emails to you. Also my emails with the Marion County Health Department for (redacted) treatment.
>
> I am willing to help Harold in any way I can. Thank you.
>
> Sincerely,
> Neil J. Gillespie
> d/b/a Justice Network
> (signature block omitted)

In addition, I provided Ms. Smith nine (9) additional emails documenting Harold's case with various agencies, medical providers, lawyers and LE. As of today Ms. Smith has not responded.

Please schedule my testimony on behalf of Mr. Minnis. Currently it does not appear Mr. Minnis has adequate counsel as required by the Sixth Amendment to the U.S. Constitution:

> In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.
> https://en.wikipedia.org/wiki/Sixth_Amendment_to_the_United_States_Constitution

I am provided this letter to the State Attorney's Office, and the names shown on the attached service list, each of whom is a potential witness to the Minnis case and the collapse of due process in the criminal justice system in Marion County, and the State of Florida. Thank you.

Sincerely,
/s/
Neil J. Gillespie
Justice Network
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel. 352-239-9037
Email: Neil4Justice@yahoo.com

Enclosures
Service List

**Transcribed in re:**

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

CASE NO. 42-2025-CF-383

STATE OF FLORIDA,
Plaintiff,

versus

HAROLD MINNIS,
Defendant.
______________________________/

**TRANSCRIBED FROM DIGITAL RECORDING**

RECORDING: 9-1-1 CALL

CALLER: Neil Gillespie

DATE: January 2, 2025

FILE NAME: PD-512-2025

LENGTH: 12:31 MINUTES

TRANSCRIBED FROM
DOWNLOAD BY: SHELLY L. OWEN, CET
Certified Transcriptionist (AAERT)

TRANSCRIPT REQUEST BY: NEIL J. GILLESPIE

January 2, 2025

CALL-TAKER: 9-1-1. What is the address of the emergency?

MR. GILLESPIE: It's at the Marion County Jail.

CALL-TAKER: All right, the Marion County Jail?

MR. GILLESPIE: His name is Harold Minnis. He just called me a few minutes ago, you know, on the phone. He's age 63. I think he's in -- he might either hurt himself or hurt someone else.

He's on probation. He is a registered sex offender. He has nowhere to live. He got -- something happened with where he was living. He went down there today to the jail to report to Officer Nix and they don't have any housing for him. They told him to come back tomorrow.

He doesn't really have any winter clothing with him. He just has a, a shirt and a pair of pants.

So, you know, he, he's calling me. He wants me to take him to the hospital. I don't think the hospital wants him there. And if he needs to go to the hospital, he needs to go in an ambulance.

CALL-TAKER: Okay.

MR. GILLESPIE: So I'm just letting you know, --

CALL-TAKER: Okay.

MR. GILLESPIE: -- I'm letting you know, and I'm

going to give you all his information and -- because I think it's my civic duty. I have to do this.

CALL-TAKER: I'm sorry. So did he say like why he had to go to the hospital? Was it just for like housing he tried to get, or --

MR. GILLESPIE: He is in end stage renal disease. That means kidney failure. He has to get kidney dialysis three days a week. That's, generally, why he's at the hospital.

CALL-TAKER: Okay.

MR. GILLESPIE: He also has other health problems. He recently had a heart bypass and he may need other health things. I don't know. He's very quiet about his health and he doesn't really let people help him, and he just lashes out when things don't go his way.

So that's the situation I'm in. I've spent a lot of money trying to help this man. I don't have any more time or money. And it's a risk to me because he's getting increasingly desperate.

So they let him out of AdventHealth Hospital this morning. He called me. I picked him up over at the Dollar Store at Pine and 17th. I took him to the jail, and I told him that's it. I said, "If you, if you can't get a place to live, you need to go back into jail." He's on probation, all right. He should be back in

jail. That way, he'll have food, clothing, and medical attention.

But out on the street, he is a danger to himself and to other people.

CALL-TAKER: Okay. And so you said -- so he has at the jail right now? Like he's, he's not inside? Like he's at the jail?

MR. GILLESPIE: He was outside the jail.

CALL-TAKER: Okay.

MR. GILLESPIE: Yeah. If he was in the jail and they would be --

CALL-TAKER: Yeah.

MR. GILLESPIE: -- taking care of him.

CALL-TAKER: I just wanted to double-check. And what is a good callback number for you?

MR. GILLESPIE: 352-239-9037.

CALL-TAKER: And your first and last name?

MR. GILLESPIE: My name is Neil Gillespie.

CALL-TAKER: Okay, give me one second while I put this information in. Just stay on the line with me and I'll have some more questions for you, okay?

MR. GILLESPIE: All right.

CALL-TAKER: And I'm still here. I'm just putting this information in.

MR. GILLESPIE: All right, thank you. I, I mean

maybe he needs to be Baker-Acted or there's some other act, because he won't -- I, I don't know. I'm not a lawyer.

CALL-TAKER: Okay.

MR. GILLESPIE: He was living in Dunnellon at a, at a group home. And, you know, first of all, the place isn't really equipped for a disabled person. There's a bunch of steps getting up to it. He doesn't have a wheelchair right now. He has a cane, but he usually has a wheelchair. And he's gotten into arguing with people there, and, now, he's kind of an outcast.

Well, I spoke to his landlady Tina. She's a nice lady, but she's got a bunch of parolees or probation people there. Some of them are sex offenders, so it's an unruly group, and he's, you know, the odd man out.

CALL-TAKER: Okay.

MR. GILLESPIE: There's, you know, there's trouble being made and they were, I guess, beating him up, because, you know, he's 63, not a young guy.

CALL-TAKER: Okay.

MR. GILLESPIE: Somebody else --

CALL-TAKER: And are you, are you at the jail now, too? Are you still at that location?

MR. GILLESPIE: No. No. No. I'm in my office.

CALL-TAKER: Okay. Okay. All right, so I know you

said he's 63. Can I get his, his description, starting with his race?

MR. GILLESPIE: Yeah. He's a black male.

CALL-TAKER: And what was he wearing today?

MR. GILLESPIE: He was wearing a gray pair of like sweatpants and a grey shirt, like a pullover, I think it was. He, he wears his ankle, an ankle monitor, too.

CALL-TAKER: Okay.

MR. GILLESPIE: So if he's not actually home or somewhere that thing's going to go off. He tells me that he spoke with his probation officer and they told him don't worry about that. That doesn't sound right.

CALL-TAKER: Yeah. And does he have any physical, medical, or mental conditions that we need to be aware of?

MR. GILLESPIE: Yes. He's in end-stage renal disease, kidney failure. I -- he, he probably has a couple of strokes recently. You know, it's hard to understand what he's saying. He kind of jabbers on and on, without any real words coming out.

And he's got a heart condition. You know, he was a lifetime smoker and everything's bad on him.

CALL-TAKER: Okay. All right. So I did put this information in, so I am going to let you go now. So an officer will be dispatched as soon as possible. So just

call us back if you need information, if you get new information or need further assistance.

Would you like a call from the officer on like any updates or anything?

MR. GILLESPIE: You can, if you want. Would it, would it be helpful for me to call him? Because I can give you his phone number. He's got a cellphone. Do you want his phone number?

CALL-TAKER: Yes, I can get his phone number, as well.

MR. GILLESPIE: 352-355-0036.

CALL-TAKER: Okay.

MR. GILLESPIE: Do you want his date of birth, social security number, state ID? I've got all that.

CALL-TAKER: Okay. All right, so I did go ahead and put all that information in. So if the officer does call you, it's going to be on a block or restricted phone number, so just keep an, an eye out for that, okay?

MR. GILLESPIE: Yeah. His probation officer is Officer Ramirez, and his reporting officer is Detective Tasha Nix. She's well aware of the situation because I've been emailing her and other people in the government because he -- you know, he's (TECHNICAL INTERRUPTION) know that. He could be getting care under

the Ryan White Act -- it's with the Catholic charities -- and everyone is cutting him off for some reason.

I spoke to his caseworker at West Marion Hospital, a woman by the name of Ms. St. Kitts. She told me that there's a blockage, that the County is showing him being in the jail, so he can't get any benefits. He can't get his Medicaid, Social -- you know, SSI, or anything else.

So it really seems like it's some kind of a setup to harm him by the Marion County authorities. Because he can't get his benefits and he's been, basically, kicked out of his house, and he has nowhere to go. So it seems like they wanted him like to just have a complete mental breakdown, maybe get in a fight with someone, and then they'll say, "Oh, look. He did this. He did that, and we're going to throw him in jail for ten more years." This is what's going on.

CALL-TAKER: Okay. So --

MR. GILLESPIE: And what's your name? What's your name, ma'am?

CALL-TAKER: Jessica.

MR. GILLESPIE: You're Jessica. All right. Because I'm making a record of this, you know, for everyone's protection. And I know you're recording it, right?

CALL-TAKER: Oh, yeah, they're recorded.

MR. GILLESPIE: All right.

CALL-TAKER: They're all public record.

MR. GILLESPIE: I want to get a copy of the recording and, you know, I just want everyone to be safe. And, right now, he's not safe because of the situation, and it appears that the Marion County government is involved in blocking his benefits, and that includes the Catholic Church.

Because I also contacted lawyers to help him. And you ever heard of the firm Morgan & Morgan? All right, they were supposed to help him and they won't even return my calls or answer my emails.

I also, from the Florida Bar Lawyer Referral Service, I got a referral to Mr. Chalkley in Ocala. He won't talk to Harold or take his case.

So, you know, there's too much blockage going on between medical, legal, and housing. And this makes me suspect that this isn't the way things are supposed to run.

CALL-TAKER: Okay, I understand. So just keep a look out for that blocked or restricted number. That's the officer. I did put everything in for the officers to know about him, and they might give you a call just to get more information on him. So just keep a look out

for that, okay?

MR. GILLESPIE: Thank you.

CALL-TAKER: You're welcome.

**(Recording ends at 12:31 minutes.)**

**TRANSCRIPTIONIST’S CERTIFICATE**

I, SHELLY L. OWEN, Transcriptionist, certify that I was authorized to and did transcribe from digital recording the foregoing 9-1-1 call, recorded in re: STATE OF FLORIDA VERSUS HAROLD MINNIS, on January 2, 2025, and that the transcript is a true and correct record of the proceedings recorded to the best of my ability.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties’ attorney or interested in the action.

DATED this 8th day of April, 2025, at Ocala, Marion County, Florida.

**/slo-534/**
SHELLY L. OWEN, CET (AAERT)
CERTIFIED TRANSCRIPTIONIST
OWEN & ASSOCIATES
Post Office Box 157
Ocala, Florida 34478
(352) 624-2258

**Owen & Associates**
P.O. Box 157
Ocala, FL 34478

(352) 624-2258 * fax (352) 369-6050*owenassocs@aol.com

*"Criminal & Civil Reporting Specialists"*

| Date | Invoice # |
|---|---|
| 4/4/2025 | 35194 |

NEIL J. GILLESPIE
2801 SW COLLEGE ROAD
SUITE 3
OCALA FL 34474
Tel. 352-239-9037

**Fed. ID 59-3142055**

| Terms | Reporter: |
|---|---|
| prepay | SOH |

**Case No.**

| | Item | Description | Quan... | Rate | Amount |
|---|---|---|---|---|---|
| IN RE:<br>HAROLD MINNIS | | | | | |
| 1/2/25 911 CALL | Audio Transcript<br>PDF | AUDIO TRANSCRIPT<br>PDF REG TRAN | 11 | 5.75<br>0.00 | 63.25<br>0.00 |
| | | CASH DEPOSIT 4/4 100.00<br>neilgillespie@mail.com<br>neil4justice@yahoo.com | | | |
| | | REIMB MAILED 4/8 $36.75 | | | |

**Accounts unpaid after 30 days subject to automatic $35 late fee. Accounts unpaid after 90 days accrue finance charges at the rate of 1 1/2% per month, plus collection costs, including reasonable attorney's fees.**

| | |
|---|---|
| **Total** | $63.25 |
| **Balance Due** | $63.25 |

Paid in full
SO

Harold Minnis, Marion County Jail Inmate # A0258175

From: Neil J. Gillespie (celticein@yahoo.com)

To: tsmith@pdo5.org; attorneytsmith@yahoo.com; tracya@tracyansmithlawoffice.com; celticein@yahoo.com; neil4justice@yahoo.com

Date: Tuesday, February 11, 2025 at 10:09 PM EST

Tracya N Smith
Assistant Public Defender
Florida Bar No. 1027725
204 N.W. 3rd Avenue
Ocala, FL 34475
(352) 671-5454
tsmith@pdo5.org
attorneytsmith@yahoo.com
tracya@tracyansmithlawoffice.com

RE: Harold Minnis, Marion County Jail Inmate # A0258175
Marion County Criminal Case No. 25-CF-0383-A-Y

Dear Ms. Smith,

Last week you filed notice of appearance for Harold Minnis as captioned above. I am Neil J. Gillespie, d/b/a Justice Network, a nonlawyer advocate for Harold, from the time of his release from prison on September 8, 2024 through January 17, 2025. My assistance to Harold has created a conflict that may prejudice his situation because local authorities oppose my efforts. I have explained this to Harold. I pay the bill for Harold's cell phone #352-355-0036 with Consumer Cellular. The phone is currently being held by the jail. I do not charge for my services. I am age 68 and rely of Social Security retirement income. I have posted my efforts with Harold on my Justice Network blog and Facebook, see

https://neil4justice.blogspot.com/2024/12/catholic-charities-eligibility.html

https://neil4justice.blogspot.com/2024/12/christmas-day-update-for-harold.html

https://neil4justice.blogspot.com/2024/12/davita-ocala-west-florida-regional.html

I met Harold in 2021 during my incarceration in the Marion County Jail, which was reported to the Federal Election Commission in my 2024 Year-End report here, https://docquery.fec.gov/cgi-bin/fecimg/?C00627810 and here, https://docquery.fec.gov/cgi-bin/fecimg/?_202501319753183897+0

Harold has End Stage Renal Disease (ESRD) and needs kidney dialysis three times a week. Harold is [redacted]. Please find attached Harold's authorization for me to discuss his situation. On January 30, 2025 I received a telephone call from Amette Hernandez of Social Security looking for Harold Minnis to conduct his appointment for a End Stage Renal Disease application. Previously I accompanied Harold Minnis to Social Security Ocala. Harold applied for ESRD benefits in person on Jan-17-2025 @ 9:00 AM (ESRD) and spoke with Mrs. Nelson, who provided a End Stage Renal Disease Medical Evidence Report form. I provided the ESRD form by email and hand delivery to AdventHealth Ocala and Jeffrey

S. Bromme, Esq., AdventHealth Executive Vice President and Chief Legal Officer. I will forward my emails with AdventHealth, Mr. Bromme to you.

In my view the authorities violated Harold's civil rights and disability rights. U.S. Congresswoman Kat Cammack inquired on Harold's behalf and learned his application for SSI was pending, but due to insufficient work credits, Harold is not eligible for Social Security disability or retirement benefits. Without money, Harold could not pay his $800 a month rent at [redacted], Dunnellon, FL 34432 to his landlord, [redacted] who also noted the home is not accessible for Harold. I have video of Harold struggling with a flight of steps to the home. Harold also had interpersonal issues with some of his roommates.

Harold's brother [redacted] had a place for Harold to stay at [redacted] Umatilla, FL 32784, but probation office Antonio Rameriz said the property was too close to a bus stop. In the past Harold lived at this address.

Lawyers I contacted refuse to help Harold, including a Florida Bar LRS referral, J.W. Chalkley, Esq., and the Morgan & Morgan Ocala law firm. West Marion Hospital caseworker Ms. St. Kitts said there was a "blockage in the county" preventing Harold from getting benefits. I will forward my emails with MCSO general counsel Marissa Duquette.

On January 2, 2025 Harold was homeless. I took him to the Marion County Jail where he voluntarily surrendered, but the jail ultimately refused him. I called 911 on Harold's behalf when he was left stranded outside the jail in freezing weather. So far the authorities have refused my public records request for the voice recording of the 911 call. (I used my iPhone to record part of the 911 call)

Harold's Pre-Release Plan from the Florida Department of Corrections has a referral to Catholic Charities, 1701 NE 9th Street, Gainesville, FL 32609 at 352-378-2868 for eligibility. For several months I have called and emailed Catholic Charities to no avail. Susan Frizzell, the Program Coordinator for HOPWA Eligibility Determination, has not made a determination that I know about. HOPWA is a Federal program that could provide a grant for housing Harold Minnis.

Prior to Harold's release from prison, I was in contact with Warden Randall Polk, and Jerry Waters, Classification Supervisor, Columbia Correctional Institution. In September 2024 the Marion County Tax Collector initially refused to issue a state ID to Harold. I will forward those emails to you. Also my emails with the Marion County Health Department for [redacted] treatment.

I am willing to help Harold in any way I can. Thank you.

Sincerely,
/s/
Neil J. Gillespie
d/b/a Justice Network
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
neil4justice@yahoo.com
celticein@yahoo.com

SOCIAL SECURITY ESRD HAROLD MINNIS.pdf
259.7 kB

AUTHORIZATION.pdf
12.3 kB

AUTHORIZATION

I, HAROLD MINNIS, hereby give my permission to, and authorize, Neil J. Gillespie, d/b/a Justice Network, to use my photograph, audiovisual electronic media, and personal information, to tell my story in the public domain, and to assist me to the best of his ability, including, but not limited to, buying food and clothing for me, paying my phone bill, fundraising, talking to my case manager(s), my probation officer, legal counsel, and other such.

Harold Minnis

Signed: Harold Minnis
Date: December 21, 2024

Accepted December 21, 2024 by Neil J. Gillespie d/b/a/ Justice Network

TO: Social Security Administration
933 E Silver Springs Blvd.
Ocala, FL 34470

January 30, 2025

RE: HAROLD MINNIS, End Stage Renal Disease Application - ESRD
SSN: 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
DOB: 12-29-1961
State ID: M233-611-03-800-0
Phone: 352-355-0036 (Turned off - Harold is now incarcerated)

Today I received a telephone call from Amette Hernandez of Social Security looking for Harold Minnis to conduct his appointment for a End Stage Renal Disease application.

Harold Minnis was incarcerated yesterday, January 29, 2025 as shown on the attached Marion County Jail booking information, https://jail.marionso.com/Details.aspx?InmateRID=4375653

My name is Neil J. Gillespie. Previously I accompanied Harold Minnis to Social Security Ocala.

Harold initially applied for SSI in Ocala on Sep-10-2024 @ 12:41 PM #W509. His application is pending. Subsequently Harold was diagnosed with End Stage Renal Disease. (ESRD)

Harold applied for ESRD benefits in person on Jan-17-2025 @ 9:00 AM (ESRD) and spoke with Mrs. Nelson, who provided a End Stage Renal Disease Medical Evidence Report form, to be completed by AdventHealth Ocala the provider who provided kidney dialysis for Harold.

I provided the ESRD form by email (copy enclosed) and by hand delivery to AdventHealth Ocala, 1500 SW 1st. Ave., Ocala, FL 34475-5606

Jeffrey S. Bromme, Esq., AdventHealth
Executive Vice President, Chief Legal Officer
Email: jeff.bromme@adventhealth.com

Harold is a registered sexual predator who failed to report a residence change resulting in his incarceration. On January 2, 2025 Harold voluntarily surrendered but the jail refused him. Harold is homeless. Harold's Pre-Release Plan from the Florida Department of Corrections has a referral to Catholic Charities, 1701 NE 9th Street, Gainesville, FL 32609 at 352-378-2868 for eligibility. For several months I have called and emailed Catholic Charities to no avail. Susan Frizzell, the Program Coordinator for HOPWA Eligibility Determination, has not made a determination that I know about. HOPWA is a Federal program that could provide a grant for housing Harold Minnis.

See the enclosed documents for more information. Call me anytime. Thank you.

Neil J. Gillespie, d/b/a Justice Network
2801 SW College Rd., STE 3, Ocala, FL 34474
Tel: 352-239-9037, neil4justice@mail.com, celticein@yahoo.com

MARION COUNTY SHERIFF'S OFFICE

## Inmate Information For:



| Inmate Id # | Booking # | Booking Date | Release Date |
|---|---|---|---|
| A0258175 | 2500000824 | 01/29/2025 11:54 | |

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| MINNIS | HAROLD | | |

| City | ST | Zip Code |
|---|---|---|
| | | |

| Age | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| 63 | B | M | 507 | 130 | BLK | BRO |

Return to Search Page

**Charge Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Charge #** | **1** | **Violation Code** | 775.21-6G1 | **Violation Description** | SEX PRED VIOLATION-FAIL TO REPORT NAME OR RESIDENCE CHANGE | **Violation Level** | F |
| **Violation Description 2** | | SEX PRED VIOLATION-FAIL TO REPORT NAME OR RESIDENCE CHANGE | | | | | |
| **Agency Case #** | MCSO25OFF002152 | | | **End Of Sentence Date** | | | |
| **Bond Amount** | $0.00 | **Cleared Type** | | **Next Court Date** | | | |
| **Charge #** | **2** | **Violation Code** | 775.21-6G2 | **Violation Description** | SEX PRED VIOLATION-FAIL TO REPORT VACATING PERMANENT RESIDENCE | **Violation Level** | F |
| **Violation Description 2** | | SEX PRED VIOLATION-FAIL TO REPORT VACATING PERMANENT RESIDENCE | | | | | |
| **Agency Case #** | MCSO25OFF002152 | | | **End Of Sentence Date** | | | |
| **Bond Amount** | $0.00 | **Cleared Type** | | **Next Court Date** | | | |

Return to Search Page

Re: AdventHealth Patient Harold Minnis, ESRD

From: Neil J. Gillespie (celticein@yahoo.com)

To: neil4justice@yahoo.com; jeff.bromme@adventhealth.com

Cc: johnalyn.cameron@adventhealth.com; anne.gerard@flhealth.gov; kelly.conklin@flhealth.gov; info.marion@flhealth.gov; antonio.ramirez@fdc.myflorida.com; tnix@marionso.com; sopu@marionso.com; sfrizzell@ccgnv.org; hallie.mallard@mail.house.gov; celticein@yahoo.com

Date: Monday, January 20, 2025 at 04:44 PM EST

Jeffrey S. Bromme, Esq.
AdventHealth
Executive Vice President
Chief Legal Officer
Altamonte Springs, FL

Dear Mr. Bromme,

Thank you for your email. On Friday January 17, 2025 after our visit to the Social Security office, I accompanied Mr. Minnis to the Marion County Department of Health for further care, and spoke with Anna Gerard, Stephanie in reception, and another woman who said Anna was her supervisor. I explained Harold's situation and answered their questions. I explained to Harold that I had a conflict and could no longer assist him. Pursuant to the advice of the DaVita Kidney Care corporate office, et al., I advised Harold to call 911 if he needed kidney dialysis, and left.

Separately, my assistance to Harold may prejudice his situation because certain local authorities may oppose my efforts. I have explained this to Harold.

Previously I sought the assistance of Harold's elected representative, US Congresswoman Kat Cammack, and The Florida Bar Lawyer Referral Service.  Rep. Cammack responded on Dec-05-2024 with a response in part from the Social Security Administration, see attached:

> "Unfortunately, Mr. Minnis is not insured for Retirement benefits. He needs 40 quarters of coverage to be insured for Retirement benefits, and he only has 19 quarters. With that being said, he has a pending disability claim for SSI as of 10/29/24. It is only an SSI claim because again, he is not insured for Social Security disability due to his lack of work."

On Dec-27-2024, Ms. Hallie Mallard responded for Rep. Cammack in part: "Unfortunately, our office unable to intervene in legal matters or court case due to the principle of separation of powers. As members of the legislative branch, we are prohibited from influencing or becoming involved in judicial proceedings to ensure fairness and impartiality in the legal system."

On Dec-24-2024, the LRS referral, J.W. Chalkley, Esq., wrote he was unable to assist Mr. Minnis. Separately I contacted the Morgan & Morgan Ocala law firm, but got no response.

It appears law enforcement does not intend to violate the probation of Mr. Minnis, or accept his

voluntary surrender. And there has been no response from Catholic Charities and Susan Frizzell, the Program Coordinator for HOPWA that might provide housing for Harold.

That leaves Harold Minnis with the untenable option to die in the streets of Ocala once he stops kidney dialysis. As a society I believe we can do better. Even a makeshift hospice with palliative sedation would be more humane. https://www.nytimes.com/2009/12/27/health/27sedation.html

AdventHealth is in a position to lobby our government leaders for reform. I believe it wrong to for society to shift its obligation for its sick and dying citizens to hospital emergency rooms and expensive ambulance rides. This extraordinary expense is wasteful and adds unnecessarily to the cost of end-of-life care, in addition to the emotional toll on those involved. Thank you.

Sincerely,
/s/
Neil J. Gillespie
Justice Network
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
neil4justice@mail.com
celticein@yahoo.com

On Friday, January 17, 2025 at 03:23:16 PM EST, Bromme, Jeff <jeff.bromme@adventhealth.com> wrote:

Thank you for your correspondence, Mr. Gillespie. It certainly appears you have gone the extra mile and more for Mr. Minnis. I will look into the matter.

Best regards.

Jeffrey S. Bromme, Esq.
AdventHealth
Executive Vice President | Chief Legal Officer

900 Hope Way

Altamonte Springs, FL 32714

(407) 357-2302 (Direct)

(407) 590-9436 (Cell)

*Authorized House Counsel, Member, District of Columbia and Texas (inactive status) Bars only.*

*The information contained in this message may be privileged and/or confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and*

*deleting the material from your computer. Thank you.*

---

From: Neil J. Gillespie <celticein@yahoo.com>
Sent: Friday, January 17, 2025 2:29 PM
To: Bromme, Jeff <Jeff.Bromme@AdventHealth.com>; Neil J. Gillespie <celticein@yahoo.com>; Neil Gillespie <neil4justice@yahoo.com>
Cc: Cameron, Johnalyn <Johnalyn.Cameron@AdventHealth.com>; Anne.Gerard@flhealth.gov; Kelly.Conklin@flhealth.gov; Info.Marion@FLHealth.gov; Antonio.Ramirez@fdc.myflorida.com; tnix@marionso.com; sopu@marionso.com; sfrizzell@ccgnv.org
Subject: [EXTERNAL] AdventHealth Patient Harold Minnis, ESRD

Jeffrey S. Bromme, Esq.
FL Bar Number 66594
Email: jeffrey.bromme@adventhealth.com
AdventHealth Ocala
EVP and Chief Legal Officer
1500 SW 1sr Avenue
Ocala, FL 34471

RE: AdventHealth Patient Harold Minnis, ESRD

Dear Mr. Bromme,

I am contacting you as Executive Vice President and Chief Legal Counsel for AdventHealth.

AdventHealth has been providing kidney dialysis for Mr. Harold Minnis for the past several months due to End Stage Renal Disease (ESRD). Last night at 11:03 PM Harold called me on the phone and asked me to take him to the Social Security Administration in the morning. Today January 17, 2025 at 8:44 AM Harold was waiting for me at the Emergency Room entrance to AdventHealth Ocala, and I drove him to the Social Security office at 933 E Silver Springs Blvd., Ocala, FL 34470. We spoke with Mrs. Nelson, who provided the attached End Stage Renal Disease Medical Evidence Report form, to be completed by AdventHealth Ocala the provider who is providing kidney dialysis for Harold. Please ask the AdventHealth Ocala medical staff to complete the form so Harold can apply for ESRD Medicare coverage.

During our visit to Social Security, I spoke on the phone with Dr. Colon at the Florida Department of Health in Gainesville about Harold's situation. Dr. Colon referred us to the Marion County Health Department. Back on September 15, 2024 I emailed Marion County Health Department with Harold's Pre-Release Plan from the Florida Department of Corrections. Anne Gerard, Senior Community Health Nurse Supervisor, Florida Department of Health in Marion County, acknowledged on September 18, 2024 my contact on Harold's behalf.

At this time Harold is homeless. Upon release from prison Harold resided in Dunnellon at a home to accommodate persons registered pursuant to Section 775.21 of the Florida Statutes. However Harold and his landlady claim he cannot return because the rent has not been paid, and the home is not equipped for assisted living, with entry stairs but no wheelchair ramp.

Harold is currently on supervised release, probation/parole, and wears an ankle monitor. As I understand, Harold must be housed at the Dunnellon address pursuant to Section 775.21 of the Florida Statutes, unless he is hospitalized. AdventHealth Ocala has been releasing Harold to the street, not his home in Dunnellon, or to any other safe place. This is a problem for several reasons, including the winter weather. On or about January 2, 2025 Harold surrendered at the Marion County Jail for voluntary confinement but the jail refused him. The jail provides in-house kidney dialysis, food, and housing, and is a safe place given Harold is on supervised release.

Harold's Pre-Release Plan from the Florida Department of Corrections has a referral to Catholic Charities, 1701 NE 9th Street, Gainesville, FL 32609 at 352-378-2868 for eligibility. For several months I have called and emailed Catholic Charities to no avail. Susan Frizzell, the Program Coordinator for HOPWA Eligibility Determination, has not made a determination that I know about. HOPWA is a Federal program that could provide a grant for housing Harold Minnis.

On November 27, 2024 I requested DaVita Ocala Regional Kidney Center-west 8585 SW Highway 200, Ocala, provide transportation for Harold to get kidney dialysis three times a week. There is no public transportation available. DaVita Ocala has not responded. DaVita corporate said call 911 for an ambulance and go to a hospital Emergency Room for kidney dialysis.

On December 23, 2024 Case Manager Shorna St. Kitts at West Marion Hospital told me there is a "blockage in the county" preventing the Health Department from providing services to Harold, and suggested the jail is not showing Harold's status as released from custody. Persons held in custody cannot obtain outside benefits. A West Marion case manager also reiterated DaVita's instruction to call 911 for an ambulance and go to the hospital for kidney dialysis.

AdventHealth says it complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. AdventHealth says it does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex. https://www.adventhealth.com/legal/health-equity-promise

Advent Health says it's mission is "Extending the Healing Ministry of Christ", and, "We believe health should be measured in terms of the whole person — body, mind and spirit. And it’s our mission and promise to you to help you feel whole through compassionate care and world-class expertise. https://www.adventhealth.com/who-we-are

Separately I have paid $231 to assist Harold reenter society from my retirement income:
$89.88 for Harold's Consumer Cellular IRIS Easy Flip Phone
$47.40 for Harold's Consumer Cellular invoice November/December 2024
$23.70 for Harold's Consumer Cellular invoice January 2025
$21.59 CVS Pharmacy for Harold's medication
$17.08 Goodwill winter cloths for Harold
$31.25 George Albright Tax Collector, Florida ID

In addition, other general expenses include gasoline, vehicle payments, insurance and vehicle repairs an maintenance Harold's family has contributed $70 toward the expenses.

At this time it appears AdventHealth must compete and submit the attached End Stage Renal Disease Medical Evidence Report form for Harold to obtain ESRD Medicare coverage. Due to a conflict with Harold Minnis, I am no longer able to assist him.

Thank you.

Sincerely,
/s/
Neil J. Gillespie
Justice Network
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
neil4justice@mail.com
celticein@yahoo.com

Cc: Johnalyn Cameron, Advent Health
Case Management, Care Management
Johnalyn.Cameron@AdventHealth.com

Anne Gerard
Senior Community Health Nurse Supervisor
Florida Department of Health in Marion County
Anne.Gerard@flhealth.gov
Conklin, Kelly H
Kelly.Conklin@flhealth.gov

Marion County Health Department
1801 SE 32nd Avenue
Ocala, FL 34471
Info.Marion@FLHealth.gov

Probation Officer Antonio Rameriz
Antonio.Ramirez@fdc.myflorida.com
056 OCALA WEST

5640 SW 6th PL, STE 100
Ocala, FL 34474
Tel: 352-732-1324

Detective Tasha Nix
Sexual Predator Unit MCSO
Tel: 352-369-6775 (Det.Nix)
Tel: 352-368-3517 (Direct)
Email: tnix@marionso.com
Email: sopu@marionso.com

Susan Frizzell, Program Coordinator,
and HOPWA Eligibility Program
Email: sfrizzell@ccgnv.org
Catholic Charities Bureau, Inc
1701 NE 9th Street
Gainesville, FL 32609
Phone: 352-372-0294
Fax: 386-754-5325

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

2024, 12-24-24, JW CHALKLEY TO HAROLD MINNIS.pdf
156.9kB

Dec-05-2024, Office of Rep Kat Cammack re Harold Minnis.pdf
120.7kB

Dec-27-2024, Office of Rep Kat Cammack re Harold Minnis.pdf
395.7kB

FLORIDA DEPARTMENT OF CORRECTIONS

# [redacted] PRE-RELEASE PLANNING PROGRAM:
# GENERAL REFERRAL/APPOINTMENT FORM

Inmate Name: HARold MiNNis Date: 8-26-24

DC #: 331307 DOB: 12-29-61 SSN: 266 - 59 - 3254

EOS Date: 9-8-2024 Institution: Columbia Annex Probation: Y☑ N☐

Post-Release Address: HomeLess

Phone: N/A It is: ☐Okay ☐Not Okay to leave a message at my phone number.

If applicable, homeless shelter address: ______

Phone: ______

**Bring to appointment:** ☑SS Card ☑ Picture ID ☐Proof/Residency ☐ Proof/Income
**Other:** ______

| | |
|---|---|
| Agency: CAtholic ChARiTies<br>Address: 1701 N.E. 9th STreeT<br>GAiNesville, FL 32609 | Contact Person: ______<br>Phone: (352) 378-2868<br>Appointment Date And Time: CALL CAtholic ChARiTies AT Above Number For Eligibility |
| Agency: MARioN County HeALTh Dept<br>Address: 1801 S.E. 32Nd Avenue<br>OCALA, FL 34471<br>* DirecT Services | Contact Person: ______<br>Phone: ______<br>Appointment Date And Time: ______ |

**Service(s) Requested**

☑ Food Stamps [redacted] ☑ Social Security * ☑Housing ☑Transportation
☐ Medicare ☐ Utility Assistance ☐ Dental Care ☐Substance Abuse Treatment
☐Cash Assistance ☐ SSI ☑ Medical Care ☐Mental Health Counseling
☐ Medicaid ☐ Other: ______

Comments: HOUSING is CRiTiCAL / CAThoLic ChARiTies Will CALL wiTh CONFIRMed AppOiNTmenT ON MONDAY 9-9-2024 beTWeeN 9 AND 5 pm

Special Needs Planner: Toll Free: 1-888-816-1308

Referral / Appointment Liaison Program
Packet Form 4

DC4-510B (Issued 12/22/23)
This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

# Florida Department of Law Enforcement - Sexual Offender / Predator



**HAROLD MINNIS**
**Date of Image : 09/13/2024**

| Primary Information | |
|---|---|
| **Designation :** | Sexual Predator |
| **Name :** | HAROLD MINNIS |
| **Status :** | Confinement |
| **Dept of Correction# :** | 331307 |
| **Date Of Birth :** | 12/29/1961 |
| **Race :** | Black |
| **Sex :** | Male |
| **Hair :** | Black |
| **Eyes :** | Brown |
| **Height :** | 5'07" |
| **Weight :** | 180 lbs |

HAROLD MINNIS is a sexual predator under Florida law. Positive identification cannot be established unless a fingerprint comparison is made.

| Aliases |
|---|
| Harold Lee Minnis, LEE MINNIS, LEE HAROLD, Mike Jones, Mike Johnson |

**Scars, Marks & Tattoos**

| Type | Body Location | Count |
|---|---|---|
| Scar | Right Chest | 1 |
| Scar | Middle Chest | 1 |
| Scar | Right Arm | 2 |
| Scar | Head | 2 |
| Tattoo | Left Chest | 1 |
| Tattoo | Right Arm | 2 |
| Tattoo | Right Chest | 1 |
| Tattoo | Middle Chest | 2 |

**Address Information**

| Address | Address Source information | Map Link |
|---|---|---|
| 7620 SW 152nd Pl<br>Dunnellon, FL 34432-7235<br>Marion County | Source: REG<br>Received Date: 01/02/2025<br>Address Type: Permanent | N/A |
| 700 NW 30TH AVE<br>MARION COUNTY JAIL<br>OCALA, FL 34475-5606<br>Marion County | Source: FI<br>Received Date: 01/30/2025<br>Address Type: Temporary | N/A |
| 1500 SW 1st Ave<br>Ocala, FL 34471-6504<br>Marion County | Source: REG<br>Received Date: 01/02/2025<br>Address Type: Temporary | N/A |

| Crime Information - Qualifying Offenses | | | | |
|---|---|---|---|---|
| Adjudication Date | Crime Description | Court Case Number | Jurisdiction & State | Adjudication |
| 10/04/2004 | SEX BAT/ WPN. OR FORCE; F.S. 794.011(3) (PRINCIPAL IN ATTEMPT) | 0401187 | Lake, FL | Guilty/convict |
| 06/08/2005 | SEX BAT/INJ NOT LIKELY; F.S. 794.011(5) | 0401187 | Lake, FL | Guilty/convict |
| 01/08/2015 | SEX PRED FAIL TO REGISTER; F.S. 775.21(10)(a) | 1401952 | Lake, FL | Guilty/convict |
| 02/17/1987 | KIDNAP;COMM.OR FAC.FELONY; F.S.787.01(1)(a)2 | 8603742 | Orange, FL | Guilty/convict |
| 02/17/1987 | SEX BAT/INJ NOT LIKELY; F.S. 794.011(5) | 8603742 | Orange, FL | Guilty/convict |

| Victim Information | |
|---|---|
| Gender | Minor |
| Unknown | Yes |

| Vehicle Information | | | | | |
|---|---|---|---|---|---|
| Vehicle Make | Vehicle Model | Vehicle Color | Vehicle Year | Vehicle Body | Tag Number |
| No registered/owned vehicle information on file for this subject | | | | | |

| Vessel Information | | | | | | |
|---|---|---|---|---|---|---|
| Vessel Make | Vessel Type | Vessel Color | Motor Type | Hull Material | Vessel Year | Registration Number |
| No registered/owned vessel information on file for this subject | | | | | | |

Link to FDLE

FDLE Mobile App

Subject's Flyer

**CAUTION!** If you reached this flyer from any site other than FDLE's Florida Sexual Offender and Predator homepage, FDLE cannot guarantee the timeliness of the information you are viewing. To receive the most current information regarding registered sexual offenders or sexual predators registered with the State of Florida please conduct an "Offender Search" from FDLE's website located at http://offender.fdle.state.fl.us/offender
If further information is needed, please contact FDLE’s Enforcement & Investigative Support Bureau at 1-888-357-7332 between the hours of 8:00 am and 5:00 pm (Eastern), Monday through Friday.
Positive identification cannot be established unless a fingerprint comparison is made.
Any person who misuses public records information relating to a sexual predator or a sexual offender commits a misdemeanor of the first degree. Please see 775.21(10)(d) for more information.

AUTHORIZATION

I, HAROLD MINNIS, hereby give my permission to, and authorize, Neil J. Gillespie, d/b/a Justice Network, to use my photograph, audiovisual electronic media, and personal information, to tell my story in the public domain, and to assist me to the best of his ability, including, but not limited to, buying food and clothing for me, paying my phone bill, fundraising, talking to my case manager(s), my probation officer, legal counsel, and other such.

Harold Minnis

Signed: Harold Minnis
Date: December 21, 2024

Accepted December 21, 2024 by Neil J. Gillespie d/b/a/ Justice Network

Hon. Robert W. Hodges, State v Minnis, 2025-CF-0383
SERVICE LIST

ERIC ANDREW BRANDIES
Assistant State Attorney
Fla. Bar No. 1025327
110 NW 1 Ave, Suite 5000
Ocala, FL 34475
(352) 671-5800
ebrandies@sao5.org
eservicemarion@sao5.org

Tracya N Smith
Assistant Public Defender
Florida Bar No. 1027725
204 N.W. 3rd Avenue
Ocala, FL 34475
(352) 671-5454
tsmith@pdo5.org
attorneytsmith@yahoo.com
tracya@tracyansmithlawoffice.com

Bromme, Jeff <jeff.bromme@adventhealth.com>
Cameron, Johnalyn <johnalyn.cameron@adventhealth.com>
Anne.Gerard@flhealth.gov <anne.gerard@flhealth.gov>
Kelly.Conklin@flhealth.gov <kelly.conklin@flhealth.gov>
Info.Marion@FLHealth.gov <info.marion@flhealth.gov>
Antonio.Ramirez@fdc.myflorida.com <antonio.ramirez@fdc.myflorida.com>;
tnix@marionso.com <tnix@marionso.com>
sopu@marionso.com <sopu@marionso.com>
sfrizzell@ccgnv.org <sfrizzell@ccgnv.org>
Hallie.Mallard@mail.house.gov <hallie.mallard@mail.house.gov>

Greg.Slemp@myfloridalegal.com <greg.slemp@myfloridalegal.com>;
Darya.Massoudi@myfloridalegal.com <darya.massoudi@myfloridalegal.com>;
info@fdle.state.fl.us <info@fdle.state.fl.us>; agencyclerk@fdle.state.fl.us
<agencyclerk@fdle.state.fl.us>; gnalbright@gmail.com <gnalbright@gmail.com
randall.polk@fdc.myflorida.com <randall.polk@fdc.myflorida.com>;
jerry.waters@fdc.myflorida.com <jerry.waters@fdc.myflorida.com>; tnix@marionso.com
<tnix@marionso.com>; sopu@marionso.com <sopu@marionso.com>;
mduquette@marionso.com <mduquette@marionso.com>

Info.Marion@FLHealth.gov <info.marion@flhealth.gov>
lawyerreferral@floridabar.org <communications@intouchondemand.com>
Congresswoman Kat Cammack(imailagent) <fl03kc.districtservices@mail.house.gov>
LawyerReferral <lawyerreferral@floridabar.org>

Mallard, Hallie <hallie.mallard@mail.house.gov>

Info.Marion@FLHealth.gov <info.marion@flhealth.gov>; Antonio.Ramirez@fdc.myflorida.com <antonio.ramirez@fdc.myflorida.com>; tnix@marionso.com <tnix@marionso.com>; sopu@marionso.com <sopu@marionso.com>

Members of the Fred G. Minnis, Sr. Bar Assn:
Mack Justin, Justin Florida Law, PLLC
Email: mack@jflalaw.com
Email: info@minnisbar.com

Willengy Wilma Ramos Wicks
Brunvand Wise, P.A.
Email: willengy@acquitter.com

Myanda Shalaye Ratcliff
Hensley Law Offices, LLC
Email: myanda.ratcliff@gmail.com

Mr. Jacob Delorme, Esq.
Wood Smith Henning & Berman
Email: jdelorme@wshblaw.com

Johnnie Chalkley III
J. W. Chalkley, III, P.A.
2107 SE 3rd Avenue
Ocala, FL 34471
Phone: 352-629-7511
Email: jwchalkley@chalkleylaw.com

Morgan & Morgan, Ocala
1007 E. Silver Springs Boulevard
Ocala, FL 34470
Raissa Lynne Booze, Bar #1000430
rbooze@forthepeople.com
Keith Boykins, Bar #96286
kboykins@forthepeople.com
Lindsey Reigh Cappola, Bar #123742
lcappola@forthepeople.com
Christopher Jason Hinckley, Bar #41155
chinckley@forthepeople.com
Alberto H Oliveri, Bar #114942
aoliveri@forthepeople.com
Tel: 352-644-2000

MARION COUNTY

GREGORY C. HARRELL, ESQ.
CLERK OF THE CIRCUIT COURT AND COMPTROLLER



OCRS POWERED BY CIVITEK ONLINE COURT RECORDS SEARCH

New Search Expand All

| Case Number | Filed Date | Case Type | Status | Contested |
|---|---|---|---|---|
| 422025CF000383CFAXMX [25CF000383AX] | 01/30/2025 | Felony 22-D | OPEN | NO |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 1 | FAILURE TO COMPLY WITH SEXUAL PRED REPORTING REQ | 02/28/2025 | Prosecutor:Filed | |

| | Date | Action | Statute / Text |
|---|---|---|---|
| Offense: | 01/27/2025 | | |
| Initial: | 01/29/2025 | Charged | 775.21.6G / SEXUAL PREDATOR FAIL TO REPORT NAME OR RESIDENCE CHANGE |
| Prosecutor: | 02/28/2025 | Filed | 775.21.10A / FAILURE TO COMPLY WITH SEXUAL PRED REPORTING REQ |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 2 | SEXUAL PREDATOR FAIL TO REPORT TO THE SHERIFF'S OFFICE TO RE | 06/03/2025 | Prosecutor:Dropped/Abandoned | |

| | Date | Action | Statute / Text |
|---|---|---|---|
| Offense: | 01/27/2025 | | |
| Initial: | 01/29/2025 | Charged | 775.21.6G / SEXUAL PREDATOR FAIL TO REPORT TO THE SHERIFF'S OFFICE TO RE |
| Prosecutor: | 06/03/2025 | Dropped/Abandoned | 775.21.6G / SEXUAL PREDATOR FAIL TO REPORT TO THE SHERIFF'S OFFICE TO RE |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HODGES, ROBERT WILLIAM | JUDGE | | |
| MINNIS, HAROLD Search This Party | DEFENDANT | | 88888888 |
| PERRY, AUTUM ALEXIS | CHARGING OFFICER | | |

Dockets

Page : 1 ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 43 | 07/21/2025 | Updated Event JURY SELECTION on 07/28/2025 0830 AM - CONTINUED | |
| | 42 | 07/18/2025 | NOTICE TO APPEAR | 2 |
| | 41 | 07/15/2025 | COURT MINUTES | 2 |
| | 40 | 07/15/2025 | Event JURY SELECTION scheduled on 08/11/2025 at 0830 AM - Judge presiding. | |
| | 39 | 07/15/2025 | DEFENDANT PRESENT WITH ATTORNEY | |
| | 38 | 07/14/2025 | SUPPLEMENTAL DISCOVERY EXHIBIT 1 | 2 |
| | 37 | 06/11/2025 | Updated Event JURY SELECTION on 06/16/2025 0830 AM - CONTINUED | |
| | 36 | 06/04/2025 | ORDER SETTING TRIAL | 3 |
| | 35 | 06/03/2025 | Prosecutor phase: Action of DROPPED/ABANDON with status of Same entered for CNT: 2 | |
| | 34 | 06/03/2025 | COURT MINUTES | 2 |
| | 33 | 06/03/2025 | WAIVER OF SPEEDY TRIAL | 1 |
| | 32 | 06/03/2025 | ANNOUNCEMENT OF NO INFORMATION | 1 |
| | 31 | 06/03/2025 | WAIVE SPEEDY TRIAL | |
| | 30 | 06/03/2025 | Event JURY SELECTION scheduled on 07/28/2025 at 0830 AM - Judge presiding. | |
| | 29 | 06/03/2025 | Event TRL PRIORITY PRIVATE scheduled on 07/17/2025 at 0900 AM - Judge presiding. | |
| | 28 | 06/03/2025 | Event TRIAL PRIORITY REG scheduled on 07/15/2025 at 0900 AM - Judge presiding. | |
| | 27 | 06/03/2025 | Event TRL PRIORITY PD PRO scheduled on 07/15/2025 at 0900 AM - Judge presiding. | |
| | 25 | 06/03/2025 | DEFENDANT PRESENT WITH ATTORNEY | |
| | 24 | 06/02/2025 | ORDER DENYING MOTION FOR CONTINUANCE EFILED BY JUDGE | 1 |
| | 23 | 05/30/2025 | MOTION TO CONTINUE EFILED BY DEFENSE ATTORNEY | 1 |
| | 22 | 05/06/2025 | STATES DISCOVERY EXHIBIT | 4 |
| | 21 | 03/11/2025 | ORDER SETTING TRIAL | 3 |
| | 20 | 03/04/2025 | COURT MINUTES | 2 |
| | 19 | 03/04/2025 | Event JURY SELECTION scheduled on 06/16/2025 at 0830 AM - Judge presiding. | |
| | 18 | 03/04/2025 | Event TRL PRIORITY PRIVATE scheduled on 06/05/2025 at 0900 AM - Judge presiding. | |
| | 17 | 03/04/2025 | Event TRIAL PRIORITY REG scheduled on 06/03/2025 at 0900 AM - Judge presiding. | |
| | 16 | 03/04/2025 | Event TRL PRIORITY PD PRO scheduled on 06/03/2025 at 0900 AM - Judge presiding. | |
| | 15 | 02/28/2025 | Prosecutor phase: Action of NO ACTION with status of Same entered for CNT: 2 | |
| | 14 | 02/28/2025 | Prosecutor phase: Action of FILED with status of Amended entered for CNT: 1 | |
| | 13 | 02/28/2025 | INFORMATION EFILED BY STATE | 2 |
| | 12 | 02/04/2025 | NOTICE OF APPEARANCE FILED BY PUBLIC DEFENDER | 1 |
| | 11 | 02/04/2025 | WRITTEN PLEA OF NOT GUILTY | 1 |
| | 10 | 02/04/2025 | NOTICE OF DISCOVERY | 2 |
| | 4 | 02/03/2025 | Event ARRAIGNMENT scheduled on 03/04/2025 at 0900 AM - Judge presiding. | |
| | 3 | 02/03/2025 | Event FIRST APPEARANCE scheduled on 01/30/2025 at 0900 AM - Judge presiding. | |
| | 9 | 01/31/2025 | CASE HISTORY WORKSHEET | 1 |
| | 26 | 01/30/2025 | Prosecutor: Eric Andrew Brandies Assigned | |
| | 8 | 01/30/2025 | ORDER APPOINTING PUBLIC DEFENDER | 1 |
| | 7 | 01/30/2025 | APPLICATION FOR INDIGENT STATUS | 1 |
| | 6 | 01/30/2025 | FIRST APPEARANCE ORDER | 1 |
| | 5 | 01/30/2025 | ARREST AFFIDAVIT | 7 |
| | 2 | 01/30/2025 | Case 422025CF000383CFAXMX Filed with Clerk on 01/30/2025 | |
| | 1 | 01/30/2025 | Judge: HODGES , ROBERT W assigned | |

Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 01/31/2025 | - | HODGES, ROBERT W | |

Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| 01/30/2025 09:00 | MCCUNE, R JAMES | FIRST APPEARANCE | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 03/04/2025 09:00 | MCCOURT, TIMOTHY T | ARRAIGNMENT | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 06/03/2025 09:00 | HODGES, ROBERT W | TRL PRIORITY PD PRO | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 06/03/2025 09:00 | HODGES, ROBERT W | TRIAL PRIORITY REG | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 06/05/2025 09:00 | HODGES, ROBERT W | TRL PRIORITY PRIVATE | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 06/16/2025 08:30 | HODGES, ROBERT W | JURY SELECTION | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 07/15/2025 09:00 | HODGES, ROBERT W | TRL PRIORITY PD PRO | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 07/15/2025 09:00 | HODGES, ROBERT W | TRIAL PRIORITY REG | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 07/17/2025 09:00 | HODGES, ROBERT W | TRL PRIORITY PRIVATE | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 07/28/2025 08:30 | HODGES, ROBERT W | JURY SELECTION | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |
| 08/11/2025 08:30 | HODGES, ROBERT W | JURY SELECTION | JUDICIAL CENTER COURTR | Brandies, Eric Andrew | SMITH, TRACYA N |

Sentences

No records found.

Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

Financial Details

| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | - |

Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# Arrest Affidavit

**ORIGINAL**

MARION COUNTY SHERIFF'S OFFICE
692 NW 30TH AVE
OCALA, FL 34475

25CF383

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 1/29/2025 02:01 PM | MCSO56ARR03261S | MCSO25OFF002152 / | PERRY, A |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 01/24/2025 14:03:08 - | 4203238793 | |

## Location of Occurrence

| County | Location Type | Location Description |
|---|---|---|
| MARION | RESIDENCE | LAST REGISTERED ADDRESS |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|
| 7620 | SW 152ND PLACE | | OCALA | FL | 34430 |

## Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| HAROLD | | MINNIS | | BLACK | MALE | 5'07" | 155 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | Place of Birth | Drivers License or other ID | State | ID Type |
|---|---|---|---|---|---|---|---|
| MCSO17MNI011892 | [redacted] | 12/29/1961 | | FL | G731712150044 | FL | |

| Address |
|---|
| * RESIDENCE / 7620 SW 152ND PL , DUNNELLON, FL 34432 / |

## Arrest Affidavit Data

| Question | Answer |
|---|---|
| Primary Language | ENGLISH |
| Immigration Status | CITIZEN |
| Vehicle Company / Address | N/A |

## Arrest

| Arrest Date/Time | Arrest Location Type | Arrest Location Description |
|---|---|---|
| 1/29/2025 2:04:29 PM | BUSINESS | HCA OCALA |

| Street Number | Street | Apt/Lot/Bldg | County | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 1413 | SW 1ST AVENUE | | MARION | OCALA | FL | 34471 |

## Warrant Affidavit

| Sent to Court Date/Time | Affidavit Status | Affidavit Disposition | Affidavit Disposition Date/Time |
|---|---|---|---|
| | | | |

| Court County | Court | Court Location |
|---|---|---|
| | | |

| Comments |
|---|
| |

## Charge :

| Counts | Charge | Bond Amount | |
|---|---|---|---|
| 1 | 775.21.6g1 | $0.00 | ☑ No Bond |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| T | FELONY | SEX PRED VIOLATION |

MCCC-CASE INTAKE
2025 JAN 30 AM 8:51

UNOFFICIAL DOCUMENT



1811599

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 1/29/2025 02:01 PM | MCSO56ARR03261S | MCSO25OFF002152 / | PERRY, A |

ORIGINAL

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 01/24/2025 14:03:08 - | | |

| Charge Description |
|---|
| FAIL TO REPORT NAME OR RESIDENCE CHANGE |

**Charge : S**

| Counts | Charge | Bond Amount | No Bond |
|---|---|---|---|
| 1 | 775.21.6g2a | $0.00 | ☑ No Bond |

| Charge Degree | Charge Level | General Offense Code |
|---|---|---|
| T | FELONY | SEX PRED VIOLATION |

| Charge Description |
|---|
| FAIL TO REPORT TO THE SHERIFF'S OFFICE TO REGISTER VACATING PERMANENT RESIDENCE |

**Probable Cause**

**Before Me, the undersigned authority personally appeared Detective Autum Perry who being duly sworn, alleges, on information and belief, that on the 27th day of January, 2025, in Marion County, Florida the defendant did:**

**Commit the offense of Failure to Comply with Sexual Predator Reporting Requirements (x2) to wit:**

ON FEBRUARY 17, 1987, DEFENDANT HAROLD MINNIS, WAS CONVICTED IN ORANGE COUNTY, FLORIDA OF SEXUAL BATTERY. ON OCTOBER 4, 2004, THE DEFENDANT WAS CONVICTED IN MARION COUNTY, FLORIDA OF ATTEMPTED SEXUAL BATTERY. THESE CONVICTIONS REQUIRE THE DEFENDANT TO REGISTER IN FLORIDA AS A SEXUAL PREDATOR.

ON DECEMBER 19, 2012, THE DEFENDANT INITIALLY REGISTERED AS A SEXUAL PREDATOR IN LAKE COUNTY, FLORIDA. HE COMPLETED THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE) SEXUAL PREDATOR REGISTRATION FORM. THE DEFENDANT HAS COMPLETED A TOTAL OF (33) THIRTY-THREE FLORIDA DEPARTMENT OF LAW ENFORCEMENT SEXUAL OFFENDER REGISTRATIONS. THE MOST RECENT FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE) SEXUAL OFFENDER REGISTRATION FORMS THE DEFENDANT COMPLETED WAS ON JANUARY 2, 2025, IN MARION COUNTY, FLORIDA. THE DEFENDANT COMPLETED THE FDLE SEXUAL OFFENDER REGISTRATION FORMS ACKNOWLEDGING THAT HE UNDERSTOOD HIS SEXUAL OFFENDER REGISTRATION REQUIREMENTS TO INCLUDE THE FOLLOWING SECTIONS:

*SECTION 5. EACH TIME MY DRIVER LICENSE OR IDENTIFICATION CARD IS SUBJECT TO RENEWAL, OR WITHIN 48 HOURS AFTER ANY CHANGE IN MY PERMANENT, TEMPORARY, OR TRANSIENT RESIDENCE OR CHANGE IN NAME MADE BY MARRIAGE OR OTHER LEGAL PROCESS, I MUST REPORT IN PERSON TO A DRIVER LICENSE OFFICE TO UPDATE MY DRIVER LICENSE OR IDENTIFICATION CARD AND ENSURE THAT THE DRIVER LICENSE OR IDENTIFICATION CARD DISPLAYS THE DESIGNATIONS AS IDENTIFIED IN #3 ABOVE. IF I AM UNABLE TO SECURE OR UPDATE A DRIVER LICENSE OR IDENTIFICATION CARD WITH DHSMV, I MUST REPORT ANY CHANGE OF MY RESIDENCE OR NAME WITHIN 48 HOURS*

UNOFFICIAL DOCUMENT

*AFTER THE CHANGE TO THE SHERIFF'S OFFICE IN THE COUNTY WHERE I RESIDE OR AM LOCATED AND PROVIDE CONFIRMATION THAT I REPORTED THE INFORMATION TO DHSMV. THESE REPORTING REQUIREMENTS DO NOT NEGATE THE REQUIREMENT FOR ME TO OBTAIN A FLORIDA DRIVER LICENSE OR IDENTIFICATION CARD AS REQUIRED BY THIS SECTION. {F.S. 943.0435(4)(A); 775.21(6)(G)1.} UPDATE: IN ACCORDANCE WITH A FEDERAL COURT ORDER ISSUED MARCH 25, 2024, ANY IN-STATE CHANGE OF ADDRESS WHICH REQUIRES DISPLAY OF THE NEW ADDRESS ON A DRIVER LICENSE/IDENTIFICATION CARD MUST BE REPORTED IN PERSON TO DHSMV. ANY IN-STATE CHANGE OF ADDRESS OR TRAVEL THAT DOES NOT REQUIRE DISPLAY OF THE ADDRESS ON A DRIVER LICENSE/IDENTIFICATION CARD SHOULD BE REPORTED ONLINE OR IN PERSON TO THE SHERIFF'S OFFICE. THIS ORDER DOES NOT PERTAIN TO SEXUAL PREDATORS. <u>THE REPORTING REQUIREMENTS FOR SEXUAL PREDATORS REMAINS UNCHANGED.</u>*

*SECTION 10: IF I VACATE A PERMANENT, TEMPORARY, OR TRANSIENT RESIDENCE, AND DO NOT HAVE ANOTHER PERMANENT, TEMPORARY, OR TRANSIENT RESIDENCE, I MUST REPORT IN PERSON TO THE SHERIFF'S OFFICE IN THE COUNTY WHERE I AM LOCATED WITHIN 48 HOURS. I MUST SPECIFY THE DATE IN WHICH I INTEND TO OR DID VACATE THE RESIDENCE, PROVIDE OR UPDATE ALL INFORMATION REQUIRED IN #2 ABOVE, AND PROVIDE AN ADDRESS FOR THE RESIDENCE OR OTHER PLACE WHERE I AM OR WILL BE LOCATED DURING THE TIME I FAIL TO ESTABLISH OR MAINTAIN A PERMANENT OR TEMPORARY RESIDENCE.*

*"PERMANENT RESIDENCE" MEANS A PLACE WHERE I ABIDE, LODGE, OR RESIDE FOR 3 OR MORE CONSECUTIVE DAYS. FOR THE PURPOSE OF CALCULATING A PERMANENT RESIDENCE UNDER THIS PARAGRAPH, THE FIRST DAY THAT I ABIDE, LODGE, OR RESIDE AT A PLACE IS EXCLUDED AND EACH SUBSEQUENT DAY IS COUNTED. A DAY INCLUDES ANY PART OF A CALENDAR DAY.*

*"TEMPORARY RESIDENCE" MEANS A PLACE WHERE I ABIDE, LODGE, OR RESIDE, INCLUDING, BUT NOT LIMITED TO, VACATION, BUSINESS, OR PERSONAL TRAVEL DESTINATIONS IN OR OUT OF THIS STATE, FOR A PERIOD OF 3 OR MORE DAYS IN THE AGGREGATE DURING ANY CALENDAR YEAR AND WHICH IS NOT MY PERMANENT ADDRESS OR, IF MY PERMANENT RESIDENCE IS NOT IN THIS STATE, A PLACE WHERE I AM EMPLOYED, PRACTICE A VOCATION, OR AM ENROLLED AS A STUDENT FOR ANY PERIOD OF TIME IN THIS STATE. FOR THE PURPOSE OF CALCULATING A TEMPORARY RESIDENCE UNDER THIS PARAGRAPH, THE FIRST DAY THAT I ABIDE, LODGE, OR RESIDE AT A PLACE IS EXCLUDED AND EACH SUBSEQUENT DAY IS COUNTED. A DAY INCLUDES ANY PART OF A CALENDAR DAY.*

*"TRANSIENT RESIDENCE" MEANS A COUNTY WHERE I LIVE, REMAIN, OR AM LOCATED FOR THE PURPOSE OF ABIDING, LODGING, OR RESIDING FOR A PERIOD OF 3 OR MORE DAYS IN THE AGGREGATE DURING A CALENDAR YEAR AND WHICH IS NOT MY PERMANENT OR TEMPORARY ADDRESS. THE TERM INCLUDES, BUT IS NOT LIMITED TO, A PLACE WHERE I*

UNOFFICIAL DOCUMENT

ORIGINAL

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer/Name |
|---|---|---|---|
| 1/29/2025 02:01 PM | MCSO56ARR03261S | MCSO25OFF002152 / | PERRY, A |

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 01/24/2025 14:03:08 - | | |

*SLEEP OR SEEK SHELTER AND A LOCATION THAT HAS NO SPECIFIC STREET ADDRESS. FOR THE PURPOSE OF CALCULATING A TRANSIENT RESIDENCE UNDER THIS PARAGRAPH, THE FIRST DAY THAT I LIVE, REMAIN, OR AM LOCATED IN A COUNTY FOR THE PURPOSE OF ABIDING, LODGING, OR RESIDING IS EXCLUDED AND EACH SUBSEQUENT DAY IS COUNTED. A DAY INCLUDES ANY PART OF A CALENDAR DAY.*

ON SEPTEMBER 12, 2024, THE DEFENDANT REPORTED TO THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT AND ADVISED HE WAS RELEASED FROM PRISON ON SEPTEMBER 8, 2024. THE DEFENDANT PROVIDED THE ADDRESS OF 7620 SW 152ND PL, DUNNELLON, FL 34432. THE DEFENDANT LISTENED TO HIS SEXUAL OFFENDER/PREDATOR REQUIREMENTS ON AUDIO. HE DID NOT HAVE ANY QUESTIONS ABOUT HIS SEXUAL PREDATOR REQUIREMENTS. HE WAS PROVIDED A COPY OF HIS REGISTRATION, TO INCLUDE A COPY OF HIS REQUIREMENTS. HE WAS ADVISED TO GO TO DHSMV AND BRING BACK UPDATED ID WITHIN 48 HOURS. HE WAS REMINDED TO REGISTER IN DECEMBER (2024).

ON SEPTEMBER 13, 2024, THE DEFENDANT REPORTED AND SHOWED A VALID ID WITH HIS CURRENT ADDRESS AND SEXUAL PREDATOR PRINTED ON IT. THE DEFENDANT WAS REMINDED TO REREGISTER IN DECEMBER.

ON NOVEMBER 30, 2024 DEPUTY VASQUEZ NOTIFIED THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT AND ADVISED THE DEFENDANT WAS AT THE HOSPITAL.

ON DECEMBER 26, 2024 THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT RECEIVED A PHONE CALL FROM WEST MARION HOSPITAL AND ADVISED THE DEFENDANT WAS RELEASED FROM THE HOSPITAL TWO DAYS AGO. THE NURSE STATED THE DEFENDANT DID NOT WANT TO GO BACK TO HIS PREVIOUS RESIDENCE, 7620 SW 152ND PLACE. SHE ALSO ADVISED THE LANDLORD ADVISED HE WAS NOT PERMITTED TO RETURN TO THE RESIDENCE. THE LANDLORD WAS ADVISED SHE MUST GIVE THE SUBJECT 30 DAYS TO FIND A NEW PLACE. ON DECEMBER 26, 2025, THE DEFENDANT WENT BACK TO HOSPITAL AND WILL MOST LIKELY BE RELEASED AFTER TREATMENT TO GO BACK TO 7620 SW 152ND PL.

ON JANUARY 2, 2025, THE DEFENDANT REPORTED TO THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT TO COMPLETE A LATE REGISTRATION DUE TO BEING IN THE HOSPITAL THE ENTIRE MONTH OF DECEMBER WHEN HE WAS REQUIRED TO REGISTER. THE DEFENDANT ADVISED HE DOES NOT WANT TO GO BACK TO HIS REGISTERED ADDRESS OF 7620 SW 152ND PLACE AND THE LANDLORD ADVISED IT WAS NOT EQUIPPED FOR THOSE WITH MEDICAL ISSUES. THE DEFENDANT ADVISED HE HAS NOWHERE ELSE TO GO. DETECTIVE NIX ADVISED HIM THAT EVEN THOUGH HE DOES NOT WANT TO RETURN TO HIS REGISTERED ADDRESS, HE MUST STAY THERE UNTIL HE FINDS A LOCATION TO PROVIDE TO CHANGE HIS REGISTERED ADDRESS. THE DEFENDANT ADVISED AGAIN HE HAS NOWHERE ELSE TO GO. DETECTIVE NIX ADVISED IF HE DOES FIND A NEW PLACE TO LIVE,

UNOFFICIAL DOCUMENT

USCA11 Case: 26-10492 Document: 15-3 Date Filed: 03/27/2026 Page: 54 of 56



ORIGINAL

HE MUST REPORT THIS WITHIN 48 HOURS.

ON JANUARY 27, 2025, I WAS CONTACTED BY THE DEFENDANT'S DEPARTMENT OF CORRECTIONS PROBATION OFFICER, ANTONIO RAMIREZ. OFFICER RAMIREZ ADVISED THE DEFENDANT WAS BACK IN THE HOSPITAL AND HAD BEEN RELEASED. HE ADVISED THE DEFENDANT HAS NOT BEEN STAYING AT HIS REGISTERED ADDRESS AND HAS BEEN STAYING AT THE DIXIE MOTEL LOCATED AT 1539 S PINE AVE ROOM 2. I ADVISED OFFICER RAMIREZ THIS IS A NOT A GOOD ADDRESS DUE TO BEING WITHIN 1500 FEET TO A PARK AND DAYCARE. I ADVISED OFFICER RAMIREZ THE DEFENDANT MUST REPORT TO THE SEXUAL OFFENDER UNIT AND REPORT VACATING HIS PERMANENT ADDRESS AND UPDATE HIS NEW ADDRESS WHERE HE WILL BE STAYING. OFFICER RAMIREZ ADVISED HE CONTACTED THE DEFENDANT AND TOLD HIM THIS INFORMATION.

ON JANUARY 27, 2025 THE DEFENDANT CONTACTED THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT AND I SPOKE WITH HIM. HE ADVISED HE CAN'T COME TO THE OFFICE TODAY AND TO JUST COME PICK HIM UP BECAUSE HE IS VIOLATING. I ADVISED THE DEFENDANT HE MUST REPORT TO THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT BY THE END OF THE DAY TO BE IN COMPLIANCE. THE DEFENDANT ADVISED HE WON'T BE THERE.

THE SUSPECT DID NOT REPORT TO THE MARION COUNTY SHERIFF'S OFFICE SEXUAL OFFENDER UNIT ON JANUARY 27TH, 2025 OR JANUARY 28TH, 2025 TO REPORT IN PERSON AND ADVISE HE VACATED HIS PERMANENT ADDRESS AND HAS NOWHERE ELSE TO GO. THE DEFENDANT DID NOT REPORT TO THE DHSMV AND UPDATE HIS DRIVER LICENSE WITH A NEW PERMANENT, TEMPORARY, OR TRANSIENT ADDRESS WITHIN 48 HOURS.

ON JANUARY 29TH, 2025 THE DEFENDANT CALLED THE MARION COUNTY SEXUAL OFFENDER UNIT AND ADVISED TO COME PICK HIM UP BECAUSE HE IS IN VIOLATION. THE DEFENDANT ADVISED HE IS AT OCALA REGIONAL HOSPITAL, NOT FOR TREATMENT BUT BECAUSE HE DID NOT HAVE ANYWHERE TO GO. HE ADVISED HE STAYED OUTSIDE THE HOSPITAL JANUARY 27TH AND JANUARY 28TH, MONDAY NIGHT AND TUESDAY NIGHT.

I RESPONDED TO THE OCALA REGIONAL HOSPITAL AND LOCATED THE DEFENDANT SITTING IN THE LOBBY. THE DEFENDANT ADVISED HE KNOWS HE IS IN VIOLATION.

THE DEFENDANT IS ON FELONY GPS SUPERVISION. A CHECK OF HIS LOCATION HISTORY SHOWS HE HAS NOT BEEN AT HIS REGISTERED ADDRESS OF 7620 SW 152ND PLACE SINCE DECEMBER 30, 2024. THIS SHOWS THAT WHEN THE DEFENDANT REGISTERED ON JANUARY 2, 2025, HE LIED ABOUT RETURNING TO HIS REGISTERED ADDRESS.

THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE MARION COUNTY JAIL.

UNOFFICIAL DOCUMENT

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 1/29/2025 02:01 PM | MCSO56ARR03261S | MCSO25OFF002152 / | PERRY, A |

ORIGINAL

| Originating Agency ORI | Occur Date Time Range | OBTS | Clearance |
|---|---|---|---|
| FL0420000 | 01/24/2025 14:03:08 - | | |

| Officer Name Rank / ID # | | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| DICE, E<br>SERGEANT/M | 2682 | APPROVING SUPERVISOR | MARION COUNTY SHERIFF'S OFFICE<br>MAJOR CRIMES DEPARTMENT |
| PERRY, A<br>CORPORAL | 6336 | REPORTING OFFICER | MARION COUNTY SHERIFF'S OFFICE<br>MAJOR CRIMES DEPARTMENT |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

**Reporting Officer**

| Officer Name | Office Rank | Officer ID No |
|---|---|---|
| PERRY, A | CORPORAL | 6336 |

Officer Agency

MARION COUNTY SHERIFF'S OFFICE

Officer Signature Detective A. Perry #6336

Sworn and subscribed before me, the undersigned authority

This the 29th day of January, 2025

DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT

Sgt. E. Dice 2682

COUNTY / CIRCUIT JUDGE

UNOFFICIAL DOCUMENT

CASE NUMBER: 25-002158

NAME OF INMATE: Minnis, Harold    OBTS: 4203238793

| | | | |
|---|---|---|---|
| Indication of: Alcohol: | Drug: | Weapon Seized: | Juvenile Disposition: |
| Jail Log: (To be completed by booking officer) | | | Jail Inmate #: |
| Date Booked: 1/29/25 | Time Booked: 1321 | Booking Officer: 5704 | Fingerprinted By: 6625 |
| Photographed By: 6625 | Bin Number: | Advised of Rights By: | |
| Check for Warrants: ☑ NCIC ☑ PCIC ☑ Local | Holds: ☐ Yes ☑ No | Agency of Hold: | |
| Attorney (if known): PD | Religion: Holy | Maritial Status: ☑ S ☐ M ☐ D ☐ Sep | |
| Telephone call logged: Time AM PM # ( ) Allowed | | | |
| Next Of Kin: Faith Scott | Relation: Mom | Relation Phone: | |
| Relation Address: | | | |
| Bond Date: | Returnable Court Date: | Returnable Court Time: | Release Date: |
| Release Time: AM/PM | Releasing Officer: | Bond, Charge A: | Charge B: |
| Charge C: | Charge D: | Charge E: | Bond Type: ☐ ROR ☐ SURETY ☐ CASH |
| Name Address of Bondsman: | | | ☐ BAIL BOND ☐ CERT ☐ Other |

UNOFFICIAL DOCUMENT