UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NEIL JOSEPH GILLESPIE,

Appellant,

vs.

Appeal No. 26-10492
LT: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Appellees.
_______________________________________/

MOTION TO RECALL THE MANDATE AND TAKE JUDICIAL NOTICE

The Appellant pro se, Neil Joseph Gillespie ("U.S. Senate Candidate Neil J. Gillespie"), a nonlawyer, moves pursuant to 11th Cir. R. 41-1 and Fed. R. Evid. 201(b), and states:

1. On March 27, 2026, this court entered an Order of Dismissal for failure to prosecute in the above-referenced appeal that was issued as the mandate of this court. This appeal was treated

as dismissed on March 26, 2026 because U.S. Senate Candidate Neil J. Gillespie's Motion to Extend Time to File Appellant's Brief (CA11 DOC 15) was due on March 25, 2026.

2. U.S. Senate Candidate Neil J. Gillespie moves pursuant to 11th Cir. R. 41-1, Stay or Recall of Mandate, to recall the mandate to prevent injustice. 11th Cir. R. 41-1(b) states:

(b) A mandate once issued shall not be recalled except to prevent injustice.

3. U.S. Senate Candidate Neil J. Gillespie moves pursuant to Fed. R. Evid. 201(b), Judicial Notice of Adjudicative Facts, that his residence for voting, and running for public office, is 2801 SW College Road, STE 3, Ocala, FL, 34474. This address is in the City of Ocala, Florida.

4. U.S. Senate Candidate Neil J. Gillespie filed to run as a candidate for United States Senator for Florida where he resides at 2801 SW College Rd., STE 3, Ocala, Florida 34474 in the general election set for November 3, 2026. This address is in the City of Ocala, Florida.

5. U.S. Senate Candidate Neil J. Gillespie qualified on April 24, 2026 as a No Party Affiliation (NPA) candidate for United States Senator for Florida where he resides at 2801 SW College Rd., STE 3, Ocala, Florida 34474. This address is in the City of Ocala, Florida.

6. U.S. Senate Candidate Neil J. Gillespie is on the ballot in the general election set for November 3, 2026, as a No Party Affiliation (NPA) candidate for United States Senator for


United States Senator
Senador de los Estados Unidos
(Vote for One) / (Vote por Uno)

| | | |
|---|---|---|
| ⬭ | Ashley Moody | REP |
| ⬭ | Angie Nixon | DEM |
| ⬭ | Neil J. Gillespie | NPA |

Florida where he resides at 2801 SW College Rd., STE 3, Ocala, Florida 34474, against the Republican Party Candidate, Ashley Moody, and the Democrat Party Candidate, Angie Nixon.

7. Ashley Moody is the daughter of United States Senior Judge James Moody, Jr., United States District Court, Middle District of Florida, Tampa Division.

8. Appellees CORD BYRD, in his official capacity as Florida Secretary of State, the FLORIDA DEPARTMENT OF STATE (DOS), and by extension, RON DESANTIS, in his official capacity as Governor of Florida[1], conceded U.S. Senate Candidate Neil J. Gillespie resides at 2801 SW College Rd, STE 3, Ocala, Florida, 34474, for the purpose of voting and running for elected office. See Andrews v. Hartzog, Case 2008-CA-0032, paragraphs 36 and 37 to Plaintiff's First Amended Complaint (LT DOC 10) and the attached DOS campaign records.

> 36. In Andrews v. Hartzog, Case No. 2008-CA-0032 (8th Cir. Levy County, Florida 2008), the Plaintiff Andy Andrews allegedly resided in the A.D. Andrews Nursery office at 13 S.E. First St., Chiefland, FL. The issue presented to the Court is whether Plaintiff, AD. Andrews, was a resident of Chiefland, Florida and therefore properly registered and entitled to vote as an elector of the municipality of Chiefland, Florida under F.S. Chapter 97.
>
> 37. In the context of voting, "legal residence" means domicile, which " ... is the place where a person has a fixed abode with the present intention of making it their permanent home." Walker v. Harris, 398 So. 2d 955 (Fla. 4th DCA 1981). The Plaintiffs subjective intent is a significant factor, but there must be a concurrence of both fact and intention. Bloomfiled v. St Petersburg Beach, 82 So. 2d 364 (Fla. 1955); Perez v. Marti, 770 So. 2d 284 (Fla. 2000)(Legal residence consists of the concurrence of both fact and intention.); Kevloh v. Carter, 699 So 2d 285 (Fla. 5th DCA 1997). The Plaintiff proved his case. Summary Final Judgment granted.

9. At any stage of a proceeding, a court may take judicial notice of “a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court’s territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.” See Fed. R. Evid. 201(b); *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994). The court “may take judicial notice on its own” or “must take judicial notice if a party requests it and the court is supplied with the necessary information.” See

[1] RON DESANTIS Governor appears on a DOS acknowledgment letter March 17, 2026 to Neil Joseph Gillespie, Candidate for United States Senate (89955), "Your name has been placed on the 2026 active candidate list.

Fed. R. Evid. 201(c). "The party requesting judicial notice bears the burden of persuading the court that the particular fact is not reasonably subject to dispute and is capable of immediate and accurate determination by resort to a source whose accuracy cannot reasonably be questioned." *Couch v. Broward Cnty*., No. 11-62126-CIV, 2012 WL 2007148, at *1 (S.D. Fla. June 5, 2012) (citation omitted).

10. None of the Appellees have entered an appearance, in either the district court, or this court of appeals. Therefore the Appellees have forfeited any response and defaulted.

11. U.S. Senate Candidate Neil J. Gillespie, age 70, has resided at 2801 SW College Rd, STE 3, in the City of Ocala, Florida 34474, since January 2, 2023.

12. U.S. Senate Candidate Neil J. Gillespie was wrongly denied his right to vote in a Special Election September 16, 2025, in the City of Ocala, Florida, where he resides at 2801 SW College Rd., STE 3, Ocala, Florida 34474.

13. U.S. Senate Candidate Neil J. Gillespie filed to run as a candidate for mayor of the City of Ocala, Florida, where he resides at 2801 SW College Rd., STE 3, Ocala, Florida 34474, in a Special Election September 16, 2025, but failed to qualify, see Plaintiff's First Amended Complaint (DOC 10) in the LT, USDC, MDFL, Ocala Division, case 5:25-cv-486-SPC-PRL.

14. On May 19, 2022 U.S. Senate Candidate Neil J. Gillespie was evicted at gunpoint by the Marion County Sheriff after wrongful foreclosure of his home of 17 years at 8092 SW 115th Loop, Ocala, Marion County, Florida, on a federal HECM reverse mortgage.

15. U.S. Senate Candidate Neil J. Gillespie was homeless from May 19, 2022 until January 1, 2023. During this time U.S. Senate Candidate Neil J. Gillespie stayed at local hotels or motels when he could afford to pay the room charges. Otherwise he slept in his 2013 Dodge Grand Caravan while he worked, for example, for PeopleReady or other temporary employment

agencies in Florida, building homes, hospitals and commercial buildings, or preparing and serving food to rich folks at fancy private clubs, or staging large elaborate weddings, or merchandising at Walmart and Target stores.

16. U.S. Senate Candidate Neil J. Gillespie's mail address while homeless was a UPS Store Private Mail Box (PMB) at 11100 Southwest 93rd Court Road, PMB #10-220, Ocala, FL 34481.

17. On January 2, 2023, U.S. Senate Candidate Neil J. Gillespie, d/b/a Justice Network, rented space in the Starting Gate Executive Office condominium, where he resides at 2801 SW College Road, STE 3, Ocala, Florida 34474. Justice Network is open 24/7 and is engaged in advocacy, education, news gathering and dissemination, and helping people fight injustice. U.S. Senate Candidate Neil J. Gillespie, a capitalist and entrepreneur, relies on his Social Security retirement income to pay the bills pending additional income.

18. U.S. Senate Candidate Neil J. Gillespie is currently registered to vote. Wesley Wilcox, the Marion County Supervisor of Elections ("SOE Wilcox") assigned Neil Gillespie's voting address as the Marion County Election Center, 981 NE 16th St, Ocala, FL 34470. SOE Wilcox has repeatedly refused to register Neil J. Gillespie to vote where he has resided since January 2, 2023: 2801 SW College Rd, STE 3, Ocala, Florida, 34474. SEO Wilcox contends in part, "The post office did not recognize your address as a residential address." Tellingly, post office does not recognize the Marion County Election Center as a residential address.

19. U.S. Senate Candidate Neil J. Gillespie's voter registration at the Marion County Election Center, 981 NE 16th St., Ocala, FL 34470, prevents him from voting or participating in City of Ocala elections. U.S. Senate Candidate Neil J. Gillespie's voter registration address at the Marion County Election Center prevented him from qualifying as a mayoral candidate in the City of Ocala General Election, and the Special Election, held September 16, 2025.

20. The United States District Court, Middle District of Florida, Ocala Division, civil docket for case #: 5:25-cv-00486-SPC-PRL shows:

> Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al
> Assigned to: Judge Sheri Polster Chappell
> Referred to: Magistrate Judge Philip R. Lammens
> Demand: $1,000,000
> Case in other court: 11th Circuit, 26-10492
> Cause: 42:1973 Voting Rights Act
> Date Filed: 08/05/2025
> Date Terminated: 01/13/2026
> Jury Demand: None
> Nature of Suit: 441 Civil Rights: Voting
> Jurisdiction: Federal Question

DOC-01 Aug-05-2025 Complaint by Neil Joseph Gillespie pro se (NJG)
DOC-02 Aug-05-2025 Motion to Proceed In Forma Pauperis (NJG)
DOC-03 Aug-06-2025 Amended Motion In Forma Pauperis (NJG)
DOC-04 Aug-06-2025 Amended Civil Cover Sheet (NJG)
DOC-05 Aug-07-2025 Notice of Non-Consent (Objection) to Magistrate (NJG)
DOC-06 Aug-07-2025 Motion to E-file CM/ECF (NJG)
DOC-07 Aug-07-2025 Proposed summons submitted (NJG)
DOC-08 Aug-07-2025 NOTICE to pro se litigant (PRL)
DOC-09 Aug-07-2025 ORDER denying Motion to E-file CM/ECF (PRL)
DOC-10 Aug-12-2025 Amended Complaint (NJG)
DOC-11 Aug-12-2025 Motion for Article III Judge (NJG)
DOC-12 Aug-12-2025 Declaration of Neil Joseph Gillespie
DOC-13 Aug-13-2025 Opinion and Order overruling Plaintiff (SPC)
DOC-14 Nov-12-2025 Untimely Order of Magistrate Lammens
DOC-15 Dec-11-2025 NOTICE of voluntary dismissal without prejudice by Neil Joseph Gillespie, with Exhibit 1 (Civil Rights complaint against Judge Chappell and Magistrate Lammens; Exhibit 2, (NEIL JOSEPH GILLESPIE v. STATE OF FLORIDA, Florida Fifth Judicial Circuit, Marion County, DEFENDANT'S NOTICE OF PROSECUTORIAL MISCONDUCT, CASE 2020-CF-2417); and Exhibit 3, (Tim Reagan, Federal Judicial Center, February 20, 2025)
DOC-16 Jan-13-2026 ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice, Signed by Judge Sheri Polster Chappell
DOC-17 Jan-13-2025 NOTICE of Local Rule 1.11(e)
DOC-18 Feb-12-2026 NOTICE OF APPEAL as to 17 Notice to Counsel of Local Rule, 16 Order Dismissing Case, by Neil Joseph Gillespie.
DOC-19 Feb-12-2026 MOTION to Appeal In Forma Pauperis by Neil Joseph Gillespie.
DOC-20 Feb-13-2026 TRANSMITTAL of initial appeal package to the U.S. Court of Appeals
NO DOC Feb-27-2026 APPEAL FEES Paid by Neil Joseph Gillespie (Filing fee $605.00)
DOC-21 Feb-27-2026 NOTICE of Filing by Neil Joseph Gillespie with attachment
DOC-22 Mar-05-2026 ORDER denying 19 Motion for Leave to Appeal In Forma Pauperis

DOC-23 Mar-09-2026 NOTICE of Complaint filed w/United States Marshal Service by NJG
DOC-24 Mar-10-2026 NOTICE of FOIA 5 U.S.C. § 552 by Neil Joseph Gillespie
DOC-25 Mar-17-2026 USCA Order - regarding various issues with case opening as to 18
DOC-26 Mar-23-2026 MOTION to Strike 22 Order on Motion to Appeal In Forma Pauperis
DOC-27 Mar-30-2026 USCA Order Issued as a Mandate - Dismissed for Want of Prosecution
DOC-28 Apr-01-2026 ENDORSED ORDER denying as moot P's Motion to Strike (Doc. 26)

21. The Special Election was held September 16, 2025 in the City of Ocala without any rulings by the district court on Plaintiff's First Amended Complaint (LT DOC-10).

22. Therefore on September 16, 2025, U.S. Senate Candidate Neil J. Gillespie filed a civil rights compliant with the U.S. Department of Justice against Judge Sheri Polster Chappell and Magistrate Judge Philip R. Lammens alleging violation of 18 U.S.C. § 241, Conspiracy against rights, see submission number **665324-SWD**.

23. U.S. Senate Candidate Neil J. Gillespie's civil rights complaint against Judge Chappell and Magistrate Lammens appears at LT DOC-15, Exhibit 1.

24. LT DOC-15 is U.S. Senate Candidate Neil J. Gillespie's LT RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE. LT DOC-15 was filed in response to LT DOC-14, Magistrate Lammens' 15 page rambling and discriminatory Order.

25. Magistrate Lammens' Order (LT DOC 14) was entered on November 12, 2025, which is 96 days after the Complaint (LT DOC 1) was filed on August 8, 2025, and 92 days after the Amended Complaint (LT DOC 10) was filed on August 12, 2025.

26. Magistrate Lammens' Order (LT DOC 14) was entered 57 days after the Special Election was held September 16, 2025 in the City of Ocala, Florida. In other words, the court waited 57 days AFTER the Special Election September 16, 2025 was over before ruling in the case.

27. A ordinary person could understand that an order in a voting rights case, entered 57 days AFTER the election, shows Judge Chappell and Magistrate Lammens engaged in conduct

prejudicial to the effective and expeditious administration of the business of the courts, in violation of 28 U.S.C. § 351. This violation alone should result in their removal from office.

28. Magistrate Lammens' Order (LT DOC 14) granted leave to file a second amended complaint. But the Special Election held September 16, 2025 had already ended 57 days beforehand. There was no point in filing a second amended complaint.

29. Furthermore, Magistrate Lammens' Order (LT DOC 14) also shows,

- Plaintiff's amended motion to proceed in forma pauperis is taken under advisement…
- "…it appears that Plaintiff, a member of "No Party Affiliation (NPA)," is asserting claims to establish his purported legal address as his address for the purpose of voting and participating in the City of Ocala's elections and to run for the office of Mayor for the City of Ocala."

30. Magistrate Lammens' order spent three pages on the legal standards to proceed in forma pauperis, which has been rendered moot because U.S. Senate Candidate Neil J. Gillespie's address was approved by the Florida Department of State, Bureau of Elections:

> Neil J. Gillespie qualified on April 24, 2026, as a No Party Affiliation (NPA) candidate for United States Senator for Florida where he lives at 2801 SW College Rd., STE 3, Ocala, Marion County, Florida 34474.
>
> NPA Candidate Neil J. Gillespie is currently on the ballot for United States Senator in the general election set for November 3, 2026 against the Republican Party Candidate, Ashley Moody, and the Democrat Party Candidate, Angie Nixon.

31. Magistrate Lammens' noted on page 6: "A. Failure to Comply with the Federal Rules of Civil Procedure". However the Magistrate himself failed to comply with Rule 1 of the Federal Rules of Civil Procedure (FRCP), Scope and Purpose:

> These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. <u>They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding</u>. (underline added for emphasis)

32. Magistrate Lammens himself failed to comply with Rule 1 when he waited 92 days to respond to the Amended Complaint (LT DOC-10).

> Magistrate Lammens' Order (DOC 14) was entered on November 12, 2025, which is 96 days after the Complaint (DOC 1) was filed on August 8, 2025, and 92 days after the Amended Complaint (DOC 10) was filed on August 12, 2025.
>
> Magistrate Lammens' Order (DOC 14) was entered 57 days after the Special Election held September 16, 2025 in the City of Ocala, Florida. In other words, the court waited 57 days AFTER the Special Election September 16, 2025 was over.

33. Magistrate Lammens FAILED to construe, administer, and employ the FRCP to secure the just, speedy, and inexpensive determination of every action and proceeding. Instead, Magistrate Lammens (and Judge Chappell) engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts, in violation of 28 U.S.C. § 351.

34. The evidence in U.S. Senate Candidate Neil J. Gillespie's civil rights complaint number **665324-SWD** shows Magistrate Lammens (and Judge Chappell) are guilty of violating 18 U.S.C. § 241, Conspiracy against rights.

35. Page 8 of Magistrate Lammens' Order (LT DOC-14), begins with three pages of circumlocution, "Plaintiff lacks standing to bring some, if not all, of his claims. Article III of the United States Constitution limits the jurisdiction of federal courts to deciding cases and controversies." Magistrate Lammens' failure to timely rule on U.S. Senate Candidate Neil J. Gillespie's Amended Complaint, with malice aforethought, allowed the case and controversy to expire once the Special Election for mayor of the City of Ocala was over.

36. Page 11 of Magistrate Lammens' Order (LT DOC-14) contends U.S. Senate Candidate Neil J. Gillespie failed to state a claim for relief because the FRCP "do not create independently enforceable rights upon which [a plaintiff] may sue." which he elaborated upon for another three pages. However the Magistrate failed to competently interpret the Voting Rights Act when he wrote, "because nothing in the amended complaint suggests that he was denied the right to vote on account of his race or color."

37. 52 U.S.C. § 10101 et seq. may be construed to include other classes of citizens facing discrimination. U.S. Senate Candidate Neil J. Gillespie is a nonlawyer. Nonlawyers comprise the largest class of citizens in the United States that are considered inferior by persons admitted to practice law, which is 1.3 million attorneys and judges, the judicial branch of government.

38. The American Bar Association reported on September 11, 2017 a story on the judiciary titled "Posner: Most judges regard pro se litigants as 'kind of trash not worth the time". Richard Posner is an American legal scholar and retired United States circuit judge who served on the U.S. Court of Appeals for the Seventh Circuit from 1981 to 2017. https://en.wikipedia.org/wiki/Richard_Posner

39. Nonlawyers are the largest group of citizens appearing "pro se" in legal proceedings. The American Bar Association reported on April 30, 2019, "SCOTUS denied cert in case on pro se treatment filed by David Boies and Richard Posner."

40. U.S. Senate Candidate Neil J. Gillespie cited discrimination against him by the legal community, including a 20+ year personal vendetta by Florida lawyer Ryan Christopher Rodems, Bar No. 947652. See LT DOC 21 Notice of Filing, and LT DOC-15, Exhibit 2.

41. On August 11, 2025 Magistrate Lammens entered an Order (LT DOC-09) that denied U.S. Senate Candidate Neil J. Gillespie's motion (LT DOC-06) to E-file, either with the Court's web portal, or with the CM/ECF system, because he is a nonlawyer, a litigant without a lawyer, a pro se litigant. The order (LT DOC-09) also states:

> Previously, the Court operated a web portal that allowed pro se litigants to file documents electronically. That service has now ended. *See* Electronic Document Submission Web Portal for the United States District Court, Middle District of Florida ("Effective Friday, August 1, [2025], litigants without lawyers will not be permitted to submit filings through the court's web portal. Instead, litigants without lawyers must submit filings in person, by U.S. Mail, or by other delivery service.").1 The Middle District of Florida "discontinued its web portal to realign resources and ensure continued efficiency." See Sheets v. Pribble, No. 2:24-cv-958-JES-KCD, 2025 WL 2106679, at *1 (M.D. Fla. July

> 28, 2025). In light of the Court's recent decision to discontinue its web portal services to litigants without lawyers, Plaintiff's request to file documents electronically through the Court's web portal is denied.
>
> As to CM/ECF eligibility, pursuant to the Court's Administrative Procedures for Electronic Filing, "[a]bsent a court order, a pro se litigant is not permitted to file documents in CM/ECF." See Administrative Procedures for Electronic Filing (Aug. 1, 2025) for the United States District Court, Middle District of Florida. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." See Huminski v. Vermont, No. 2:13-cv-692-FTM-29, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014); McMahon v. Cleveland Clinic Found. Police Dep't, 455 F. App'x 874, 878 (11th Cir. 2011) (per curiam) (affirming denial of CM/ECF access for pro se litigant because there was "no good cause under the circumstances of the case to authorize his access"). In this instance, Plaintiff has not shown any extenuating circumstances or good cause under the circumstances presented to authorize his access to CM/ECF. Thus, Plaintiff's request for authorization to access and file documents in CM/ECF is denied.

42. Magistrate Lammens order is evidence of *prima facie* discrimination because U.S. Senate Candidate Neil J. Gillespie is not admitted to practice law. The Florida courts permit E-filing by nonlawyers and nonlawyers appearing pro se. The advantages to E-filing include:

- The ability to instantly file court documents, without the cost and delay of hand-delivery, postage, or third party carrier.
- The ability to file court documents 24 hours a day, seven days a week, instead of the limited hours and days maintained by the court.
- Extended filing deadlines to 11:59 PM seven days a week, instead of the limited hours and days maintained by the court.
- Compliance with 28 U.S.C § 452 - Courts always open: All courts of the United States shall be deemed always open for the purpose of filing proper papers, issuing and returning process, and making motions and orders.
- Compliance with 28 U.S.C. § 1654 - Appearance personally or by counsel. In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.

43. Also see LT DOC-15, <u>Exhibit 3</u>, Tim Reagan, Federal Judicial Center, February 20, 2025: (Exhibit 3a)

> This report compiles local rules and procedures in the ninety-four district courts on electronic filing by self-represented litigants. More than two thirds of the courts permit self-represented litigants to use the court's electronic filing system at least on a case-by-case basis. Twenty-nine courts (31%) generally prohibit electronic filing by self-

> represented litigants. The Northern District of Texas generally requires it. Ten other courts (11%) generally permit it. The remaining fifty-four courts (57%) permit self-represented litigants to request permission to use the electronic filing system. (Exhibit 3b)
>
> A 2022 report included a survey of rules and procedures and interviews with court staff in a selection of appellate, district, and bankruptcy courts: Federal Courts' Electronic Filing by Pro Se Litigants. (Exhibit 3c)

44. Previously Magistrate Lammens was rejected January 3, 2017 by the U.S. Senate on his nomination April 28, 2016 to be U.S. District Judge for the Northern District of Florida, to fill a vacancy of U.S. Judge John Richard Smoak. On May 29, 2015, all of Judge Smoak's cases were reassigned to other judges by an administrative order issued by Chief Judge M. Casey Rodgers. The record in this case shows the U.S. Senate was justified in rejecting Lammens' nomination.

45. On February 17, 2026, Chief Judge William H. Prior, Jr., U.S. Eleventh Circuit, entered an Order related to this case (Judicial Complaint Nos. 11-26-90021 and 11-26-90022) that states in relevant part that the court has no duty to timely rule on matters in a pending election. See LT DOC 21, Exhibit 1. This is the very definition of "conduct prejudicial to the effective and expeditious administration of the business of the courts, in violation of 28 U.S.C. § 351".

46. On January 11, 2026, ChatGPT evaluated Plaintiff's First Amended Complaint (LT DOC-10) in a matter of minutes and produced the evaluation appearing at LT DOC 21, Exhibit 2. This evaluation was made without cost. A U.S. Judge is currently paid $249,900 annually. A U.S. Magistrate Judge in the Middle District of Florida shows an annual salary of $229,908.

47. U.S. Senate Candidate Neil J. Gillespie sought election as mayor of the City of Ocala for better oversight of the Ocala Police Department. The Ocala Gazette reported, "Historically, the mayor's duties have been largely ceremonial. The mayor has no vote on the Ocala City Council but does hold veto power. The pay is a nominal $550 a month. However, there is one aspect of the job that literally involves life and death. Because of the structure of Ocala government, the

mayor, not the city council, has sole oversight of the Ocala Police Department." (Ocala Gazette, August 10, 2022)

48. U.S. Senate Candidate Neil J. Gillespie's Complaint (LT DOC-01) stated at ¶ 22:

> For example, on May 12, 2021, Sarah M. Thompson, age 35, died of a drug overdose in the hotel room of a convicted drug trafficker, Matthew Paul Smith, at the Stay & Save Extended Stay Hotel, Room 118, 2430 NE 2nd St, Ocala, FL 34470. The Ocala Police Department incident report could not determine where Sarah may have obtained the heroin, fentanyl and methamphetamine that killed her. The Ocala Police Department also failed to obtain the hotel's surveillance video showing her entering Room 118. Sarah left Room 118 dead in a body bag.

49. U.S. Senate Candidate Neil J. Gillespie's opponent, Ashley Moody, was the Florida Attorney General on May 12, 2021 when Sarah Thompson died of a drug overdose at the Stay & Save Extended Stay Hotel in the City of Ocala Florida. As the Attorney General, Ashley Moody was Chief Legal Officer for Florida on May 12, 2021.

50. The Ocala Police Department Report of Sarah's death called for obtaining surveillance video of Sarah entering room #118 as a living person, and leaving room #118 as a dead person in a body bag on May 12, 2021.

51. The Ocala Police Department report of Sarah's death, Incident # 202100066603, includes a Supplemental Narrative written by Detective B. Sirolli, badge number OPD 4232. Page 2 of the Supplemental Narrative, states in paragraph 5:

> "I made contact with the on-site manager, John Sabolesky in reference to surveillance video. Two cameras covered the exterior walkway that leads up the decedent's room. He stated he would have to contact Cox Cable to determine the best way to get video to me. I asked him for the time frame of 0600-1900 hours for 5/12/21. I gave him my business card with the case number and times written on it. He stated he would contact me tomorrow (5/13/21) to get me the video."

52. However the Ocala Police Department never obtained the surveillance video. John Sabolesky, the on-site manage, told U.S. Senate Candidate Neil J. Gillespie on April 29, 2022 a different story of what happened. Room 118 was rented to Matthew Smith, a convicted drug-

trafficker, according to a copy of the hotel receipt. John Sabolesky said that Sarah was a "mess" when he saw Smith take her to his room; meaning Smith knew Sarah was under the influence of drugs on May 12, 2021 and was in need of emergency medical treatment; instead Sarah died.

53. The hotel receipt for Room 118 rented to Matthew Smith shows PACER court numbers at the top of the receipt. That's because this receipt was filed as part of a court document (DOC 14) in the U.S. District Court for the Middle District of Florida, case no. 5:22-cv-37, a petition for writ of habeas corpus, U.S. Judge Roy B. Dalton, Jr. presiding, and Magistrate Judge Philip R. Lammens assisting. It appears the court had a conflict of interest hearing the case because Ashley Moody's father, Senior Judge James Moody Jr., also sits on that court.

54. Another problem with the receipt, it shows 2 occupants in the room, and John Sabolesky said that was a mistake, the room was only rented to Matthew Smith.

55. Detective Sirolli wrote in his Supplemental Narrative that Cox Cable was going to provide the surveillance video. But the Ocala Police Department responded to a public records request, that the video was never obtained:

> Good morning, Mr. Gillespie,
> I am unable to fulfill your request. Ocala Police Department is not in possession of video footage for this case from an external source, as it was never obtained.
> Sincerely, DG/OPD Records Team

56. U.S. Senate Candidate Neil J. Gillespie contacted his account executive at Cox Business, Heather Reys, on September 2, 2023, to see if he could get the surveillance video. Cox Business provides services to Justice Network. On September 13, 2023 Heather Reys responded:

> I have forwarded the question to my leadership team regarding the Cox Security Video, as I have no authorization to pull records and I am not sure how long these are stored.

57. Cox Business never provided the surveillance video, nor any further response.

58. On September 18, 2026 the United States Library of Congress informed U.S. Senate Candidate Neil J. Gillespie that his campaign website https://neilgillespie4senate.blogspot.com/ was selected for inclusion in the United States Election 2026 Web Archive, See https://neilgillespie4senate.blogspot.com/2026/10/inclusion-of-neil-j-gillespie-for-us.html

> "I believe my Notice to The Florida Bar: Anti-Weaponization Fund Federal Lawsuit, substantiates my Complaint of Election Fraud in the 2020 Election of Joe Biden and Kamala Harris (based on the Rule of Law, Separation of Powers Doctrine of Checks and Balances) filed with the Federal Election Commission, and the Supreme Court of the United States (PDF), with Notice to President Trump (PDF), is of special interest to We The People, my campaign for United States Senate, and my campaign Neil2028 (currently paused)."

59. On October 25, 2026, U.S. Senate Candidate Neil J. Gillespie received email from The White House (communications@mail.whitehouse.gov) announcing a "Fraud Whistleblower Incentive Program. Americans who report fraud at fraud.gov can earn a 1% commission on the fraud they help uncover, the President announced."

60. U.S. Senate Candidate Neil J. Gillespie plans to submit this Motion to the Fraud Whistleblower Incentive Program to report the following:

> Civil rights compliant submission number **665324-SWD** with the U.S. Department of Justice against Judge Sheri Polster Chappell and Magistrate Judge Philip R. Lammens alleging violation of 18 U.S.C. § 241, Conspiracy against rights.

61. U.S. Senate Candidate Neil J. Gillespie also moves the court to correct the Docket for appeal #26-10492 at CA11 DOC-14 and remove "MOTION for bail pending trial" from the description. CA11 DOC-14 is not a motion for bail. This is not a criminal matter. The US Eleventh Circuit COA does not conduct trials. This is an effort by the U.S. Eleventh Circuit Court of Appeals to threaten, embarrass and intimidate a candidate for public office.

WHEREFORE, U.S. Senate Candidate Neil J. Gillespie respectfully moves the court to recall the mandate, order SEO Wilcox to certify the residence of Neil J. Gillespie as 2801 SW

College Rd, STE 3, Ocala, FL 34474, and award a default judgment of $1 million dollars ($1,000,000) in damages to Neil Joseph Gillespie. Also, correct the Docket for appeal #26-10492 at DOC-14 and remove "MOTION for bail pending trial" from the description.

RESPECTFULLY SUBMITTED October 29, 2026.

_____________________

Neil J. Gillespie, Appellant pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Certificate of Service: I, Neil Joseph Gillespie, hereby certify I served this motion October 29, 2026 on the court's CM/ECF system.

Wesley Wilcox,
Marion County Supervisor of Elections
PO Box 289
Ocala, Florida 34478-0289

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

NON-PROFIT
US POSTAGE
PAID
QWM

SB04

# OFFICIAL SAMPLE BALLOT
# PAPELETA DE MUESTRA OFICIAL

105766466 SB04 1 31
*************SCH 5-DIGIT 34474
NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474-4430

**YOUR POLLING LOCATION:**
**PRECINCT** 0012

Oakcrest Baptist Church, Gym
1109 NE 28th St., Ocala, FL 34470

## EACH REGISTERED VOTER HAS THE RIGHT TO:

- Cast a vote if he or she is in line when the polls are closing.
- Ask for and receive assistance in voting.
- Receive up to two replacement ballots if he or she makes a mistake prior to the ballot being cast.

**If you have recently moved, please ensure that you change your address with the Election Center BEFORE voting.**

## ELECTION DAY INFORMATION

- Polls are open from 7:00AM - 7:00PM.
- Photo and Signature ID is required to vote by Florida Statute 101.043.

## VOTING AT THE POLLS ON ELECTION DAY

- The Election Center is not a polling location on Election Day.
- You must vote at the precinct in which you live.
- Polls open at 7:00AM and close at 7:00PM.
- You must bring photo and signature ID to the polls.

## CADA VOTANTE REGISTRADO TIENE EL DERECHO DE:

- Emitir su voto si él o ella está en línea cuando el centro de votación cierre.
- Pedir y recibir ayuda en la votación.
- Recibir hasta dos papeletas de reemplazo si él o ella comete un error antes de que la papeleta sea emitida.

**Si usted se ha mudado recientemente, por favor asegúrese de cambiar su dirección con el Centro Electoral ANTES de votar.**

## INFORMACIÓN DEL DÍA DE LAS ELECCIONES

- Los centros de votación estarán abiertos de 7:00AM - 7:00PM.
- Identificación con foto y firma se requerida para votar de acuerdo al Estatuto de Florida 101.043.

## VOTAR EN EL CENTRO DE VOTACIÓN EL DÍA DE LAS ELECCIONES

- El Centro Electoral no es un lugar de votación el Día de las Elecciones.
- Tiene que votar en el centro de votación en el distrito donde vive.
- Los centros de votación abren a las 7:00AM y cierran a las 7:00PM.
- Usted tiene que traer una identificación con foto y firma al centro de votación.

# OFFICIAL SAMPLE BALLOT • PAPELETA DE MUESTRA OFICIAL

For more information, please visit www.VoteMarion.Gov

Para más información, visite www.VoteMarion.Gov

# Official General Election Ballot / Papeleta Oficial Elección General
## November 3, 2026 / 3 de noviembre de 2026
## Marion County, Florida / Condado de Marion, Florida

- Instructions: To vote, fill in the oval completely (⬬) next to your choice.
- Use a Black or Blue Pen or Marker.
- If you make a mistake, ask for a new ballot. Do not cross out, or your vote may not count.
- To vote for a write-in candidate, fill in the oval and print the name clearly on the blank line provided for the write-in candidate.

- Instrucciones: Para votar, complete el óvalo completamente (⬬) al lado de su elección.
- Utilice una pluma o marcador negro o azul.
- Si comete un error, pida una nueva papeleta. No lo taches, o tu voto puede no contar.
- Para votar por un candidato por escrito, complete el óvalo e imprima el nombre claramente en la línea en blanco proporcionada para el candidato por escrito.

### United States Senator / Senador de los Estados Unidos
(Vote for One) / (Vote por Uno)

- ⬭ Ashley Moody — REP
- ⬭ Angie Nixon — DEM
- ⬭ Neil J. Gillespie — NPA

### Representative in Congress District 3 / Representante en el Congreso Distrito 3
(Vote for One) / (Vote por Uno)

- ⬭ Kat Cammack — REP
- ⬭ Seth Harp — DEM
- ⬭ Mike Klein — NPA

### Governor and Lieutenant Governor / Gobernador(a) y Vicegobernador(a)
(Vote for One) / (Vote por Uno)

- ⬭ Byron Donalds / Bryan Avila — REP
- ⬭ David Jolly / Gwen Graham — DEM
- ⬭ Scott Eckhard Jewett / Nicole Skelly — LPF
- ⬭ Charles Burkett / Ruben A. Coto — NPA
- ⬭ Frank J. Russo / Rachel Rodriguez — NPA
- ⬭ Moliere "Moe" Dimanche / Benjiman Rojas — NPA
- ⬭ Dean Ocean Abrams / Joe Van Vactor — NPA
- ⬭ Jeffrey Peter "Dr. Jeff" Datto / Juan Santana — NPA
- ⬭ Write-in / Por Escrito ______________________

### Attorney General / Procurador General
(Vote for One) / (Vote por Uno)

- ⬭ James Uthmeier — REP
- ⬭ Jose Javier Rodriguez — DEM

### Chief Financial Officer / Director Financiero
(Vote for One) / (Vote por Uno)

- ⬭ Blaise Ingoglia — REP
- ⬭ Annette Taddeo — DEM

### Commissioner of Agriculture / Comisionado de Agricultura
(Vote for One) / (Vote por Uno)

- ⬭ Wilton Simpson — REP
- ⬭ Joey Mendoza Atkins — DEM
- ⬭ Write-in / Por Escrito ______________________

### Board of County Commissioners District 4 / Junta de Comisionados del Condado Distrito 4
(Vote for One) / (Vote por Uno)

- ⬭ Jeff Bairstow — REP
- ⬭ Write-in / Por Escrito ______________________

### Justice of the Supreme Court / Juez del Tribunal Supremo

Shall Justice Carlos G. Muñiz of the Supreme Court be retained in office?

¿Debe Juez Carlos G. Muñiz del Tribunal Supremo ser retenido en oficina?

- ⬭ Yes / Sí
- ⬭ No / No

### District Court of Appeal / Tribunal de Apelación de Distrito

Shall Judge John M. Harris of the Fifth District Court of Appeal be retained in office?

¿Debe Juez John M. Harris del Tribunal de Apelación del Quinto Distrito ser retenido en oficina?

- ⬭ Yes / Sí
- ⬭ No / No

Shall Judge Scott D. Makar of the Fifth District Court of Appeal be retained in office?

¿Debe Juez Scott D. Makar del Tribunal de Apelación del Quinto Distrito ser retenido en oficina?

- ⬭ Yes / Sí
- ⬭ No / No

Shall Judge F. Rand Wallis of the Fifth District Court of Appeal be retained in office?

¿Debe Juez F. Rand Wallis del Tribunal de Apelación del Quinto Distrito ser retenido en oficina?

- ⬭ Yes / Sí
- ⬭ No / No

### School Board District 4 / Consejo Escolar Distrito 4
(Vote for One) / (Vote por Uno)

- ⬭ Mike Mills
- ⬭ Brigitte Smith

### School Board District 5 / Consejo Escolar Distrito 5
(Vote for One) / (Vote por Uno)

- ⬭ Donald "Donny" Barber
- ⬭ Sarah James

### Soil & Water Conservation District District 5 / Distrito de Conservación de Suelos y Aguas Distrito 5
(Vote for One) / (Vote por Uno)

- ⬭ Deborah A. Edwards
- ⬭ Vivi Serena

### No. 1 Constitutional Amendment Article III, Section 19 / N.° 1 Enmienda Constitucional Artículo III, Sección 19

**Budget Stabilization Fund**

Proposing an amendment to the State Constitution to increase the amount of funds that may be retained in the budget stabilization fund from 10% to 25% of general revenue collections, require the legislature to transfer the lesser of $750 million or the amount required to reach 25% of the general revenue collections each year unless certain conditions are met, and allow the legislature to withdraw funds for critical state needs.

**Fondo de la Estabilización Presupuestaria**

Propuesta de enmienda a la constitución estatal para aumentar la cantidad de fondos que pueden retenerse en el fondo de estabilización presupuestaria del 10 % al 25 % de los ingresos generales recaudados, requerir a la legislatura que transfiera la menor de las siguientes cantidades: 750 millones de dólares o la cantidad necesaria para alcanzar el 25 % de los ingresos generales recaudados cada año, a menos que se cumplan ciertas determinadas condiciones, y permitir a la legislatura retirar fondos para necesidades estatales críticas.

- ⬭ Yes / Sí
- ⬭ No / No

### No. 2 Constitutional Amendment Article VII, Section 3 Article XII / N.° 2 Enmienda Constitucional Artículo VII, Sección 3 Artículo XII

**Exemption of Tangible Personal Property on Agricultural Land From Taxation**

Proposing an amendment to the State Constitution to exempt tangible personal property habitually located or typically present on land classified as agricultural, used in the production of agricultural products or for agritourism activities, and owned by the landowner or leaseholder of the agricultural land from ad valorem taxation. If approved this amendment would first apply for tax years beginning January 1, 2027.

**Exención Impositiva de los Bienes Muebles Tangibles Situados en Terrenos Agrícolas**

Propuesta de enmienda a la constitución estatal para eximir impositivamente los bienes muebles tangibles que se encuentren habitualmente o estén normalmente presentes en terrenos clasificados como agrícolas, que se utilicen en la producción de productos agrícolas o para actividades de agroturismo, y que sean propiedad del propietario o del arrendatario de dichos terrenos agrícolas de impuesto ad valorem. Si se aprueba, esta enmienda empezaría a aplicarse a los periodos fiscales que comiencen el 1 de enero de 2027.

- ⬭ Yes / Sí
- ⬭ No / No

This Sample Ballot was prepared in accordance with Section 101.20(2), Florida Statutes, and furnished by Wesley Wilcox, Supervisor of Elections.
This translation has been prepared in compliance with Rivera Madera v. Detzner, No. 1:18-CV-152-MW/GRJ, 2018 WL 4289625 (N.D. Fla. Sept. 10, 2018).

**No. 3 Constitutional Amendment**
**Article VII, Sections 4, 6 and 9**
**Article XII**

**N.° 3 Enmienda Constitucional**
**Artículo VII, Secciónes 4, 6 y 9**
**Artículo XII**

**Increased Homestead Exemption; Lower Cap on Increases in Non-Homestead Property Assessments**

This amendment increases the homestead exemption, for all non-school taxes, to $150,000 in 2027 and $250,000 in 2028, and adjusts for inflation thereafter. It requires the Legislature to prescribe a uniform procedure for counties and municipalities, for their respective levies, to increase the homestead exemption up to full assessed value, and allows special districts, subject to referendum approval, to do the same.

Persons who are not Florida residents on December 31, 2026, will receive the existing homestead exemption upon qualifying for a homestead exemption, with the increased homestead exemption beginning with the fifth year of exemption, to the extent permitted by the U.S. Constitution.

This amendment reduces the annual cap on assessment increases for non-homestead properties from 10% to 5%.

This amendment requires counties and municipalities to use property taxes solely for public safety, education and schools, infrastructure, natural resources, bond debt service, retirement benefits for employees, and operations and administration. Other expenditures may be approved by county officers or county or municipal governing bodies unless prohibited by general law, notwithstanding Article VII, Section 9(a) of the Florida Constitution, which allows counties and municipalities to levy property taxes for their respective purposes.

This amendment takes effect January 1, 2027.

**Mayor Exención Por Vivienda Familiar; Tope Inferior a Los Aumentos en las Valoraciones de los Bienes Inmuebles que no sean por Viviendas Familiares**

Esta enmienda aumenta la exención por vivienda familiar, para todos los impuestos no escolares, a $150,000 en el año 2027 y a $250,000 en el año 2028, y a partir de entonces, se ajustará en función de la inflación. Esta enmienda exige a la Asamblea Legislativa que establezca un procedimiento uniforme para que los condados y los municipios, en lo que respecta a sus respectivos impuestos, aumenten la exención por vivienda familiar hasta el valor catastral total, y permite a los distritos especiales, previa aprobación mediante referéndum, que hagan lo mismo.

Las personas que no sean residentes de Florida el 31 de diciembre de 2026 podrán acogerse a la exención por vivienda familiar actualmente vigente en el momento en que cumplan los requisitos para ello, y la exención ampliada se aplicará a partir del quinto año de exención, en la medida en que lo permita la Constitución de los Estados Unidos.

Esta enmienda reduce el tope anual de los aumentos de valoración para las propiedades que no sean viviendas familiares del 10 % al 5 %.

Esta enmienda exige a los condados y municipios que aloquen los impuestos sobre la propiedad exclusivamente a la seguridad pública, la educación y las escuelas, las infraestructuras, los recursos naturales, el servicio de la deuda mediante bonos, las prestaciones de jubilación de los empleados y las operaciones y la administración. Otros gastos podrán ser aprobados por los funcionarios del condado o por los órganos de gobierno del condado o del municipio, salvo que lo prohíba la legislación general, sin perjuicio de lo dispuesto en el artículo VII, sección 9(a), de la Constitución de Florida, que permite a los condados y municipios recaudar impuestos sobre la propiedad para sus respectivos fines.

Esta enmienda entrará en vigor el 1 de enero del año 2027.

- ⬭ Yes / Sí
- ⬭ No / No

**Approval of continuing one mill ad valorem tax for School District operating expenses**

**Aprobación de la continuación del impuesto ad valorem de un milésimo para gastos operativos del Distrito Escolar**

Shall the Marion County School District's one mill ad valorem millage be continued, beginning July 1, 2027, and ending June 30, 2031, for necessary operating expenses including safe schools, reading, physical education, art, music, early learning, library/media, and vocational programs; and retaining State Certified teachers and paraprofessionals with oversight of these expenditures by an independent citizens financial oversight committee?

¿Debe continuarse el impuesto ad valorem de un milésimo del Distrito Escolar del Condado de Marion, desde el 1 de julio de 2027 hasta el 30 de junio de 2031, para cubrir los gastos operativos necesarios, incluyendo escuela de seguridad, lectura, educación física, arte, música, educación infantil, biblioteca/medios y programas vocacionales; y la retención de maestros y auxiliares docentes certificados por el estado, con la supervisión de estos gastos por parte de un comité independiente de supervisión financiera ciudadana?

- ⬭ Yes / Sí
- ⬭ No / No

**MARION COUNTY GENERAL OBLIGATION BOND REFERENDUM FOR PARKS, TRAILS, CLEAN WATER PROTECTION, FARMS AND FORESTS**

**REFERÉNDUM SOBRE BONOS DE OBLIGACIÓN GENERAL DEL CONDADO DE MARION PARA PARQUES, SENDEROS, PROTECCIÓN DE AGUAS LIMPIAS, GRANJAS Y BOSQUES**

To acquire and improve lands and conservation easements for parks, trails, and recreational facilities, preserve and protect natural lands, farms, forests, and quality of drinking water sources, springs, rivers and lakes, shall Marion County issue bonds up to $140 million principal amount, maturing within 20 years of each issuance, bearing interest not exceeding the maximum legal rate, payable from countywide ad valorem taxes not exceeding 0.35 mills, with full public disclosure of all spending?

¿Debería el Condado de Marion emitir bonos por un monto de capital de hasta 140 millones de dólares, con vencimiento dentro de los 20 años posteriores a cada emisión y con intereses que no excedan la tasa legal máxima, pagaderos mediante impuestos ad valorem aplicados en todo el condado que no superen los 0.35 mils, para adquirir y mejorar terrenos y acuerdos de conservación destinados a parques, senderos e instalaciones recreativas, así como para preservar y proteger áreas naturales, granjas, bosques y las fuentes de agua potable, incluidos manantiales, ríos y lagos, garantizando la plena divulgación pública de todos los gastos?

- ⬭ Yes / Sí
- ⬭ No / No

**End of Ballot**
**Fin de la Papeleta**

# *Candidate Tracking System*

## 2026 General Election

United States Senator

## Neil J. Gillespie

No Party Affiliation

**Address**
2801 SW College Road, Suite 3
Ocala, FL 34474

**Phone:**

**Status:**Qualified
**Date Filed:**03/16/2026
**Date Qualified:**04/24/2026
**Method:**Paid Qualifying Fee

Federal Campaign Reports

Campaign Documents

# Campaign Documents Search

Forms are available in Adobe's Acrobat PDF format for viewing or printing at your site. Accessing documents in PDF format requires use of Adobe's Acrobat Reader, which may be installed free of charge.

| | |
|---|---|
| Account Num | |
| Account Name | |
| Account Type | all |
| Form Desc | |
| Election Id | all |
| Office Desc | |
| Submit | Clear |

| Name | Type | Received | Description | Select |
|---|---|---|---|---|
| Gillespie, Neil J. | CAN | 04/24/26 | Check | PDF |
| Gillespie, Neil J. | CAN | 04/24/26 | Candidate Oath - Judicial Office | PDF |
| Gillespie, Neil J. | CAN | 04/24/26 | Miscellaneous | PDF |
| Gillespie, Neil J. | CAN | 03/17/26 | Acknowledgment Letter | PDF |
| Gillespie, Neil J. | CAN | 03/16/26 | Federal Candidate Notice | PDF |

Image# 202603139837954996

PAGE 1 / 2

# FEC FORM 2

## STATEMENT OF CANDIDACY

RECEIVED
DEPARTMENT OF STATE
2026 MAR 16 PM 12: 44
DIVISION OF ELECTIONS
TALLAHASSEE. FL

1. (a) Name of Candidate (in full)
Gillespie, Neil, Joseph, ,

(b) Address (number and street) ☐ Check if address changed
2801 SW College Rd
STE 3

2. Candidate's FEC Identification Number
S6FL00863

(c) City, State, and ZIP Code
Ocala FL 34474

3. Is This Statement ☐ New (N) OR ☒ Amended (A)

4. Party Affiliation
NPA

5. Office Sought
Senate

6. State & District of Candidate
FL 00

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the 2026 (year of election) election(s).

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
Neil J Gillespie for US Senate

(b) Address (number and street)
2801 SW College Rd
STE 3

(c) City, State, and ZIP Code
Ocala FL 34474

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES

(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Gillespie, Neil, Joseph, ,* | 03/13/2026 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

# FEC MISCELLANEOUS TEXT RELATED TO A REPORT, SCHEDULE OR ITEMIZATION

**Form/Schedule:** F2A
**Transaction ID :**

I am a No Party Affiliation (NPA) candidate.

**Form/Schedule:**
**Transaction ID:**

# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

March 17, 2026

Neil Joseph Gillespie
Candidate for United States Senate (89955)
2801 Southwest College Road, Suite 3
Ocala, Florida 34474

Dear Mr. Gillespie:

This will acknowledge receipt of your request to have your name placed on the Division of Elections' website as a candidate for the office of United States Senate. Your name has been placed on the 2026 active candidate list.

All of the Division of Elections' publications and forms are available on the Division's website at dos.fl.gov/elections. It is your responsibility to read, understand, and follow the requirements of Florida's election laws. Therefore, please print a copy of Chapter 99, Florida Statutes, and the Federal Qualifying Handbook.

Federal candidates should also contact the **Federal Election Commission** for further information on campaign finance. The website for the Federal Election Commission is www.fec.gov or call 1-800-424-9530.

If you have any questions, please contact this office at (850) 245-6280.

Sincerely,

Ikay L. Reeve, Chief
Bureau of Election Records

ILR/bnh

**IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT**
**IN AND FOR LEVY COUNTY, FLORIDA**

RECEIVED
2026 APR 24 AM 10: 20
DIVISION OF ELECTIONS
TALLAHASSEE, FL

HAND DELIVERED

**A.D. ANDREWS,**
Plaintiff,

Case No.: **38-2008-CA-000032**

vs.

**GRADY HARTZOG,** in his official capacity
As City Manager of the City of Chiefland,
**CONNIE ASBELL,** in her official capacity as
Levy County Supervisor of Elections, and
**KURT S. BROWNING,** in his official capacity as
Florida Secretary of State,
Defendants.
_____________________________________/

**SUMMARY FINAL JUDGMENT FOR PLAINTIFF**

**THIS CAUSE** was heard on Plaintiff's Motion for Summary Judgment on Complaint for Declaratory Judgment. The Court being fully advised in the premises, **FINDS:**

1. The issue presented to the Court is whether Plaintiff, A.D. Andrews, is a resident of Chiefland, Florida and therefore properly registered and entitled to vote as an elector of the municipality of Chiefland, Florida under F.S. Chapter 97.

2. In the context of voting, "legal residence" means domicile, which "…is the place where a person has a fixed abode with the present intention of making it their permanent home." Walker v. Harris, 398 So. 2d 955 (Fla. 4th DCA 1981). The Plaintiff's subjective intent is a significant factor, but there must be a concurrence of both fact and intention. Bloomfiled v. St Petersburg Beach, 82 So. 2d 364 (Fla. 1955); Perez v. Marti, 770 So. 2d 284 (Fla. 2000)(Legal residence consists of the concurrence of both fact and intention.); Kevloh v. Carter, 699 So 2d 285 (Fla. 5th DCA 1997).

3. The Court considered Plaintiff's motion, Defendants' response, all evidence, depositions and affidavits properly filed with the Court and arguments of counsel.

4. The facts presented were not disputed.

5. Florida Statutes, the Florida Administrative Code and case law establish that 'domicile' is a state of mind, therefore subjective. However, mere state of mind is not enough. There must also be sufficient facts to support the moving party's claim. Legal residence requires convergence of facts and intent.

6. Among the more compelling of the undisputed facts is that for the past forty-four (44) years, Mr. Andrews has never made a claim of domicile or legal residence *different from* that which he asserts in his Complaint for Declaratory Judgment. Depositions and affidavits on file with the Court discuss such matters as the Zoning Code for the City of Chiefland; Federal Income Tax Returns of Mr. Andrews and the days (and nights) that he lives at his office in Chiefland.

7. The mere fact that there may or may not be a zoning code violation has no bearing on the right to vote based upon legal residence. A hypothetical argued by Plaintiff's Counsel about a homeless person living on a park bench in violation of a city's zoning ordinances demonstrates this principle.

8. Nothing in the presentation of the defendants in this case disproves or negates the legal residence asserted by Plaintiff, Mr. Andrews.

9. While the Court recognizes that the legal residence claimed by the Plaintiff is not zoned for residential use might not be what the Court or Defendants consider a residence, the Court cannot substitute its own judgment for the intent of Plaintiff, given the statutory and case law applicable to this case.

10. It seems logical to this Court that a person's legal residence *ought to be* where his intact family resides. But that is not the law. The law applicable to this case clearly establishes that legal residence is determined by a person's state of mind, as supported by facts. Plaintiff, A.D. Andrews, has established sufficient undisputed facts which concur with and prove his *demonstrated intent* to establish his residence in Chiefland, Florida.

11. This Court has no intention of crafting 'legislation' by judicial fiat. Doing so would be improper and would merely add confusion to existing law regarding legal residence or domicile for voting purposes.

12. This ruling does not open 'flood gates' for business owners to vote by location of their businesses. The Court's determination is based on the unique circumstances presented by Plaintiff in this case and is limited in application to these facts.

It is therefore, **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Summary Judgment is hereby ***granted***.

2. Plaintiff, A.D. Andrews is a resident of Chiefland, Florida, and has the right to vote as an elector in the municipality of the City of Chiefland pursuant to the Florida Election Code, Chapter 97, Florida Statutes.

**DONE AND ORDERED** in Chambers in Bronson, Levy County, Florida on January 19, 2009, Nunc Pro Tunc to November 20, 2008.

[signature]

**DAVID A. GLANT,** Circuit Judge

COUNTY AND CIRCUIT COURT SUUM CUIQUE LEVY COUNTY, FLORIDA

Copies provided to:

Jack M. Ross, Esq.
Ronald A. Labasky, Esq.
Sabrina E. Redd, Esq.
Grady Harzog

COUNTY AND CIRCUIT COURT SUUM CUIQUE LEVY COUNTY, FLORIDA

[signature] 1/20/09
Judicial Assistant

ORIGINAL

IN THE CIRCUIT COURT OF FLORIDA
EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY

CASE NO. 38-2008-CA-000032

**A.D. ANDREWS,**

Plaintiff,

vs.

**GRADY HARTZOG**, in his official capacity As City Manager of the City of Chiefland, **CONNIE ASBELL**, in her official capacity as Levy County Supervisor of Elections, and **KURT S. BROWNING**, in his official capacity as Florida Secretary of State,

Defendants.

RECEIVED
2026 APR 24 AM 10: 22
DIVISION OF ELECTIONS
TALLAHASSEE, FL

Hand Delivered

---

Proceedings: **Motion Hearing, EXCERPT OF PROCEEDINGS, JUDGE'S RULING.**

Before: THE HON. JUDGE DAVID A. GLANT, Circuit Court Judge.

Date: November 20, 2008

Time: 12:43 P.M.

Place: Courtroom A, Levy County Courthouse, Bronson, Florida.

APPEARANCES:

**JACK M. ROSS. ESQ.**
Jack M. Ross, P.A.
204 West University Avenue, Suite 4
Post Office Drawer 1168
Gainesville, Florida 32602
Appearing for Plaintiff

CONTINUED APPEARANCES:

**KELLY MCNEAL, ESQ.**
Jack M. Ross, P.A.
204 West University Avenue, Suite 4
Post Office Drawer 1168
Gainesville, Florida 32602
Appearing for Plaintiff

**RONALD A. LABASKY, ESQ.**
Young Van Assendep, P.A.
Gallie's Hall
225 South Adams Street, Suite 200
Tallahassee, Florida 32301
Appearing for Defendant Asbell

**SABRINA E. REDD, ESQ.**
Assistant Attorney General
Office of the Attorney General
Civil Litigation Bureau
501 East Kennedy Boulevard, Suite 1100
Tampa, Florida 33602
Appearing for Defendant Browning

(Whereupon, the following is an excerpt of these proceedings which were had in open court:)

* * * * *

THE COURT: This is a complaint for declaratory judgment. And the question that's posed by the declaratory judgment complaint is whether or not the plaintiff in this case, Mr. Andrews, is entitled to vote in the City of Chiefland elections. That's the question posed and it cites Chapter 97, the election code of Florida Statutes. So what all this argument that we've been talking about, all the paperwork that's been filed, all comes down to that issue, is Mr. Andrews entitled to a declaratory judgment in his favor to allow him to vote in the municipality of Chiefland.

The short answer is yes and for these reasons: logically, to me personally -- not necessarily sitting as a judge, but logically, to me personally, a person's home, and therefore legal residence, would logically be where does his intact family reside, if he has an intact family, and where does he sleep most of the time. That would be a very -- to me -- a pretty straightforward definition. But that's not the definition that I have to work with and I'm not allowed to create a definition that I fancy myself.

In this particular case, the Florida Statute, the administrative code, and the case law in essence declare that domicile is the state of mind. If the state of mind is

subjective and therefore that has a big factor but not the only factor in making that decision, that determination. The state of mind all by itself is not enough. There has to be facts to support the claim, fact to support the claim of intent.

Both sides in this litigation agree, and they've stated it differently, but they all come to the same point and that is that the legal residence of a person is the conversions of the facts and the intent. There are really no disputed facts. I didn't hear any dispute among the facts -- between the parties about disputed facts. There is none revealed by the documents I'm entitled to review for the purpose of summary judgment. The dispute is about the interpretation of those facts. But that's where it becomes difficult because the interpretation of the facts also then spill over into interpretation of the intent and maybe what it should be, or what in the eyes of somebody else it ought to be or looks like.

But the facts in all that I'm entitled to look at, which I did look at, do support Mr. Andrews' claim that he is a legal resident for the purposes of voting, that's Chapter 97 that is, in the City of Chiefland. The case law, the statutes, the Florida Administrative Code, define domicile, they define legal residence. And I'm not going to recite it all here, but I'll ask you, Mr. Ross, to do that in the

order. We went through the statutes, the Florida Voter's Guide, the Administrative Code provisions, the Florida Supreme Court decision -- the Florida 5th District Court decision. All those discuss residency and domicile and give definitions of them.

Some of the more compelling things, but not limited to this, is the fact that for forty-four years Mr. Andrews has never made a different claim then what he's making right now. If you go down the list of things, which we did -- were all recounted here in the affidavit. If you look at the affidavit and go down that list, they all establish the residence to be where he says he intends it to be. The facts just don't challenge the intent. Nothing presented by the defendants in this case disproved that domicile. Although I do agree with one of the arguments that Mr. Ross made and that is that somebody else might have made a different choice about what his domicile would be based upon those facts, but that's not the choice that Mr. Andrews made way back yonder.

I'm looking at the Florida Supreme Court case and, you know, the legislature has the ability to change the law by merely passing an act and making it legislation and the governor signs it and it becomes new law. The Florida Supreme Court has the luxury of changing the law by receding from previous cases or by giving it a new interpretation that has never been done before. But I'm a trial court. I don't

have the luxury of writing the law the way that I think it ought to be. I don't have the luxury of plugging in Judge Glant's own definition of domicile. If I did do that, first, it would be wrong because I'm not a legislature, I'm a judge. And, secondly, honestly, I would just be adding to the confusion that's already apparently in existence in this case anyway.

I'm well aware that sooner or later this will all get sorted out and there will probably be a quite definitive definition of domicile. But this trial court does not have the power to create legislation and has no intention of creating legislation from the bench. So I say that because, again, repeating some comment I made in the opening, was quite simply that logically speaking you would say this can't be a hard question, this can't be a difficult question. But, in fact, when you look at the things that I've cited, the authorities of Florida law, in fact, it points me to only one conclusion that I can draw and that's the one that I have decided in this case.

And so for the purposes of the declaratory judgment, the question -- the specific question presented under the specific facts, under the specific statutes cited, I am granting summary judgment in favor of the plaintiff. I'll ask Mr. Ross, if you would sir, please prepare the order. I am adopting the arguments that you have made.

I will address a couple of the arguments that the defense has made and that is -- one of the arguments was that, well, Mrs. Andrews lives elsewhere, but I don't intend to expand the scope of the question beyond what was pled. The fact that the federal income tax deduction was claimed by the parties who file a joint return I think is sufficiently dealt with by the deposition and the affidavits in the court file, the CPA. And, actually, in the argument in opposition to what the CPA said was argument and there was nothing -- there's no affidavit in there that disputed what was stated.

I agree that having his -- having Mr. Andrews' residence being determined where he claims that it is in Chiefland raises a specter of other issues, like the obvious one that everybody here has talked about and that's a zoning issue. No where in the definitions, or the discussion, or the cases, or the code does it bring zoning into play. And, frankly, the argument -- it may at first sound not logical, but the argument about a homeless person living in violation of zoning and being able to vote is also persuasive, frankly. But it's not just that.

If you look at the weight of actions that Mr. Andrews has taken over the years and the consistency of that, it supports his claim. And that very fact would also prevent somebody else who, let's say, had the business in Chiefland saying well if he can do it I can do it too. Well, not so

fast, because that's not what I ruled. I did not create any kind of a -- open any kind of a flood gate for every business owner in Chiefland or any other town to vote. I ruled on these facts, this law, this moment in time, this question presented. Mr. Ross, sir, prepare the order.

MR. ROSS: Yes, sir. Thank you, Your Honor.

THE COURT: Court's adjourned.

THE BAILIFF: All rise.

(Whereupon, the hearing was concluded at 12:54 p.m.)

REPORTER'S CERTIFICATE OF ACCURACY

STATE OF FLORIDA

COUNTY OF LEVY

I, Brandi L. White, C.E.R.T., Digital Court Reporter, Eighth Judicial Circuit of Florida, do hereby certify that:

A Motion Hearing was held in re: **A.D. ANDREWS vs. GRADY HARTZOG, et al.**, Circuit Court of Levy County, Florida, before the Hon. David A. Glant, Circuit Court Judge, on November 20, 2008.

That I was authorized to and did transcribe the Digitally Recorded **excerpt proceedings** had during said Civil Motion Hearing and that the foregoing pages, numbered 1 through 9, inclusive, constitute a true and correct transcription as permitted by the quality of said digital recording.

I further certify that I am neither of counsel nor related to or employed by any party to the action, nor financially interested in the outcome of said cause.

IN WITNESS THEREOF, I have hereunto affixed my hand on January 13, 2009.

Brandi L. White

Brandi L. White, C.E.R.T.
Digital Court Reporter
Eighth Judicial Circuit of Florida
Levy County Court Reporting Office
Post Office Box 610
Bronson, Florida 32621
352-486-5458

GREGORY C HARRELL CLERK & COMPTROLLER MARION CO
DATE: 08/06/2025 10:54:19 AM
FILE #: 2025105242 OR BK 8680 PG 1563
REC FEES: $10.00 INDEX FEES: $0.00
DDS: $0 MDS: $0 INT: $0

**Hand Delivered**

RECEIVED
2026 APR 24 AM 10:23
DIVISION OF ELECTIONS
TALLAHASSEE

**DECLARATION OF DOMICILE**

To the Clerk of the Circuit Court and Comptroller of Marion County, Florida.

This is my declaration of domicile in the State of Florida that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

FOR DOMICILIARIES OF THE STATE OF FLORIDA:

I hereby declare that I reside in and maintain a place of abode at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

Which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above described residence and abode in the State of Florida constitutes my predominant and principle home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

I formerly resided at:

8092 SW 115th Loop (02-09-2005 to 05-19-2022)
(Street Address)
Ocala, Marrion County, Florida 34481
(City and County) (State and Zip Code)

and the place or places where I maintain another or other places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

None.

Neil Joseph Gillespie
Print Name
[signature]
Signature

STATE OF FLORIDA
COUNTY OF MARION

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 06 day of August, 2025 by Neil Joseph Gillespie.

[signature]
Signature and Title of Notarizing or Attesting Official

Brent Martin
(Print, type, or stamp commissioned name of Notary Public)

BRENT C. MARTIN
MY COMMISSION # HH 505305
EXPIRES: March 18, 2028

Personally Known ☐ OR Produced Identification ☒

Type of Identification Produced: FL DL

RECEIVED
2026 APR 24 AM 10: 36
DIVISION OF ELECTIONS
TALLAHASSEE, FL

Hand Delivered

DECLARATION OF NEIL JOSEPH GILLESPIE

FOR DECLARATORY JUDGMENT - RULE 57 AND 28 USC 2201
To register to vote in the City of Ocala, where Plaintiff Gillespie works and lives:
2801 SW College Rd., STE 3, Ocala, Florida 34474 (City of Ocala)

1. My name is Neil Joseph Gillespie. I make this declaration within the United States pursuant to 28 U.S.C. § 1746(2) on personal knowledge unless otherwise stated.

2. My Declaration of Domicile August 6, 2025 appears at Exhibit A.

3. Evidence of my homelessness appears at Exhibit B: Writ of Possession served on me May 19, 2022 at 8092 SW 115th Loop, Ocala, FL 34481, with eviction photos.

4. Email June 9, 2022 from Cynthia Paddock, Joint Office on Homelessness, City of Ocala, to Neil J. Gillespie at celticein@yahoo.com appears at Exhibit C. Ms. Paddock wrote in relevant part, "The only immediate housing if needed would be to go to a shelter and there is currently shelter available for men at the Salvation Army Center of Hope, located at 320 NW 1 st Ave., Ocala, and their number is (352)732-8326."

5. On July 21, 2022 I submitted, as Neil Joseph Gillespie d/b/a Justice Network, an application with a $35 fee to rent a Neighborhood Workspace unit located at 1535 NE 8th Avenue, Ocala, FL. Page 1 of the application, and page 1 of the screening, appear at Exhibit D. On July 29, 2022 Todd Rudnianyn called me and said in essence, 'Getting a lot of interest in the property, so we can't rent to you, will refund your application fee." Todd Rudnianyn manages NSC 8TH AVE, LLC shown on the property card for the Neighborhood Workspace address.

6. On August 2, 2022, Stacy Collier, Executive Director of Saving Mercy Incorporated, affiliated with Blessed Trinity Catholic Church, a referral from United Way of Marion County, refused to lease me a room at Saving Mercy Village, 3601 W. Silver Springs Blvd., Ocala, FL.

7. Marion Senior Services, 1101 SW 20 Ct. Ocala, FL 34471, refused to provide me services while homeless, and trespassed me from the property in 2022. Marion County Sheriff Billy Woods was vice president of Marion Senior Services, Inc. Attorney Samantha Shealy Rauba, FL Bar #59503, served on the Board of Directors of Marion Senior Services, Inc.. Mrs. Shealy Rauba is married to Erik John Rauba, FL Bar # 59429. Mr. Rauba is employed by the State Attorney for the Fifth Judicial Circuit, 110 NW 1st Ave. Ste 5000, Ocala, FL 34475. Also see Neil J. Gillespie v. Florida, US. Supreme Court Petition No. 20-929 for writ of certiorari.

8. My 2025-2026 Florida Vehicle Registration appears at Exhibit E: Tag # HYHG09, 2013 Dodge Grand Caravan, Neil Joseph Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474.

9. My Florida drivers license #[redacted], replaced April 7, 2023, shows Neil Joseph Gillespie, 2801 SW COLLEGE RD STE 3 OCALA, FL 34474.

RECEIVED
Date: 8/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

DECLARATION OF NEIL JOSEPH GILLESPIE

10. A 2024 Jury duty notice appears at Exhibit F, from the Marion County Clerk, addressed and mailed to Neil Joseph Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430.

11. The Social Security Administration provided a 2025 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit G).

12. The Social Security Administration provided a July 10, 2023 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit H).

13. The Social Security Administration provided a December 21, 2023 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit I).

14. The Social Security Administration provided a May 15, 2024 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit J).

15. A Wells Fargo Everyday Checking statement May 31, 2024 (page 1, redacted) addressed to Neil J. Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430 appears at Exhibit K.

16. A Wells Fargo Everyday Checking statement July 31, 2025 (page 1) addressed to Neil J. Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430 appears at Exhibit L.

17. A July 2024 benefit report from Ultimate Health Plans addressed to Neil Gillespie, 2801 SW College Rd, STE 3, Ocala, FL 34474, appears at Exhibit M, and shows on page 9 of 13 Gillespie requires dental treatment in the amount of $173,280. (page 1, 9 and envelope)

18. A July 10, 2025 plan information letter from Freedom Health to Neil J. Gillespie, 2801 SW College Road, STE 3, Ocala, FL 34474 appears at Exhibit N. (page 1 redacted, envelope)

19. A letter from Wesley Wilcox, Marion County Supervisor of Elections to Neil J. Gillespie, 2801 SW College Rd, Unit 3, Ocala, FL 34474, rejecting Gillespie's application to vote, dated "August 2025" by Wilcox, Received August 7, 2025 by Gillespie, with envelope. (Exhibit O)

20. A letter from Wesley Wilcox, Marion County Supervisor of Elections to Neil J. Gillespie, 2801 SW College Rd, Unit 3, Ocala, FL 34474, rejecting Gillespie's application to vote, dated "August 2025" by Wilcox, Received August 8, 2025 by Gillespie, with envelope. (Exhibit P)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2025, in the City of Ocala, Marion County, Florida.

[signature]

Neil Joseph Gillespie
2801 SW College Rd., STE 3
City of Ocala, Marion County, Florida 34474

EXHIBIT
A

GREGORY C HARRELL CLERK & COMPTROLLER MARION CO
DATE: 08/06/2025 10:54:19 AM
FILE #: 2025105242 OR BK 8680 PG 1563
REC FEES: $10.00 INDEX FEES: $0.00
DDS: $0 MDS: $0 INT: $0

**DECLARATION OF DOMICILE**

To the Clerk of the Circuit Court and Comptroller of Marion County, Florida.

This is my declaration of domicile in the State of Florida that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

FOR DOMICILIARIES OF THE STATE OF FLORIDA:

I hereby declare that I reside in and maintain a place of abode at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

Which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above described residence and abode in the State of Florida constitutes my predominant and principle home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

I formerly resided at:

8092 SW 115th Loop (02-09-2006 to 05-19-2022)
(Street Address)
Ocala, Marrion County, Florida 34481
(City and County) (State and Zip Code)

and the place or places where I maintain another or other places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

None.

Neil Joseph Gillespie
Print Name
Signature

Certified A True Copy of 1 page document this 6 day of Aug 20 25
GREGORY C. HARRELL
Clerk of Court and Comptroller
By ______ D.C.

STATE OF FLORIDA
COUNTY OF MARION

Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online notarization, this 06 day of August, 2025 by Neil Joseph Gillespie.

Signature and Title of Notarizing or Attesting Official

BRENT C. MARTIN
MY COMMISSION # HH 505305
EXPIRES: March 18, 2028

Brent Martin
(Print, type, or stamp commissioned name of Notary Public)

Personally Known [ ] OR Produced Identification [X]
Type of Identification Produced: FL DL

**MARION COUNTY SHERIFF'S OFFICE**
**MARION, FLORIDA**

**B**

WRIT OF POSSESSION
**RETURN OF SERVICE**

**Document Number:** MCSO22CIV004785WRPOS

**County** :MARION
**Court:** Circuit
**Court Date:**
**Case Number** : 13CA115

**Attorney/Agent**:
KAHANE & ASSOCIATES PA
8201 PETERS ROAD STE 3000
PLANTATION FL 33324
954-382-3486

**Plaintiff**: REVERSE MORTGAGE SOLUTIONS, INC
**Defendant**: NEIL J GILLESPIE AND MARK GILLESPIE, ET ALL

**SUBJECT TO BE SERVED** :
GILLESPIE, NEIL J
8092 SW 115TH LOOP OCALA, FL 34481

**DOCUMENT COMMENTS**: TOYA ISAAC, LEGAL ASSISTANT 954-382-3486

**SERVICE TYPE** :OTHER

**SERVICE LOCATION:** 8092 SW 115TH LOOP OCALA FL

Received this above name writ on 5/10/2022 at 4:45 PM, to be served to GILLESPIE, NEIL J and executed the same in Marion County, Florida by posting a true copy of this writ on the main entrance of 8092 SW 115TH LOOP . Possession was turned over to DAVID IVROY, as AGENT after a walk through was completed, on 5/19/2022 at 10:45 AM

**SERVICE COMMENTS:** WRIT OF POSESSION (FINAL EVICTON) WAS EXECUTED AT 8092 SW 115TH LOOP FOR SUBJECT NIEL GILLESPIE W/M 3-19-56 AT 1045 HOURS IN REFERENCE TO CASE NUMBER #2013-CA-00115. SUBJECT WAS PRESENT AND WAS ISSUED A TRESSPASS WARNING AT THE REQUEST OF THE BANK AGENT DAVID IVROY. SUBJECT OBTIANED SOME PERSONAL BELONGINGS AND MEDICATION AND LEFT THE LOCATION. AGENT PROVIDED WITH TRESSPASS WARNING AND WRIT OF POSSESSION.

WILLIAM "BILLY" WOODS, SHERIFF

Q. M. Sampson #4247

BY: DEPUTY SHERIFF QUINN M SAMPSON , MASTER CORPORAL
This electronic signature is compliant with F.S.S. 48.21(1)

EXHIBIT B

**EVICTION/EJECTMENT PHOTOS**
**Federal National Mortgage Association (FNMA), a.k.a. FANNIE MAE**

Writ of Possession Return of Service attached
Document Number: MCSO22CIV004785WRPOS

**NEIL J. GILLESPIE**
Florida Residential Homestead Property
8092 SW 115th Loop, Ocala, FL 34481

On Thursday, May 19, 2022, Federal National Mortgage Association (FNMA) a.k.a. FANNIE MAE, forcibly evicted, removed, and/or ejected Gillespie from the property at 8092 SW 115th Loop, Ocala, FL, 34481, by and through armed Deputies of the Marion County Sheriff's Office enforcing a Writ of Possession filed by counsel for FANNIE MAE. David Ivory, Agent for FANNIE MAE, was present.

FANNIE MAE employed persons to remove Gillespie's personal property and furniture from the real property and place it at the curb. On information and belief, the Marion County Sheriff's Office responded to a neighbor's telephone inquiry about Gillespie's personal property and furniture, and told the neighbor the property was deemed abandoned and the neighbor could lawfully take Gillespie's personal property and furniture from the real property and lawfully keep it for themselves.

On May 19, 2022, a Marion County Sheriff's Office Deputy issued a verbal trespass warning to Gillespie, and threatened to arrest and jail Gillespie if he returned to his foreclosed home.





Photographs made by Neil J. Gillespie





C

## Email recieved

From: Cynthia Paddock (cpaddock@ocalafl.org)

To: celticein@yahoo.com

Date: Thursday, June 9, 2022 at 09:44 AM EDT

Hello,

I was forwarded the below listed email regarding assistance needed received from the listed email address. I attempted contact at the number provided in the email to speak with you however there was no answer. If you would like to contact our office you may call the number listed below. The only immediate housing if needed would be to go to a shelter and there is currently shelter available for men at the Salvation Army Center of Hope, located at 320 NW 1st Ave., Ocala, and their number is (352)732-8326.

Respectfully,

Cynthia "Cindy" Paddock
Outreach and Referral Specialist
Joint Office on Homelessness
City of Ocala
Main Office: (352) 629-8280
Cell: (352) 425-2481

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Office of Homeless Prevention
201 SE 3rd St., 2nd Floor
Ocala, FL 34471

Hello, I am homeless following the foreclosure of my home at 8092 SW 115th Loop, Ocala. I am age 66, single, with no children, and no family. I do not have addiction issues. I am a licensed driver and own an insured vehicle. I receive social security old age benefits but have exhausted my funds for this month. I have applied for work locally but found no jobs. My resume is attached. What assistance is available to me? Thank you.

Neil J. Gillespie
11100 SW 93rd Court Rd.
Suite 10-220
Ocala, FL 34481-5188
Phone: 352-239-9037
Email: celticein@yahoo.com

# Tenant Screening Report

EXHIBIT D

appfolio Property Manager

| | | | |
|---|---|---|---|
| Applicant Name | **Neil Joseph Gillespie** | Report ID | **0-98317-00210862** |
| Applying For | **Neighborhood Workspace 8th Ave - 1535 - 1521 NE 8th Ave, Ocala, FL** | | |
| Ordered By | **Neighborhood Storage Center Co** | | |
| Report Date | **07/20/2022** | | |

## REPORT SUMMARY

### Application

| | Rental Application | Provided By Experian™ |
|---|---|---|
| First name | **Neil** | ✔ NEIL |
| Middle name | **Joseph** | ✔ J |
| Last name | **Gillespie** | ✔ GILLESPIE |
| AKA | | NEIL J GILLESPIE JR / JOSH GILLESPIE |
| SSN | [redacted] | [redacted] |
| DOB | [redacted] | [redacted] |
| Current Address | **8092 SW 115th Loop, Ocala, FL 34481** | 11100 SW 93RD COURT RD, OCALA, FL 344815187 |
| Previous Address | | 301 W PLATT ST, TAMPA, FL 336062292 |
| Previous Address | | 1121 BEACH DR NE, SAINT PETERSBURG, FL 337011434 |
| Employer | **Neil Gillespie dba Justice Network** | RETIRED |

EXHIBIT D

Rental Application

Neighborhood Workspace
(352) 424-6077

NEIGHBORHOOD WORKSPACE

## Before you begin:

Please be prepared to pay the application fee as outlined in the property listing. In addition to this rental application, you will also be required to provide a copy of a valid form of identification.

**Application fee: $35.00**

## You are applying to rent:

1535 NE 8th Ave.
Ocala, FL 34470

**Desired Move-In**

08/01/2022

- (●) I am applying as a **tenant.** (I will be living on the property.)
- ( ) I am applying as a **guarantor/co-signer** for another applicant. (I will not be living on the property.)

Get Started

All information provided will be treated in accordance with our Privacy Policy and Terms of Service.

MTRF8020K

INSTRUCTIONS FOR ATTACHING DECAL

1. Clean area where new annual decal is to be affixed.
2. Peel decal from this document.
3. Affix decal in the upper right corner of license plate.

HYHG09 06746152
03-26

EXHIBIT
E

IMPORTANT INFORMATION

Section 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used. For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F.S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on roads of this state.

S. 320.02 and 627.733, F.S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:
NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

CO/AGY 14 / 1 T# 2078045425
B# 4849262

# FLORIDA VEHICLE REGISTRATION

PLATE HYHG09 DECAL 06746152 Expires **Midnight Thu 3/19/2026**

| | | | | | | |
|---|---|---|---|---|---|---|
| YR/MK | 2013/DODG | BODY | VN | COLOR | TAN | Reg. Tax |
| VIN | [redacted] | | | TITLE | [redacted] | Init. Reg. |
| Plate Type | RGS | NET WT | 4350 | | | County Fee |
| | | | | | | Mail Fee |
| DL/FEID | [redacted] | | | | | Sales Tax |
| Date Issued | [redacted] | Plate Issued | 3/3/2017 | | | Voluntary Fees |
| | | | | | | Grand Total |

[redacted]

NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

RGS - SUNSHINE STATE

# Marion County Clerk of Court and Comptroller

110 NW 1st Avenue, Ocala, Florida 34475

EXHIBIT F

110913

NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

329

**REPORTING INFORMATION**

| | |
|---|---|
| [illegible] | 9298028 |
| **GROUP NUMBER:** | 1 |
| **REPORT DATE:** | 08/26/2024 |
| **TIME:** | 7:30 AM |
| **REPORTING LOCATION:** | 110 NW 1st Avenue<br>Jury Assembly Room<br>Ocala, Florida 34475 |
| **WEBSITE** | www.marioncountyclerk.org |
| **OFFICE NUMBER:** | (352) 671-5581 |

[illegible]

IN THE CIRCUIT AND COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT YOU ARE [illegible]

You are required to report to the Jury Assembly Room, 110 NW 1st Avenue, 1st Floor, Marion County Judicial Center, Ocala, Florida 34475.

PER FLORIDA STATUTE 40.23 - Any person summoned as a juror who fails to attend without sufficient cause shall pay a fine not to exceed $100, and such failure may be considered a **CONTEMPT OF COURT.**

**Requests for Disqualification, Excusal, or Deferral:**

Requests are made via the Clerk's Office website, **juryduty.marioncountyclerk.org/login**. All requests for disqualification, excusal, or deferral MUST be made at least 5 working days PRIOR to your report date or it may be denied.

**Reasons for Disqualification:**

- Not a citizen of the United States
- Convicted felon (civil rights not restored)
- Currently under prosecution for a crime
- A Governor, Lieutenant Governor, a Cabinet Office, a Clerk of Court, or a Judge
- No longer a resident of Marion County

**Reasons for an Excusal or Deferral (may require Judicial approval):**

- Full-time law enforcement officer or investigator
- Expectant mother
- Parent not employed full-time with custody of a child less than 6 years of age
- Practicing attorney or physician
- Served as a juror in Marion County within the last 12 months
- 70 years of age or older
- Physically/Mentally unable to serve (supporting documents are required)
- Responsible for care of a person who is incapable of caring for him/herself due to a physical/mental illness
- Full-time student between 18-21 years of age

**Excusals for ANY OTHER reason MUST be submitted to the presiding Judge for consideration**

Please bring this jury summons with you when you report for jury service

For more information, scan the QR code using your smartphone camera.

# Marion County Clerk of Court and Comptroller

110 NW 1st Avenue, Ocala, Florida 34475

EXHIBIT F

**BEFORE REPORTING FOR JURY DUTY**

Call (352) 671-5578 the day before (or the weekend before) your summons date. A 24-hour recorded message will tell you if you need to report as indicated. You may also visit our Facebook, Instagram, or Twitter pages (@MarionFLClerk) for more information prior to your summons date.

**ELECTRONIC DEVICES**

Per Florida Supreme Court Rule 2.451: All electronic devices will be removed from all members of a jury panel before jury deliberations begin and as directed by the presiding judge. Electronic devices may also be removed from a jury panel at other stages of a trial as directed by the court.

**PARKING INFORMATION**

Free parking is available in the Judicial Center parking garage located at the corner of NW 2nd Street and Pine Avenue and the Clerk of Court Annex. Do not park in lots identified as private or city-owned, as you may be ticketed or towed.

Please report to the Jury Assembly Room of the Marion County Judicial Center, 110 NW 1st Avenue, Ocala, Florida 34475, as indicated on the map below.

**FOR MORE INFORMATION**

Please scan the QR code below, visit www.marioncountyclerk.org/juryduty, or connect with us on social media @MarionFLClerk.

For more information, scan the QR code using your smartphone camera.




**If you are person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance. Please contact the ADA coordinator at the Office of the Trial Court Administrator, Marion County Judicial Center, 110 NW 1st Avenue, Ocala, Florida 34475, telephone (352) 401-6710, at least 7 days before your scheduled court appearence or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Marion County Clerk of Court and Comptroller**
**Attn: Jury Division**
**PO Box 1030**
**Ocala, Fl 34478-1030**

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
PEREGRINE

NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

329

EXHIBIT
F

EXHIBIT G

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Important Information

BNC#: 24B1999G66364

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

## Notice of Cost-of-Living Adjustment (COLA)

Hello NEIL J GILLESPIE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| **How Much You Will Get In 2025 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2025 before deductions | $2,634.30 |
| **2025 Common Deductions:** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00 | -$10.30 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00 | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00 | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | $2,624.00 |

**Right to Appeal**
If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5

See Next Page

days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

EXHIBIT G

**Medicare Information**
For questions about Medicare, visit *www.medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have it.
- If you have limited income and resources, you may be able to save money on your prescription drugs (Extra Help Program) or get help to pay for your Medicare premiums through a Medicare Savings Program (MSP). You can apply for Extra Help online and start your application process for the MSP at *www.ssa.gov/medicare/part-d-extra-help*. For help with MSP, you can visit *www.medicare.gov/medicare-savings-programs* or call your local Medicaid office.

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code. →

If you would like a paper copy of any of this information, please contact us.

## Need more help?

1. Visit *www.ssa.gov* for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-626-9911**.

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA FL 34470

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.

**Go paperless & get your COLA notice online at** *www.ssa.gov/myaccount*
Tell us how we are doing at *www.ssa.gov/feedback/COLA*

*Social Security Administration*

Form **SSA-4926-SM** (1-2025)

Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: July 10, 2023
BNC#: 23T2288D54781-A

EXHIBIT
H

0000129 00007844 1 MB 0.531 0703M1T2R2PN T36 P6

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

We are writing to you about your Social Security benefits.

**What You Should Know**

As you requested on or about July 3, 2023 we changed your direct deposit information. We will send your Social Security payments to the new financial institution or account you selected.

You should keep the old account open until we send a payment to the new account. It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address. Also let us know if you change the bank account where we send your payments.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $2,490.00 for July 2023 around August 3, 2023.
- After that you will receive $2,490.00 on or about the third of each month.

C

See Next Page

EXHIBIT H

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-877-626-9911.

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA, FL 34470

EXHIBIT H

*0202AC9VU00621* 0000129

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

**SOCIAL SECURITY ADMINISTRATION**
MID ATLANTIC PROGRAM SERVICE CENTER
300 SPRING GARDEN ST
PHILADELPHIA PA 19123-2999

PC2

EXHIBIT
H

FIRST-CLASS MAIL
PRESORTED
POSTAGE & FEES
PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

0000129 00007844 1 MB 0.531 0703M1T2R2PN T36
NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

EXHIBIT I

*0101BEV9V4NJFUU* CCMLM72.BEV9V.R231221

# Social Security Administration
# Benefit Verification Letter

Date: December 21, 2023
BNC#: 23DN479E62679
REF: A, DI

NEIL JOSEPH GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2023, the full monthly Social Security benefit before any deductions is $2,570.10.

We deduct $9.80 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,560.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $2,490.50.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,490.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly retirement benefits.

**Information About Supplemental Security Income Payments**

Beginning September 1994, the current Supplemental Security Income payment is $0.00.

See Next Page

This payment amount may change from month to month if income or living situation changes.

EXHIBIT I

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning September 1994.

We found that you became disabled under our rules on April 1, 1993.

**Type of Supplemental Security Income Payment Information**

You are entitled to monthly payments as a disabled individual.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning July 1994.

You are entitled to medical insurance under Medicare beginning July 1994.

Your Medicare number is [redacted] You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

**Date of Birth Information**

The date of birth shown on our records is [redacted]

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-626-9911.**

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA FL 34470

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: May 15, 2024
BNC#: 24T2072J79745-A

EXHIBIT
J

0000745 00009384 1 MB 0.571 0508M P12R2PN T38 P6

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

*0201E3F0454* 0000745 000000000

We are writing to you about your Social Security benefits.

## What You Should Know

As you requested on or about May 8, 2024 we changed your direct deposit information. We will send your Social Security payments to the new financial institution or account you selected.

You should keep the old account open until we send a payment to the new account. It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address. Also let us know if you change the bank account where we send your payments.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $2,560.00 for May 2024 around June 3, 2024.
- After that you will receive $2,560.00 on or about the third of each month.

C

See Next Page

EXHIBIT J

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.
3. You may also call your local office at 1-877-626-9911.

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA, FL 34470

EXHIBIT J

*02263E9F0054**

0000745

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# Wells Fargo Everyday Checking

May 31, 2024 ■ Page 1 of 4

EXHIBIT
K

NEIL J GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/3 | [redacted] |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Ending balance on 5/31** | |

Account number: [redacted]
**NEIL J GILLESPIE**
*Florida account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 063107513

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Wells Fargo Everyday Checking

July 31, 2025 ■ Page 1 of 8

EXHIBIT
L

NEIL J GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Beware of bank impersonation scams.**

**Five signs that you're speaking to a scammer posing as Wells Fargo:**

1. You're asked to provide your online banking password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. You're told you need to return your card, wire money, make a cash withdrawal, purchase a cashier's check, or deposit money at a crypto or bank ATM. **Wells Fargo will never ask you to move or send money in any form to another account or a person to protect it.**
3. You're advised to keep the conversation secret due to an "investigation" or for your protection.
4. The person you're talking to will not allow you to end the call or text. A real Wells Fargo employee would not pressure you to continue a conversation.
5. You're given exact steps for how to complete a transaction, including how to respond to any bank employee questions.

When in doubt, check it out. Contact us to verify any transactions or suspicious contact. You're in charge when it comes to your money. Learn more at wellsfargo.com/nophishing.

MONTHLY REPORT

# Explanation of Benefits for Medical and Hospital Claims Processed in July 2024

EXHIBIT M

ULTIMATE HEALTH PLANS
Good health is where you live.

For GILLESPIE NEIL
UL0034808
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

## This is not a bill:

- This monthly report of claims we have processed tells what care you have received, what the plan has paid, and how much you have paid out of pocket (or can expect to be billed).
- If you owe anything, your doctors and other health care providers will send you a bill.
- This report covers medical and hospital care only. We send a separate report on Part D prescription drugs.
- If you notice something suspicious that might be dishonest billing, you can report it by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY users should call 1-877-486-2048.)

**Ultimate Health Plans Member Services**

If you have questions, call us: 1-888-657-4170

We are open 8:00 AM to 8:00 PM, Monday through Friday.

Between October 1 and March 31, we are available Monday through Sunday from 8:00 am to 8:00 pm.

TTY/TDD only: 711

This information is available for free in other languages. Please contact Member Services at the number above. Member Services also has free language interpreter services available for non-English speakers.

www.ChooseUltimate.com

**Hearing**
No claims processed during this reporting period for this service type.

EXHIBIT
M

**Vision**
No claims processed during this reporting period for this service type.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MEDICAL TOTALS:** | $85.01 | $0.00 | $1.20 | $0.00 | $0.00 | $65.41 | $18.40 | |
| **DENTAL TOTALS:** | $173,280.00 | $0.00 | $0.00 | $173,280.00 | $0.00 | $0.00 | $0.00 | |
| **GRAND TOTAL:** | $60.01 | $0.00 | $1.20 | $173,280.00 | $0.00 | $65.41 | $16.05 | |

| Remark Code | Remark Code Description |
|---|---|
| CO-45 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. |
| PI-253 | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT |
| PR-2 | COINSURANCE AMOUNT |

ULTIMATE
HEALTH PLANS

PO Box 3459
Spring Hill, FL 34611

IMPORTANT PLAN INFORMATION

EXHIBIT
M

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
SCRANTON, PA
PERMIT #384

9646
NEIL GILLESPIE
2801 SW COLLEGE RD
STE 3
OCALA, FL 34474

HTEVAP1 34474

EXHIBIT N

Freedom Health
P.O. Box 151137 Tampa, FL 33684
**IMPORTANT PLAN INFORMATION**
July 10, 2025

FREEDOM HEALTH

NEIL J GILLESPIE
2801 SW COLLEGE Road Suite 3
OCALA, FL 34474

[redacted]

**Re: Preventive Screenings Required**

Dear NEIL J GILLESPIE,

At Freedom Health, our focus is on our members. Your health, safety, and welfare are our highest priority. By working with Medicare and your doctor, our goal is to make sure your medical needs are addressed. Depending on your age, certain preventive screenings are recommended. These screenings are generally accepted practices. We encourage you to contact your PCP to discuss treatment options. Telehealth visits may be available from some providers if your doctor feels that your current needs could be addressed in this manner.

Based on information your doctor has provided us through claims, the following preventive screenings are ones you may need this year:

- Care for Older Adults: Medication Review
- Glycemic Status Assessment for Patients with Diabetes
- Kidney Health Evaluation for Patients with Diabetes

Please call your doctor, [redacted] to discuss your options to get these tests completed. **We encourage you to share this letter with your doctor.** To help your doctor, we have provided more detail on these tests on the back of this letter.

If you have any questions about this effort please contact your PCP or Freedom Health's Member Services at **1-800-401-2740**, TTY users call 711. The health plan is open 7 days a week from 8 a.m. to 8 p.m. EST October 1 to March 31. And we are open Monday through Friday, 8 a.m. to 8 p.m. EST from April 1 to September 30.

Sincerely,
Your Caring Health Plan

PRESORT
FIRST CLASS
US Postage Paid
GREENVILLE, SC
Permit #153

Freedom Health
P.O. Box 151137 Tampa, FL 33684
IMPORTANT PLAN INFORMATION

EXHIBIT
N

Important Plan Information

NEIL J GILLESPIE
2801 SW COLLEGE RD STE 3
OCALA, FL 34474-4430

032 FTAPAP1 34474

**Wesley Wilcox**
*Supervisor of Elections, Marion County, FL*

981 NE 16th ST • Ocala, FL 34470
M PO Box 289 • Ocala, FL 34478-0289
P 352-620-3290
F 352-620-3286
W www.VoteMarion.Gov

EXHIBIT
O

**Voter Registration Application Incomplete, *Solicitud de registro de votantes incompleta:* [105766466]**

August 2025

GILLESPIE, NEIL J [105766466]
2801 SW COLLEGE RD UNIT 3
OCALA FL 34474

REVIEWED
By PC1 at 2:07 pm, Aug 07, 2025

NEIL:

Your voter registration application was received incomplete and could not be processed because it was missing some of the information required by law.

The residential address provided is not a valid residential address.
La oficina de correos no reconoce su dirección como una dirección residencial..

We have enclosed a Florida Voter Registration Application for your convenience. Please complete the application in full, sign the application and return it to the Election Center. Another option is to visit **www.RegistertoVoteFlorida.Gov** and register online.

After we receive your application and process it, we will send you a Marion County Voter Information Card. If you have not received your card within 2 weeks, please contact our office.

If you have questions please call 352-620-3290, M-F, 8:30 a.m. to 4:30 p.m.

*Su solicitud de registro de votante se recibió incompleta y no se pudo procesar porque le faltaba parte de la información requerida por la ley.*

*Hemos incluido una Solicitud de registro de votante de Florida para su conveniencia. Complete la solicitud en su totalidad, firme la solicitud y devuélvala al Centro de Elecciones. Otra opción es visitar **www.RegistertoVoteFlorida.Gov** y registrarse en línea .*

*Después de que recibamos su solicitud y la procesemos, le enviaremos una Tarjeta de Información para el votante del Condado de Marion. Si no ha recibido su tarjeta dentro de 2 semanas, comuníquese con nuestra oficina.*

*Si tiene preguntas, llame al 352-620-3290, de lunes a viernes, de 8:30 a.m. a 4:30 p.m.*

Respectfully, *Respetuosamente,*

Wesley Wilcox

Wesley Wilcox, CERA
Supervisor of Elections - Marion County, Florida
*Supervisor de Elecciones - Condado de Marion, Florida*

**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**

- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo *(acceptable IDs–U.S. Passport,* debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address *(acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).*

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

## Florida Voter Registration Application

**Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card

1 Are you a citizen of the United States of America? ☐ YES ☐ NO

2 ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3 ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4 Date of Birth (MM-DD-YYYY) [redacted]

OFFICIAL USE ONLY

EXHIBIT O

FVRS No: [redacted]

5 Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number

☐ I have NONE of these numbers.

| 6 | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|
| | GILLESPIE | NEIL | JOSEPH | |

| | | Apt/Lot/Unit | City | County / State | Zip Code |
|---|---|---|---|---|---|
| 7 | Address Where You Live (legal residence-no P.O. Box) | | | County: MRN | |
| 8 | Mailing Address (if different from above address): 2801 SW COLLEGE RD UNIT 3 | | OCALA | State or Country: FL | 34474 |
| 9 | Address Where You Were Last Registered to Vote: 981 NE 16TH ST | | OCALA | State: FL | 34470 |

10 Former Name (if name is changed) — Gender ☒ M ☐ F — State or Country of Birth: PENNSYLVANIA — Telephone No. (optional) ( )

11 ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above) My email address is:

**Party Affiliation** *(Check only one. If left blank, you will be registered without party affiliation)*

- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☒ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*

- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of* Hispanic Origin
- ☐ Hispanic
- ☒ White, *not of* Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

*(Check only one if applicable)*

- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12 *Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.*

SIGN/MARK HERE

Date



**Wesley Wilcox**
*Supervisor of Elections, Marion County, FL*

Election Center
981 NE 16th ST • Ocala, FL 34470
M PO Box 289 • Ocala, FL 34478-0289
P 352-620-3290
F 352-620-3286
W www.VoteMarion.Gov

**Voter Registration Application Incomplete, *Solicitud de registro de votantes incompleta*: [105766466]**

August 2025

EXHIBIT
P

RECEIVED
By PC1 at 6:14 pm, Aug 08, 2025

GILLESPIE, NEIL J [105766466]
2801 SW COLLEGE RD UNIT 3
OCALA FL 34474

NEIL:

Your voter registration application was received incomplete and could not be processed because it was missing some of the information required by law.

The residential address provided is not a valid residential address.
La oficina de correos no reconoce su dirección como una dirección residencial..

We have enclosed a Florida Voter Registration Application for your convenience. Please complete the application in full, sign the application and return it to the Election Center. Another option is to visit **www.RegistertoVoteFlorida.Gov** and register online.

After we receive your application and process it, we will send you a Marion County Voter Information Card. If you have not received your card within 2 weeks, please contact our office.

If you have questions please call 352-620-3290, M-F, 8:30 a.m. to 4:30 p.m.

*Su solicitud de registro de votante se recibió incompleta y no se pudo procesar porque le faltaba parte de la información requerida por la ley.*

*Hemos incluido una Solicitud de registro de votante de Florida para su conveniencia. Complete la solicitud en su totalidad, firme la solicitud y devuélvala al Centro de Elecciones. Otra opción es visitar **www.RegistertoVoteFlorida.Gov** y registrarse en línea.*

*Después de que recibamos su solicitud y la procesemos, le enviaremos una Tarjeta de información para el votante del Condado de Marion. Si no ha recibido su tarjeta dentro de 2 semanas, comuníquese con nuestra oficina.*

*Si tiene preguntas, llame al 352-620-3290, de lunes a viernes, de 8:30 a.m. a 4:30 p.m.*

Respectfully, *Respetuosamente,*

Wesley Wilcox

Wesley Wilcox, CERA
Supervisor of Elections · Marion County, Florida
*Supervisor de Elecciones · Condado de Marion, Florida*

**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

## Questions?

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo *(acceptable IDs*–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address *(acceptable documents*–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

Boxes: Please check boxes (☐) where applicable.

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
**Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America? ☐ YES ☐ NO

2. ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM-DD-YYYY) [redacted]

OFFICIAL USE ONLY

EXHIBIT P

FVRS No: 105766466

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number: 

If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number: 

☐ I have NONE of these numbers.

| 6 | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| | GILLESPIE | NEIL | JOSEPH | |

| | | Apt/Lot/Unit | City | County | Zip Code |
|---|---|---|---|---|---|
| 7 | Address Where You Live (legal residence-no P.O. Box) | | | | |
| | | Apt/Lot/Unit | City | State or Country | Zip Code |
| 8 | Mailing Address (if different from above address) | | | | |
| | | Apt/Lot/Unit | City | State | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | | | | |

| 10 | Former Name (if name is changed) | Gender | State or Country of Birth | Telephone No. (optional) |
|---|---|---|---|---|
| | | ☒ M ☐ F | PENNSYLVANIA | ( ) |

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above) My email address is:

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☒ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of* Hispanic Origin
- ☐ Hispanic
- ☒ White, *not of* Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

*(Check only one if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12. *Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.*

SIGN/MARK HERE →

Date

**Wesley Wilcox**
**Supervisor of Elections**

Election Center
P.O. Box 289
Ocala, FL 34478-0289

Return Service Requested

EXHIBIT P

JACKSONVILLE RPDC 320

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

AUG 2025 AM 2

quadient
FIRST-CLASS MAIL
IMI
$000.74
08/05/2025 ZIP 34470
043M31231531
US POSTAGE

**RECEIVED**
**By PC1 at 6:13 pm, Aug 08, 2025**

August 2025

GILLESPIE, NEIL J [105766466]
2801 SW COLLEGE RD UNIT 3
OCALA FL 34474

34474-443003

# CANDIDATE OATH FEDERAL OFFICE WITHOUT PARTY AFFILIATION

Hand Delivered

RECEIVED
2026 APR 24 AM 9:21
DIVISION OF ELECTIONS
TALLAHASSEE, FL

OFFICE USE ONLY

**Name to appear on ballot:** Neil J. Gillespie

☐ Check box if there are two last names without hyphen. (Name cannot be changed after qualifying.)

☐ Check box if name includes nickname. (To use nickname, you must complete the Affidavit of Nickname on page 2 of this form.)

**I swear or affirm** that I am a candidate for the office of Unites States Senator (Office), ______ (District #);

I am qualified under the Constitution and the laws of the United States to hold the office to which I desire to be nominated or elected; I have qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with the office I seek; and I will support the Constitution of the United States.

**I swear or affirm**, in addition to being a citizen of the United States, that: *(Check applicable box.)*

☒ **I am not** a citizen of another country. ☐ **I am** a citizen of another country, specifically ______.

**Statement of No Party Affiliation:** I am registered without any party affiliation and have not been a registered member of any political party for at least 365 consecutive days preceding the beginning of qualifying before the general election for which I seek to qualify.

**Statement of Legal Name Change:** I have not legally changed my name through a petition pursuant to s. 68.07, F.S., during the 365-day period preceding the beginning of qualifying. (This does not apply to any change of name in proceedings for dissolution of marriage or adoption of children or based on a change of name conducted with a marriage certificate.)

**Statement of Outstanding Fines, Fees, or Penalties:** *(Check applicable box. If you do owe more than $250, you must also specify the amount owed and each entity that levied the same on page 2 of this form.)*

**I do not** ☒ / **I do** ☐ owe outstanding fines, fees, or penalties that cumulatively exceed $250, for any violations of s. 8, Art. II of the State Constitution, the Code of Ethics for Public Officers and Employees under part III of chapter 112, any local ethics ordinance governing standards of conduct and disclosure requirements, or chapter 106. (s. 99.021(1)(d), F.S.)

**Statement of Stock Trading:** *(Check all applicable boxes.)*

**I do not** ☒ / **I do** ☐ intend to trade stocks, if elected, in a manner other than through a trust or similar mechanism which strictly limits my ability to influence or exercise control over decisions regarding the management of assets.

☒ **I did not** previously hold federal office.

☐ **I did** previously hold federal office and **I did not** ☐ / **I did** ☐ trade stocks while in federal office in a manner other than through a trust or similar mechanism which strictly limits my ability to influence or exercise control over decisions regarding the management of assets.

[signature]
Signature of Candidate

( 352 ) 239-9037
Telephone Number

Neil4US.Senate@yahoo.com
Email Address

2801 SW College Rd, STE 3
Address of Legal Residence

Ocala
City

FL
State

34474
ZIP Code

**STATE OF FLORIDA**

**COUNTY OF** Marion

[signature] Brent Martin
**Signature of Officer Administering Oath**
*Affix Seal Below or, if judge, provide name, title, and court (s. 92.50, F.S.)*

Sworn to (or affirmed) and subscribed before me by means of online notarization ☐ *OR* physical presence ☒

this 20 day of April, 2026.

Type of Identification Produced: FL DL.

BRENT C. MARTIN
MY COMMISSION # HH 505305
EXPIRES: March 18, 2028

DS-DE 300B-E (Eff. 04/2026)

Emergency Rule 1SER26-2, F.A.C.

## Phonetic Spelling of Name
(Not required for qualifying)

Print the name phonetically on the line below as you wish your name to be pronounced on the audio ballot that may be used by persons with disabilities (see attached Guide for Phonetic Spelling).

______________________________________________________________________

## Detailed Statement of Outstanding Fines, Fees, or Penalties
(Continued)

| Amount | Entity |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Affidavit of Nickname
(Only required if using nickname for the ballot)

My legal name is ______________________________. I am over the age of eighteen (18) and the contents of this affidavit are true and correct.

My nickname is ______________________________. I am generally known by this nickname or have used it as part of my legal name. I have not created the nickname to mislead voters. My nickname does not imply I am some other person, constitute a political slogan or otherwise associate me with a cause or issue, or that is obscene or profane.

**Signature of Candidate:** ______________________________

**STATE OF FLORIDA**

**COUNTY OF** ____________________

Sworn to (or affirmed) and subscribed before me by means of online notarization ☐ *OR* physical presence ☐ this ________ day of ____________________, 20____.

Type of Identification Produced: ____________________

______________________________

**Signature of Officer Administering Oath**
*Affix Seal Below or, if judge, provide name, title, and court (s. 92.50, F.S.)*

## Phonetic Spelling of Name
(Not required for qualifying)

Print the name phonetically on the line below as you wish your name to be pronounced on the audio ballot that may be used by persons with disabilities (see attached Guide for Phonetic Spelling).

______________________________________________

## Detailed Statement of Outstanding Fines, Fees, or Penalties
(Continued)

| *Amount* | *Entity* |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Affidavit of Nickname
(Only required if using nickname for the ballot)

My legal name is ______________________________. I am over the age of eighteen (18) and the contents of this affidavit are true and correct.

My nickname is ______________________________. I am generally known by this nickname or have used it as part of my legal name. I have not created the nickname to mislead voters. My nickname does not imply I am some other person, constitute a political slogan or otherwise associate me with a cause or issue, or that is obscene or profane.

**Signature of Candidate:** ______________________________

**STATE OF FLORIDA**

**COUNTY OF** ____________________

Sworn to (or affirmed) and subscribed before me by means of online notarization ☐ *OR* physical presence ☐

this ________ day of ____________________, 20____.

Type of Identification Produced: ____________________

______________________________

**Signature of Officer Administering Oath**

*Affix Seal Below or, if judge, provide name, title, and court (s. 92.50, F.S.)*

RECEIVED

2026 APR 24 AM 9: 21

DIVISION OF ELECTIONS
TALLAHASSEE, FL

Hand Delivered

**GILLESPIE FOR US SENATE CAMPAIGN**
2801 SW COLLEGE RD
STE 3
OCALA, FL 34474

1103
63-993/631

April 23, 2026
Date

PAY to the order of Florida Division of Elections $ 6,960.00

Six Thousand Nine hundred Sixty ——— Dollars

Photo Safe Deposit® Details on back

FIFTH THIRD

For NPA Qualifying Fee

[redacted]

Harland Clarke

COLONIAL CLASSIC®