In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-10492

---

NEIL J. GILLESPIE,

*Plaintiff-Appellant,*

*versus*

MARION COUNTY SUPERVISOR OF ELECTIONS,
MAYOR OF THE CITY OF OCALA, FLORIDA,
CITY ATTORNEY FOR THE CITY OF OCALA, FLORIDA,
CITY CLERK FOR THE CITY OF OCALA, FLORIDA,
CITY COUNCILMEMBER KRISTEN DREYER,
Official Capacity, et al.,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:25-cv-00486-SPC-PRL

---

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

Appellant's "Motion to Recall the Mandate and Take Judicial Notice" is DENIED.

Because Appellant's "Amended Notice of Objection to Not Having All Parties Listed on the Docket," Doc. 13, did not comply with this Court's March 13, 2026, order regarding refiling an objection without reference to the court employee, the Clerk's Office is DIRECTED to strike this filing.